**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHESTER COUNTY EMPLOYEES' RETIREMENT FUND, Derivatively on Behalf of Nominal Defendant ABBOTT LABORATORIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MILES D. WHITE, DUANE L. BURNHAM, JEFFREY LEIDEN, WILLIAM DEMPSEY, RICHARD A. GONZALEZ, H. LAURANCE FULLER, ROXANNE S. AUSTIN, W. JAMES FARRELL, SAMUEL C. SCOTT, III, GLENN F. TILTON, WILLIAM A. OSBORN, ROBERT J. ALPERN, M.D., K. FRANK AUSTEN, M.D., JACK M. GREENBERG, THOMAS R. HODGSON, DAVID A. JONES, THE RT. HON. LORD DAVID OWEN, ROBERT L. PARKINSON, JR., BOONE POWELL, JR., ADDISON BARRY RAND, W. ANN REYNOLDS, PH.D., ROY S. ROBERTS, WILLIAM D. SMITHBURG, JOHN R. WALTER, WILLIAM L. WEISS, <br><br> Defendants, <br><br> -and- <br><br> ABBOTT LABORATORIES, INC., <br><br> Nominal Defendant. | **Case No. 11-cv-08114** |

*(Caption continued on following page)*

**NOTICE OF MOTION**

| | |
|---|---|
| JACKSONVILLE POLICE & FIRE PENSION FUND, derivatively on behalf of ABBOTT LABORATORIES, <br><br> Plaintiff, <br><br> v. <br><br> MILES D. WHITE, ROBERT J. ALPERN, M.D., ROXANNE S. AUSTIN, W. JAMES FARRELL, H. LAURANCE FULLER, EDWARD M. LIDDY, PHEBE N. NOVAKOVIE, WILLIAM A. OSBORN, SAMUEL C. SCOTT, III, GLENN F. TILTON, <br><br> Defendants <br><br> -and- <br><br> ABBOTT LABORATORIES, <br><br> Nominal Defendant. | **Case No. 11-cv-08383** |
| WARREN PINCHUCK and ROY SAPIR, derivatively on behalf of ABBOTT LABORATORIES, <br><br> Plaintiffs, <br><br> v. <br><br> MILES D. WHITE, ROBERT J. ALPERN, ROXANNE S. AUSTIN, W. JAMES FARRELL, H. LAURANCE FULLER, EDWARD M. LIDDY, PHEBE N. NOV AKOVIC, WILLIAM A. OSBORN, SAMUEL C. SCOTT, III, and GLENN F. TILTON, <br><br> Defendants, <br><br> -and- <br><br> ABBOTT LABORATORIES, <br><br> Nominal Defendant. | **Case No. 11-cv-08499** |

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES RETIREMENT SYSTEM, derivatively and on behalf of ABBOTT LABORATORIES,<br><br>              Plaintiff,<br><br>              v.<br><br>MILES D. WHITE, PHEBE N. NOVAKOVIC, ROBERT J. ALPERN, M.D., ROXANNE S. AUSTIN, W. JAMES FARRELL, H. LAURENCE FULLER, EDWARD M. LIDDY, WILLIAM A. OSBORN, SAMUEL C. SCOTT, GLENN F. TILTON, WILLIAM N. DALEY, DAVID A. JONES, JEFFREY M. LEIDEN, BOONE POWELL, JR., W. ANN REYNOLDS, ROY S. ROBERTS, WILLIAM D. SMITHBURG, JOHN R. WALTER, RICHARD A. GONZALEZ, MARY T. SZELA and MICHAEL J. WARMUTH,<br><br>              Defendants,<br><br>              -and-<br><br>ABBOTT LABORATORIES,<br><br>              Nominal Defendant. | **Case No. 11-cv-08631** |

**TO: See Attached Certificate of Service**

      **PLEASE TAKE NOTICE** that on December 13, 2011 at 9:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff Chester County Employees' Retirement Fund, by their undersigned counsel, shall appear before the Honorable Virginia M. Kendall, or any Judge sitting in her stead, in the Courtroom usually occupied by her in courtroom 1703 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois 60604 and shall then and there present *Plaintiff Chester County Employees' Retirement Funds' Motion to Reassign and Consolidate Related Actions Pursuant to Local Rule 40.4 and Fed. R.*

*Civ. P. 42(a) and to Appoint Lead Plaintiff and Lead and Liaison Counsel,* a copy of which is attached and hereby served upon you.

| | |
|---|---|
| Dated: December 7, 2011 | **LASKY & RIFKIND, LTD.**<br>Leigh Lasky<br>Norman Rifkind<br>Amelia S. Newton<br>Heidi VonderHeide<br><br>/s/Norman Rifkind<br>350 N. LaSalle<br>Suite 1320<br>Chicago, IL 60610<br>Tel: (312) 634-0057<br>Fax: (312) 634-0059<br><br>**KESSLER TOPAZ**<br>**MELTZER & CHECK, LLP**<br>Eric L. Zagar<br>Robin M. Winchester<br>Justin Reliford<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Tel: (610) 667-7706<br>Fax: (267) 948-2512<br><br>*Counsel for Plaintiff Chester County Employees' Retirement Fund* |

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 7th day of December, 2011 copies of the Notice of Plaintiff Chester County Employees' Retirement Fund's Motion to Reassign and Consolidate Related Actions Pursuant to Local Rule 40.4 and Fed. R. Civ. P. 42(a) and to Appoint Lead Plaintiff and Lead and Liaison Counsel, and all documents in support thereof, were served by causing a true and correct copy of same to be delivered via e-mail to the below-listed counsel:

Robert J. Kopecky, Esquire
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654

*Counsel for Defendants*

Robert M. Roseman
Andrew D. Abramowitz
Daniel J. Mirachi
SPECTOR ROSEMAN KODROFF
& WILLIS, P.C.
1818 Market Street, 25th Floor
Philadelphia, PA 19103

Mark S. Willis
SPECTOR ROSEMAN KODROFF
& WILLIS, P.C.
1101 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C. 20004

*Counsel for Plaintiff,*
*Jacksonville Police & Fire Pension Fund*

Marvin A. Miller
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

Deborah R. Gross
Robert P. Frutkin
LAW OFFICES
BERNARD M. GROSS, P.C.
100 Penn Square East

Suite 450, Wanamaker Bldg.
Philadelphia, PA 19107

*Counsel for Plaintiffs*
*Warren Pinchuck and Roy Sapir*

Matthew T. Heffner
SUSMAN HEFFNER & HURST LLP
20 South Clark Street, Suite 600
Chicago, IL 60603

Albert M. Myers
Lewis S. Kahn
Melinda A. Nicholson
Christopher W. Kaul
KAHN SWICK & FOTI, LLC
206 Covington Street
Madisonville, LA 70447

Paul M. Brannon
BRANNON LAW FIRM, LLC
3500 North Hullen Street
Metairie, LA 70002

*Counsel for Plaintiff Louisiana*
*Municipal Police Employees*
*Retirement System*

/s/ Norman Rifkind
Norman Rifkind