# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHESTER COUNTY EMPLOYEES' RETIREMENT FUND, Derivatively on Behalf of Nominal Defendant ABBOTT LABORATORIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MILES D. WHITE, DUANE L. BURNHAM, JEFFREY LEIDEN, WILLIAM DEMPSEY, RICHARD A. GONZALEZ, H. LAURANCE FULLER, ROXANNE S. AUSTIN, W. JAMES FARRELL, SAMUEL C. SCOTT, III, GLENN F. TILTON, WILLIAM A. OSBORN, ROBERT J. ALPERN, M.D., K. FRANK AUSTEN, M.D., JACK M. GREENBERG, THOMAS R. HODGSON, DAVID A. JONES, THE RT. HON. LORD DAVID OWEN, ROBERT L. PARKINSON, JR., BOONE POWELL, JR., ADDISON BARRY RAND, W. ANN REYNOLDS, PH.D., ROY S. ROBERTS, WILLIAM D. SMITHBURG, JOHN R. WALTER, WILLIAM L. WEISS, <br><br> Defendants, <br><br> -and- <br><br> ABBOTT LABORATORIES, INC., <br><br> Nominal Defendant. | **Case No. 11-cv-08114** |

*(Caption continued on following page)*

**[PROPOSED] ORDER REASSIGNING AND CONSOLIDATING RELATED ACTIONS AND APPOINTING LEAD PLAINTIFF AND LEAD AND LIAISON COUNSEL**

| | |
|---|---|
| JACKSONVILLE POLICE & FIRE PENSION FUND, derivatively on behalf of ABBOTT LABORATORIES, <br><br> Plaintiff, <br><br> v. <br><br> MILES D. WHITE, ROBERT J. ALPERN, M.D., ROXANNE S. AUSTIN, W. JAMES FARRELL, H. LAURANCE FULLER, EDWARD M. LIDDY, PHEBE N. NOVAKOVIE, WILLIAM A. OSBORN, SAMUEL C. SCOTT, III, GLENN F. TILTON, <br><br> Defendants <br><br> -and- <br><br> ABBOTT LABORATORIES, <br><br> Nominal Defendant. | **Case No. 11-cv-08383** |
| WARREN PINCHUCK and ROY SAPIR, derivatively on behalf of ABBOTT LABORATORIES, <br><br> Plaintiffs, <br><br> v. <br><br> MILES D. WHITE, ROBERT J. ALPERN, ROXANNE S. AUSTIN, W. JAMES FARRELL, H. LAURANCE FULLER, EDWARD M. LIDDY, PHEBE N. NOV AKOVIC, WILLIAM A. OSBORN, SAMUEL C. SCOTT, III, and GLENN F. TILTON, <br><br> Defendants, <br><br> -and- <br><br> ABBOTT LABORATORIES, <br><br> Nominal Defendant. | **Case No. 11-cv-08499** |

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES RETIREMENT SYSTEM, derivatively and on behalf of ABBOTT LABORATORIES, <br><br> Plaintiff, <br><br> v. <br><br> MILES D. WHITE, PHEBE N. NOVAKOVIC, ROBERT J. ALPERN, M.D., ROXANNE S. AUSTIN, W. JAMES FARRELL, H. LAURENCE FULLER, EDWARD M. LIDDY, WILLIAM A. OSBORN, SAMUEL C. SCOTT, GLENN F. TILTON, WILLIAM N. DALEY, DAVID A. JONES, JEFFREY M. LEIDEN, BOONE POWELL, JR., W. ANN REYNOLDS, ROY S. ROBERTS, WILLIAM D. SMITHBURG, JOHN R. WALTER, RICHARD A. GONZALEZ, MARY T. SZELA and MICHAEL J. WARMUTH, <br><br> Defendants, <br><br> -and- <br><br> ABBOTT LABORATORIES, <br><br> Nominal Defendant. | **Case No. 11-cv-08631** |

The Court, upon consideration of the Motion by Plaintiff Chester County Employees' Retirement Fund to Reassign and Consolidate Related Actions Pursuant to Local Rule 40.4 and Fed. R. Civ. P. 42(a) and to Appoint Lead Plaintiff and Lead and Liaison Counsel, and other pleadings and documents on file herein, finds that the motion should be GRANTED, and it ORDERS as follows:

## REASSIGNMENT

1. The action captioned *Jacksonville Police & Fire Pension Fund v. White*, No. 11-cv-08383, pending before the Honorable Marvin E. Aspen, the action captioned *Pinchuck v. White*, No. 11-cv-08499, pending before the Honorable William J. Hibbler, and the action captioned *Louisiana Mun. Police Emp. Ret. Sys. v. White*, No. 11-cv-08631, pending before the Honorable Blanche M. Manning, shall be reassigned to the Honorable Virginia M. Kendall.

## CONSOLIDATION

2. The above-captioned actions and any other shareholder derivative action on behalf of Abbott Laboratories, Inc. filed in or transferred to this Court that involves questions of law or fact similar to those contained in the above-captioned actions shall be consolidated for all purposes under the following caption:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE ABBOTT LABORATORIES, INC. DERIVATIVE LITIGATION _____ This Document Relates To: ALL ACTIONS | Lead Case No. 11-cv-08114 |

3. When a case that properly belongs as part of the Consolidated Action is hereafter filed in the Court or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing or transfer of any case that might properly be consolidated as part of the Consolidated Action, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this Order.

## APPOINTMENT OF LEAD PLAINTIFF AND LEAD AND LIAISON COUNSEL

4. Plaintiff Chester County Employees' Retirement Fund shall be appointed as Lead Plaintiff.

5. The law firm of Kessler Topaz Meltzer & Check, LLP ("KTMC") shall be appointed as Lead Counsel.

6. The law firm of Lasky & Rifkind, Ltd. ("Lasky & Rifkind") shall be appointed as Liaison Counsel.

7. KTMC shall have sole authority to speak for the Lead Plaintiff in matters regarding pre-trial procedure, trial, and settlement and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive efforts.

8. KTMC shall be responsible for coordinating all activities and appearances on behalf of the Lead Plaintiff. No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any plaintiff except through KTMC.

9. KTMC and Lasky & Rifkind shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel. KTMC and Lasky & Rifkind shall be responsible for creating and maintaining a master service list of all parties and their respective counsel.

10. Defendants' counsel may rely upon all agreements made with KTMC and Lasky & Rifkind, or other duly authorized representative of KTMC and Lasky & Rifkind, and such agreements shall be binding on all plaintiffs.

11. Lead Plaintiff shall file a Consolidated Complaint no later than forty-five (45) days after the entry of this order. Defendants' obligations to file a responsive pleading shall begin to run upon the filing of the Consolidated Complaint.

IT IS SO ORDERED

This _____ day of _____ 2011.

_____
THE HONORABLE VIRGINIA M. KENDALL