**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHESTER COUNTY EMPLOYEES' RETIREMENT FUND, Derivatively on Behalf of Nominal Defendant ABBOTT LABORATORIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MILES D. WHITE, DUANE L. BURNHAM, JEFFREY LEIDEN, WILLIAM DEMPSEY, RICHARD A. GONZALEZ, H. LAURANCE FULLER, ROXANNE S. AUSTIN, W. JAMES FARRELL, SAMUEL C. SCOTT, III, GLENN F. TILTON, WILLIAM A. OSBORN, ROBERT J. ALPERN, M.D., K. FRANK AUSTEN, M.D., JACK M. GREENBERG, THOMAS R. HODGSON, DAVID A. JONES, THE RT. HON. LORD DAVID OWEN, ROBERT L.PARKINSON, JR., BOONE POWELL, JR., ADDISON, BARRY RAND, W. ANN REYNOLDS, PH.D.,  ROY S. ROBERTS, WILLIAM D. SMITHBURG, JOHN R. WALTER, WILLIAM L. WEISS, <br><br> Defendants, <br><br> and <br><br> ABBOTT LABORATORIES, INC., <br><br> Nominal Defendant. | ) ) ) ) ) ) ) ) ) ) CASE NO. 1:11-cv-08114 ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

(*additional captions on the next page*)

**JACKSONVILLE POLICE & FIRE PENSION FUND'S
MOTION FOR REASSIGNMENT AND CONSOLIDATION**

| | |
|---|---|
| JACKSONVILLE POLICE & FIRE PENSION FUND, derivatively on behalf of ABBOTT LABORATORIES, <br><br> Plaintiff, <br><br> MILES D. WHITE, ROBERT J. ALPERN, M.D., ROXANNE S. AUSTIN, W. JAMES FARRELL, H. LAURANCE FULLER, EDWARD M. LIDDY, PHEBE N. NOVAKOVIE, WILLIAM A. OSBORN, SAMUEL C. SCOTT III, GLENN F. TILTON, <br><br> Defendants, <br><br> -and- <br><br> ABBOTT LABORATORIES, <br><br> Nominal Defendant. | CASE NO: 1:11-cv-08383 |

| | |
|---|---|
| WARREN PINCHUCK and ROY SAPIR, derivatively on behalf of ABBOTT LABORATORIES, <br><br> Plaintiffs, <br><br> MILES D. WHITE, ROBERT J. ALPERN, ROXANNE S. AUSTIN, W. JAMES FARRELL, H. LAURANCE FULLER, EDWARD M. LIDDY, PHEBE N. NOVAKOVIC, WILLIAM A. OSBORN, SAMUEL C. SCOTT III, and GLENN F. TILTON, <br><br> Defendants, <br><br> and <br><br> ABBOTT LABORATORIES, <br><br> Nominal Defendant. | CASE NO. 1:11-cv-08499 |

| | | |
|---|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES RETIREMENT SYSTEM, Derivatively and on Behalf of ABBOTT LABORATORIES, | ) ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 1:11-cv-08631 |
| vs. | ) ) | |
| MILES D. WHITE, PHEBE N. NOVAKOVIC, ROBERT J. ALPERN, M.D., ROXANNE S. AUSTIN, W. JAMES FARRELL, H. LAURANCE FULLER, EDWARD M. LIDDY, WILLIAM A. OSBORN, SMUEL C. SCOTT, GLENN F. TILTON, WILLIAM N. DALEY, DAVID A. JONES, JEFFREY, M. LEIDEN, BOONE POWELL, JR., W. ANN REYNOLDS, ROY S. ROBERTS, WILLIAM D. SMITHBURG, JOHN R. WALTER, RICHARD A. GONZALEZ, MARY T. SZELA, and MICHAEL J. WARMUTH | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) ) | |
| and | ) ) | |
| ABBOTT LABORATORIES, | ) ) | |
| Nominal Defendant. | ) ) ) | |

Jacksonville Police & Fire Pension Fund ("Jacksonville" or "Movant"), the plaintiff in the action captioned *Jacksonville Police & Fire Pension Fund v. White, et al.*, Case No. 1:11-cv-08383, currently pending before Judge Marvin E. Aspen, submits this Motion to (i) reassign to this Court and Judge Virginia M. Kendall on the basis of relatedness the three shareholder derivative actions brought on behalf of Abbott Laboratories ("Abbott" or the "Company") that have not been assigned to this Court; and (ii) consolidate the Actions (as defined below).

1.      There are currently four (4) shareholder derivative lawsuits brought on behalf of and for the benefit of Abbott pending in the Northern District of Illinois:

   a.   *Chester County Employees' Retirement Fund v. White, et al.*, Case No. 1:11-cv-08114, filed on November 14, 2011, and assigned to this Court, Judge Virginia M. Kendall (the "Chester County action");

   b.   *Jacksonville Police & Fire Pension Fund v. White, et al.*, Case No. 1:11-cv-08383, filed on November 22, 2011, and assigned to Judge Marvin E. Aspen (the "Jacksonville action");

   c.   *Pinchuck, et al. v. White, et al.*, Case No. 1:11-cv-08499, filed on November 29, 2011, and assigned to Judge William J. Hibbler (the "Pinchuck action"); and

   d.   *Louisiana Municipal Police Employees Retirement System v. White, et al.*, Case No. 1:11-cv-08631, filed on December 5, 2011, and assigned to Judge Blanche M. Manning (the "LMPERS action") (collectively, the "Actions").[1]

2.      The Jacksonville Action, the Pinchuck Action, and the LMPERS Action should be reassigned to this this Court and Judge Kendall, where the first-filed Chester County Action is assigned. As explained in detail in the attached Memorandum, these cases are all "related" within the meaning of Local Rule 40.4(a), and all four of the conditions for reassignment in Local Rule 40.4(b) are satisfied.

---

[1] A fourth action, *Goodman v. White, et al.*, Case No. 1:11-cv-07940, filed on November 8, 2011, and assigned to Judge Ruben Castillo (the "Goodman action"), was voluntarily dismissed by order dated November 23, 2011.

3.      In addition, after reassignment, the Actions should be consolidated. As explained in the attached Memorandum, the standards for consolidation under Fed. R. Civ. P. 42(a) are satisfied here.

WHEREFORE, Movant requests that the Court reassign the Jacksonville Action, the Pinchuck Action, and the LMPERS Action and consolidate all the Actions.

Dated:  December 12, 2011                              Respectfully submitted,


**SUSMAN HEFFNER & HURST LLP**

By: */s/ Matthew T. Heffner*
Matthew T. Heffner
20 South Clark Street, Suite 600
Chicago, Illinois 60603
Telephone: (312) 346-3466
Fax: (312) 346-2829

**SPECTOR ROSEMAN KODROFF**
**& WILLIS, P.C.**
Robert M. Roseman
Mark S. Willis
Andrew D. Abramowitz
Daniel J. Mirarchi
1818 Market Street, 25th Floor
Philadelphia, PA 19103
Tel.:  215.496.0300
Fax:  215.496.6611

Counsel for Plaintiff,
Jacksonville Police & Fire
Pension Fund