09:01:50

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHESTER COUNTY EMPLOYEES'<br>RETIREMENT FUND, | Case No. 1:11-cv-08114<br>(Consolidated with:<br>1:11-cv-08383,<br>1:11-cv-08631,<br>1:11-cv-08886) |
| Plaintiffs,<br>v.<br>MILES D. WHITE, et al.,<br>Defendants. | Chicago, Illinois<br>December 19, 2011<br>Motion Hearing |

TRANSCRIPT OF MOTION HEARING
BEFORE THE HONORABLE VIRGINIA M. KENDALL
UNITED STATES DISTRICT JUDGE

APPEARANCES:

| | |
|---|---|
| For the Plaintiff:<br>Chester County | Kessler Topaz Meltzer & Check, LLP<br>By: Robin Winchester<br>280 King of Prussia Road<br>Radnor, PA 19087<br>(610) 667-7706<br>- and -<br>Lasky & Rifkind, Ltd.<br>By: Amelia S. Newton<br>351 W. Hubbard St., Ste. 401<br>Chicago, IL 60654<br>(312) 634-0057 |

```
 1
 2
 3    APPEARANCES (Cont'd):
 4
 5    For the Plaintiff:    Kahn Swick & Foti LLC
      Louisiana Municipal   By:  Christopher W. Kaul
 6                          206 Covington Street
                            Madisonville, LA 70447
 7                          (504) 455-1400
 8                             - and -
 9                          Susman Heffner & Hurst LLP
                            By:  Matthew T. Heffner
10                          20 S. Clark St., Ste. 600
                            Chicago, IL 60603
11                          (312) 346-3466
12
13
      For the Plaintiff:    Spector, Roseman, Kodroff & Willis, P.C.
14    Jacksonville Police   By:  Andrew D. Abramowitz
                            1818 Market St., Ste. 2500
15                          Philadelphia, PA 19103
                            (215) 496-0300
16
17
18
      For the Plaintiff:    Hagens Berman Sobol Shapiro LLP
19    Pipefitters Local     By:  Elizabeth A. Fegan
                            1144 W. Lake St., Ste. 400
20                          Oak Park, IL 60301
                            (708) 628-4949
21
22
23    For the Defendant:    Kirkland & Ellis LLP
      Abbott Laboratories   By:  Sallie Gamble Smylie
24                          300 N. LaSalle Street
                            Chicago, IL 60654
25                          (312) 862-2000
```

1
2
3  **APPEARANCES (Cont'd):**
4
5
6  **For the Defendants:** Jones Day
   **Individual Defendants By:** Daniel E. Reidy, and
7                                Brian J. Murray
   77 W. Wacker Dr., Ste. 3500
   Chicago, IL 60601
8  (312) 782-3939
9
10
11 **COURT REPORTER:**     FEDERAL OFFICIAL COURT REPORTER
                          April M. Metzler, RPR, CRR, FCRR
12                        219 South Dearborn St., Rm. 2318-A
                          Chicago, IL 60604
13                        (312) 408-5154
                          April_Metzler@ilnd.uscourts.gov
14
15
16
17
18
19
20
21
22
23
24
25 **Proceedings recorded by mechanical stenography; transcript produced by notereading.**

```
09:20:08   1              (Commenced at 9:20 a.m.)
09:20:08   2              THE CLERK:  Case number 11C8114, Chester County
09:20:11   3   versus White, et al.
09:20:21   4              THE COURT:  Oh, my goodness.  Good morning, folks.
09:20:25   5   I'm going to need a score card.
09:20:25   6              (Laughter.)
09:20:27   7              THE COURT:  Why don't we start over here on the left,
09:20:30   8   please, for April.
09:20:31   9              MS. FEGAN:  Good morning, your Honor.  Elizabeth
09:20:32  10   Fegan on behalf of the Pipefitters Local Union 537 plaintiffs,
09:20:35  11   and we are in case number 11CV08886.
09:20:40  12              THE COURT:  Okay.  Hold on a second, Ms. Fegan.
09:20:43  13              MS. FEGAN:  Sure.
09:20:43  14              THE COURT:  Let me get you on the right page.
09:20:46  15              Okay.  Thank you.
09:20:49  16              MR. ABRAMOWITZ:  Good morning, your Honor.  Andrew
09:20:52  17   Abramowitz from Spector, Roseman, Kodroff and Willis.  I'm
09:20:52  18   here on behalf of the Jacksonville Police and Fire Pension
09:20:55  19   Fund.  We are in case number 11CV08383, which is currently
09:21:01  20   before Judge Aspen.
09:21:02  21              THE COURT:  Got it.
09:21:03  22              Okay.  Good morning.
09:21:04  23              MR. ABRAMOWITZ:  Good morning.
09:21:05  24              MR. KAUL:  Good morning, your Honor.  Chris Kaul,
09:21:07  25   Kahn Swick and Foti on behalf of the plaintiff, Louisiana
```

| | | |
|---|---|---|
| 09:21:12 | 1 | Municipal Police Employees' Retirement System.  We are in case |
| 09:21:13 | 2 | 11CV08631, before Judge Manning. |
| 09:21:19 | 3 |     THE COURT:  Manning? |
| 09:21:20 | 4 |     MR. KAUL:  Yes. |
| 09:21:20 | 5 |     THE COURT:  Okay.  So so far Manning and Aspen.  What |
| 09:21:23 | 6 | was yours? |
| 09:21:23 | 7 |     MS. FEGAN:  Judge Conlon, your Honor. |
| 09:21:25 | 8 |     THE COURT:  Conlon. |
| 09:21:25 | 9 |     Okay.  Thank you. |
| 09:21:27 | 10 |     MR. HEFFNER:  Your Honor, Matt Hefner.  I'm actually |
| 09:21:30 | 11 | local for Jacksonville and LMPERS. |
| 09:21:32 | 12 |     THE COURT:  For Jacksonville and who else? |
| 09:21:34 | 13 |     MR. HEFFNER:  And LMPERS. |
| 09:21:34 | 14 |     THE COURT:  Got it. |
| 09:21:35 | 15 |     MR. HEFFNER:  The previous two. |
| 09:21:36 | 16 |     THE COURT:  The previous two.  Got it.  Thank you. |
| 09:21:39 | 17 |     Mr. Reidy? |
| 09:21:39 | 18 |     MR. REIDY:  Good morning, your Honor.  Dan Reidy and |
| 09:21:41 | 19 | Brian Murray on behalf of individual defendants in all the |
| 09:21:43 | 20 | cases. |
| 09:21:44 | 21 |     THE COURT:  Okay.  Good morning. |
| 09:21:44 | 22 |     MR. REIDY:  Good morning. |
| 09:21:46 | 23 |     MS. GAMBLE SMYLIE:  Good morning, your Honor.  Sally |
| 09:21:47 | 24 | Smylie on behalf of the nominal defendant Abbott in all the |
| 09:21:50 | 25 | cases. |

| | | |
|---|---|---|
| 09:21:51 | 1 | THE COURT: Okay. Good morning. |
| 09:21:52 | 2 | MS. GAMBLE SMYLIE: Good morning. |
| 09:21:52 | 3 | MS. WINCHESTER: And good morning, your Honor. Robin |
| 09:21:54 | 4 | Winchester on behalf of Chester County Employees' Retirement |
| 09:21:55 | 5 | System [sic]. We're the first-filed case. |
| 09:21:56 | 6 | THE COURT: Oh, lucky you. And that went to me, |
| 09:21:59 | 7 | right? |
| 09:22:01 | 8 | MS. WINCHESTER: Yes, your Honor. |
| 09:22:03 | 9 | THE COURT: Okay. Good morning. |
| 09:22:03 | 10 | MS. NEWTON: Good morning, your Honor. Amy Newton |
| 09:22:04 | 11 | also on behalf of Chester County. I'm also local counsel. |
| 09:22:08 | 12 | THE COURT: Okay. Good morning, folks. |
| 09:22:09 | 13 | Well, I guess the big question is, is there a |
| 09:22:09 | 14 | disagreement about whether these should be brought together? |
| 09:22:12 | 15 | MR. ABRAMOWITZ: I believe on -- at least as far as |
| 09:22:14 | 16 | the plaintiffs are concerned -- I don't believe there is any |
| 09:22:16 | 17 | disagreement as to reassignment and consolidation of these |
| 09:22:19 | 18 | actions. |
| 09:22:20 | 19 | THE COURT: Okay. |
| 09:22:20 | 20 | MR. ABRAMOWITZ: The defendants, I believe, will |
| 09:22:21 | 21 | speak for themselves. |
| 09:22:22 | 22 | THE COURT: Okay. |
| 09:22:22 | 23 | MR. REIDY: We have no objection on behalf of the |
| 09:22:24 | 24 | individual defendants, Judge. |
| 09:22:25 | 25 | THE COURT: Okay. What about Abbott? |

| | | |
|---|---|---|
| 09:22:26 | 1 | MS. GAMBLE SMYLIE:  Nor does Abbott. |
| 09:22:27 | 2 | MS. WINCHESTER:  Your Honor, we don't have any |
| 09:22:29 | 3 | objection to administratively consolidating the actions, but |
| 09:22:32 | 4 | we have raised an issue with respect to lack of diversity |
| 09:22:36 | 5 | citizenship with respect to certain of the plaintiffs and |
| 09:22:39 | 6 | defendants in the other actions. |
| 09:22:42 | 7 | THE COURT:  I'm just wondering how -- so you would |
| 09:22:45 | 8 | still have a -- in which action are you alleging? |
| 09:22:51 | 9 | MS. WINCHESTER:  -- in the Jacksonville action the |
| 09:22:53 | 10 | plaintiff there is not diverse from the rest of -- from five |
| 09:22:56 | 11 | of the defendants, who are also Florida citizens.  And the |
| 09:23:00 | 12 | Pipefitters action -- which, your Honor, there's a hearing on |
| 09:23:03 | 13 | Thursday to relate that case -- or to transfer that case over |
| 09:23:07 | 14 | to you to relate it to the rest -- the plaintiff there is a |
| 09:23:10 | 15 | Massachusetts resident and one of the defendants, who they |
| 09:23:13 | 16 | have named and who we have named is also a Massachusetts |
| 09:23:16 | 17 | resident. |
| 09:23:16 | 18 | THE COURT:  Where is the pipefitter case?  In front |
| 09:23:19 | 19 | of what judge now? |
| 09:23:19 | 20 | MS. WINCHESTER:  Judge Conlon. |
| 09:23:20 | 21 | MS. FEGAN:  Judge Conlon, your Honor. |
| 09:23:22 | 22 | THE COURT:  Oh, that's the Conlon one.  Okay. |
| 09:23:25 | 23 | MS. WINCHESTER:  Right.  So we had suggested in our |
| 09:23:25 | 24 | papers, your Honor, is that -- well, we -- our motion also is |
| 09:23:28 | 25 | to appoint lead plaintiff and lead counsel and then maybe you |

09:23:32  1  defer the actual consolidation until after the lead plaintiff
09:23:35  2  is appointed.
09:23:38  3  　　　　MS. FEGAN:  Your Honor --
09:23:38  4  　　　　THE COURT:  And what is your position on that?
09:23:40  5  　　　　MS. FEGAN:  I think that we should -- I think it's
09:23:43  6  fine to relate it all to you.  I think we're all in agreement
09:23:46  7  with that and it should all be handled here.  I think we
09:23:49  8  should probably set briefing on the rest.  I'm not sure that
09:23:52  9  that's correct, but we can certainly try to work this out
09:23:57  10 among us in the meantime.
09:23:58  11 　　　　THE COURT:  Well, I definitely see the relatedness of
09:24:01  12 the issues.  I definitely see that unfortunately I'm the
09:24:04  13 lowest number of the group.
09:24:05  14 　　　　(Laughter.)
09:24:06  15 　　　　THE COURT:  And I can see that there would make -- it
09:24:09  16 would make a lot of sense to have one judge handle all of it.
09:24:13  17 　　　　As far as the diversity issue, I think we can
09:24:16  18 probably handle it once everybody's consolidated together and
09:24:20  19 you could still have the ability to file your motion.
09:24:25  20 　　　　You know, the term relatedness and consolidation is
09:24:29  21 so unique here you have to have the right term in order to --
09:24:32  22 whether we're consolidating for discovery purposes or
09:24:35  23 whatever.  I think that under this situation we're
09:24:39  24 consolidating them as related, and so all of the discovery
09:24:42  25 will be coordinated, and then I have a feeling when you get to

```
09:24:47  1  summary judgment briefing, the majority of you are going to be
09:24:49  2  able to join in, I would think, on a lot of these briefs.  Am
09:24:53  3  I mistaken about that?  Do you think you're going to have lots
09:24:55  4  of different briefs positions?
09:24:57  5             MS. WINCHESTER:  Well, your Honor, what we have
09:24:59  6  suggested is that your Honor appoint, as normally happens in
09:25:02  7  derivative actions, one --
09:25:02  8             THE COURT:  I know.
09:25:03  9             MS. WINCHESTER:  -- lead plaintiff and lead counsel,
09:25:04  10 and then the rest of the plaintiffs wouldn't be a party to the
09:25:07  11 action anymore.
09:25:07  12            THE COURT:  Oh, then they're not a party to the
09:25:09  13 action?
09:25:09  14            MS. WINCHESTER:  Correct, your Honor.
09:25:11  15            THE COURT:  Okay.
09:25:11  16            MR. ABRAMOWITZ:  I think, your Honor, we've filed a
09:25:14  17 lot of paper very early on, but I think that once the Court
09:25:16  18 rules on the lead plaintiff motions, when we get to briefing
09:25:19  19 on that, once the Executive Committee has reassigned these
09:25:22  20 actions, much of what has been filed will go away, and we can
09:25:25  21 sort of start with -- once lead plaintiff appointment happens,
09:25:29  22 you'll see less of us.
09:25:31  23            THE COURT:  Okay.  So today I'm going to grant the
09:25:34  24 motion to consolidate these three, and I assume that the next
09:25:37  25 one that will be probably coming down the pike will be as
```

| | | |
|---|---|---|
| 09:25:40 | 1 | well. |
| 09:25:40 | 2 | So let me make sure we have the numbers for your |
| 09:25:43 | 3 | minute order, Tresa.  It's 11C0883, 11C8631, and those are |
| 09:25:53 | 4 | being consolidated with mine, which is 11-8114.  I'm missing a |
| 09:25:58 | 5 | number, though. |
| 09:25:58 | 6 | MS. FEGAN:  0886. |
| 09:26:01 | 7 | THE COURT:  Okay.  8886. |
| 09:26:06 | 8 | MS. WINCHESTER:  And, your Honor -- |
| 09:26:06 | 9 | THE COURT:  Oh, that's Thursdays?  Oh, no, we need -- |
| 09:26:07 | 10 | MS. NEWTON:  But counsel's here. |
| 09:26:08 | 11 | MS. FEGAN:  I am. |
| 09:26:08 | 12 | THE COURT:  Oh, are you?  Is everybody here on that |
| 09:26:09 | 13 | one? |
| 09:26:09 | 14 | MS. FEGAN:  Yes. |
| 09:26:09 | 15 | THE COURT:  Oh, well, we can save you the trouble. |
| 09:26:11 | 16 | MS. NEWTON:  Good, good. |
| 09:26:12 | 17 | THE COURT:  It's closer to the holiday.  You don't |
| 09:26:13 | 18 | need to come in. |
| 09:26:14 | 19 | MS. NEWTON:  Thank you. |
| 09:26:15 | 20 | THE COURT:  Okay.  So all of those are going to go |
| 09:26:17 | 21 | together. |
| 09:26:17 | 22 | And then is there going to be a dispute about who the |
| 09:26:20 | 23 | lead plaintiff should be? |
| 09:26:21 | 24 | MR. ABRAMOWITZ:  We believe there will be a dispute. |
| 09:26:23 | 25 | I'm pretty sure we'd all like the opportunity to submit lead |

```
09:26:27   1   counsel motions.
09:26:28   2              THE COURT:  Did you say you have already done so in
09:26:30   3   the other cases or you just know?
09:26:33   4              MR. ABRAMOWITZ:  We have not, your Honor.  It was our
09:26:35   5   view that those motions were premature until the actions were
09:26:37   6   reassigned and consolidated.
09:26:37   7              THE COURT:  Of course.
09:26:38   8              All right.  Well, let's -- let me take a look at the
09:26:41   9   calendar and see what we've got as far as getting those
09:26:43  10   onboard.
09:26:45  11              MS. WINCHESTER:  And, your Honor, we had filed our
09:26:46  12   motion as part of our related motion, so that's -- our initial
09:26:51  13   motion is already filed.
09:26:52  14              THE COURT:  Your motion to appoint the lead?
09:26:54  15              MS. WINCHESTER:  Yes, your Honor.
09:26:56  16              THE COURT:  Are those listed separately, Tresa?
09:27:00  17   We'll have to make sure when we start cleaning those out.
09:27:03  18              All right.  Any motions to appoint lead counsel shall
09:27:08  19   be filed by January 18th, and any responses to that,
09:27:14  20   objections to that, shall be filed February 8th, and any
09:27:18  21   replies February 15th.
09:27:20  22              Then I will see you again on March 21st at 9:00 a.m.
09:27:24  23   for a status.  You'll know who's taking the reins of this, and
09:27:30  24   we'll get a good schedule going.
09:27:32  25              And on March 16th you'll need to file a -- well, no,
```

```
09:27:38   1   let's not do that yet.
09:27:40   2          On March 21st when I see all of you, I'll give you
09:27:42   3   some more directions about what to file as far as our
09:27:45   4   discovery schedule.  Okay.  Let's just get this first part
09:27:48   5   sorted out.
09:27:49   6          All right.  Anything else from anyone?
09:27:51   7          MR. REIDY:  Your Honor, for the defendants, if we
09:27:52   8   could have forgiveness of our obligation to answer or
09:27:55   9   otherwise plead?
09:27:56  10          THE COURT:  Absolutely.
09:27:57  11          MR. REIDY:  We were sort of hoping that there might
09:27:59  12   be an amended consolidated complaint, if there's eventually --
09:28:01  13          THE COURT:  I think that makes a lot of sense.  When
09:28:03  14   is your answer due?
09:28:05  15          MR. REIDY:  It's various dates, depending on which
09:28:07  16   case we're talking about, Judge, because they were filed at
09:28:09  17   different times.
09:28:10  18          THE COURT:  All right.
09:28:10  19          MR. REIDY:  They are sort of due fairly soon.
09:28:12  20          THE COURT:  Okay.  All of the defendants do not need
09:28:14  21   to answer until I give you some guidance in case you want to
09:28:18  22   consolidate all of that and we'll get it all on one nice clean
09:28:22  23   track.
09:28:22  24          All right. All right.  Welcome aboard, folks.  I'll
09:28:25  25   see a lot of you, I'm sure.
```

| | | |
|---|---|---|
| 09:28:26 | 1 | MS. WINCHESTER:  Your Honor, one question.  Would you |
| 09:28:28 | 2 | like us to refile our motion for -- |
| 09:28:29 | 3 | THE COURT:  I think it would make a lot more sense |
| 09:28:31 | 4 | for us, because what happens when this -- this has happened |
| 09:28:34 | 5 | before.  I took on twelve patent cases and we put them |
| 09:28:37 | 6 | together.  And if they are filed together like you did in one, |
| 09:28:41 | 7 | sometimes they get lost and/or they stay out stuck on the old |
| 09:28:47 | 8 | docket, for some reason, when docketing puts them together. |
| 09:28:50 | 9 | All right.  Thanks. |
| 09:28:50 | 10 | MS. WINCHESTER:  Not a problem. |
| 09:28:52 | 11 | MR. ABRAMOWITZ:  Just to be clear, your Honor, then |
| 09:28:53 | 12 | the motions that are scheduled for this Thursday you've |
| 09:28:55 | 13 | already dealt with. |
| 09:28:55 | 14 | THE COURT:  You don't have to be here.  You're here |
| 09:28:56 | 15 | for it for the duration and you don't need to appear, so go |
| 09:28:59 | 16 | shopping or something like that. |
| 09:29:00 | 17 | (Laughter.) |
| 09:29:02 | 18 | THE COURT:  Okay.  Thank you. |
| | 19 | (Concluded at 9:29 a.m.) |
| | 20 | - - - |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

```
 1
 2
 3                      C E R T I F I C A T E
 4
 5    I certify that the foregoing is a correct transcript from
 6    the record of proceedings in the above-entitled matter.
 7
 8    /s/April M. Metzler, RPR, CRR, FCRR    December 19, 2011
 9    April M. Metzler, RPR, CRR, FCRR       Date
10    Official Federal Court Reporter
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```