IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHESTER COUNTY EMPLOYEES' RETIREMENT FUND, Derivatively on Behalf of Nominal Defendant ABBOTT LABORATORIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MILES D. WHITE, DUANE L. BURNHAM, JEFFREY LEIDEN, WILLIAM DEMPSEY, RICHARD A. GONZALEZ, H. LAURANCE FULLER, ROXANNE S. AUSTIN, W. JAMES FARRELL, SAMUEL C. SCOTT, III, GLENN F. TILTON, WILLIAM A. OSBORN, ROBERT J. ALPERN, M.D., K. FRANK AUSTEN, M.D., JACK M. GREENBERG, THOMAS R. HODGSON, DAVID A. JONES, THE RT. HON. LORD DAVID OWEN, ROBERT L.PARKINSON, JR., BOONE POWELL, JR., ADDISON, BARRY RAND, W. ANN REYNOLDS, PH.D., ROY S. ROBERTS, WILLIAM D. SMITHBURG, JOHN R. WALTER, WILLIAM L. WEISS, <br><br> Defendants, <br><br> and <br><br> ABBOTT LABORATORIES, INC., <br><br> Nominal Defendant. | CASE NO. 1:11-cv-08114 |

**DECLARATION OF ANDREW D. ABRAMOWITZ IN SUPPORT OF
JACKSONVILLE POLICE & FIRE PENSION FUND'S
MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**

1

I, Andrew D. Abramowitz, declare the following:

1. I am a partner of the law firm of Spector Roseman Kodroff & Willis, P.C. ("Spector Roseman") and I make this Declaration in support of Jacksonville Police & Fire Pension Fund's Motion for Appointment of Lead Plaintiff and Lead Counsel.

2. Attached hereto as Exhibit A is a true and correct copy of the order dated July 5, 2011, in *North Miami Beach General Employees Retirement Fund v. Parkinson*, Case No. 10-C-6514 (N.D. Ill.) (Chang, J.).

3. Attached hereto as Exhibit B is a true and correct copy of the Verified Shareholder Derivative Complaint filed in *Chester County Employees' Retirement Fund v. White, et al.*, Case No. 1:11-cv-08114 (docket entry #1).

4. Attached hereto as Exhibit C is a true and correct copy of the Freedom of Information Act Request served on the Food and Drug Administration by Spector Roseman on behalf of plaintiff Jacksonville Police & Fire Pension Fund.

5. Attached hereto as Exhibit D is a true and correct copy of Spector Roseman's firm biography.

6. Attached hereto as Exhibit E is a true and correct copy of the firm biography of Susman Heffner & Hurst LLP.

7. Attached hereto as Exhibit F is a true and correct copy of the proposed Pretrial Order 1.

8. As of the date of this Declaration, Jacksonville Police & Fire Pension Fund owns 99,500 shares of stock of Abbott Laboratories.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 18th day of January 2012 at Philadelphia, Pennsylvania.

                                                */s/Andrew D. Abramowitz*
                                                Andrew D. Abramowitz