IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHESTER COUNTY EMPLOYEES' RETIREMENT FUND, Derivatively on Behalf of Nominal Defendant ABBOTT LABORATORIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MILES D. WHITE, DUANE L. BURNHAM, JEFFREY LEIDEN, WILLIAM DEMPSEY, RICHARD A. GONZALEZ, H. LAURANCE FULLER, ROXANNE S. AUSTIN, W. JAMES FARRELL, SAMUEL C. SCOTT, III, GLENN F. TILTON, WILLIAM A. OSBORN, ROBERT J. ALPERN, M.D., K. FRANK AUSTEN, M.D., JACK M. GREENBERG, THOMAS R. HODGSON, DAVID A. JONES, THE RT. HON. LORD DAVID OWEN, ROBERT L. PARKINSON, JR., BOONE POWELL, JR., ADDISON, BARRY RAND, W. ANN REYNOLDS, PH.D., ROY S. ROBERTS, WILLIAM D. SMITHBURG, JOHN R. WALTER, WILLIAM L. WEISS, <br><br> Defendants, <br><br> and <br><br> ABBOTT LABORATORIES, INC., <br><br> Nominal Defendant. | CASE NO. 1:11-cv-08114 |

**PLAINTIFF LOUISIANA MUNICIPAL POLICE EMPLOYEES RETIREMENT SYSTEM'S MEMORANDUM OF LAW IN SUPPORT OF JACKSONVILLE POLICE & FIRE PENSION FUND'S MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**

1

Plaintiff Louisiana Municipal Police Employees Retirement System ("LMPERS") hereby submits this Memorandum of Law is support of the Jacksonville Police & Fire Pension Fund's Motion for Appointment of Lead Plaintiff and Lead Counsel ("Motion") in which Jacksonville Police & Fire Pension Fund ("Jacksonville Police & Fire") seeks to be appointed as Lead Plaintiff, to have its counsel, the law firm of Spector Roseman Kodroff & Willis, P.C. ("Spector Roseman"), appointed as Lead Counsel, and the law firm of Susman Heffner & Hurst LLP ("SHH") appointed as Local Counsel in this consolidated action.

Jacksonville Police & Fire's counsel, Spector Roseman, has reached out to LMPERS in an attempt to coordinate with all other plaintiffs in an effort to promote the most efficient litigation of these claims as possible. After speaking with Jacksonville Police & Fire's counsel, LMPERS agrees that this case should be led by Jacksonville Police & Fire, and LMPERS supports the Motion and agrees to assist Jacksonville Police & Fire and Spector Roseman to whatever extent is required. As a statewide retirement system which provides retirement benefits for thousands of municipal law enforcement employees in the state of Louisiana, LMPERS is well accustomed to acting in a fiduciary capacity, and has been responsible for over $1 billion in settlements in securities lawsuits in which it has been lead or co-lead plaintiff, such that LMPERS clearly understands the duties and qualities needed of a Lead Plaintiff in a derivative action such as the instant matter. In light of this knowledge and extensive experience, LMPERS believes that Jacksonville Police & Fire should prosecute this case on behalf of Abbott Laboratories, as it overwhelmingly satisfies the standard for selection of a lead derivative plaintiff. *See Dollens v. Zionts*, 2001 WL 1543524, at **5-6 (N.D. Ill. Dec. 4, 2001). Specifically, Jacksonville Police & Fire: (1) has the largest financial interest of any of the plaintiffs; (2) has already demonstrated its leadership and commitment by obtaining public

documents and by organizing counsel; and (3) has selected highly competent counsel who have litigated numerous shareholder derivative actions and other types of complex shareholder litigation, including those involving the pharmaceutical industry.

For all of the foregoing reasons, and the reasons set forth in the Memorandum of Law filed by Jacksonville Police & Fire in support of its Motion, LMPERS respectfully requests that: (1) Jacksonville Police & Fire be appointed Lead Plaintiff, (2) its counsel, Spector Roseman, be appointed Lead Counsel, and (3) its local counsel, SHH, be appointed Local Counsel.

Dated: January 18, 2012          Respectfully submitted,

**SUSMAN HEFFNER & HURST, LLP**

By: */s/ Matthew T. Heffner*
Matthew T. Heffner
mheffner@shhllp.com
20 South Clark Street, Suite 600
Chicago, Illinois 60603
Telephone: (312) 346-3466
Fax: (312) 346-2829

**KAHN SWICK & FOTI, LLC**
Albert M. Myers (*pro hac vice*)
albert.myers@ksfcounsel.com
Lewis S. Kahn (*pro hac vice*)
lewis.kahn@ksfcounsel.com
Melinda A. Nicholson (*pro hac vice*)
melinda.nicholson@ksfcounsel.com
Christopher W. Kaul (*pro hac vice*)
chris.kaul@ksfcounsel.com
206 Covington Street
Madisonville, Louisiana 70447
Telephone: (504) 455-1400
Fax: (504) 455-1498

**BRANNON LAW FIRM, LLC**
Paul M. Brannon
(*pro hac vice* application to be filed)

*PMB@BrannonLawFirm.com*
3500 North Hullen Street
Metairie, Louisiana 70002
Telephone: (504) 456-8677
Fax: (504) 456-8624

*Counsel for Plaintiff*
*Louisiana Municipal Police*
*Employees Retirement System*