**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| PUBLIC SCHOOL RETIREMENT SYSTEM OF THE SCHOOL DISTRICT OF KANSAS CITY, MISSOURI, derivatively on behalf of Nominal Defendant ABBOTT LABORATORIES,<br><br>    Plaintiff,<br><br>  v.<br><br>MILES D. WHITE, H. LAURANCE FULLER, ROXANNE S. AUSTIN, W. JAMES FARRELL, SAMUEL C. SCOTT, III, GLENN F. TILTON, WILLIAM A. OSBORN, ROBERT J. ALPERN, JEFFREY LEIDEN, WILLIAM DALEY, W. ANN REYNOLDS, DAVID OWEN, ROY ROBERTS, WILLIAM SMITHBURG, BOONE POWELL, JR., JACK GREENBERG, JOHN WALTER, ADDISON RAND, DAVID JONES, THOMAS C. FREYMAN, RICHARD A. GONZALEZ, MARY SZELA, JAMES TYREE, WILLIAM G. DEMPSEY, HOLGER LIEPMANN, JOHN LANDGRAF, DAVID GOFFREDO, and P. LOREEN MERSHIMER,<br><br>    Defendants,<br><br>  -and-<br><br>ABBOTT LABORATORIES,<br><br>    Nominal Defendant. | No. 1:12-cv-00355<br><br>(Reassigned to this Court's Calendar as Related to Case No. 1:11-cv-08114)<br><br>CLASS ACTION<br><br>COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF PUBLIC SCHOOL RETIREMENT SYSTEM OF THE SCHOOL DISTRICT OF KANSAS CITY, MISSOURI'S MEMORANDUM OF LAW IN SUPPORT OF JACKSONVILLE POLICE & FIRE PENSION FUND'S MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**

Plaintiff, Public School Retirement System of the School District of Kansas City,

Missouri ("Plaintiff" or "KCPSRS"), hereby submits this Memorandum of Law in support of the

{10300-001 MEM A0311594.DOC}

Jacksonville Police & Fire Pension Fund's Motion for Appointment of Lead Plaintiff and Lead Counsel ("Jacksonville Motion"). The Jacksonville Motion seeks to have the Jacksonville Police & Fire Pension Fund ("Jacksonville Police & Fire") appointed Lead Plaintiff and its counsel, Spector Roseman Kodroff & Willis, P.C. ("Spector Roseman") appointed as Lead Counsel with the law firm of Susman Heffner & Hurst LLP ("Susman") appointed as Local Counsel in the consolidated action. Although KCPSRS itself previously moved for appointment as Lead Plaintiff and for appointment of its counsel, Labaton Sucharow LLP ("Labaton"), as Lead Counsel, after a review of the competing motions filed on January 18, 2012, it has withdrawn its motion and now believes the appointment of Jacksonville Police & Fire as Lead Plaintiff and Spector Roseman as Lead Counsel will best serve the interests of Abbott Laboratories ("Abbott" or the "Company") in this shareholder derivative action brought on behalf of Abbott.

All of the complaints filed in this consolidated action seek redress for egregious breaches of fiduciary duty by certain directors and officers of Abbott that have caused significant harm to the Company and it shareholders. The appointment of a strong lead plaintiff and lead counsel is critical in a case such as this. On many occasions, Labaton will determine and insist that Labaton and its clients are best suited to lead an action of this nature. On this occasion, however, for a number of reasons, Labaton and KCPSRS have determined that Jacksonville Police & Fire and Spector Roseman are best suited to provide the necessary strong leadership. Labaton and its Illinois counsel, Shaw Gussis Fishman Glantz Wolfson & Towbin LLC, stand ready to assist Spector Roseman in the prosecution of this case if Spector Roseman deems it necessary.

Labaton and KCPSRS support Jacksonville Police & Fire for a number of reasons, such as its substantial holdings of 99,500 shares which renders it highly motivated to maximize recovery for Abbott, its counsel's efforts to obtain documents through the Freedom of

{10300-001 MEM A0311594.DOC}

Information Act, and the fact that Spector Roseman is highly regarded for their successes in this type of litigation and has an exceptional track record and reputation for protection of shareholder rights and for obtaining significant and meaningful recoveries. Labaton has worked with Spector Roseman in the past, has seen the quality of their representation first hand, and is confident that they will zealously pursue the claims at issue here. Spector Roseman's ability to lead has already been demonstrated by the fact that three of the plaintiffs that filed complaints now support their leadership.

## III.    CONCLUSION

For the aforementioned reasons, the Court should grant Jacksonville's Motion for Appointment of Lead Plaintiff and Lead Counsel.

Dated: February 3, 2012

Christopher J. Keller
Eric J. Belfi
Michael W. Stocker
LABATON SUCHAROW LLP
140 Broadway
New York, New York  10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

Christine S. Azar
Charles B. Vincent
Peter C. Wood, Jr.
LABATON SUCHAROW LLP
300 Delaware Avenue, Suite 1225
Wilmington, Delaware  19801
Telephone: (302) 573-2530
Facsimile: (302) 573-25290

*Counsel for Plaintiff*

        */s/ Richard A. Saldinger*
Richard A. Saldinger (ARDC # 6209930)
Jeffrey L. Widman (ARDC # 6226367)
SHAW GUSSIS FISHMAN GLANTZ
WOLFSON & TOWBIN LLC
321 N. Clark, Suite 800
Chicago, Illinois  60654
Telephone: (312) 276-1321
Facsimile: (312) 980-3888
Email: rsaldinger@shawgussis.com

*Counsel for Plaintiff*

{10300-001 MEM A0311594.DOC}

**CERTIFICATE OF SERVICE**

       Richard A. Saldinger certifies that he caused to be served a true copy of the **PLAINTIFF PUBLIC SCHOOL RETIREMENT SYSTEM OF THE SCHOOL DISTRICT OF KANSAS CITY, MISSOURI'S MEMORANDUM OF LAW IN SUPPORT OF JACKSONVILLE POLICE & FIRE PENSION FUND'S MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL** upon the attached Service List via electronic ECF delivery on this 3rd day of February, 2012.

By:    */s/ Richard A. Saldinger*

             Richard A. Saldinger

**Mailing Information for a Case 1:11-cv-08114**
**Electronic Mail Notice List**
The following are those who are currently on the list to receive e-mail notices for this case.

- **Andrew D Abramowitz**
  aabramowitz@srkw-law.com
- **Steve W. Berman**
  steve@hbsslaw.com
- **Peter E. Borkon**
  peterb@hbsslaw.com
- **Sarah Joy Donnell**
  sarah.donnell@kirkland.com
- **Elizabeth A. Fegan**
  beth@hbsslaw.com,chi_filings@hbsslaw.com
- **Glenn L Hara**
  ghara@shhllp.com,mhouston@shhllp.com
- **Matthew Thomas Heffner**
  mheffner@shhllp.com,spavlat@shhllp.com,mhouston@shhllp.com
- **Robert J. Kopecky**
  rkopecky@kirkland.com
- **Daniel J. Kurowski**
  dank@hbsslaw.com,chi_filings@hbsslaw.com
- **Leigh R. Lasky**
  lasky@laskyrifkind.com
- **Marvin Alan Miller**
  Mmiller@millerlawllc.com,ajewell@millerlawllc.com,LFanning@millerlawllc.com,JRamirez@millerlawllc.com
- **Brian Joseph Murray**
  bjmurray@jonesday.com,mbhirst@jonesday.com,marywalz@jonesday.com
- **Amelia Susan Newton**
  newton@laskyrifkind.com
- **Daniel E. Reidy**
  dereidy@jonesday.com,marywalz@jonesday.com,jfagerman@jonesday.com
- **Justin O. Reliford**
  jreliford@ktmc.com
- **Norman Rifkind**
  rifkind@laskyrifkind.com

{10300-001 MEM A0311594.DOC}

- **Robert M. Roseman**
  rroseman@srkw-law.com
- **Richard Allen Saldinger**
  rsaldinger@shawgussis.com,msalazar@shawgussis.com
- **Sallie Gamble Smylie**
  ssmylie@kirkland.com
- **Robin Winchester**
  rwinchester@ktmc.com