**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHESTER COUNTY EMPLOYEES' RETIREMENT FUND, Derivatively on Behalf of Nominal Defendant ABBOTT LABORATORIES, INC., | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| MILES D. WHITE, DUANE L. BURNHAM, JEFFREY LEIDEN, WILLIAM DEMPSEY, RICHARD A. GONZALEZ, H. LAURANCE FULLER, ROXANNE S. AUSTIN, W. JAMES FARRELL, SAMUEL C. SCOTT, III, GLENN F. TILTON, WILLIAM A. OSBORN, ROBERT J. ALPERN, M.D., K. FRANK AUSTEN, M.D., JACK M. GREENBERG, THOMAS R. HODGSON, DAVID A. JONES, THE RT. HON. LORD DAVID OWEN, ROBERT L. PARKINSON, JR., BOONE POWELL, JR., ADDISON, BARRY RAND, W. ANN REYNOLDS, PH.D., ROY S. ROBERTS, WILLIAM D. SMITHBURG, JOHN R. WALTER, WILLIAM L. WEISS, | ) CASE NO. 1:11-cv-08114<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants, | )<br>) |
| and | )<br>) |
| ABBOTT LABORATORIES, INC., | )<br>) |
| Nominal Defendant. | ) |

**LEAD PLAINTIFF'S UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER**

Lead Plaintiff, Jacksonville Police & Fire Pension Fund ("Jacksonville Police & Fire"), respectfully moves this Court for an Order modifying the schedule entered by this Court by Order dated April 11, 2012 [DE 159], and states as follows:

1. On April 11, 2012, this Court consolidated the pending shareholder derivative actions brought on behalf of Abbott Laboratories ("Abbott") and appointed Jacksonville Police & Fire as Lead Plaintiff, Spector Roseman Kodroff & Willis, P.C. as Lead Counsel, and Susman Heffner & Hurst LLP as Local Counsel.

2. Also on April 11, 2012, after conferring with counsel for the parties at a status conference on the same date, this Court set a schedule for the filing of a consolidated complaint and the filing of a motion to dismiss or answer, to be due on May 9, 2012 and June 29, 2012, respectively.

3. Over the past several weeks, Lead Counsel and counsel for Defendants have been negotiating the terms of a voluntary limited production of documents by Defendants. These documents were previously provided to consolidated plaintiff Pipefitters Local Union No. 120 Pension Fund, which filed a complaint on April 10, 2012. *See Pipefitters Local Union 120 Pension Fund v. White, et al.*, No. 1:12-cv-2624 [DE 1]. Negotiations between the parties for the production of these documents have included the negotiation of a confidentiality agreement.

4. After agreeing to terms, Lead Plaintiff received from Defendants on May 2, 2012, a production consisting of a total of 3,310 pages.

5.  Given the volume of this production, in addition to receiving additional documents from the U.S. Food and Drug Administration pursuant to a request under the Freedom of Information Act, Lead Plaintiff proposes a modification to the schedule as follows:

- Lead Plaintiff will file a consolidated complaint by June 1, 2012;

- Defendants will file an answer or motion to dismiss by July 16, 2012;

- Lead Plaintiff will file any response to a motion to dismiss by August 30, 2012;

- Defendants will file any replies by September 20, 2012.

6.  Lead Plaintiff has conferred with Defendants, and Defendants do not oppose this Motion.

Respectfully submitted,

**SUSMAN HEFFNER & HURST LLP**

By: */s/ Matthew T. Heffner*
Matthew T. Heffner
30 North LaSalle Street, Suite 1210
Chicago, Illinois 60602
Telephone: (312) 346-3466
Fax: (312) 346-2829
Email: mheffner@shhllp.com

**SPECTOR ROSEMAN KODROFF
& WILLIS, P.C.**
Robert M. Roseman
Mark S. Willis
Andrew D. Abramowitz
Daniel J. Mirarchi
1818 Market Street, 25th Floor
Philadelphia, PA 19103
Tel.: 215.496.0300
Fax: 215.496.6611
Email: rroseman@srkw-law.com

Counsel for Lead Plaintiff,
Jacksonville Police & Fire
Pension Fund

Dated: May 7, 2012