**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 11-cv-08114 |
| CHESTER COUNTY EMPLOYEES' RETIREMENT FUND, et al. | |
| vs. | |
| MILES D. WHITE, et. al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
NOMINAL DEFENDANT, ABBOTT LABORATORIES

| | |
|---|---|
| NAME (Type or print) | |
| Alec Solotorovsky | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Alec Solotorovsky | |
| FIRM | |
| Kirkland & Ellis LLP | |
| STREET ADDRESS | |
| 300 North LaSalle | |
| CITY/STATE/ZIP | |
| Chicago, IL 60654 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6297666 | 312-862-2000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |