## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Chester County Employees' Retirement Fund, et al.

                                    Plaintiff,

v.                                             Case No.: 1:11–cv–08114

                                                   Honorable Virginia M. Kendall

Miles D. White, et al.

                                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 5, 2012:

      MINUTE entry before Honorable Virginia M. Kendall: MOTION by Defendant Abbott Laboratories, Inc. for leave to file *Agreed Motion for Leave to File 25–Page Brief*[191] is granted. Motion hearing set for 7/9/2012 on this motion is hereby stricken. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.