UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE ABBOTT-DEPAKOTE SHAREHOLDER DERIVATIVE LITIGATION | Civil Action No. 1:11-cv-08114<br><br>Hon. Virginia M. Kendall |

## JOINT STATUS REPORT

The parties submit this Joint Status Report pursuant to the Court's Order dated June 22, 2012.

**1. Attorneys of Record**

Lead Plaintiff is represented by Robert M. Roseman, Mark S. Willis, Andrew D. Abramowitz and Daniel J. Mirarchi of Spector Roseman Kodroff & Willis, P.C. Matthew T. Heffner and Glenn Hara of Susman Heffner & Hurst LLP are local counsel for Lead Plaintiff.

The Individual Defendants are represented by Daniel E. Reidy and Brian J. Murray of Jones Day.

Abbott is represented by Robert J. Kopecky, Sallie G. Smylie and Sarah J. Donnell of Kirkland & Ellis LLP.

**2. Basis for Federal Jurisdiction**

The Court has diversity jurisdiction over this case pursuant to 28 U.S.C. § 1332 because Lead Plaintiff and Defendants are citizens of different states and the matter in controversy exceeds $75,000, exclusive of interest and costs. The Parties do not dispute federal jurisdiction over this matter.

**3. Nature of the Claims**

The Individual Defendants are current and former officers and directors of Abbott. In its Consolidated Verified Amended Shareholder Derivative Complaint (the "Amended Complaint"),

filed on June 1, 2012 in redacted form [Dkt No. 179], Lead Plaintiff asserts shareholder derivative claims on behalf of Abbott against the Individual Defendants for breach of fiduciary duty, waste of corporate assets, mismanagement, gross mismanagement, failing to properly oversee the Company and to maintain internal controls, and, against Individual Defendants White, Leiden and Dempsey, for unjust enrichment. No counterclaims are expected.

4. **Parties Not Served**

All parties have been served.

5. **Principal Legal Issues**

The principal legal issues include: (i) whether the action is properly maintainable under Fed. R. Civ. P. 23.1; (ii) whether demand on the Board is futile and thus should be excused; (iii) whether the Individual Defendants breached their fiduciary duties as alleged in the Amended Complaint; and (iv) whether Lead Plaintiff is entitled to equitable and/or injunctive relief.

6. **Principal Factual Issues**

The principal factual issues include: (i) whether the Individual Defendants had knowledge that certain Depakote Products were being marketed for illegal, off-label use, directed such marketing activities, or consciously disregarded such marketing activities occurring; and (ii) whether the breach of any duty by the Individual Defendants resulted in harm to the Company.

7. **Expectation of Jury Trial**

Lead Plaintiff has made a jury demand in this case.

8. **Discovery**

Lead Plaintiff has received business records from Abbott that were produced to another shareholder pursuant to 805 Ill. Comp. Stat. § 5/7.75. Lead Plaintiff also obtained documents

from the U.S. Food and Drug Administration pursuant to its request under the Freedom of Information Act, 5 U.S.C. § 55 *et seq.*

The Parties have not engaged in any discovery yet. Lead Plaintiff has stated an intention to propound requests for the production of documents to Defendants and to serve subpoenas *duces tecum* on third parties. Defendants object to any discovery while their motion to dismiss for failure to make demand is pending. In addition, Lead Plaintiff expects to take the depositions of numerous fact witnesses and any experts designated by Defendants. Lead Plaintiff will have a better idea of the number of anticipated depositions after it receives and complete its review of documents produced by Abbott and third parties. The Parties anticipate that, once discovery commences, it will take nine months to complete fact discovery and three months thereafter to complete expert discovery.

**9.** **Earliest Date for Trial**

Pursuant to the Court's Order dated May 11, 2012 [Dkt No. 175], Defendants are required to file an answer or motion to dismiss on July 16, 2012. Lead Plaintiff's response to a motion to dismiss is due on August 30, 2012 and Defendants' reply on September 20, 2012. Thus, given this briefing schedule and the early stage of the case and the length of discovery requested, the Parties cannot predict the earliest date on which a trial could begin.

**10.** **Notification of Consent Jurisdiction**

Counsel have informed their respective clients about the possibility of consenting to proceed before the Honorable Sidney I. Schenkier, the United States Magistrate Judge assigned to this case.

**11.** **Settlement Discussions**

The parties conferred about whether settlement discussions would be productive and concluded that such discussions would not be fruitful at this time. As such, the Parties do not believe that a settlement conference would be productive at this time.

Dated: July 13, 2012

**JONES DAY**

By: /s/ Brian J. Murray
    Daniel E. Reidy
    Brian J. Murray
    **77** West Wacker
    Chicago, Illinois 60601
    Tel.: 312.269.1570
    Fax: 312.782.8585

    Counsel for the Individual Defendants

**KIRKLAND & ELLIS LLP**

By: /s/ Robert J. Kopecky
    Robert J. Kopecky
    Sallie G. Smylie
    Sarah J. Donnell
    300 North LaSalle
    Chicago, Illinois 60654
    Tel.: 312-862-2084
    Fax: 312-862-2200
    Counsel for Abbott Laboratories

Respectfully submitted,

**SUSMAN HEFFNER & HURST LLP**

By: /s/ Matthew T. Heffner
    Matthew T. Heffner
    30 N. LaSalle Street, 12th Floor
    Chicago, IL 60602
    Tel.: 312.346.3466
    Fax: 312.346.2829

    Local Counsel for Lead Plaintiff

**SPECTOR ROSEMAN KODROFF & WILLIS, P.C.**

By: /s/ Robert M. Roseman
    Robert M. Roseman
    Andrew D. Abramowitz
    Daniel J. Mirarchi
    *rroseman@srkw-law.com*
    *aabramowitz@srkw-law.com*
    *dmirarchi@srkw-law.com*
    1818 Market Street, 25th Floor
    Philadelphia, PA 19103
    Tel.: 215.496.0300
    Fax: 215.496.6611

    and

    Mark S. Willis
    *mwillis@srkw-law.com*
    1101 Pennsylvania Avenue, N.W.
    Suite 600
    Washington, D.C. 20004

Tel.: 202.756.3600
Fax: 202.756.3602

Counsel for Lead Plaintiff,
Jacksonville Police & Fire Pension Fund