# EXHIBIT A

# REDACTED PURSUANT TO THIS COURT'S ORDER DATED JUNE 7, 2012

# EXHIBIT B

# REDACTED PURSUANT TO THIS COURT'S ORDER DATED JUNE 7, 2012

# EXHIBIT C

# REDACTED PURSUANT TO THIS COURT'S ORDER DATED JUNE 7, 2012

# EXHIBIT D

**REDACTED PURSUANT TO THIS
COURT'S ORDER DATED JUNE 7, 2012**

# EXHIBIT E

# REDACTED PURSUANT TO THIS COURT'S ORDER DATED JUNE 7, 2012

# EXHIBIT F

**REDACTED PURSUANT TO THIS
COURT'S ORDER DATED JUNE 7, 2012**

# EXHIBIT G

**REDACTED PURSUANT TO THIS
COURT'S ORDER DATED JUNE 7, 2012**

# EXHIBIT H

**REDACTED PURSUANT TO THIS COURT'S ORDER DATED JUNE 7, 2012**

# EXHIBIT I

**REDACTED PURSUANT TO THIS COURT'S ORDER DATED JUNE 7, 2012**

# EXHIBIT J

**REDACTED PURSUANT TO THIS COURT'S ORDER DATED JUNE 7, 2012**

# EXHIBIT K

# REDACTED PURSUANT TO THIS
# COURT'S ORDER DATED JUNE 7, 2012