**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Chester County Employees' Retirement Fund, et al.

                                            Plaintiff,

v.                                             Case No.: 1:11−cv−08114
                                                    Honorable Virginia M. Kendall

Miles D. White, et al.

                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 13, 2012:

      MINUTE entry before Honorable Virginia M. Kendall:Status hearing held on 12/13/2012 and continued to 5/7/2013 @ 9:00 a.m. Opening brief due by 1/18/2013. Responses due by 3/1/2013. Replies due by 3/22/2013. Ruling will be made by mail. Status hearing set for 5/7/2013 at 09:00 AM.Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.