**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE ABBOTT DEPAKOTE SHAREHOLDER DERIVATIVE LITIGATION | ) ) ) ) ) | Case No. 11-CV-08114<br><br>Judge Virginia M. Kendall |

**DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S SECOND AMENDED COMPLAINT**

Defendants hereby move this Court to dismiss plaintiff's Second Consolidated Verified Amended Shareholder Derivative Complaint pursuant to Federal Rule of Civil Procedure 23.1. Plaintiff failed to make a demand on Abbott's Board of Directors prior to filing the complaint, and, as with plaintiff's prior complaint, failed to plead with particularity that demand would have been futile. Accordingly, plaintiff lacks standing to bring this suit.

Dated: January 18, 2013                       Respectfully submitted,


/s/ Daniel Reidy                                         /s/ Robert J. Kopecky

Daniel E. Reidy                                          Robert J. Kopecky
Brian J. Murray                                          Sallie G. Smylie, P.C.
JONES DAY                                                Sarah J. Donnell
77 West Wacker Drive                                     KIRKLAND & ELLIS LLP
Chicago, IL 60601                                        300 North LaSalle Street
(312) 782-3939                                           Chicago, IL 60654
                                                         (312) 862-2000

*Attorneys for the Individual Defendants*       *Attorneys for Defendant Abbott Laboratories*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on January 18, 2013, he caused true copies of the foregoing **DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** to be served upon all counsel of record using the Court's CM/ECF system.

/s/ Robert J. Kopecky