UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE ABBOTT—DEPAKOTE SHAREHOLDER DERIVATIVE LITIGATION | Civil Action No. 1:11-cv-08114<br><br>Hon. Virginia M. Kendall |

## NOTICE OF MOTION

To:    See Certificate of Service

PLEASE TAKE NOTICE that on Monday, August 26, 2012, at 9:00 a.m., the undersigned shall appear before the Honorable Virginia M. Kendall in Room 2319, at the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present **LEAD PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY**, a copy of which is attached herewith and served upon you.

Dated: August 19, 2012

Respectfully submitted,

SUSMAN HEFFNER & HURST LLP

By: */s/ Matthew T. Heffner*
Matthew T. Heffner
30 N. LaSalle St., Suite 1210
Chicago, Illinois 60603
Telephone: (312) 346-3466
Fax: (312) 346-2829

SPECTOR ROSEMAN KODROFF
    & WILLIS, P.C.
Robert M. Roseman
Andrew D. Abramowitz
Daniel J. Mirarchi
1818 Market Street, 25th Floor
Philadelphia, PA 19103
Tel.: 215.496.0300
Fax: 215.496.6611

Mark S. Willis
1101 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004
Tel: 202 .756.3600

1

Fax: 202.756.3602

Counsel for Lead Plaintiff
Jacksonville Police & Fire
Pension Fund

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, certifies that on August 19, 2012, he caused true copies of the foregoing **LEAD PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY** to be served upon all counsel of record using the Court's CM/ECF system.

                                          */s/ Matthew T. Heffner*
                                          One of the Plaintiffs' Attorneys