# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Chester County Employees' Retirement Fund, et al.

          Plaintiff,

v.          Case No.: 1:11−cv−08114

          Honorable Virginia M. Kendall

Miles D. White, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 22, 2014:

      MINUTE entry before the Honorable Virginia M. Kendall:Minute entry [293] is amended to remove the last line and replace it with a motion for Preliminary Approval will be filed by the parties. The rest of the order shall stand.Telephoned notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.