# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

------------------------------------------------------------------------x

IN RE ABBOTT-DEPAKOTE SHAREHOLDER    :
DERIVATIVE LITIGATION                     :   **CASE NO: 1:11-cv-08114**
                                          :   **Hon. Virginia M. Kendall**

------------------------------------------------------------------------x

**DECLARATION OF ROBERT M. ROSEMAN COLLECTING**
**ALL PLAINTIFFS' COUNSEL'S FEE AND EXPENSE REPORTS**

I, ROBERT M. ROSEMAN, declare as follows:

1.      I am a member of the law firm of Spector Roseman Kodroff & Willis, P.C. ("Lead Counsel" or "SRKW"), which this Court appointed Lead Counsel in the above-captioned action (the "Action").  I submit this declaration in support of Lead Counsel's request for a fee award in Lead Plaintiff's Motion for Final Approval of Proposed Settlement and Award of Attorneys' Fees and Expenses.

2.      Attached to this declaration as Exhibit 1 is a summary fee and expense schedule reflecting the total lodestar and expenses incurred by Lead Counsel and the other plaintiffs' counsel in the Action, as well as the Court-appointed Local Counsel (collectively "Plaintiffs' Counsel").  In total, Plaintiffs' Counsel have expended 4,655.80 hours prosecuting this Action since its inception in 2011, and have incurred lodestar in the amount of $2,738,003.75.  In addition, Plaintiffs' Counsel incurred a total of $194,957.90 in reimbursable expenses.

3.      As set forth below, attached to this declaration as Exhibits 2 through 6 are the declarations of each of the Plaintiffs' Counsel firms, all of which performed common benefit work in the Action at the direction of Lead Counsel.

4.      Specifically, attached as Exhibit 2 is the Declaration of Robert M. Roseman in Support of Lead Plaintiff's Motion for Final Approval of Proposed Settlement and Award of Attorneys' Fees and Expenses Filed on Behalf of Spector Roseman Kodroff & Willis, P.C.

5.      Attached as Exhibit 3 is the Declaration of Matthew T. Heffner in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses Filed on Behalf of Susman Heffner & Hurst.

6.      Attached as Exhibit 4 is the Declaration of Christine S. Azar in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses Filed on Behalf of Labaton Sucharow LLP.

7.      Attached as Exhibit 5 is the Declaration of Albert M. Myers in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses Filed on Behalf of Kahn Swick & Foti, LLC.

8.      Attached as Exhibit 6 is the Declaration of Deborah R. Gross in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses Filed on Behalf of Law Offices of Bernard M. Gross, P.C.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.  Executed on April 24, 2014, at Philadelphia, Pennsylvania.


_____
Robert M. Roseman

2

# EXHIBIT 1

**FEE AND EXPENSE SCHEDULE**

| Firm Name | Lodestar | Expenses |
|---|---:|---:|
| Spector Roseman Kodroff & Willis, P.C. | $2,220,797.50 | $186,089.79 |
| Susman Heffner & Hurst | $174,825.00 | $3,871.96 |
| Labaton Sucharow LLP | $98,898.50 | $4,184.19 |
| Kahn Swick & Foti, LLC | $195,404.00 | $409.31 |
| Law Offices of Bernard M. Gross, P.C. | $48,078.75 | $402.65 |
| **Total** | **$2,738,003.75** | **$194,957.90** |

# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

-----------------------------------------------------------------------x

IN RE ABBOTT-DEPAKOTE SHAREHOLDER : 
DERIVATIVE LITIGATION : CASE NO: 1:11-cv-08114
: Hon. Virginia M. Kendall

-----------------------------------------------------------------------x

**DECLARATION OF ROBERT M. ROSEMAN IN SUPPORT OF LEAD
PLAINTIFF'S MOTION FOR FINAL APPROVAL OF PROPOSED SETTLEMENT
AND AWARD OF ATTORNEYS' FEES AND EXPENSES FILED ON BEHALF
OF SPECTOR ROSEMAN KODROFF & WILLIS, P.C.**

I, ROBERT M. ROSEMAN, declare as follows:

1. I am a member of the law firm Spector Roseman Kodroff & Willis, P.C. I submit this declaration in support of my firm's request for an award of attorneys' fees in connection with certain services rendered in the above-captioned action (the "Action"), as well as for reimbursement of certain expenses incurred by my firm in connection with the Action.

2. My firm, which represents Lead Plaintiff, Jacksonville Police & Fire Pension Fund, acted as Lead Counsel in the Action. My firm seeks attorneys' fees and reimbursement of expenses for the work performed as Lead Counsel, as well as for services provided to our client. My firm's compensation for services rendered in this case was undertaken on a wholly contingent basis.

3. My firm's resume, which includes a brief biography of the attorneys who have worked on this case, is attached hereto as Exhibit 1.

4. As Lead Counsel, my firm was involved in every aspect of the litigation, including: fact investigation; drafting two complaints; briefing and defending two motions to dismiss, as well as a motion for reconsideration; document review; conducting settlement

negotiations over several months; and conducting confirmatory discovery. Additionally, my firm regularly provided status reports to our client, Lead Plaintiff. For a detailed discussion of the work performed by my firm in this Action, please refer to the Declaration of Robert M. Roseman in Support of Final Approval of Proposed Settlement and Award of Attorneys' Fees and Expenses (the "Roseman Litigation Declaration"), submitted herewith.

5.      The schedule attached hereto as Exhibit 2 is a summary indicating the amount of time spent by each attorney and/or paralegal of my firm who was involved in litigating this Action from April 13, 2012 (when the Court issued its order appointing the Lead Plaintiff and Lead Counsel) through the date of this filing, and the lodestar calculation based upon my firm's current billing rates. For personnel who are no longer employed by my firm, the lodestar calculation is based on the billing rates for such personnel in his or her final year of employment by my firm. The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by my firm, which are available upon request by the Court. Time expended in preparing this application for fees and reimbursement of expenses has not been included in this request.

6.      The hourly rates for the attorneys and paralegals in my firm included in Exhibit 2 are the same as the regular current rates which have been accepted in other securities and shareholder litigation.

7.      The total number of hours spent on this Action by my firm performing work as Lead Counsel from the inception of the Action through the present is 3,734.50. The total lodestar for that work is $2,220,797.50, consisting of $2,191,758.75 for attorneys' time and $29,038.75 for paralegal time.

8.      My firm's lodestar figures are based upon my firm's billing rates, which rates do not include charges for expense items.  Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

9.      As detailed in the schedule attached hereto as Exhibit 3, my firm has incurred a total of $186,089.79 in unreimbursed expenses in connection with the work performed as Lead Counsel from the inception of the Action through the present.

10.      The expenses incurred in this Action are reflected in the books and records of my firm which are kept in the ordinary course of business.  These books and records are prepared from expense vouchers, check records, and other source materials and are an accurate record of expenses incurred.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.  Executed on April 24, 2014, at Philadelphia, Pennsylvania.


_____

Robert M. Roseman

EXHIBIT 1

# SPECTOR ROSEMAN KODROFF & WILLIS

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1818 MARKET STREET, SUITE 2500
PHILADELPHIA, PENNSYLVANIA 19103
(215) 496-0300
FAX (215) 496-6611
http://www.srkw-law.com
email: classaction@srkw-law.com

## FIRM BIOGRAPHY

Spector Roseman Kodroff & Willis is a highly successful law firm with a nationwide practice that focuses on class actions and complex litigation, including securities, antitrust, consumer protection, and commercial claims. The firm is active in major litigation in state and federal courts throughout the country and internationally. The firm's reputation for excellence has been recognized by numerous courts which have appointed the firm as lead counsel in prominent class actions. As a result of the firm's efforts, defrauded consumers and shareholders have recovered billions of dollars in damages and implemented important corporate governance reforms. The firm is rated "AV" by Martindale-Hubbell, its highest rating for competence and integrity.

Judges throughout the country have recognized the Firm's contributions in class action cases:

• "Lead class counsel - Jeffrey Corrigan and the other lawyers from Spector Roseman Kodroff & Willis, P.C. - performed brilliantly in this exceptionally difficult case." *In re OSB Antitrust Litigation*, Master File No. 06-CV-00826 (PSD) (E.D. Pa. Dec. 9, 2008);

• "[Class counsel] did a wonderful job here for the class and were in all respects totally professional and totally prepared. I wish I had counsel this good in front of me in every case." *In re Parmalat Securities Litigation*, No. 04 Civ. 0030 (LAK) (S.D.N.Y.) (approval hearing March 2, 2009);

• "I think perhaps the most important for the class is the recovery, and I think the recovery has been significant and very favorable to the class given my understanding of the risks in the litigation. And so perhaps that's always the starting point for judging and assessing the quality of representation. The class I think was well represented, in that it got a very significant recovery in the circumstances." *In re SCOR Holding (Switzerland) AG Litigation*, No. 04 Civ. 07897 (MBM) (S.D.N.Y.) (formerly known as Converium Holdings);

1

• "[O]utstanding work [of counsel] … was done under awful time constraints" and the "efforts here were exemplary…under lousy time constraints." *In re Atheros Communications, Inc. Shareholder Litigation*, C.A. No. 6124-VCN (Del. Ch.);

• "Plaintiffs' counsel have been excellent in this complex, hard-fought litigation and innovative in its notice program and efforts to find class members." *New England Carpenters Health Benefits Fund v. First Databank, Inc.*, C.A. 05-11148 (D. Mass. Aug. 3, 2009);

• "Here, Plaintiffs' counsel are highly experienced in complex antitrust litigation, as evidenced by the attorney biographies filed with the Court. . . . They have obtained a significant settlement for the Class despite the complexity and difficulties of this case." *Stop & Shop Supermarket Co. v. SmithKline Beecham Corp.*, C.A. No. 03-4578 (E.D. Pa. May 19, 2005);

• "Counsel are among the most experienced lawyers the national bar has to offer in the prosecution and defense of significant class actions." *In re Lupron Marketing and Sales Practices Litigation*, 345 F. Supp. 2d 135, 137-38 (D. Mass. 2004);

• "[T]he class attorneys in this case have worked with enthusiasm and have been creative in their attempt to compensate as many members of the consumer class as possible. . . . This Court has consistently noted the exceptional efforts of class counsel." *In re Relafen Antitrust Litigation*, 231 F.R.D. 52, 80 (D. Mass. 2005);

**Securities/Corporate Governance Litigation**

SRKW's securities practice group has actively managed important class actions involving securities fraud, winning not only significant damages but also important corporate governance reforms. Some of the Firm's most notable cases include:

• *In re Parmalat Securities Litigation*, No. 04 Civ. 0030 (LAK) (S.D.N.Y.). SRKW was one of the co-lead counsel for the lead plaintiffs, who are European institutional bond holders, in this widely-known case, often called the "Enron of Europe." This is a massive worldwide securities fraud action involving the collapse of an international dairy conglomerate, in which major financial institutions and accounting firms created schemes to materially overstate Parmalat's revenue, income, and assets, and understate its considerable and expanding debt. The case has been heavily litigated for five years, resulting in settlements of $98 million.

In addition, settlements with certain accounting firms provided that these defendants confirm their endorsement of specific corporate governance principles

2

of behavior designed to advance investor protection and to minimize the likelihood of future deceptive transactions. This is the first time in a Section 10(b) case that shareholders were able to negotiate corporate governance measures from a defendant other than the issuer.

- *In re SCOR Holding (Switzerland) AG Litigation*, No. 04 Civ. 07897 (MBM) (S.D.N.Y.). SRKW is co-lead counsel for a class of investors, having achieved settlements on two continents of $145 million.

- *In re Laidlaw, Inc. Bondholders Securities Litigation*, No. 3-00-2518-17 (D.S.C.). SRKW was a member of the Executive Committee in this complex accounting case which resulted in a settlement of $42,875,000.

- *In re Abbott Laboratories, Inc. Derivative Shareholder Litigation*, C.A. No. 99-C 07246 (N.D. Ill.). SRKW was co-lead counsel for plaintiffs. The case was dismissed twice but reversed on appeal, and settled in 2004 for substantial corporate governance reforms funded by $27 million from directors. The ABA's *Securities Litigation Journal* called the Seventh Circuit's opinion the second most important decision in 2003.

- *Felzen v. Andreas (Archer Daniels Midland Co. Derivative Litigation)*, C.A. No. 95-2279 (C.D. Ill.). As co-lead counsel, SRKW negotiated broad corporate governance changes in the company's board structure including strengthening the independence of the board of directors, creating corporate governance and regulatory oversight committees, requiring that the audit committee be composed of a majority of outside directors, and establishing an $8 million fund for educational seminars for directors and the retention of independent outside counsel for the oversight committees.

The Firm is in the forefront of advising and representing foreign institutional investors in U.S. class actions and in group actions in Europe, Australia and Japan. During the past 12 years, SRKW has been working with and representing various European investors and conducting educational seminars on securities class actions, as well as speaking at international shareholder and corporate governance conferences. The Firm is currently counsel to numerous large European entities.

### Pharmaceutical Marketing Litigation

Since 2001, the Firm has been at the vanguard of identifying and pursuing healthcare reforms. It has developed an extensive practice in representing consumers and third-party payors

in class actions against pharmaceutical companies over the unlawfully high pricing of prescription drugs. These cases have proceeded in state and federal courts on a variety of legal theories, including state and federal antitrust law, state consumer protection statutes, common law claims of unjust enrichment, and the federal RICO statute.

As part of their work in this area, the Firm's attorneys have formally and informally consulted with the Attorneys General of a number of states, who have been actively involved in drug and health care litigation. The Attorney General of Connecticut chose SRKW in a competitive bidding process to help lead the state's pharmaceutical litigation involving use of the Average Wholesale Price. The Firm's clients also include large employee benefit plans as well as individual consumers.

Some of the Firm's important pharmaceutical cases include the following:

•   SRKW devised the legal theory for claims against most major pharmaceutical companies for using the Average Wholesale Price to inflate the price paid by consumers and third-party payors for prescription and doctor-administered drugs. The larger AWP case, *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456 (D. Mass.), was tried in part to the court in November-December 2006. On June 21, 2007, the judge issued a 183-page opinion largely finding for plaintiffs, and requesting additional evidence on damages. Moreover, plaintiffs have reached settlements in amounts exceeding $230 million. SRKW was co-lead counsel for the class.

•   SRKW was co-lead counsel in *In re Lupron Marketing and Sales Practices Litigation*, MDL No. 1430 (D. Mass.), which resulted in a settlement of $150 million for purchasers of the cancer drug Lupron.

•   In *New England Carpenters Health Benefits Fund v. First Databank, Inc.*, C.A. 05-11148 (D. Mass.) and *District 37 Health and Securities Fund v. Medi-Span*, C.A. No. 07-10988 (D. Mass.), SRKW was co-lead counsel for a group of third-party payors who pay for prescription drugs at prices based on the AWP. The complaints allege that First DataBank and Medispan, two of the largest publishers of AWP, fraudulently published inflated AWP prices for thousands of drugs. The claims against McKesson settled for $350 million. In addition, the settlement requires First DataBank and Medispan to lower the AWP price they publish for hundreds of drugs (by reducing the formulaic ratio they use to calculate AWP); and to eventually cease publishing AWP prices. Plaintiffs' experts conservatively estimate that the savings from this settlement will be in the hundreds of millions of dollars.

- SRKW was co-lead counsel on behalf of direct purchasers of the drug Paxil in *Stop & Shop Supermarket Co. v. Smithkline Beecham Corp.* C.A. 03-4578 (E.D. Pa.). The complaint alleged that the drug company misled the U.S. Patent and Trademark Office in obtaining the patents protecting Paxil and then used the patents to prevent lower-cost, generic versions of the drug from coming to market. A settlement of $100 million was approved by the court.

- SRKW was co-lead counsel for indirect purchasers in prosecuting state antitrust and consumer protection claims against Abbott Laboratories and Labatoires Fournier for suppressing competition from generic versions of TriCor in *In re TriCor Indirect Purchaser Antitrust Litigation*, C.A. No. 05-360 (D. Del.). The indirect purchaser case settled for $65.7 million to the class plus a substantial settlement for opt-out insurers.

- SRKW was co-lead counsel for indirect purchasers in prosecuting state antitrust and consumer protection claims against GlaxoSmithKline for suppressing competition from generic versions of its drug Relafen by fraudulently obtaining a patent on the compound in *In re Relafen Antitrust Litigation*, C.A. No. 01-12239 (D. Mass.). The indirect purchaser settlement for $75 million was approved by the court (the overall settlement for all plaintiffs exceeded $400 million).

- SRKW is serving as co-lead counsel in on-going litigation over pay-for-delay settlements involving the drugs Provigil and Effexor XR. The firm represents end-payors (consumers and healthplans) who were denied the chance to buy cheaper generic alternatives because of manipulation of the patent challenge and generic drug approval system by the brand name companies and some generic manufacturers. *Vista HeathPlan v. Cephalon et al*, No. 06-cv-1833, (E.D. Pa.) (Provigil), and *In re Effexor XR Antitrust Litigation* (No. 3:11-cv-05479 (D.N.J.).

**Antitrust Litigation**

SRKW's antitrust practice group regularly oversees important antitrust cases. Among the Firm's most significant cases are:

- *In re Blood Reagents Antitrust Litigation*, MDL 09-2081 (E.D. Pa.). SRKW was appointed sole Lead Counsel in this nation-wide, price-fixing class action. In January 2012, Spector Roseman negotiated a $22 million settlement with one defendant, and Judge DuBois certified plaintiffs' class in August 2012 (currently pending appeal).

- *McDonough, et al, v. Toys R Us, et al.* (E.D.Pa.). SRKW was appointed co-lead counsel on behalf of six sub-classes of purchasers of baby products from Babies "R" Us, one of the rare cases in which a class of purchasers damaged as a result of resale price maintenance has been certified.

- *In re Linerboard Antitrust Litigation*, MDL No. 1261 (E.D. Pa.). SRKW was appointed co-lead counsel for plaintiffs in this price-fixing antitrust action, which settled for a total of $202 million, the largest antitrust settlement ever in the Third Circuit.

- *In re OSB Antitrust Litigation*, Master File No. 06-CV-00826 (PSD) (E.D. Pa.). SRKW was lead counsel for a nationwide class of direct purchasers, which settled for $120 million.

- *In re Flat Glass Antitrust Litigation*, MDL No. 1200 (W.D. Pa.). SRKW was co-lead counsel for plaintiffs in this price fixing/market allocation antitrust action, which settled for $120 million.

- *In re DRAM Antitrust Litigation*, MDL No. 1486 (N.D. Cal.). SRKW was a member of the executive committee in this action against all major manufacturers of "dynamic random access memory" ("DRAM"), alleging that defendants conspired to fix the prices they charged for DRAM in the United States and throughout the world. The case settled with all defendants for more than $300 million.

- *In re Vitamins Antitrust Litigation*, Misc. No. 99-0197 (D.D.C.). SRKW was a member of the executive committee and co-chair of the discovery committee for plaintiffs in this price-fixing antitrust action, which settled for $300 million.

## PARTNERS

EUGENE A. SPECTOR, founding partner, has extensive experience in complex litigation, and has represented both plaintiffs and defendants in antitrust and securities actions. Mr. Spector has handled many high profile cases, including such antitrust class actions as *In re Linerboard Antitrust Litigation*, MDL No. 1261 (E.D. Pa.), in which he was co-lead counsel and which settled for more than $200 million, the largest antitrust case settlement ever in the Eastern District of Pennsylvania, where Judge Dubois stated: "The Court has repeatedly stated that the lawyering in this case at every stage was superb ...." 2004 WL 1221350, *6 (E.D. Pa. June 2, 2004). Mr. Spector was also co-lead counsel in *In re Relafen Antitrust Litigation*, No. 01-12239

(D. Mass.), in which a settlement of $75 million was obtained for the class, which Judge Young described as "the result of a great deal of very fine lawyering." Mr. Spector has been involved in securities class action litigation including *Rosenthal v. Dean Witter*, which resulted in a landmark decision by the Colorado Supreme Court that recognized, for the first time, that securities fraud could be proved without reliance being alleged. This precedent-setting case was important because under state securities law the reliance element sometimes proved difficult, especially when large numbers of people were involved in a class action suit.

Mr. Spector is currently serving as sole lead counsel in *In Re Blood Reagents Antitrust Litigation*, MDL No. 02081 (E.D. Pa.); as co-lead counsel in such antitrust cases as *In re Domestic Drywall Anitrust Litigation*, MDL No. 2437 (E.D. Pa.); *In Re Automotive Parts Antitrust Litigation*, MDL No. 2311 (E.D. Mich.); *McDonough, et al. v. Toys "R" Us, Inc. d/b/a Babies "R" Us, et al.*,2:06-cv-00242-AB (E.D. Pa.); *Elliott, et al. Toys "R" Us, Inc. d/b/a Babies "R" Us, et al.*,2:09-cv-06151-AB (E.D. Pa.); as a member of the direct purchaser Plaintiff's Executive Committee in *In Re Fresh and Process Potatoes Antitrust Litigation*, MDL No. 2186 (D. Id.), as a member of the Steering Committee for all Plaintiffs in *In re Online DVD Rental Antitrust Litigation,* MDL No. 2029 (N.D. Cal.); and as a member of the trial team in *In re Rail Freight Fuel Surcharge Antitrust Litigation*, MDL No. 1869 (D.D.C.).

Mr. Spector has served as lead or co-lead counsel for plaintiffs in numerous cases with successful results, such as:

- *In re Linerboard Antitrust Litigation*, MDL No. 1261 (E.D. Pa.) (settled for $202 million, the largest antitrust settlement ever in the Third Circuit);

- *In re Relafen Antitrust Litigation*, C.A. No. 01-12239 (D. Mass.), a drug marketing case that settled for $75 million for indirect purchasers;

- *In re Flat Glass Antitrust Litigation*, MDL No. 1200 (W.D. Pa.), a price-fixing/market allocation antitrust action that settled for $120 million;

- *In re Mercedes Benz Antitrust Litigation, No. 99-4311* (D.N.J.), a price-fixing class action against Mercedes-Benz U.S.A. and its New York tri-state area dealers, in which a $17.5 million settlement was obtained for the class; and

- *Cohen v. MacAndrews & Forbes Group, Inc.*, No. 7390 (Del. Ch.), a class action on behalf of shareholders challenging a going-private transaction under Delaware corporate law, in which a benefit in excess of $11 million was obtained for the class.

Mr. Spector has also served as lead counsel or co-lead counsel in a number of other securities fraud class action cases and shareholder derivative actions: *Shanno v. Magee Industrial Enterprises, Inc.*, No. 79-2038 (E.D. Pa.) (trial counsel for defendants); *In re U.S. Healthcare*

*Securities Litigation*, No. 88-559 (E.D. Pa.) (trial counsel); *PNB Mortgage and Realty Trust by Richardson v. Philadelphia National Bank*, No. 82-5023 (E.D. Pa.); *Swanick v. Felton*, No. 91-1350 (E.D. Pa.); *In re Surgical Laser Technologies, Inc. Securities Litigation*, No. 91-CV-2478 (E.D. Pa.); *Tolan v. Adler*, No. C-90-20710-WAI (PVT) (N.D. Cal.); *Rosenthal v. Dean Witter, Reynolds, Inc.*, No. 91-F-591 (D. Colo.); *Soenen v. American Dental Laser, Inc.*, No. 92 CV 71917 DT (E.D. Mich.); *In re Sunrise Technologies Securities Litigation*, Master File No. C-92-0948-THE (N.D. Cal.); *The Berwyn Fund v. Kline*, No. 4671-S-1991 (Dauphin Cty. C.C.P.); *In re Pacific Enterprises Securities Litigation*, Master File No. CV-92-0841-JSL (C.D. Cal.); *In re New America High Income Fund Securities Litigation*, Master File No. 90-10782-MA (D. Mass.); and *In re RasterOps Corp. Securities Litigation*, No. C-92-20349-RMW(EAI) (N.D. Cal. 1992).

Further, Mr. Spector has actively participated as plaintiffs' counsel in national class action antitrust cases, including *In re Dynamic Random Access Memory (DRAM) Antitrust Litigation*, No. M-02-1486 PJH (N.D. Cal.) (executive committee); *In re Vitamins Antitrust Litigation*, Misc. No. 99-0197 (TFH) (D.D.C.) (Chair of the discovery committee); *In re Neurontin Antitrust Litigation*, MDL No. 1479 (D.N.J.) (executive committee); *Ryan-House v. GlaxoSmithKline, plc*, No. 02-CV-442 (E.D. Va.) (co-chair class certification committee); *In re Bulk [Extruded] Graphite Products Antitrust Litigation*, Master File No. 02-CV-06030 (D.N.J.) (chair of experts committee); *In re Publication Paper Antitrust Litigation,* No 04-MD-1631 (D. Conn.); *In re Polyester Staple Antitrust Litigation,* No. 03-CV-1576 (W.D.N.C.); *Chlorine & Caustic Soda Antitrust Litigation*, No. 86-5428 (E.D. Pa.); *In re Brand Name Prescription Drug Antitrust Litigation*, MDL No. 997 (N.D. Ill.); *Polypropylene Carpet Antitrust Litigation,* MDL No. 1075 (N.D. Ga.); *NASDAQ Market Markers Antitrust Litigation,* MDL No. 1023 (S.D.N.Y.); *Potash Antitrust Litigation,* MDL No. 981 (D. Minn.); *Commercial Tissue Products Antitrust Litigation*, MDL No. 1189 (N.D. Fla.); *High Fructose Corn Syrup Antitrust Litigation*, MDL No. 1087 (C.D. Ill.).

In 2002, Mr. Spector obtained a jury verdict of $4.5 million in *Heiser v. SEPTA*, No. 3167 July Term 1999 (Phila. C.C.P.), an employment class action.

Mr. Spector is admitted to practice in the Commonwealth of Pennsylvania; the United States Supreme Court; the United States Courts of Appeals for the First, Third, Fifth, Sixth, Ninth, Tenth, and Eleventh Circuits; and the United States District Court for the Eastern District of Pennsylvania and the Eastern District of Michigan. He is a graduate of Temple University (B.A. 1965) and an honors graduate of Temple University School of Law (J.D. 1970), where he was an editor of the *Temple Law Quarterly*. He served as law clerk to the Honorable Herbert B. Cohen and the Honorable Alexander F. Barbieri, Justices of the Pennsylvania Supreme Court (1970-71).

Mr. Spector has written a number of articles over the years, which appeared in the *National Law Journal*, the *Legal Intelligencer*, and other trade and legal publications; and he has appeared on CNBC to discuss securities fraud. He is a member of the American, Federal, Pennsylvania and Philadelphia Bar Associations; the American Bar Association's Antitrust and Litigation Sections and the Securities Law Sub-Committee of the Litigation Section; and the Federal Courts Committee of the Philadelphia Bar Association. He is A-V rated by Martindale-Hubbell and has been named by Law & Politics to its list of Pennsylvania "Superlawyers."

**ROBERT M. ROSEMAN,** founding partner of SRKW, chairs the Firm's international and domestic securities practice. His practice focuses on investor protection issues, including the enforcement of the federal securities laws and state laws involving fiduciary duties of directors and officers, and under the laws in the various jurisdictions in Europe where group actions can be brought. An important component of his practice involves protecting U.S. and European investors in European proceedings. In that role, he works with U.S. and European institutional investors on investor protection and corporate governance matters.

The most notable example of Mr. Roseman's role as Co-Lead Counsel is in the *Converium/SCOR* action, where he prosecuted the first U.S. securities class action settled on two continents (for a collective $145 million). The European portion of this settlement is being adjudicated before the Court of Appeal in Amsterdam using the Dutch Act on the Collective Settlements of Mass Damage Claims. Importantly, Mr. Roseman's international expertise helped secure a key decision from the Dutch Court of Appeal in this case that will likely make it easier in the future for European investors to claim monies recovered from actions brought in the Netherlands.

Mr. Roseman represented European institutions and was co-lead counsel in the landmark *In re Parmalat Securities Litigation* action, the largest fraud in European corporate history that is frequently referred to as Europe's Enron, which settled for $96.5 million. There, Mr. Roseman devised a unique legal theory against the bankrupt Parmalat that used Italian bankruptcy law to secure funds not normally available to investors. He also extracted corporate governance endorsements from defendants other than the issuer - a first in a U.S.-based investor action.

Among other notable cases, Mr. Roseman represented Brussels-based KBC Asset Management in *In re Royal Dutch/Shell Securities Litigation* and Brussels-based Fortis Investments in *In re Chicago Bridge and Iron Securities Litigation.* He currently represents the Northern Ireland Local Government Officers' Superannuation Committee, a UK institution, that is one of the lead plaintiffs in the U.S. investor action involving Lehman Brothers and is co-lead counsel *In re Atheros Communications Shareholder Litigation*, in which he obtained a preliminary injunction of a merger where inadequate information about the transaction had been disclosed to shareholders.

Mr. Roseman has been at the vanguard of using securities class actions and derivative suits to implement corporate governance changes at U.S. and European companies to help them operate more effectively and reduce the likelihood that wrongdoing will occur in the future. He litigated against the directors of Archer Daniels Midland Company in which the corporation agreed to implement state of the art corporate governance measures designed to strengthen the independence of the board of directors. Mr. Roseman also litigated against the directors of Abbott Laboratories and settled the case for numerous corporate governance changes governing the way in which the board of directors addresses regulatory matters. The Seventh Circuit's landmark decision in this case was named second among the top ten securities law decisions of 2003 by the American Bar Association's *Securities Litigation Journal*.

Mr. Roseman has written extensively on securities and investor protection issues, including Global Markets, Global Fraud: What We Can Learn from 'Europe's Enron', *Investment and Pensions Europe* (May 2006 supp.); Cost-Effective Monitoring of Corporate Fraud: Reducing the Time Necessary to Stay Informed, *Investment and Pensions Europe* (June 2006 supp.); and A Trans-Atlantic Trend, Professional Investor (May 2005). He also appeared in a roundtable discussion in Global Pensions (October 2006 supp.).

Mr. Roseman has been a frequent speaker at numerous U.S. and international conferences on the issues of investor protection through litigation and engagement and the importance of using corporate governance measures as part of settlements to ensure that a Board of Directors acts in the best interest of the Company and its shareholders. In addition to speaking at numerous conferences in the U.S., Mr. Roseman appeared as an invited speaker at institutional investor conferences held in London, Paris, Munich, Milan, Barcelona, Brussels, Paris, Frankfurt, and Dublin, and the Annual Conference of the International Corporate Governance Network in Amsterdam in 2004 and Paris in 2011.

Mr. Roseman recently served or is currently serving as co-lead counsel in numerous major cases, including:

- *In re Abbott-Depakote Shareholder Deriviative Litigation,* Case No. 1:11-cv-08114 (N.D. Ill.);

- *In re Lehman Brothers Holdings, Inc. Equity/Debt Securities Litigation*, 1:09-md-02017-LAK-GWG (S.D.N.Y.);

- *In re Life Partners Holdings, Inc. Derivative Litigation*, C.A. No. 2:11-CV-00043-AM (W.D. Tex.);

- *In re Atheros Communications, Inc. Shareholder Litigation*, Consolidated C.A. No. 6124-CVN (Del. Ch.);

- *In re SCOR Holding (Switzerland) AG Litigation*, No. 04 Civ. 07897 (MBM) (S.D.N.Y.) (settled for $145 million);

- *In re Parmalat Securities Litigation*, No. 04 Civ. 0030 (LAK) (S.D.N.Y.) (settled for $98 million);

- *In re PSINet, Inc. Securities Litigation*, Civ. No. 00-1850-A (E.D. Va.) (settled for $17,833,000 on the eve of trial); and

- *Welmon v. Chicago Bridge & Iron Co. N.V.*, No. 06 Civ. 1283 (S.D.N.Y.)

Mr. Roseman is admitted to practice in the Commonwealth of Pennsylvania and the State of New York; the United States Supreme Court; the Court of Appeals for the Third and Seventh Circuits; and the United States District Courts for the Eastern District of Pennsylvania and the Central District of Illinois. He is also a member of the Philadelphia, Pennsylvania, New York State, and Federal Bar Associations. He has lectured extensively throughout Europe on the role of private litigation in enforcing U.S. securities laws. He earned a B.S. degree with honors in political science from the State University of New York in 1978, and a J.D. degree in 1982 from Temple University School of Law. He is AV-rated by Martindale-Hubbell and has been named by Law & Politics to its list of Pennsylvania "Superlawyers."

**JEFFREY L. KODROFF** concentrates his practice in healthcare antitrust, securities and consumer litigation. He was among the first attorneys to represent clients in class action litigation against national health maintenance organizations. (*Tulino v. U.S. Healthcare, Inc.*, No. 95-CV-4176 (E.D. Pa.)). He also filed the first class action complaint against the manufacturers of the cancer drug Lupron relating to the illegal marketing practices and use of the published Average Wholesale Price. Mr. Kodroff was co-lead counsel in *In re Lupron Marketing and Sales Practices Litigation*, MDL No. 1430 (D. Mass.), which settled for $150 million. Mr. Kodroff was also co-lead counsel in a consolidated national class action against many of the largest pharmaceutical companies in the world, including GlaxoSmithKline, BMS, J&J, Schering-Plough, and AstraZeneca, for their illegal marketing and use of a false Average Wholesale Price. See *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456 (D. Mass.)(settlement over $300 million.)

He has also served as lead or co-lead counsel in other substantial pharmaceutical marketing cases, including *New England Carpenters Health Benefits Fund v. First Databank, Inc. and McKesson Corp.*, C.A. 05-11148 (D. Mass.); and *District 37 Health and Securities Fund v. Medi-Span*, C.A. No. 07-10988 (D. Mass. 2007). This massive class action litigation

was against pharmaceutical wholesaling giant McKesson Corporation ("McKesson") and pharmaceutical pricing publishers First DataBank, Inc. ("FDB") and Medi-Span. The case addressed an unlawful 5% mark-up in the Average Wholesale Prices ("AWPs") of various drugs, causing consumers and third party payors to overpay for pharmaceuticals. The case settled for $350 million plus an agreement to roll back AWPs by 5%, thereby saving the Class and others hundreds of millions of dollars.

Mr. Kodroff has also been very active in litigation against brand named pharmaceutical companies in their attempts to keep generic drugs from entering the market.

Mr. Kodroff has served or is serving as co-lead counsel in numerous major cases, including:

- *In re OSB Antitrust Litigation*, Master File No. 06-CV-00826 (E.D. Pa., Judge Paul S. Diamond)(settled for $120 million);

- *Stop & Shop Supermarket Co. v. Smithkline Beecham Corp.* C.A. 03-4578 (E.D. Pa., Judge Padova) (settled for $150 million);

- *In re Express Scripts, Inc., PBM Litigation*, Master Case No. 05-md-01672-SNL (E.D. Mo.);

- *In re Lovenox Antitrust Litigation*, Case No. CV05-5598 (C.D. Cal.);

- *In re DDAVP Indirect Purchaser Antitrust Litigation,* Case No. 05 Civ 2237 (S.D.N.Y.);

- *Man-U Service Contract Trust, et al. v. Wyeth, Inc. (Effexor Antitrust Litigation)* Civil Action No. 3:11-cv-05661 (D.N.J.);

- *In re: Merck Mumps Vaccine Antitrust Litigation,* Master File No. 2:12-cv-03555 (E.D. Pa., Judge C. Darnell Jones, II); and

- *Vista Healthplan Inc. v. Cephalon, Inc., et al.*, Case No. 2:06-cv-1833 (E.D. Pa., Judge Mitchell S. Goldberg).

Mr. Kodroff has served as lead or co-lead counsel in many class action securities fraud cases, including *In re Unisys Corporation Securities Litigation*, No. 99-CV-5333 (E.D. Pa.); *In re Dreyfus Aggressive Growth Mutual Fund Litigation*, No. 98 Civ. 4318 (HB) (S.D.N.Y.); *Kalodner v. Michaels Stores, Inc.*, No. 3:95-CV-1903-R (N.D. Tex.); *In re Valuevision International, Inc. Securities Litigation*, Master File No. 94-CV-2838 (E.D. Pa.); *In re GTECH*

*Holdings Corp. Securities Litigation*, Master File No. 94-0294 (D.R.I.); *In re Surgical Laser Technologies, Inc. Securities Litigation*, No. 91-CV-2478 (E.D. Pa.); and *The Berwyn Fund v. Kline*, No. 4671-S-1991 (Dauphin Cty. C.C.P.).

He has also served as lead or co-lead counsel in many consumer class actions including the current case *In re Google Inc. Street View Electronic Communications Litigation,* Case No. C 10-md-02184 JW (N.D. Cal.), which arose out of Google's interception of electronic communications by its Street View vehicles. Other consumer class actions in which Mr. Kodroff has served as lead or co-lead counsel include: *Kaufman v. Comcast Cablevision of Phila., Inc.*, No. 9712-3756 (Phila. C.C.P.); *LaChance v. Harrington*, No. 94-CV-4383 (E.D. Pa.); *Smith v. Recordex*, No. 5152, June Term 1991 (Phila. Cty. C.C.P.); *Guerrier v. Advest Inc.*, C.A. No. 90-709 (D.N.J.); and *Pache v. Wallace*, C.A. No. 93-5164 (E.D. Pa.).

Mr. Kodroff has served as a Continuing Legal Education presenter on class actions and health care issues as well as making presentations at conferences including the NCPERS Health Care Symposium and the Pennsylvania Public Employees Retirement System Conference.

He also serves on the advisory board for the Bureau of National Affairs Class Action Litigation Report. Mr. Kodroff also appeared with one of his clients before the U.S. House of Representatives, Subcommittee on Housing and Community Opportunity, Committee on Banking and Financial Services on the issue of predatory lending.

Mr. Kodroff is admitted to practice in the Commonwealth of Pennsylvania and the United States District Courts for the Middle and Eastern Districts of Pennsylvania. He is a member of the Pennsylvania, Philadelphia, and American Bar Associations. A graduate of LaSalle University, where he earned his undergraduate degree in finance (magna cum laude, 1986), Mr. Kodroff received his law degree from Temple University School of Law (1989). He is a resident of Dresher, Pennsylvania. Mr. Kodroff is AV-rated by Martindale-Hubbell.

**MARK WILLIS,** resident partner in the firm's Washington, D.C. office, heads the Firm's securities and international business development group and focuses his domestic and international litigation practice on investor protection and corporate governance matters. He was recently selected by Lawdragon Magazine for its "New Star" listing of top attorneys in the U.S.

Mr. Willis has litigated securities fraud actions for over eighteen years, working with a number of European and American institutional investors on various investor protection and corporate governance matters. He acted as co-lead counsel, representing Italian, French and Belgian institutional clients, in the *In re Parmalat Securities Litigation*, involving the largest fraud in European corporate history. He acted as co-lead counsel in the *In re Converium Holding AG Securities Litigation*, where a $145 million trans-Atlantic settlement on behalf of a global class of investors has recently been reached. He also acts as co-lead counsel in the *In re*

13

*Chicago Bridge Securities Litigation*, where he represented a large institutional investor and where a settlement was recently reached involving a $10.5 million recovery for investors that included innovative governance reforms regarding insider trading. Mr. Willis also represents a large Belgian institution in the pan-European settlement of *In re Royal Dutch Shell Securities Litigation* pending before the Court of Appeals in Amsterdam, where European investors will share in the distribution of $450 million.

In other matters, Mr. Willis litigated against Caremark International involving charges that Caremark committed federal Medicare fraud. It subsequently pleaded guilty and paid the U.S. Government a fine of approximately $160 million and $25 million in a civil settlement. He also litigated against National Health Labs, which resulted in a $65 million settlement, and settled claims against Nextel Communications and Motorola.

Mr. Willis has written extensively on corporate, securities and investor protection issues, often with an international focus. Among other publications, he has authored chapters in industry journals entitled "Company Laws of the European Union" and "Admission of Securities to Official Listing on Stock Exchanges Within the European Union and the Subsequent Disclosure Obligations." He published a related article in the *International Law News* titled "A Brief Overview of the European Union's Efforts to Harmonize the Requirements for Listing Securities." Mr. Willis wrote about investor protection issues in an article published in the July/August 2003 edition of *Professional Investor* and co-authored articles published in 2005 in *Professional Investor* and the *European Lawyer* regarding European investor protection issues. He also co-authored two articles published in 2006 in *Investment & Pensions Europe*. Mr. Willis also participated in a roundtable discussion regarding class actions for the October 2006 edition of *Global Pensions*. He was also the co-author of the Comment entitled "Corporation Code Sections 309 and 1203: California Redefines Directors' Duties Towards Shareholders," Pepperdine Law Review, Volume 16, No. 4 (1989).

Mr. Willis has been a frequent speaker at institutional investor conferences on the issues of investor protection through the U.S. federal securities laws and the importance of using corporate governance measures to force companies to put the interests of their shareholders first. In addition to numerous forums in the United States, Mr. Willis has addressed these topics at institutional investor conferences and other forums in London, Paris, Munich, Frankfurt, Brussels, Milan, Lisbon, and Melbourne.

Mr. Willis obtained a Masters in International Law, with an emphasis in securities regulation, from the Georgetown University Law Center in 1993. He graduated from Pepperdine University School of Law in 1989, where he was a member of the Moot Court Team and won the Dalsimer Moot Court Competition. Mr. Willis received his B.A. in English History from

Brigham Young University in 1986. He is admitted to practice in the District of Columbia and the Commonwealth of Massachusetts.

**JEFFREY J. CORRIGAN** has been a partner in the firm since 2000, specializing in complex antitrust litigation. He previously served in the Antitrust Division of the United States Department of Justice from 1990-2000, where he gained extensive experience investigating, prosecuting and trying complex antitrust and other white collar criminal cases. While at the DOJ, Mr. Corrigan served as lead counsel on numerous federal grand jury investigations and was nominated for the Attorney General's Distinguished Service Award for his work as lead counsel on a major case involving bid-rigging at state courthouses in Queens and Brooklyn in New York City, which resulted in 49 guilty pleas.

Mr. Corrigan is currently serving as sole Liaison and Lead Class Counsel in *In re Blood Reagents Antitrust Litigation*, MDL 09-2081 (E.D. Pa.), a nation-wide, price-fixing class action involving the market for blood reagents, which are used for testing blood. In January 2010, U.S. District Court Judge Jan DuBois appointed SRKW as sole Interim Lead Class Counsel, and Jeffrey Corrigan as Liaison Counsel. In January 2012, Mr. Corrigan negotiated a $22 million settlement with one defendant, and Judge DuBois certified plaintiffs' class in August 2012 (currently pending appeal), after Mr. Corrigan argued plaintiffs' case at a lengthy hearing.

He recently concluded his role as Lead Counsel in *In re OSB Antitrust Litigation*, No. 06cv826 (E.D. Pa.), a nation-wide, price-fixing class action. Mr. Corrigan spearheaded plaintiffs' efforts to successfully certify a class of thousands of direct purchasers of OSB (oriented strand board, used primarily as flooring, roofing and walls in residential construction) from nine defendants - all billion dollar OSB producers. He directed plaintiffs' discovery, expert-related and pre-trial efforts right up until the eve of trial, where the case settled for more than $120 million. In approving the last of the settlements in January 2009, U.S. District Court Judge Paul Diamond stated: "Counsel have represented their clients with consummate skill and efficiency, bringing this massive matter to conclusion in less than three years. Lead class counsel - Jeffrey Corrigan and the other lawyers from Spector Roseman Kodroff & Willis - performed brilliantly in this exceptionally difficult case."

Mr. Corrigan previously served as plaintiffs' Lead Counsel in *In re Mercedes-Benz Antitrust Litigation* (D.N.J.), a price-fixing class action against Mercedes-Benz U.S.A. and its New York tri-state area dealers (settled for $17.5 million). At a May 18, 2009 hearing, U.S. District Court Judge William Walls stated: "I think that this is a fitting resolution of what has been a very protracted course of litigation. And I think overall you are to be commended." Judge Walls then approved SRKW's motion for distribution of the settlement funds, which compensated the vast majority of class members at 140% of their damages.

15

He also served as Lead Counsel in *In re Linerboard Antitrust Litigation* (E.D. Pa.), a nation-wide price-fixing class action against billion-dollar manufacturers of linerboard, which is used to make cardboard sheets and boxes (settled for $202 million); and *In re Flat Glass Antitrust Litigation* (W.D. Pa.), a nation-wide price-fixing class action against billion-dollar manufacturers of flat glass products, used in construction and the automotive industry. He has also served or is serving as plaintiffs' counsel in numerous other class actions throughout the country.

Mr. Corrigan is admitted to practice in New York and New Jersey, and in the United States District Courts for the Southern District of New York, the Eastern District of New York, and the District of New Jersey, as well as the Third and D.C. Circuits. He is a graduate of Stony Brook University (B.A., Economics, 1985) and Fordham University School of Law (J.D., 1990), where he was a member of the Moot Court Board.

**ANDREW D. ABRAMOWITZ,** a partner in the Firm, graduated *cum laude* and Phi Beta Kappa from Franklin and Marshall College in 1993, where he earned a B.A. in Government. Mr. Abramowitz received his J.D. in 1996 from the University of Maryland School of Law, where he was Assistant Editor for *The Business Lawyer*, published jointly with the American Bar Association. He was formerly an associate at Polovoy & Turner, LLC, in Baltimore, where he practiced commercial litigation and corporate transactional law, and was a law clerk at the Office of the Attorney General of Maryland in the Department of Business and Economic Development.

Mr. Abramowitz has served as one of the lead counsel in numerous cases under the federal securities laws and state laws governing fiduciary duties. Recent cases include *In re Abbott Depakote Shareholder Derivative Litigation*, No. 11 Civ. 08114 (VMK) (N.D. Ill.); *In re Life Partners Holdings, Inc. Derivative Litigation*, C.A. No. 2:11-CV-00043-AM (W.D. Tex.); *Scandlon v. Blue Coat Systems, Inc.*, No. CV 11-04293 (RS) (N.D. Cal.); *In re Synthes Inc. Shareholder Litigation*, C.A. No. 6452-CS (Del. Ch.); and *Utah Retirement Systems v. Strauss, et al.*, No. 09 Civ. 3221(TCP)(ETB) (E.D.N.Y.) (American Home Mortgage, Inc.). Notably, in *In re Atheros Communications, Inc. Shareholder Litigation*, C.A. No. 6124-VCN (Del. Ch.), Mr. Abramowitz was on the team whose efforts secured a preliminary injunction that halted the shareholder vote on Qualcomm Incorporated's proposed $3.1 billion acquisition of Atheros Communications, Inc. until shareholders were provided with additional material information regarding the merger. He also represented lead plaintiffs in *In re Parmalat Securities Litigation*, No. 04 Civ. 0030 (LAK) (S.D.N.Y.), often called the "Enron of Europe," which was a massive worldwide securities fraud action involving the collapse of an international dairy conglomerate.

Other cases in which Mr. Abramowitz has participated include *In re Royal Dutch/Shell Securities Litigation*, C.A. No. 04-374 (D.N.J.); *In re SCOR Holding (Switzerland) AG*

*Litigation*, No. 04 Civ. 07897 (MBM) (S.D.N.Y.); *In re Gerova Financial Group, Ltd. Securities Litigation*, No. 11 MD 2275-SAS (S.D.N.Y.); *Inter-Local Pension Fund of the Graphic Communications Conference of the International Brotherhood of Teamsters v. Cybersource Corp., et al.* (Del. Ch.); *In re PSINet, Inc. Securities Litigation*, Civ. No. 00-1850-A (E.D. Va.); *In re Unisys Corporation Securities Litigation*, No. 99-CV-5333 (E.D. Pa.); *O'Brien v. Ashcroft* (*Tyco Corp. Derivative Litigation*), No. 03-E-0005 (N.H. Super. Ct.); *Brudno v. Wise* (*El Paso Corp. Derivative Action*), C.A. No. 19953NC (Del. Ch.); *In re Xcel Energy, Inc. Securities Derivative & "ERISA" Litigation*, MDL No. 1511 (D. Minn.); *In re Bristol-Myers Squibb Derivative Litigation*, No. 02 Civ. 8571 (S.D.N.Y.); *Penn Federation BMWE v. Norfolk Southern Corp.*, C.A. No. 02-9049 (E.D. Pa.); *Rosenthal v. Dean Witter Reynolds, Inc.*, No. 91-CV-429 (Dist. Ct. Douglas Cty., Colo.); *In re Visa Check/MasterMoney Antitrust Litigation*, No. CV-96-5238 (S.D.N.Y.); *Moskowitz v. Mitcham Industries, Inc.*, C.A. No. H-98-1244 (S.D. Tex.); and *In re Flat Glass Antitrust Litigation*, C.A. No. 97-550 (W.D. Pa.).

He also represents shareholders in matters relating to a stockholder's right to inspect the books and records of a corporation. This mechanism assists investors in determining whether a corporate board has committed wrongdoing. Examples of corporations from which books and records have been obtained include Community Health Systems, Inc., The McGraw-Hill Companies, and Cobalt International Energy, Inc. Mr. Abramowitz also facilitated the return of proceeds to European investors in bankruptcy proceedings and Federal Bureau of Investigation forfeiture actions relating to a multi-national Ponzi scheme (*In re Hartford Investments*, No. 09-17214(ELF)).

In addition, Mr. Abramowitz serves on the Corporate Advisory Board of the Pennsylvania Association of Public Employee Retirement Systems (PAPERS), an organization dedicated to educating trustees and fiduciaries of public pension funds throughout Pennsylvania. He also frequently participates in the University of Pennsylvania School of Law's Mentor Program, where he serves as mentor to international students to provide insight and guidance regarding the practice of law in the U.S. He writes and speaks frequently on matters relating to securities litigation and corporate governance.

Mr. Abramowitz is admitted to practice in the State of Maryland and the United States District Court for the District of Maryland, as well as the United States District Court for the District of Colorado. He is a member of the Maryland Bar Association.

**JOHN MACORETTA** represents both individuals and businesses in a wide variety of litigation and, occasionally, transactional matters. He currently represents consumers and healthcare payors in cases alleging that brand name pharmaceutical companies illegally kept generic drug competitors off the market, including litigation involving the drugs Provigil, Effexor and Suboxone. Mr. Macoretta is also involved in electronic privacy litigation, including

the *In re Google Streetview Electronic Communications Litigation*, No. 10-md-02184 (N.D. Cal.), where he is a co-lead counsel representing consumers whose private wi-fi communications were intercepted. Mr. Macoretta also represents investors in stock-broker arbitration and class-action securities fraud litigation.

He has been involved in a number of significant cases, including *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456 (D. Mass.) (where he acted as one of the trial counsel); *In re Lupron Marketing and Sales Practices Litigation*, MDL No. 1430 (D. Mass.); *In re Unisys Corporation Securities Litigation*, No. 99-CV-5333 (E.D. Pa.); *Masters v. Wilhelmina Model Agency, Inc.*, No. 02 Civ. 4911 (S.D.N.Y.); *In re Dynamic Random Access Memory (DRAM) Antitrust Litigation*, C.A. No. M-02-1486 PJH (N.D. Cal.).

Mr. Macoretta graduated with honors from the University Of Texas Law School in 1990 and received his undergraduate degree *cum laude* from LaSalle University in 1986. He is admitted to practice in the Commonwealth of Pennsylvania and the State of New Jersey; the United States Courts of Appeals for the First, Third and Ninth Circuits; and the United States District Courts in the District of New Jersey, the Eastern District of Michigan, and the Middle and Eastern Districts of Pennsylvania. In addition to being a member of the Philadelphia Bar Association, Mr. Macoretta also serves as an arbitrator in the Philadelphia Court of Common Pleas and the U.S. District Court. Mr. Macoretta also serves as a *pro bono* attorney representing Philadelphia residents whose homes are facing foreclosure.

**WILLIAM G. CALDES** is a 1986 graduate of the University of Delaware, where he earned a B.A. with a double major in Economics and Political Science. Mr. Caldes received his J.D. in 1994 from Rutgers School of Law at Camden, and then served as law clerk to the Honorable Rushton H. Ridgway of the New Jersey Superior Court, Cumberland County.

Among the recent cases in which Mr. Caldes has participated are *In re Automotive Parts Antitrust Litigation*, MDL No. 2311 (E.D. Mich.); *McDonough, et al. v. Toys "R" Us, Inc. d/b/a Babies "R" Us, et al.*, No. 2:06-cv-00242-AB (E.D. Pa.); *Elliott, et al. v. Toys "R" Us, Inc. d/b/a Babies "R" Us, et al.*, No. 2:09-cv-06151-AB (E.D. Pa.); *In re Online DVD Rental Antitrust Litigation*, MDL No. 2029 (N.D. Cal.); *In re Processed Eggs Antitrust Litigation*, MDL No. 2002 (E.D. Pa.); *In re Air Cargo Shipping Services Antitrust Litigation*, MDL No. 1775 (E.D.N.Y.); *In Re: Municipal Derivatives Antitrust Litigation*, No. 1:08-md-01950-VM (S.D.N.Y.); *In Re Optical Disk Drive Products Antitrust Litigation*, No. 3:10-ms-02143-RS (N.D. Cal.); *In Re Aftermarket Filters Antitrust Litigation*, No. 1:08-cv-04883 (N.D. Ill.); *In re McKesson HBOC, Inc. Securities Litigation*, Master File No. 99-CV-20743 (N.D. Cal.); *In re K-Dur Antitrust Litigation*, MDL No. 1419 (D.N.J.); *In re Relafen Antitrust Litigation*, C.A. No. 01-12222 (D. Mass); *In re Buspirone Antitrust Litigation*, MDL No. 1413 (S.D.N.Y.); *In re Linerboard Antitrust Litigation*, C.A. No.98-5055 (E.D. Pa.); *In re Dynamic Random Access Memory (DRAM) Antitrust Litigation*, No.M-02-1486 PJH (N.D. Cal.); *In re Baycol Products Litigation*, No. 1431 (D. Minn.); and *In re Vitamins Antitrust Litigation*, Misc. No. 99-0197(TFH) (D.D.C.).

18

He has also participated in such cases as *General Refractories Co. v. Washington Mills Electro Minerals Corp.*, No. 95-CV-580S(S) (E.D.N.Y.); *In re Brand Name Prescription Drugs Antitrust Litigation*, No.94-C-897 (N.D. Ill.); *In re NASDAQ Market-Makers Antitrust Litigation,* MDL No. 1023 (S.D.N.Y.); *In re Flat Glass Antitrust Litigation*, MDL No. 1200 (W.D. Pa.); and *In re Carpet Antitrust Litigation*, MDL No. 1075 (N.D. Ga.).

Mr. Caldes is admitted to practice in the Commonwealth of Pennsylvania, the State of New Jersey, the United States District Court for the District of New Jersey, the United States District Court for Eastern District of Pennsylvania, and the United States Court of Appeals for the 3rd Circuit.

**JAY S. COHEN** has focused his practice on complex and class action litigation, particularly antitrust cases, consumer protection and shareholder rights. He has been actively involved in *In re OSB Antitrust Litigation*, Master File No. 06-CV-00826 (PSD) (E.D. Pa.); *In re Linerboard Antitrust Litigation*, C.A. No. 98-5055 (E.D. Pa.); *In re Industrial Silicon Antitrust Litigation*, Master File No. 95-2104 (W.D. Pa.); *In re Chlorine and Caustic Soda Antitrust Litigation*, Master File No. 86-5428 (E.D. Pa.); *In re Nylon Carpet Antitrust Litigation*, No. 4:98-CV-0267-HLM (N.D. Ga.); *In re Polypropylene Carpet Antitrust Litigation*, No. 4:95-CV-193-HLM (N.D. Ga.); and *Paper Systems, Inc. v. Mitsubishi Corp.*, No. 96-C-0959 (E.D. Wis.).

Mr. Cohen has been lead counsel in class actions successfully prosecuted on behalf of consumers nationwide and in Pennsylvania, including *Duboff v. SmithKline Beecham, PLC.*, No. 5004 December Term 1990 (Phila. C.C.P.); *Tracy v. AAMCO Transmissions, Inc.*, No. 4840 October Term 1990 (Phila. C.C.P.); and, as co-lead counsel, in *Mauger v. Home Shopping Network, Inc.*, No. 91-6152-20-1 (Bucks Cty. C.C.P.).

Mr. Cohen led the class action securities department of Gross & Sklar in 1987, where he had litigated shareholder rights cases since 1983. Mr. Cohen was actively involved in successful class actions on behalf of defrauded investors, including *In re Oak Industries Securities Litigation*, Master File No. 83-0537 (S.D. Cal.); *In re Nucorp Energy Securities Litigation*, MDL No. 514 (S.D. Cal.); *Wilkes v. Heritage Bancorp, Inc.*, No. 90-11151-F (D. Mass.); *Philadelphia Electric Co. Derivative Litigation*, No. 7090 March Term 1987 (Phila. Cty. C.C.P.); *In re Flight Transportation Corp. Securities Litigation*, Master Docket No. 4-82-874 (D. Minn.); *Priest v. Zayre Corp.*, C.A. No. 86-2411-2 (D. Mass.); *Tolan v. Computervision Corp.*, C.A. No. 85-1396-N (D. Mass.); *In re U.S. Healthcare, Inc. Securities Litigation*, Master File No. 88-0559 (E.D. Pa.); and *In re SmithKline Beecham Securities Litigation*, Master File No. 88-7474 (E.D. Pa.).

Mr. Cohen was also associated with the firm of Kohn, Savett, Marion & Graf (now Kohn, Swift & Graf) (1978-1982). There, he participated in a number of cases with multi-million dollar results, including *In re Fine Paper Antitrust Litigation*, MDL No. 323 (E.D. Pa.); *In re*

*Folding Carton Antitrust Litigation*, Master File No. 250 (N.D. Ill.); *In re Glassine and Greaseproof Paper Antitrust Litigation*, MDL No. 475 (E.D. Pa.); *In re Water Heaters Antitrust Litigation*, MDL No. 379 (E.D. Pa.); and *In re Corrugated Containers Antitrust Litigation*, MDL No. 310 (N.D. Tex.).

Mr. Cohen served as a Captain in the United States Army Judge Advocate General's Corps in Falls Church, Virginia from 1974 to 1977, where his practice was limited to criminal appeals. He also served as Case Notes Editor of *The Advocate*, which was a worldwide publication devoted to military law.

Mr. Cohen is admitted to practice in the Commonwealth of Pennsylvania; the United States Courts of Appeals for the Third and Sixth Circuits; the United States District Court for the Eastern District of Pennsylvania; the U.S. Court of Appeals for the Armed Forces; and the U.S. Army Court of Criminal Appeals. Mr. Cohen received a B.A. degree *cum laude* from Temple University in 1971, and graduated with a J.D. degree from Temple University School of Law in 1974. He is a member of the Philadelphia Bar Association.

**DAVID FELDERMAN** is a 1991 graduate of the University of Pennsylvania where he earned a B.A. degree in Economics. He received his J.D. degree *cum laude* from Temple University School of Law in 1996. Upon graduation from law school, Mr. Felderman served as a law clerk to the Honorable Bernard J. Goodheart in the Court of Common Pleas, Philadelphia County. Mr. Felderman joined SRKW in 2000. He was formerly associated with McEldrew & Fullam, P.C., where his practice focused on medical malpractice litigation.

Mr. Felderman has worked on the following cases: *In re Sunoco, Inc.*, April Term, 2012, No. 3894 (Pa. Common Pleas, Phila. County); *In re Harleysville Mutual,* November Term, 2011, No. 2137 (Pa. Common Pleas, Phila. County); *In re Lehman Brothers Holdings, Inc. Equity/Debt Securities Litigation*, No. 08-cv-5523 (S.D.N.Y.); *In re Alltel Shareholder Litigation*, Civ. No. 2975-CC (Del. Chancery); *In re SCOR Holding (Switzerland) AG Litigation*, No. 04 Civ. 7897 (DLC) (S.D.N.Y.); *Ong v. Sears Roebuck and Co.*, C.A. No. 03-4142 (N.D. Ill.); and *Welmon v. Chicago Bridge & Iron Co. N.V.*, No. 06 Civ. 1283 (S.D.N.Y.).

He has also been involved in *In re AOL Time Warner Securities Litigation*, MDL Docket 1500 (S.D.N.Y.); *In re McKesson HBOC, Inc. Securities Litigation,* Master File No. 99-CV-20743 (N.D. Cal.); *In re Lupron Marketing and Sales Practices Litigation*, MDL Docket No. 1430 (D. Mass.); *In re Managed Care Litigation,* C.A. No. 00-1334-MD (S.D. Fla.); *In re Monosodium Glutamate Antitrust Litigation,* MDL Docket No. 1328 (D. Minn.); *In re Flat Glass Antitrust Litigation*, MDL No. 1200 (W.D. Pa.); and *In re Linerboard Antitrust Litigation*, C.A. No. 98-5055 (E.D. Pa.).

Mr. Felderman is admitted to practice in the Commonwealth of Pennsylvania and the State of New Jersey, as well as in the United States Court of Appeals for the Third Circuit and the United States District Courts for the Eastern District of Pennsylvania and the District of New Jersey. He is currently a member of the American and Philadelphia Bar Associations. Mr. Felderman served a three year term (2000-2002) as a member of the Executive Committee of the Philadelphia Bar Association's Young Lawyers Division. As part of this commitment, he co-Chaired Legal Line, P.M. which won a national award from Lexis-Nexis during the second year he co-Chaired the program. Mr. Felderman also previously served as a member of the Philadelphia Bar Association's State Civil Committee and the Pennsylvania Trial Lawyers Association's New Lawyer Section Leadership Council. In addition, he was a Charter Member of the Philadelphia Bar Foundation's Young Lawyers Division of the Andrew Hamilton Circle.

**THEODORE M. LIEVERMAN** is Of Counsel to the Firm. During his 30 years of practice, he has concentrated on civil litigation and appeals involving complex issues of federal law, including claims under the Labor Management Relations Act, the Racketeer Influenced and Corrupt Organizations Act (RICO), federal civil rights statutes, constitutional law, the Employee Retirement Income Security Act (ERISA), the Labor-Management Reporting and Disclosure Act (LMRDA), and antitrust statutes. He has tried numerous cases to judges, juries, and administrative judges.

Mr. Lieverman was co-lead counsel in *In re TriCor Antitrust Litigation*, C.A. No. 05-360 (D. Del.) (settled for $65.7 million to end-payor class, plus settlement for opt-out health insurers); *In re Relafen Antitrust Litigation*, C.A. No. 01-12239 (D. Mass.) (settled for $75 million to end-payors); *Cement Masons Local 699 Health & Welfare Fund v. Mylan Laboratories*, Docket No. MER-L-000431-99 (N.J. Super. L.) (part of a $147 million nationwide settlement); and lead counsel in *Penn Federation BMWE v. Norfolk Southern Corp.*, C.A. No. 02-9049 (E.D. Pa.) (settled for changes in the 401(k) plan and $1 million to plan participants). In 2001, he was asked to file an amicus brief on behalf of a number of distinguished historians in the important copyright case of *New York Times Co. v. Tasini*, 533 U.S. 483 (2001). He also litigated one of the leading cases on the use of labor-management cooperation programs in unionized workplaces. *E.I. duPont deNemours & Co.*, 311 NLRB No. 88 (1993).

He is admitted to practice in Pennsylvania, New Jersey and Massachusetts; the United States Supreme Court; United States Courts of Appeals for the Second, Third, Eleventh, D.C. and Federal Circuits; and the United States District Courts for the Eastern and Middle Districts of Pennsylvania, the District of New Jersey, the Eastern District of Michigan and the Southern District of New York. He has served as an arbitrator for the United States District Court for the Eastern District of Pennsylvania and the Philadelphia Court of Common Pleas. He earned a B.A. with general and departmental honors in History from Vassar College and a J.D. degree from Northeastern University Law School.

Mr. Lieverman has lectured on various legal issues to lawyers and union officials and has been an adjunct professor of law at Rutgers Law School-Camden. In 2011, he participated in the Fulbright Specialists Program by lecturing on electoral reform and U.S. constitutional law at the Faculty of Law, University of Belgrade, Serbia. He also served as an adjunct Professor at the Faculty of Law, Vytautas Magnus University, Kaunas, Lithuania.

## ASSOCIATES

**DANIEL J. MIRARCHI** earned his B.A. from Temple University in 1995 and his law degree from the St. John's University School of Law in 1999. During law school, Mr. Mirarchi was a legal extern for Justice Arthur Cooperman of the New York State Supreme Court, Queens County, and served as an intern to the Philadelphia District Attorney's Office and the Pennsylvania Attorney General's Office.

Among the recent cases in which Mr. Mirarchi has participated are: *In re Abbott Depakote Shareholder Derivative Litigation*, No. 11 Civ. 08114 (VMK) (N.D. Ill.); *Avalon Holdings, Inc., et al. v. BP, plc, et al.* (S.D. Tex.); *Houston Municipal Employees Pension System, et al. v. BP, plc, et al.* (S.D. Tex.); *In re Atheros Communications, Inc. Shareholder Litigation*, C.A. No. 6124-VCN (Del. Ch.); *In re Gerova Financial Group, Ltd. Securities Litigation*, No. 11 MD 2275-SAS (S.D.N.Y.); *Inter-Local Pension Fund of the Graphic Communications Conference of the International Brotherhood of Teamsters v. Cybersource Corp., et al.* (Del. Ch.); *Utah Retirement Systems v. Strauss, et al.*, No. 09 Civ. 3221(TCP)(ETB) (E.D.N.Y.); *In re Parmalat Securities Litigation*, No. 04 Civ. 0030 (LAK) (S.D.N.Y.); *In re SCOR Holding (Switzerland) AG Litigation*, No. 04 Civ. 07897 (MBM) (S.D.N.Y.); *Welmon v. Chicago Bridge & Iron Co. N.V.*, No. 06 Civ. 1283 (S.D.N.Y.). He has also represented shareholders in matters relating to a stockholder's right to inspect the books and records of a corporation: *Eagle v. Community Health Systems, Inc.*, C.A. No. 7488-VCL (Del. Ch.); and *Stein, et al. v. The McGraw-Hill Companies, Inc.*, Index No. 650349/2013 (N.Y. Sup. Ct.). Mr. Mirarchi also facilitated the return of proceeds to European investors in bankruptcy proceedings and Federal Bureau of Investigation forfeiture actions relating to a multi-national Ponzi scheme in *In re Hartford Investments*, No. 09-17214(ELF).

Prior to joining the Firm, Mr. Mirarchi was associated with the law firms of Wilson, Elser, Moskowitz, Edelman & Dicker and Marks, O'Neill, O'Brien & Courtney, where he handled products liability, complex insurance coverage and commercial matters. He was also appointed staff counsel to the AHP Settlement Trust, the entity responsible for administering the class action settlement reached in the *In re Diet Drugs Products Liability Litigation,* MDL No. 1203 (E.D. Pa.).

22

Mr. Mirarchi is admitted to practice in the State of Pennsylvania and the United States District Court for the Eastern District of Pennsylvania. He is a member of the Philadelphia and Pennsylvania Bar Associations.

**RACHEL E. KOPP** focuses her practice in antitrust, consumer practices and securities litigation. She is involved in a number of major cases, including *In Re Blood Reagents Antitrust Litigation*, No. 2:09-md-02081-JD (E.D. Pa.); *In Re: American Express Anti-Steering Rules Antitrust Litigation*, MDL 2221 (E.D.N.Y.); and *In Re Municipal Derivatives Antitrust Litigation*, MDL No. 1950 (S.D.N.Y.). She has also been heavily involved in *In re Parmalat Securities Litigation*, No. 04 Civ. 0030 (LAK) (S.D.N.Y.); *In Re Converium Holding AG Securities Litigation*, No. 04 Civ. 7897 (DLC) (S.D.N.Y.); *Welmon v. Chicago Bridge & Iron Co. N.V.,* No. 06 Civ. 01283 (JES) (S.D.N.Y.); and *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456 (D. Mass.). Ms. Kopp was selected to the Pennsylvania Rising Stars 2011-2013.

Ms. Kopp is actively involved in the Philadelphia and American Bar Associations. Most recently, Ms. Kopp was elected to a three-year term on the Philadelphia Bar Association Board of Governors. For the 2011-2012 bar year, Ms. Kopp also served as the Membership Director of the American Bar Association Young Lawyers Division (ABA YLD), which is comprised of approximately 150,000 young lawyers worldwide. Ms. Kopp previously served as the ABA YLD's Administrative Director and frequently speaks on issues affecting young lawyers. In recognition of her service to the ABA YLD, Ms. Kopp received a 2011-2012 Star of the Year award at the ABA Annual Meetings in 2012 and 2010.

Ms. Kopp earned her Juris Doctor degree from Villanova University Law School, where she received a Public Interest Summer Fellowship to serve as a legal intern at New York Volunteer Lawyers for the Arts and VH1 *Save The Music*. She received her undergraduate degree from the University of Maryland, where she received a B.A. in Government and Politics and concentrated in languages.

Ms. Kopp is admitted to practice in Pennsylvania and New Jersey, as well as in the U.S. Court of Appeals for the Third Circuit and the U.S. District Court for the Eastern District of Pennsylvania.

**MARY ANN GEPPERT** graduated *cum laude* from St. Joseph's University in 2000, with a B.S. degree in Finance. She received her Juris Doctor degree from the Widener University School of Law in 2003, where she served as the Articles Editor of the Widener Law Symposium Journal. She also was a legal intern for the Honorable James J. Fitzgerald of the Philadelphia Court of Common Pleas.

Prior to joining the Firm, Ms. Geppert was associated with the law firms of Margolis Edelstein and Weber Gallagher Simpson Stapleton Fires & Newby, LLP, both located in Philadelphia. She has successfully tried numerous lawsuits.

Among the recent cases in which Ms. Geppert has participated are *In re Google Inc. Street View Electronic Communications Litigation*, C.A. No. 5:10-md-02184 (N.D. Cal.); *Vista Healthplan, Inc. v. Cephalon, Inc. et al.*, C.A. No. 2:06-cv-01833 (E.D. Pa.); and *In re Merck Mumps Vaccine Antitrust Litigation*, C.A. No. 2:12-cv-03555 (E.D. Pa.).

Ms. Geppert is currently admitted to practice law in Pennsylvania, New Jersey, the United States District Court for the Eastern District of Pennsylvania, and the United States District Court for the District of New Jersey. Ms. Geppert currently serves as an Arbitrator for the Philadelphia Court of Common Pleas and is a member of the Pennsylvania and Philadelphia Bar Associations. Ms. Geppert was named as a Pennsylvania Rising Star by *Philadelphia Magazine* in 2010 and 2013.

**JONATHAN M. JAGHER** was a supervising Assistant District Attorney for the Middlesex District Attorney in Cambridge, Massachusetts. As a prosecutor, he tried approximately forty cases to a jury and conducted numerous investigations. Mr. Jagher was previously associated with the law firm of Bellotti & Barretto, P.C., in Cambridge, Massachusetts, handling civil litigation.

Among the recent cases in which Mr. Jagher has participated are *In re Automotive Parts Antitrust Litigation,* MDL No. 2311 (E.D. Mich.); *In re OSB Antitrust Litigation,* Master File No. 06-CV-00826 (PSD) (E.D. Pa.); *In re Online DVD Rental Antitrust Litigation,* MDL No. 2029 (N.D. Cal.); *In re Processed Eggs Antitrust Litigation,* MDL No. 2002 (E.D. Pa.); and *In re Air Cargo Shipping Services Antitrust Litigation,* MDL No. 1775 (E.D.N.Y.).

Mr. Jagher received a B.A. degree *magna cum laude* from Boston University in 1998, and a J.D. degree from Washington University School of Law in 2001. He is currently admitted to practice law in Pennsylvania, Massachusetts, the United States Court of Appeals for the Third Circuit, the United States District Court for the Eastern District of Pennsylvania, and the United States District Court for the District of Massachusetts.

**JEFFREY L. SPECTOR** graduated from the University of Pennsylvania in 2000 with a B.S. in Economics and concentrations in Marketing and Legal Studies. He received his J.D. degree from Temple University in 2007. Prior to attending law school, Mr. Spector worked for the William Morris Agency in New York as a part of its prestigious Agent Training Program.

Mr. Spector is currently participating in *In Re Blood Reagents Antitrust Litigation*, No. 2:09-md-02081-JD (E.D. Pa.); *In re Domestic Drywall Antitrust Litigation*, No. 13-md-2437 (E.D. Pa.); *McDonough, et al. v. Toys "R" Us, Inc. d/b/a Babies "R" Us, et al.*, No. 2:06-cv-00242-AB (E.D. Pa.); *Elliott, et al. v. Toys "R" Us, Inc. d/b/a Babies "R" Us, et al.*, No. 2:09-cv-

06151-AB (E.D. Pa.); *In Re Automotive Parts Antitrust Litigation*, No. 2:12-md-02311 (E.D. Mich.); *In Re Municipal Derivatives Antitrust Litigation*, No. 1:08-md-01950-VM (S.D.N.Y.); *In Re NCAA Student-Athlete Name and Likeness Licensing Litigation*, No. 09-cv-1967-CW (N.D. Cal.); *In Re Optical Disk Drive Products Antitrust Litigation*, No. 3:10-ms-02143-RS (N.D. Cal.); and *In Re Fresh and Process Potatoes Antitrust Litigation*, No. 4:10-md-02186-BLW (D. Id.).

Mr. Spector is admitted to practice law in Pennsylvania, New Jersey, and the United States District Courts for the Eastern District of Pennsylvania and the District of New Jersey, and the United States Court of Appeals for the 3rd Circuit. He is currently a member of the American and Philadelphia Bar Associations, as well as the Temple American Inn of Court.

**JOSHUA KAPLAN** is an associate with the firm's securities litigation practice. Among the recent cases in which Mr. Kaplan has participated are *Washington Federal v. United States*, No. 13 Civ. 00385 (MMS) (Fed. Cl.); *In re Life Partners Holdings, Inc. Derivative Litigation*, No. 11 Civ. 00043 (AM) (W.D. Tex.); and *In re Abbott Depakote Shareholder Derivative Litigation*, No. 11 Civ. 08114 (VMK) (N.D. Ill.).

Prior to joining the firm, Mr. Kaplan worked as a Staff Attorney with the United States Court of Appeals for the Third Circuit in Philadelphia, where he advised the Court on various complex legal issues, including *habeas corpus*, employment law, and immigration matters.

Mr. Kaplan graduated from the Georgetown University Law Center in 2008, where he served as a Legal Research and Writing Teaching Fellow; he graduated *cum laude* from the University of Miami in 2002. Mr. Kaplan is admitted to practice law in Pennsylvania and before the United States Court of Appeals for the Third Circuit, the United States District Court for the Eastern District of Pennsylvania, and the United States Court of Federal Claims. He is also a member of the Philadelphia Bar Association.

25

**EXHIBIT 2**

**IN RE ABBOTT-DEPAKOTE SHAREHOLDER
DERIVATIVE LITIGATION**

**Spector Roseman Kodroff & Willis, P.C.**

**TIME REPORT**

**From April 13, 2012 through the Present**

| NAME | HOURS BILLED | HOURLY RATE | LODESTAR |
|---|---|---|---|
| **Partners** | | | |
| Eugene A. Spector | 5.75 | $775 | $4,456.25 |
| Robert Roseman | 986.25 | $750 | $739,687.50 |
| Jeffrey Kodroff | 6.50 | $730 | $4,745.00 |
| Mark Willis | 153.75 | $730 | $112,237.50 |
| Andrew Abramowitz | 1126.50 | $645 | $726,592.50 |
| David Felderman | 31.25 | $595 | $18,593.75 |
| **Associates** | | | |
| Daniel Mirarchi | 1015.50 | $495 | $502,672.50 |
| Mary Ann Geppert | 13.00 | $440 | $5,720.00 |
| Jeffrey Spector | 3.75 | $395 | $1,481.25 |
| Joshua Kaplan | 204.25 | $370 | $75,572.50 |
| **Paralegals** | | | |
| Gerri DeMarshall | 8.75 | $215 | $1,881.25 |
| Charles Briglia | 3.75 | $210 | $787.50 |
| Karen M. Omelchuk | 11.00 | $160 | $1,760.00 |
| Helen Nguyen | 2.25 | $140 | $315.00 |
| Nicole Noronha | 153.75 | $150 | $23,062.50 |
| Van Strother | 8.50 | $145 | $1,232.50 |
| **TOTAL LODESTAR** | **3,734.50** | | **$2,220,797.50** |

**EXHIBIT 3**

**IN RE ABBOTT-DEPAKOTE SHAREHOLDER
DERIVATIVE LITIGATION**

**Spector Roseman Kodroff & Willis, P.C.**

**EXPENSE REPORT**

**From April 13, 2012 through the Present**

| CATEGORY | AMOUNT |
|---|---|
| Expert Fees | $129,100.50 |
| Travel | $23,576.01 |
| Filing Fees | $180.00 |
| Transcripts | $1,276.35 |
| Telephone/Faxes | $1,553.21 |
| Internal Copying | $5,656.25 |
| Outside Copying | $285.99 |
| Postage & Express Mail | $267.69 |
| On-Line Legal Research* | |
| Lexis-Nexis | $1,830.00 |
| Westlaw | $21,618.64 |
| PACER | $745.15 |
| | |
| **TOTAL EXPENSES** | **$186,089.79** |

\*  The charges reflected for on-line research are for out-of-pocket payments to the vendors for research done in connection with this litigation.  On-line research is billed to each case based on actual time usage at a set charge by the vendor.  There are no administrative charges included in these figures.

# EXHIBIT 3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

```
-----------------------------------------------------------------------x
IN RE ABBOTT-DEPAKOTE SHAREHOLDER            :
DERIVATIVE LITIGATION                        :     CASE NO: 1:11-cv-08114
                                             :     Hon. Virginia M. Kendall
-----------------------------------------------------------------------x
```

## DECLARATION OF MATTHEW T. HEFFNER IN SUPPORT OF LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES FILED ON BEHALF OF SUSMAN HEFFNER & HURST

I, Matthew T. Heffner, declare as follows:

1.       I am a principal of Susman Heffner & Hurst. I submit this declaration in support of my firm's application for an award of attorneys' fees in connection with certain services rendered in the above-captioned action (the "Action"), as well as for reimbursement of certain expenses incurred by my firm in connection with the Action.

2.       My firm, which represents the Lead Plaintiff Jacksonville Police & Fire Fund and plaintiff Louisiana Municipal Police Employees Retirement System, acted as one of plaintiffs' counsel and the court-appointed local counsel for plaintiffs in this Action. My firm seeks attorneys' fees and reimbursement of expenses only for the work performed at the direction or with the permission of Lead Counsel designated by the Court as well as for services provided to our clients. My firm's compensation for services rendered in this case was undertaken on a wholly contingent basis.

3.       My firm's resume, which includes a brief biography of the attorneys who have worked on this case, is attached hereto as Exhibit 1.

4.     The work performed by my firm for the benefit of Abbott includes the following: attending and representing the Lead Plaintiff at all court appearances; drafting, researching, and editing/commenting on motions, pleadings, and sections of legal briefs regarding both procedural and substantive legal matters; consulting and advising Lead Counsel regarding the local rules, practices, and procedures of this Court; conferencing with defense counsel regarding scheduling matters and the most efficient procedures for presenting both joint and contested issues; drafting of routine motions, notices, summons, etc. to be filed with the Court; regular contact with the Court's courtroom deputy regarding scheduling and procedural issues; and filing of all documents with the Court on behalf of the Lead Plaintiff.

5.     The schedule attached hereto as Exhibit 2 is a summary indicating the amount of time spent by each attorney and/or paralegal of my firm who was involved in litigating this Action and the lodestar calculation based upon my firm's current billing rates. For personnel who are no longer employed by my firm, the lodestar calculation is based on the billing rates for such personnel in his or her final year of employment by my firm. The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by my firm, which are available upon request by the Court. The schedule also includes estimated time yet to be completed but necessary for litigating this case through final approval of the settlement. Time expended in preparing this application for fees and reimbursement of expenses has not been included in this request.

6.     The hourly rates for the attorneys and paralegals in my firm included in Exhibit 2 are the same as the regular current rates which have been accepted in other securities and shareholder litigation.

7.    Exhibit 2 shows my firm's total time commitment to this case at 322 professional hours. The total lodestar for that work is $174,825, consisting of $165,525 for attorneys' time and $9,300 for paralegal time.

8.    My firm's lodestar figures are based upon my firm's billing rates, which do not include charges for expense items. Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

9.    As detailed in the schedule attached hereto as Exhibit 3, my firm has incurred a total of $3,871.96 in unreimbursed expenses in connection with the work performed at the direction of Lead Counsel.

10.    The expenses incurred in this Action are reflected in the books and records of my firm which are kept in the ordinary course of business. These books and records are prepared from expense vouchers, check records, and other source materials and are an accurate record of expenses incurred.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on April 23, 2014 in Chicago, Illinois.

Matthew T. Heffner

3

EXHIBIT 1

# SUSMAN HEFFNER & HURST

FIRM RESUME

Susman Heffner & Hurst prosecutes complex and class-action litigation on behalf of individuals, corporations, and institutions. Located in Chicago, Illinois, Susman Heffner & Hurst practices in federal and state courts across the nation, and its attorneys have secured multi-million-dollar recoveries in the areas of securities fraud, ERISA, corporate governance, antitrust, trespass, and constitutional law. A brief biography of the firm's lawyers (past and present) who were involved in this case follows:

## PARTNERS

**MATTHEW T. HEFFNER** focuses his practice on complex and class-action litigation. Mr. Heffner has been nationally-recognized as a class-action litigator, quoted in newspapers across the country and the ABA Litigation News, and serves as co-chair of the Rule 23 Subcommittee of the ABA's Class Action and Derivative Suit Committee. For ethical standards and legal ability, Mr. Heffner has received the highest possible recognition by Martindale-Hubbell's Peer Review Ratings—AV Preeminent.

In 2012, Mr. Heffner was awarded the prestigious Award for Excellence in Pro Bono Service by the Northern District of Illinois's District Court and the Federal Trial Bar (of which he is a member) for his work on behalf of the religious freedoms of involuntarily committed Muslims in Illinois mental-health facilities. *See Banks v. Almazar*, 2011 WL 1231142 (N.D.IL. Mar. 30, 2011).

Mr. Heffner has litigated a wide array of issues in his career, including:

## Securities Litigation

- *Miller v. Dyadic Int'l Inc.*, No. 07-80948 (S.D. Fla.) (Dimitrouleas, J.). Mr. Heffner was lead counsel in this securities fraud class action arising out of the defendants' alleged failure to disclose material facts regarding financial improprieties at its Hong Kong subsidiary. The case settled for $4.8 million in 2010, representing nearly half of the corporation's then-current assets.

- *In re AHM Secs. Litig.*, No. 007-MD-1898 (E.D.N.Y.). Served as Plaintiffs' counsel and filed first complaint seeking damages from issuer's accountants in securities case arising out of subprime mortgage litigation. Settled for $37.25 million in October 2009.

- *In re Bank One Secs. Litig.*, No. 00-767 (N.D. Ill.) (Andersen, J.). Mr. Heffner served as the Plaintiffs' Liaison Counsel for the three separate class actions in this matter, and was the lead associate on the (at the time) record-setting $120 million case involving the merger of First Chicago/NBD and Bank One.

## ERISA Litigation

- *Young v. Verizon's Bell Atl. Cash Balance Plan*, No. 05-7314 (N.D. Ill.) (Denlow, Mag. J.). Mr. Heffner served as co-lead, trial, and appellate counsel in this action involving one of the largest pension miscomputations in history. Mr. Heffner and the attorneys of Susman Heffner & Hurst LLP succeeded in a trial on the papers, convincing the court of their interpretation of a defined benefit calculation.

- *Nelson v. UBS Global Asset Mgmt.*, No. 03-6446 (N.D. Ill.) (Kocoras, J.). Mr. Heffner was a member of the trial team that settled this ERISA class action for $7 million (losses were estimated at $18 million). Plaintiffs alleged breaches of fiduciary duty in investment practice by one of the world's largest institutional investment managers. The case settled on the first day of trial.

## Corporate Governance & Fiduciary Duty Litigation

- *In re: PNB Holding Co. S'holder Litig.*, No. 028-N (Del. Ch.) (Strine, V.C.). Mr. Heffner served as lead trial counsel in this shareholder action challenging the S-Corporation conversion of a community bank in downstate Illinois. Mr. Heffner secured a seven-figure verdict in the class's favor and, in the process, created new law regarding S-Corp. conversions for Delaware corporations.

Mr. Heffner has also served as the CLE/Seminar coordinator for the Chicago Bar Association's Securities Law Committee, and is an active member of the Federal Trial Bar.

Mr. Heffner is admitted in the following jurisdictions:

- Illinois
- Texas (inactive status)
- U.S. Court of Appeals for the Fifth Circuit
- U.S. Court of Appeals for the Seventh Circuit
- U.S. Northern District of Illinois
- U.S. Eastern District of Michigan
- U.S. Southern District of Texas
- U.S. Supreme Court

Born and raised in Elkhart, Indiana, Mr. Heffner attended Indiana University as a National Merit Scholar and Arthur R. Metz Scholar. Mr. Heffner studied philosophy, physics, and mathematics at Indiana and graduated with honors in 1994. Mr. Heffner then attended the University of Texas School of Law as the Charles and Elizabeth Tigar Endowed Presidential Scholar in Law. Mr. Heffner earned his J.D. in 1997.


**MATTHEW T. HURST** concentrates his practice in securities, ERISA, and general class action litigation. Prior to joining the firm, Mr. Hurst practiced at a large national defense firm, where his clients included Illinois Tool Works, Peoples Energy, Hyundai, Mitsubishi, Volvo, AOL Time Warner, Ameritech/SBC, HCA, and Ty Inc. Many of these clients turned to Mr. Hurst in high stakes litigation. For example, Mr. Hurst helped litigate a $100 million public utility reconciliation dealing with the Enron collapse, and served as liaison counsel in a $1 billion products liability case. Mr. Hurst is currently litigating three *qui tam* cases on behalf of the State of Illinois seeking to recover tens of millions of dollars in unpaid revenue.

6

Furthermore, both Crain's Investment News and Money Management have sought Mr. Hurst's insight into constitutional issues related to his challenge of 529 college savings plans on the basis of discriminatory taxation principles. Besides these issues, Mr. Hurst has successfully litigated diverse and challenging cases, including,

**ERISA Litigation**

- *Young v. Verizon's Bell Atlantic Cash Balance Plan*, No. 05-7314 (N.D. Ill.) (Denlow, Mag. J.). Mr. Hurst litigated this ERISA class action alleging that Bell Atlantic made a multi-billion dollar error in calculating plan participants' opening balances when it converted from a traditional pension plan to a cash balance plan.

- *Schumacher v. AK Steel*, No. 09-794 (S.D. Ohio) (Beckwith, J.). Mr. Hurst successfully obtained summary judgment in this ERISA class action stemming from AK Steel's failure to perform a "whipsaw calculation" when converting employees' benefits. The case raised novel issues of whether a release obtained from class members, purporting to release "all claims," can validly waive the right to ERISA benefits when the fiduciary failed to inform participants of pending litigation. Mr. Hurst defended this case on appeal to the Sixth Circuit. *Id.*, 12-3061 (pending).

- Conducted litigation against Arthur Anderson, during liquidation, to preserve retirement benefits of retired partners. Despite the threat of impending bankruptcy and absence of ERISA protections, litigation allowed clients to recover a portion of their benefits.

**Corporate Governance & Fiduciary Duty Litigation**

- *In re: Netezza Co. S'holder Litig.*, No. 5858-VCS (Del. Ch.) (Strine, V.C.). Mr. Hurst served as co-counsel in this derivative action involving both the fairness and disclosures made during the acquisition of the company by IBM. Case settled.

- *In re: Huron Consulting Group S'holder Litig.*, No. 09 CH 30826 (Agran, J.). Mr. Hurst is served as liaison counsel in this derivative action stemming from allegations of accounting fraud at Huron.

- *In re: PNB Holding Co. S'holder Litig.*, No. 028-N (Del. Ch.) (Strine, V.C.). Mr. Hurst served as co-counsel in this shareholder action challenging the S-Corporation conversion of a community bank in downstate Illinois. Litigation resulted in a seven-figure verdict in the class's favor.

**Miscellaneous Matters**

- Currently litigating class action on behalf of individuals who purchased illusory insurance coverage in connection with their sale of goods on the auction website eBay.

- Mr. Hurst is currently litigating against Bank of America for failing to properly supervise the administration of a trust designed to provide perpetual care for cemetery grave sites. The case raises several issues of first impression under Illinois law.

- Currently litigating False Claims Act cases against major internet retailers for failure to collect and remit sales taxes despite a physical presence in the state.

- Counsel in several actions challenging the constitutionally of the taking of property and discriminatory taxation schemes. On brief in appeal before U.S. Supreme Court case involving dormant commerce clause jurisprudence.

- Established right of action for homeowners to bring suit against their homeowners' association to maintain common elements. *Willmschen v. Trinity Lakes Improvement Ass'n*, 362 Ill. App. 3d 546, 840 N.E.2d 1275 (2nd Dist. 2005).

Mr. Hurst is admitted in the following jurisdictions:

- Illinois
- U.S. Supreme Court
- U.S. Court of Appeals for the Second Circuit
- U.S. Court of Appeals for the Sixth Circuit
- U.S. Court of Appeals for the Seventh Circuit
- U.S. District Court for Northern District of Illinois
- U.S. District Court for Central District of Illinois
- U.S. District Court for Southern District of Illinois
- U.S. District Court for Eastern District of Wisconsin

In 1995, Mr. Hurst graduated from Skidmore College in New York, *summa cum laude* and *Phi Beta Kappa*, with honors in Government and Economics. He graduated from Northwestern University Law School in 1999, where he was on the Dean's List and coached teams for the Northwestern Mock Trial Institute. Mr. Hurst currently serves on the Judicial Evaluation Committee of the Chicago Bar Association.


## ASSOCIATES

While at Susman Heffner & Hurst, GLENN L. HARA concentrated his practice in ERISA, securities, and constitutional class actions. Prior to joining Susman Heffner & Hurst, Mr.

Hara was a litigation associate at a regional defense litigation firm and Susman, Watkins &

Wylie LLP. Mr. Hara is the past chair of the Chicago Bar Association Class Litigation

Committee. Mr. Hara's litigation experience includes the following:

- *Miller v. Dyadic Int'l Inc.*, No. 07-80948 (S.D. Fla.) (Dimitrouleas, J.). Mr. Hara was extensively involved in this securities fraud class action after SHH was appointed lead counsel in spring 2008. The case settled for $4.8 million in 2010.

- *Unclaimed Property Cases*: Mr. Hara has litigated a number of class actions on behalf of owners of unclaimed property against state governments, challenging their failure to pay interest when returning unclaimed property. In the Ohio case, Mr. Hara successfully argued before the Ohio Supreme Court, resulting in a unanimous decision holding that the state's failure to pay interest is unconstitutional.

- *Nelson v. UBS Global Asset Mgmt.*, No. 03-6446 (N.D. Ill.) (Kocoras, J.). Mr. Hara handled discovery and summary judgment briefing on this ERISA class action, which settled for $7 million on the first day of trial.

- Mr. Hara has handled a range of complex litigation matters, with an emphasis on consumer financial services class actions involving the federal Fair Credit Reporting Act (FCRA), Fair Debt Collection Practices Act (FDCPA), Truth-in-Lending Act (TILA), and other federal and state laws regulating the consumer credit industry.

Mr. Hara earned his undergraduate degree from DePaul University in 1991 and graduated,

*cum laude*, from Loyola University Chicago School of Law in 2003, where he was student

articles editor of the Loyola Consumer Law Review.

Mr. Hara is admitted to practice in the following jurisdictions:

- Illinois
- U.S. Court of Appeals for the Seventh Circuit
- U.S. District Court, Northern District of Illinois
- U.S. District Court, Southern District of Illinois
- U.S. District Court, Eastern District of Wisconsin

**EXHIBIT 2**

**IN RE ABBOTT-DEPAKOTE SHAREHOLDER
DERIVATIVE LITIGATION**

**Susman Heffner & Hurst**

**TIME REPORT**

**From inception through the present**

| NAME | HOURS BILLED | HOURLY RATE | LODESTAR |
|------|------|------|------|
| **Partners** | | | |
| Matthew T. Heffner (partner) | 241.25 | $550 | $132,687.50 |
| Matthew Hurst (partner) | 4.75 | $550 | $2,612.50 |
| Glenn Hara (associate) | 77.5 | $390 | $30,225.00 |
| | | | |
| **Paralegals** | | | |
| Sandra Pavlat | 37.5 | $200 | $7,500 |
| Thom Murtagh | 9 | $200 | $1,800 |
| | | | |
| **TOTAL LODESTAR** | | | $174,825 |

# EXHIBIT 3

## IN RE ABBOTT-DEPAKOTE SHAREHOLDER
## DERIVATIVE LITIGATION

### Susman Heffner & Hurst

### EXPENSE REPORT

| CATEGORY | AMOUNT |
|---|---|
| Filing Fees and transcripts | $742 |
| Telephone/Faxes* | $534 |
| Internal and external copying | $751.80 |
| Postage & Express Mail | $125.38 |
| On-Line Legal Research** | $1,718.78 |
| | |
| **TOTAL EXPENSES** | $3,871.96 |

*Charges for telephone/fax usage are based on percentage estimates of the case at bar vs. total case load of the firm for telephone/fax system usage.

**Charges reflected for on-line research are for out-of-pocket payments to the vendors for research done in connection with this litigation. On-line research is billed to each case based on actual time usage as tracked by the vendor. There are no administrative charges included in these figures.

# EXHIBIT 4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

```
-------------------------------------------------------------------x
```
**IN RE ABBOTT-DEPAKOTE SHAREHOLDER**              :
**DERIVATIVE LITIGATION**                          :      **CASE NO: 1:11-cv-08114**
                                                   :      **Hon. Virginia M. Kendall**
```
-------------------------------------------------------------------x
```

## DECLARATION OF CHRISTINE S. AZAR IN SUPPORT
## OF LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS'
## FEES AND REIMBURSEMENT OF LITIGATION EXPENSES FILED
## ON BEHALF OF LABATON SUCHAROW LLP

I, Christine S. Azar, declare as follows:

1.     I am a member of the law firm Labaton Sucharow LLP. I submit this declaration in support of my firm's application for an award of attorneys' fees in connection with certain services rendered in the above-captioned action (the "Action"), as well as for reimbursement of certain expenses incurred by my firm in connection with the Action.

2.     My firm, which represents Public School Retirement System of the School District of Kansas City, Missouri, acted as one of plaintiffs' counsel in the Action. My firm seeks attorneys' fees and reimbursement of expenses only for the work performed at the direction or with the permission of Lead Counsel designated by the Court as well as for services provided to our client. My firm's compensation for services rendered in this case was undertaken on a wholly contingent basis.

3.     My firm's resume, which includes a brief biography of the attorneys who have worked on this case, is attached hereto as Exhibit 1.

4.     The work performed by my firm for the benefit of Abbott includes the following: assisted in drafting the consolidated complaint, drafted discovery requests, conducted legal

research on demand futility issues, assisted in drafting the opposition to defendants' motions to dismiss, and researched issues for the opposition to motion for reconsideration. Additionally, the following services were provided by my firm to our client: monitoring of the docket, providing periodic updates and seeking guidance from client.

5.      The schedule attached hereto as Exhibit 2 is a summary indicating the amount of time spent by each attorney and/or paralegal of my firm who was involved in litigating this Action from April 13, 2012 (when the Court issued its order appointing the Lead Plaintiff and Lead Counsel) through the date of this filing, and the lodestar calculation based upon my firm's current billing rates. For personnel who are no longer employed by my firm, the lodestar calculation is based on the billing rates for such personnel in his or her final year of employment by my firm. The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by my firm, which are available upon request by the Court. Time expended in preparing this application for fees and reimbursement of expenses has not been included in this request.

6.      The hourly rates for the attorneys and paralegals in my firm included in Exhibit 2 are the same as the regular current rates which have been accepted in other securities and shareholder litigation.

7.      The total number of hours spent on this Action by my firm performing work at the direction or with the permission of Lead Counsel from April 13, 2012 is 194.90. The total lodestar for that work is $98,898.50, consisting of $87,299.50 for attorneys' time and $11,599.00 for paralegal time.

8.      My firm's lodestar figures are based upon my firm's billing rates, which rates do not include charges for expense items.  Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

9.      As detailed in the schedule attached hereto as Exhibit 3, my firm has incurred a total of $4,184.19 in unreimbursed expenses in connection with the work performed at the direction of Lead Counsel from April 13, 2012 through the present

10.     The expenses incurred in this Action are reflected in the books and records of my firm which are kept in the ordinary course of business.  These books and records are prepared from expense vouchers, check records, and other source materials and are an accurate record of expenses incurred.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.  Executed on April 21, 2014 at Wilmington, Delaware.


_____
Christine S. Azar

3

# EXHIBIT 1



# Firm Resume

## Investor Protection Litigation

# Table of Contents

Introduction .................................................................................................................... 1

Corporate Governance ................................................................................................... 2

Trial Experience ............................................................................................................. 5

Notable Lead Counsel Appointments ........................................................................... 5

Notable Successes .......................................................................................................... 7

Comments About Our Firm By The Courts.................................................................. 18

In and Around The Community ..................................................................................... 20

Women's Initiative and Minority Scholarship .............................................................. 22

Attorneys........................................................................................................................ 23

    Lawrence A. Sucharow, Chairman......................................................................... 24

    Martis Alex, Partner ................................................................................................ 26

    Mark S. Arisohn, Partner........................................................................................ 27

    Dominic J. Auld, Partner ........................................................................................ 29

    Christine S. Azar, Partner........................................................................................ 30

    Eric J. Belfi, Partner ................................................................................................ 33

    Joel H. Bernstein, Partner ....................................................................................... 35

    Javier Bleichmar, Partner........................................................................................ 37

    Thomas A. Dubbs, Partner ..................................................................................... 39

    Joseph A. Fonti, Partner.......................................................................................... 41

    Jonathan Gardner, Partner ...................................................................................... 44

    David J. Goldsmith, Partner ................................................................................... 45

    Louis Gottlieb, Partner ........................................................................................... 47

    James W. Johnson, Partner...................................................................................... 49

    Christopher J. Keller, Partner ................................................................................. 50

    Edward Labaton, Partner......................................................................................... 52

    Christopher J. McDonald, Partner .......................................................................... 53

    Jonathan M. Plasse, Partner ................................................................................... 54

    Ira A. Schochet, Partner.......................................................................................... 56

    Michael W. Stocker, Partner................................................................................... 57

    Jordan A. Thomas, Partner...................................................................................... 60

Stephen W. Tountas, Partner ................................................................................................ 62

Mark S. Goldman, Of Counsel ............................................................................................. 63

Thomas G. Hoffman, Jr., Of Counsel ................................................................................. 64

Richard T. Joffe, Of Counsel ............................................................................................... 65

Barry M. Okun, Of Counsel ................................................................................................. 66

Paul J. Scarlato, Of Counsel ............................................................................................... 67

Nicole M. Zeiss, Of Counsel ................................................................................................ 68

Jeffrey R. Alexander, Associate .......................................................................................... 69

Rachel A. Avan, Associate ................................................................................................... 70

Matthew Belz, Associate ...................................................................................................... 72

John B. Bockwoldt, Associate ............................................................................................. 72

Derick I. Cividini, Associate ................................................................................................ 73

Marisa N. DeMato, Associate .............................................................................................. 73

David C. Erroll, Associate .................................................................................................... 75

Serena Hallowell, Associate ................................................................................................ 75

Cynthia Hanawalt, Associate .............................................................................................. 77

Felicia Mann, Associate ....................................................................................................... 78

Wilson Meeks, III, Associate .............................................................................................. 79

Amy J. Metzger, Associate .................................................................................................. 79

Matthew C. Moehlman, Associate ...................................................................................... 80

Angelina Nguyen, Associate ............................................................................................... 81

Corban S. Rhodes, Associate .............................................................................................. 82

Michael H. Rogers, Associate ............................................................................................. 83

Katherine R. Ryan, Associate ............................................................................................. 84

Kendra Schramm, Associate ............................................................................................... 84

Irina Vasilchenko, Associate ............................................................................................... 85

Carol C. Villegas, Associate ................................................................................................ 86

Ned Weinberger, Associate ................................................................................................. 87

Elizabeth Rosenberg Wierzbowski, Associate ................................................................. 88

Peter C. Wood, Jr., Associate .............................................................................................. 88

Michael L. Woolley, Associate ........................................................................................... 89

## Introduction

Founded in 1963, Labaton Sucharow LLP ("Labaton Sucharow") is an internationally respected law firm with offices in New York, New York and Wilmington, Delaware and has relationships throughout the United States, Europe and the world. The Firm consists of nearly 60 full-time attorneys and a professional support staff that includes paralegals, sophisticated financial analysts, e-discovery specialists, licensed private investigators, a certified public accountant, and forensic accountants with notable federal and state law enforcement experience. The Firm prosecutes major complex litigation in the United States, and has successfully conducted a wide array of representative actions (primarily class, mass and derivative) in the areas of: Securities; Antitrust & Competition; Financial Products & Services; Corporate Governance & Shareholder Rights; Mergers & Acquisitions; Derivative; REITs & Limited Partnerships; Consumer; and Whistleblower Representation.

For over 50 years, Labaton Sucharow has cultivated a reputation as one of the finest litigation boutiques in the country. The Firm's attorneys are skilled in every stage of business litigation and have successfully taken on corporations in virtually every industry. Our work has resulted in billions of dollars in recoveries for our clients, and in sweeping corporate reforms protecting consumers and shareholders alike.

On behalf of some of the most prominent institutional investors around the world, Labaton Sucharow prosecutes high-profile and high-stakes securities fraud. Our Securities Litigation Practice has recovered billions of dollars and achieved corporate governance reforms to ensure that the financial marketplace operates with greater transparency, fairness, and accountability.

Labaton Sucharow also brings its unparalleled securities litigation expertise to the practice of Whistleblower Representation, exclusively representing whistleblowers that have original information about violations of the federal securities laws. The Firm's Whistleblower

Representation Practice plays a critical role in exposing securities fraud and creating necessary corporate reforms.

Labaton Sucharow's Corporate Governance & Shareholder Rights Practice successfully pursues derivative and other shareholder actions to advance shareholder interests. In addition to our deep knowledge of corporate law and the securities regulations that govern corporate conduct, our established office in Delaware where many of these matters are litigated, uniquely positions us to protect shareholder assets and enforce fiduciary obligations.

Visit our website at www.labaton.com for more information about our Firm.

## Corporate Governance

Labaton Sucharow is committed to corporate governance reform. Through its leadership of membership organizations, Labaton Sucharow seeks to strengthen corporate governance and support legislative reforms to improve and preserve shareholder and consumer rights.

Through the aegis of the National Association of Shareholder and Consumer Attorneys (NASCAT), a membership organization of approximately 100 law firms that practice class action and complex civil litigation, the Firm continues to advocate against those who would legislatively seek to weaken shareholders' rights, including their right to obtain compensation through the legal system.

From 2009-2011 Partner Ira A. Schochet served as President of NASCAT, following in the footsteps of Chairman Lawrence A. Sucharow who held the position from 2003-2005.

Labaton Sucharow is also a patron of the John L. Weinberg Center for Corporate Governance of the University of Delaware ("The Center") and was instrumental in the task force of the Association of the Bar of the City of New York, which drafted recommendations on the roles of law firms and lawyers' in preventing corporate fraud through improved

governance.  One of Labaton Sucharow's partners, Edward Labaton, is a member of the Advisory Committee of The Center.

In early 2011, Partner Michael W. Stocker spoke before the Securities and Exchange Commission's Trading and Markets Division regarding liability for credit rating agencies under the Dodd-Frank Act.  His articles on corporate governance issues have been published in a number of national trade publications.

On behalf of our institutional and individual investor clients, Labaton Sucharow has achieved some of the largest precedent-setting settlements since the enactment of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and has helped avert future instances of securities fraud by negotiating substantial corporate governance reforms as conditions of many of its largest settlements.

Some of the successful cases in which Labaton Sucharow has been able to affect significant corporate governance changes include:

### In re Waste Management, Inc. Securities Litigation,
Civ. No. H-99-2183 (S.D. Tex.)

In the settlement of the *In re Waste Management, Inc. Securities Litigation* case, we earned critical corporate governance improvements resulting in:

- A stronger and more independent audit committee;
- A board structure with greater accountability; and
- Protection for whistleblowers.

### In re Bristol-Myers Squibb Securities Litigation,
Civ. No. CV-98-W-1407-S (N.D. Ala.)

In *Bristol-Myers Squibb*, we won unprecedented corporate governance concessions, including:

- Required public disclosure of the design of all clinical drug trials; and
- Required public disclosure on the company's website of the results of all clinical studies on drugs marketed in any country throughout the world.

***Cohen v. Gray, et al.,***
   Case No. 03 CH 15039 (C.C. Ill.)

   In this case against the Boeing aircraft company, we achieved a landmark settlement establishing unique corporate governance standards relating to ethics compliance including:

   - At least 75% of Boeing's Board must be independent under NYSE criteria;
   - Board members will receive annual corporate governance training;
   - Direct Board supervision of an improved ethics and compliance program;
   - Improved Audit Committee oversight of ethics and compliance; and
   - A $29 million budget dedicated to the implementation and support of these governance reforms.

***In re Vesta Insurance Group Securities Litigation,***
   Civ. No. CV-98-W-1407-S (N.D. Ala.)

   In settling *Vesta*, the company adopted provisions that created:

   - A Board with a majority of independent members;
   - Increased independence of members of the company's audit, nominating and compensation committees;
   - Increased expertise in corporate governance on these committees; and
   - A more effective audit committee.

***In re Orbital Sciences Corporation Securities Litigation,***
   Civ. No. 99-197-A (E.D. Va.)

   In this case against Orbital Sciences Corporation, Labaton Sucharow was able to:

   - Negotiate the implementation of measures concerning the company's quarterly review of its financial results;
   - The composition, role and responsibilities of its Audit and Finance committee; and
   - The adoption of a Board resolution providing guidelines regarding senior executives' exercise and sale of vested stock options.

***In re Take-Two Interactive Securities Litigation,***
   Civ. No. 06-CV-803-RJS (S.D.N.Y.)

   In settling *Take-Two Interactive*, we achieved significant corporate governance reforms which required the company to:

   - Adopt a policy, commonly referred to as "clawback" provision, providing for the recovery of bonus or incentive compensation paid to senior executives in the event that such compensation was awarded based on financial results later determined to have been erroneously reported as a result of fraud or other knowing misconduct by the executive;
   - Adopt a policy requiring that its Board of Directors submit any stockholder rights plan (also commonly known as 'poison pill') that is greater than 12 months in duration to a vote of stockholders; and

- Adopt a bylaw providing that no business may be properly brought before an annual meeting of stockholders by a person other than a stockholder unless such matter has been included in the proxy solicitation materials issued by the company.

## Trial Experience

Few securities class action cases go to trial.  But when it is in the best interests of its clients and the class, Labaton Sucharow repeatedly has demonstrated its willingness and ability to try these complex securities cases before a jury.  More than 95% of the Firm's partners have trial experience.

Labaton Sucharow's recognized willingness and ability to bring cases to trial significantly increases the ultimate settlement value for shareholders.

In *In re Real Estate Associates Limited Partnership Litigation*, when defendants were unwilling to settle for an amount Labaton Sucharow and its clients viewed as fair, we tried the case with co-counsel for six weeks and obtained a landmark $184 million jury verdict in November 2002.  The jury supported plaintiffs' position that defendants knowingly violated the federal securities laws, and that the general partner had breached his fiduciary duties to plaintiffs.  The $184 million award was one of the largest jury verdicts returned in any PSLRA action and one in which the plaintiff class, consisting of 18,000 investors, recovered 100% of their damages.

## Notable Lead Counsel Appointments

Labaton Sucharow's institutional investor clients are regularly appointed by federal courts to serve as lead plaintiffs in prominent securities litigations brought under the PSLRA. Dozens of state, city and country public pension funds and union funds have selected Labaton Sucharow to represent them in federal securities class actions and advise them as securities

litigation/investigation counsel. Listed below are several of our current notable lead and co-lead counsel appointments:

**In re MF Global Holdings Limited Securities Litigation,**
No. 11-cv-7866 (S.D.N.Y.)
Representing the Province of Alberta as co-lead plaintiff

**Richard Gammel v. Hewlett-Packard Company, et al.,**
No. 8:11-cv-01404-AG-RNB (C.D.Cal.)
Representing Arkansas Teacher Retirement System and the Labourers' Pension Fund of Central and Eastern Canada as co-lead plaintiff

**In re Massey Energy Co. Securities Litigation,**
No. 5:10-cv-00689 (S.D. W. Va.)
Representing Commonwealth of Massachusetts Pension Reserves Investment Trust ("Massachusetts PRIT") as lead plaintiff

**In re Schering Plough/Enhance Securities Litigation,**
No. 08-cv-00397-DMC-JAD (D.N.J.)
Represented the Pension Reserves Investment Management Board (Commonwealth of Massachusetts) as co-lead plaintiff

**In re Computer Sciences Corporation Securities Litigation,**
No. 11-cv-610 (E.D. Va.)
Represented Ontario Teachers' Pension Plan Board as lead plaintiff

Listed below are several of our current notable lead and co-lead counsel appointments resulting from the credit crisis:

**In re Goldman Sachs Group Inc. Securities Litigation,**
No. 1:10-cv-03461 (S.D.N.Y.)
Representing the Arkansas Teacher Retirement System as co-lead plaintiff

**In re 2008 Fannie Mae Securities Litigation,**
No. 08-CV-1859 (E.D.Mo.)
Representing Boston Retirement Board as co-lead plaintiff

**Stratte-McClure v. Morgan Stanley et al.,**
No. 09-cv-2017 (S.D.N.Y.)
Representing State Boston Retirement System as lead plaintiff

**In re Regions Morgan Keegan Closed-End Fund Litigation,**
No. 07-CV-02830 (W.D. Tenn)
Represented Lion Fund, L.P., Dr. J. Samir Sulieman, and Larry Lattimore as lead plaintiffs

## Notable Successes

Labaton Sucharow has achieved notable successes in major securities litigations on behalf of its clients and certified investor classes.

| Docket Information | Results of the Case |
|---|---|
| *In re Bear Stearns Companies, Inc. Securities Litigation*, No. 08-md-1963 (S.D.N.Y.) | $275 million settlement with Bear Stearns plus a $19.9 million settlement with Deloitte & Touche LLP, Bear Stearns' outside auditors |
| *In re American International Group Inc. Securities Litigation*, No. 04-cv-8141 (S.D.N.Y.) | Negotiated settlements totaling more than $1 billion |
| *In re HealthSouth Securities Litigation*, No. 03-cv-1500 (N.D. Ala.) | Settlement valued at $671 million |
| *In re Schering-Plough Corp. Enhance Securities Litigation*, Civil Action No. 08 397 (DMC) (JAD) | Settled for $473 million - the largest securities class action settlement ever against a pharmaceutical company |
| *In re Waste Management, Inc. Securities Litigation*, No. H-99-2183 (S.D. Tex.) | Settled for $457 million |
| *In re Countrywide Financial Corp. Securities Litigation*, No. 07-cv-5295 (C.D. Cal.) | Settled for $624 million – the largest credit crisis-related settlement at the time |
| *In re General Motors Corp. Securities & Derivative Litigation*, No. 06-md-1749 (E.D. Mich.) | Settled for $303 million |
| *In re El Paso Corporation Securities Litigation*, No. 02-cv-2717 (S.D. Tex.) | Settled for $285 million |
| *In re PaineWebber Limited Partnerships Litigation*, No. 94-cv-832/7 (S.D.N.Y.) | Settled for $200 million |
| *Eastwood Enterprises LLC v. Farha (WellCare Securities Litigation)*, No. 07-cv-1940 (M.D. Fla.) | Settled for $200 million |
| *In re Bristol-Myers Squibb Securities Litigation*, No. 00-cv-1990 (D.N.J.) | Settled for $185 million and significant corporate governance reforms |
| *In re Broadcom Corp. Securities Litigation*, No. 06-cv-5036 (C.D. Cal.) | Settled for $160.5 million – at the time, the second largest up-front cash settlement ever recovered from a company accused of options backdating; plus a $13 million settlement with the auditor, Ernst & Young |
| *In re Satyam Computer Services, Ltd. Securities Litigation*, No. 09-md- 2027 (S.D.N.Y.) | Settled for $125 million with Satyam and $25.5 million with PwC Entities |
| *In re Mercury Interactive Securities Litigation*, No. 05-cv- 3395 (N.D. Cal.) | Settled for $117.5 million – the largest options backdating settlement at the time |

| Docket Information | Results of the Case |
|---|---|
| *In re Prudential Securities Inc. Limited Partnership Litigation*, No. M-21-67 (S.D.N.Y.) | Negotiated $110 million partial settlement |
| *In re Oppenheimer Champion Fund Securities Fraud Class Actions*, No. 09-cv-386 (D. Colo.) and *In re Core Bond Fund*, No. 09-cv-1186 (D. Colo.) | Settled for $100 million |
| *In re Computer Sciences Corporation Securities Litigation*, Civ. No. 11-610-TSE-IDD (E.D. Va.) | Settled for $97.5 million |
| *In re Vesta Insurance Group, Inc. Securities Litigation*, No. 98-cv-1407 (N.D. Ala.) | Settled for $80 million in total and significant corporate governance reforms |
| *In re St. Paul Travelers Securities Litigation*, No. 04-CV-3801 (D. Minn.) | Settled for $67.5 million |
| *In re St. Paul Travelers Securities Litigation II*, No. 04-cv-4697 (D. Minn.) | Settled for $77 million |
| *In re Regions Morgan Keegan Closed-End Fund Litigation* | Settled for $62 million |
| *In re Monster Worldwide, Inc. Securities Litigation*, No. 07-cv-2237 (S.D.N.Y.) | Settled for $47.5 million – required Monster's founder and former Chief Executive Officer Andrew McKelvey to personally pay $550,000 toward the settlement |
| *Hughes v. Huron Consulting Group, Inc.*, No. 09-cv-4734 (N.D. Ill.) | Settled for $38 million |
| *Abrams v. Van Kampen Funds, Inc.*, No. 01-cv-7538 (N.D. Ill.) | Settled for $31.5 million |
| *In re Novagold Resources Inc. Securities Litigation*, No. 08-cv-7041 (S.D.N.Y.) | Settled for $22 million |
| *Police & Fire Ret. System of Detroit v. SafeNet, Inc.*, No. 06-cv-5797 (S.D.N.Y.) | Settled for $25 million |
| *Desert Orchid Partners, L.L.C. v. Transactions Systems Architects, Inc.*, No. 02-cv-533 (D. Neb.) | Settled for $24.5 million |
| *In re Orbital Sciences Corp. Securities Litigation*, No. 99-cv-197 (E.D. Va.) | Settled for $23.5 million and significant corporate governance reforms |
| *In re Take Two Interactive Securities Litigation*, No. 06-cv-803 (S.D.N.Y.) | Settled for $20.1 million and significant corporate governance reforms |
| *In re International Business Machines Corp. Securities Litigation*, No. 05-cv-6279 (S.D.N.Y.) | Settled for $20 million |
| *In re Just for Feet Noteholder Litigation*, No. 00-cv-1404 (N.D. Ala.) | Settled for $17.75 million |

| Docket Information | Results of the Case |
|---|---|
| *In re American Tower Corporation Securities Litigation*, No. 06-cv-10933 (D. Mass.) | Settled for $14 million |
| *In re CapRock Communications Corp. Securities Litigation*, No. 00-CV-1613 (N.D. Tex.) | Settled for $11 million |
| *In re SupportSoft, Inc. Securities Litigation*, No. 04-cv-5222 (N.D. Cal.) | Settled for $10.7 million |
| *In re InterMune Securities Litigation*, No. 03-cv-2954 (N.D. Cal.) | Settled for $10.4 million |
| *In re HCC Insurance Holdings, Inc. Securities Litigation*, No. 07-cv-801 (S.D. Tex.) | Settled for $10 million |

**In re Regions Morgan Keegan Closed-End Fund Litigation,**
No. 07-CV-02830 (W.D. Tenn)

Labaton Sucharow served as sole lead counsel, representing the Lion Fund, L.P., Dr. J. Sulieman, and Larry Lattimore, in this case against Regions Morgan Keegan ("RMK"), alleging that they fraudulently overstated the values of portfolio securities and reported false Net Asset Values ("NAVs"). RMK also falsely touted their professional portfolio management by "one of America's leading high-yield fund managers" when, in fact, portfolio securities frequently were purchased blindly without the exercise of basic due diligence. On April 13, 2011, defendants moved to dismiss. On March 30, 2012, the court issued an Opinion denying the motions to dismiss nearly in their entirety. The court upheld the Section 10(b) claims as against the Funds and defendant James R. Kelsoe, the Funds' Senior Portfolio Manager, and dismissed those claims as against three other individual defendants. The court upheld plaintiffs' Securities Act claims in their entirety. In April 2012 Labaton Sucharow achieved a $62 million settlement.

**In re HealthSouth Securities Litigation,**
Civ. No CV-03-BE-1500-S (N.D. Ala.)

Labaton Sucharow served as co-lead counsel in a case stemming from the largest fraud ever perpetrated in the healthcare industry. In early 2006, lead plaintiffs negotiated a settlement of $445 million with defendant HealthSouth. This partial settlement, comprised of cash and HealthSouth securities to be distributed to the class, is one of the largest in history. On June 12, 2009, the court also granted final approval to a $109 million settlement with defendant Ernst & Young LLP ("E&Y"), which at the time was approximately the eighth largest securities fraud class action settlement with an auditor. In addition, on July 26, 2010, the court granted final approval to a $117 million partial settlement with the remaining principal defendants in the case, UBS AG, UBS Warburg LLC, Howard Capek, Benjamin Lorello, and William McGahan (the "UBS Defendants"). The total value of the settlements for HealthSouth stockholders and HealthSouth bondholders, who were represented by separate counsel, is $804.5 million.

***In re NYSE Euronext Shareholders Litigation,***
   Consolidated C.A., 6220-VCS (Del. Ch. 2011)

   Labaton Sucharow played a leadership role in landmark shareholder litigation arising from the acquisition of the New York Stock Exchange—a deal that had implications not only for NYSE shareholders, but for global financial markets. Following aggressive litigation spanning both sides of the Atlantic, the Firm secured a proposed settlement which would have provided a special dividend of nearly a billion dollars to NYSE shareholders if the transaction was completed. While European regulators ultimately rejected the merger in 2012 citing anticompetitive concerns, the Firm's work in the litigation cemented its reputation as a leader in the field.

***In re American International Group, Inc. Securities Litigation,***
   No. 04 Civ. 8141 (JES) (AJP) (S.D.N.Y.)

   In one of the most complex and challenging securities cases in history, Labaton Sucharow secured a landmark $725 million settlement with American International Group ("AIG") regarding allegations of bid rigging and accounting fraud. This followed our $97.5 million settlement with AIG's auditors and an additional $115 million settlement with former AIG officers and related defendants which is still pending before the court. Further, a proposed $72 million settlement with General Reinsurance Corporation, which was alleged to have been involved in one of the accounting frauds with AIG, was approved by the Second Circuit on September 11, 2013. In total, the four AIG settlements provided a recovery of more than $1 billion for class members.

***In re Countrywide Financial Corp. Securities Litigation,***
   No. CV 07-cv-05295-MRP-MAN (C.D. Cal.)

   Labaton Sucharow served as sole lead counsel on behalf of the New York State Common Retirement Fund and the five New York City public pension funds. Plaintiffs alleged that defendants violated securities laws by making false and misleading statements concerning Countrywide's business as an issuer of residential mortgages, the creditworthiness of borrowers, underwriting and loan origination practices, loan loss and other accounting provisions, and misrepresenting high-risk low-documentation loans as being "prime." While the price of Countrywide stock was artificially inflated by defendants' false representations, insiders received millions of dollars from Countrywide stock sales. On February 25, 2011, the court granted final approval to a settlement of $624 million, which at the time was the 14th largest securities class action settlement in the history of the PSLRA.

***In re Waste Management, Inc. Securities Litigation,***
   Civ. No. H-99-2183 (S.D. Tex.)

   In 2002, Judge Melinda Harmon approved an extraordinary settlement that provided for recovery of $457 million in cash, plus an array of far reaching corporate governance measures. At that time, this settlement was the largest common fund settlement of a securities action achieved in any court within the Fifth Circuit and the third largest achieved in any federal court in the nation. Judge Harmon noted, among other things, that Labaton Sucharow *"obtained an outstanding result by virtue of the quality of the work and vigorous representation of the class."*

***In re General Motors Corp. Securities Litigation,***
　　No. 06-1749, (E.D. Mich.)

　　Labaton Sucharow was co-lead counsel for DekaInvestment GmbH.  The complaint alleged that, over a period of six years, General Motors ("GM"), its officers and its outside auditor overstated GM's income by billions of dollars, and GM's operating cash flows by tens of billions of dollars, through a series of accounting manipulations that included, among other things, prematurely recognizing income from supplier rebates, misclassifying cash flow as operating rather than investing cash flow, and omitting to disclose the nature and amount of GM's guarantee of pension benefits owing to workers at GM's former parts division, now an independent corporation in Chapter 11 bankruptcy protection, Delphi Corporation.  On July 21, 2008, a settlement was reached whereby GM made a cash payment of $277 million and defendant Deloitte & Touche LLP, which served as GM's outside auditor during the period covered by the action, agreed to contribute an additional $26 million in cash.

***In re El Paso Corporation Securities Litigation,***
　　Civ. No. H-02-2717 (S.D. Tex.)

　　Labaton Sucharow secured a $285 million class action settlement against the El Paso Corporation.  The case involved a securities fraud stemming from the company's inflated earnings statements, which cost shareholders hundreds of millions of dollars during a four-year span.  The settlement was approved by the court on March 6, 2007.

***In re PaineWebber Limited Partnerships Litigation,***
　　No. 94 Civ. 832/7 (SHS) (S.D.N.Y.)

　　Judge Sidney H. Stein approved a settlement valued at $200 million and found *"that class counsel's representation of the class has been of high caliber in conferences, in oral arguments and in work product."*

***Eastwood Enterprises, LLC v. Farha et al. (WellCare Securities Litigation),***
　　No. 8:07-cv-1940-T-33EAJ (M.D. Fla.)

　　On behalf of The New Mexico State Investment Council and the Public Employees Retirement Association of New Mexico, co-lead counsel for the class, Labaton Sucharow negotiated a $200 million settlement over allegations that WellCare Health Plans, Inc., a Florida-based managed healthcare service provider, disguised its profitability by overcharging state Medicaid programs.  Under the terms of the settlement, which was approved by the court on May 4, 2011, WellCare agreed to pay an additional $25 million in cash if, at any time in the next three years, WellCare is acquired or otherwise experiences a change in control at a share price of $30 or more after adjustments for dilution or stock splits.

***In re Bristol-Myers Squibb Securities Litigation,***
　　Civ. No. 00-1990 (D.N.J.)

　　After prosecuting securities fraud claims against Bristol-Myers Squibb ("BMS") for more than five years, Labaton Sucharow reached an agreement to settle the claims for $185 million and significant corporate governance reforms.

***In re Broadcom Corp. Securities Litigation,***
   No. 06-cv-05036-R-CW (C.D. Cal.)

   Labaton Sucharow served as lead counsel on behalf of lead plaintiff New Mexico State
   Investment Council in a case stemming from Broadcom Corp.'s $2.2 billion restatement
   of its historic financial statements for 1998-2005. In August 2010, the court granted
   final approval of a $160.5 million settlement with Broadcom and two individual
   defendants to resolve this matter, the second largest upfront cash settlement ever
   recovered from a company accused of options backdating. On April 14, 2011, the
   Court of Appeals for the Ninth Circuit issued an opinion in *New Mexico State
   Investment Council v. Ernst & Young LLP*—a matter related to Broadcom. In particular,
   the Ninth Circuit's opinion held that the complaint contains three separate sets of
   allegations that adequately allege Ernst & Young's ("E&Y") scienter, and that there is
   "no doubt" that lead plaintiff carried its burden in alleging E&Y acted with actual
   knowledge or reckless disregard that their unqualified audit opinion was fraudulent.
   Importantly, the decision confirms that outside auditors are subject to the same
   pleading standards as all other defendants. In addition, the opinion confirms that a
   defendant's pre-class-period knowledge is relevant to its fraudulent scienter, and must
   be considered holistically with the rest of the allegations. In August 2011, the District
   Court spread the Ninth Circuit's mandate made in April 2011, and denied Ernst &
   Young's motion to dismiss on the ground of loss causation. This ruling is a major victory
   for the class and a landmark decision by the court—the first of its kind in a case arising
   from stock-options backdating. The decision underscores the impact that institutional
   investors can have in enforcing the federal securities laws, above and beyond the role
   of prosecutors and regulators. On October 12, 2012, the court approved a $13 million
   settlement with Ernst & Young.

***In re Satyam Computer Services Ltd. Securities Litigation,***
   09-md-2027-BSJ (S.D.N.Y.)

   Satyam, referred to as "India's Enron," engaged in one of the most egregious frauds
   on record. In a case that rivals the Enron and Madoff scandals, lead plaintiffs allege
   that Satyam Computer Services Ltd., related entities, its auditors and certain directors
   and officers allegedly made materially false and misleading statements to the investing
   public about the company's earnings and assets, which had the effect of artificially
   inflating the price of Satyam securities. On September 13, 2011, the court granted
   final approval to a settlement with Satyam of $125 million, with the possibility of an
   additional recovery in the future. The court also granted final approval to a settlement
   with the company's auditor, PricewaterhouseCoopers (PwC), in the amount of $25.5
   million. Litigation continues against additional defendants. In addition to achieving
   over $150 million in collective settlements, we procured a letter of confession from the
   CEO—unprecedented in its detail—who, with other former officers, remains on trial in
   India for securities fraud.

***In re Mercury Interactive Corp. Securities Litigation,***
   Civ. No. 5:05-CV- 3395 (N.D. Cal.)

   Labaton Sucharow served as co-lead counsel on behalf of co-lead plaintiff Steamship
   Trade Association/International Longshoremen's Association Pension Fund. The
   allegations in *Mercury* concern backdated option grants used to compensate
   employees and officers of the Company. Mercury's former CEO, CFO, and General

Counsel actively participated in and benefited from the options backdating scheme, which came at the expense of Mercury shareholders and the investing public. On September 25, 2008, the court granted final approval of the $117.5 million settlement.

**In re Prudential Securities Inc. Limited Partnership Litigation,**
Civ. No. M-21-67 (S.D.N.Y.)

In this well-known securities litigation, the late Judge Milton Pollack cited the "Herculean" efforts of Labaton Sucharow and its co-lead counsel and, in approving a $110 million partial settlement, stated that *this case represents a unique recovery – a recovery that does honor to every one of the lawyers on your side of the case.*

**In re Oppenheimer Champion Fund Securities Fraud Class Actions,**
No. 09-cv-525-JLK-KMT (D. Colo.)
and
**In re Core Bond Fund,**
No. 09-cv-1186-JLK-KMT (D. Colo.)

Labaton Sucharow served as lead counsel in two related securities class actions brought against OppenheimerFunds, Inc., among others, and certain officers and trustees of two funds – Oppenheimer Core Bond Fund and Oppenheimer Champion Income Fund. The lawsuits alleged that the investment policies followed by the funds resulted in investor losses when the funds suffered drops in net asset value although the funds were presented as safe and conservative investments to consumers. In May 2011, the Firm achieved settlements amounting to $100 million: $52.5 million in *In re Oppenheimer Champion Fund Securities Fraud Class Actions* and a $47.5 million settlement in *In re Core Bond Fund.*

**In re Vesta Insurance Group, Inc. Securities Litigation,**
Civ. No. CV-98-AR-1407 (N.D. Ala.)

After years of protracted litigation, Labaton Sucharow secured a settlement of $78 million on the eve of trial.

**In re St. Paul Traveler's II Securities Litigation,**
Civ. No. 04-4697 (JRT/FLN) (D. Minn.)

In the second of two cases filed against St. Paul Travelers by Labaton Sucharow, arose from the industry-wide insurance scandal involving American International Group, Marsh McLennan, the St. Paul Companies, and numerous other insurance providers and brokers. On July 23, 2008, the court granted final approval of the $77 million settlement and certified the settlement class.

**In re St. Paul Travelers Securities Litigation,**
No. 04-CV-3801 (D. Minn.)

Labaton Sucharow was able to successfully negotiate the creation of an all cash settlement fund to compensate investors in the amount of $67.5 million in November 2005. This settlement is one of the largest securities class action settlements in the Eighth Circuit.

### *In re Monster Worldwide, Inc. Securities Litigation,*
No. 07-CV-02237 (S.D.N.Y.)

Labaton Sucharow represented Middlesex County Retirement System in claims alleging that defendants engaged in a long-running scheme to backdate Monster's stock option grants to attract and retain employees without recording the resulting compensation expenses. On November 25, 2008, the court granted final approval of the $47.5 million settlement.

### *Hughes v. Huron Consulting Group, Inc.,*
09-CV-4734 (N.D. Ill.)

Labaton Sucharow acted as co-lead counsel for lead plaintiffs the Public School Teachers' Pension & Retirement Fund of Chicago, the Arkansas Public Employees Retirement System, State-Boston Retirement Board, the Cambridge Retirement System and the Bristol County Retirement System in a suit alleging that Huron Consulting Group and certain individual defendants made materially false or misleading statements to the investing public, which had the effect of artificially inflating the price of Huron's common stock. On May 6, 2011, the court granted final approval to a settlement in the amount of $27 million dollars plus 474,547 shares of Huron common stock (valued at approximately $11 million as of November 24, 2010, based on its closing price of $23.18). This settlement represents a significant percentage of the alleged $57 million in earnings that the company overstated.

### *Abrams v. VanKampen Funds, Inc.,*
01 C 7538 (N.D. Ill.)

In January 2006, Labaton Sucharow obtained final approval of a $31.5 million settlement in an innovative class action concerning VanKampen's senior loan mutual fund, alleging that the fund overpriced certain senior loan interests where market quotations were readily available. The gross settlement fund constitutes a recovery of about 70% of the class's damages as determined by plaintiffs' counsel.

### *In re NovaGold Resources Inc. Securities Litigation,*
No. 1:08-cv-07041 (S.D.N.Y.)

Labaton Sucharow served as lead counsel in a securities class action over NovaGold's misleading representations regarding the economic feasibility of its Galore Creek mining project. Labaton Sucharow secured a global settlement of C$28 million (approximately $26 million U.S.), one of the largest cross-border securities class action settlements in 2010.

### *Police and Fire Retirement System of the City of Detroit, et al. v. SafeNet, Inc., et al.,*
No. 06-Civ-5797 (PAC)

Labaton Sucharow served as co-lead counsel for lead plaintiffs the Police and Fire Retirement System of the City of Detroit, the Plymouth County Retirement System, and the State-Boston Retirement System in a suit alleging that SafeNet, Inc. ("SafeNet") and certain individual defendants misled investors by making misrepresentations and omissions to the investing public, which had the effect of artificially inflating SafeNet's stock price. On December 20, 2010, the court granted final approval to the $25 million settlement.

***Desert Orchid Partners, L.L.C. v. Transactions Systems Architects, Inc.,***
Civ. No. 02 CV 533 (D. Neb.)

Labaton Sucharow represented the Genesee Employees' Retirement System as lead plaintiff in claims alleging violations of the federal securities laws. On March 2, 2007, the court granted final approval to the settlement of this action for $24.5 million in cash.

***In re Orbital Sciences Corp. Securities Litigation,***
Civ. No. 99-197-A (E.D. Va.)

After cross-motions for summary judgment were fully briefed, defendants (and Orbital's auditor in a related proceeding) agreed to a $23.5 million cash settlement, warrants, and substantial corporate governance measures.

***In re International Business Machines Corp. Securities Litigation,***
Civ. No. 1:05-cv-6279 (AKH) (S.D.N.Y.)

Labaton Sucharow served as lead counsel in this action alleging that that International Business Machines Corp. ("IBM"), and its CFO, Mark Loughridge, made material misrepresentations and omissions concerning IBM's expected 2005 first quarter earnings, IBM's expected 2005 first quarter operational performance, and the financial impact of IBM's decision to begin expensing stock options on its 2005 first quarter financial statements. On September 9, 2008, the court granted final approval of the $20 million settlement.

***In re Take-Two Interactive Securities Litigation,***
Civ. No. 06-CV-803-RJS (S.D.N.Y.)

Labaton Sucharow acted as lead counsel for lead plaintiffs New York City Employees' Retirement System, New York City Police Pension Fund and New York City Fire Department Pension Fund in a securities class action against Take-Two Interactive Software, Inc. ("Take-Two") and its officers and directors. Lead plaintiffs alleged that Take-Two, maker of the "Grand Theft Auto" video game series, improperly backdated stock options. On October 20, 2010, the court granted final approval of the $20.1 million settlement and significant corporate governance reforms.

***In re Just for Feet Noteholder Litigation,***
Civ. No. CV-00-C-1404-S (N.D. Ala.)

Labaton Sucharow, as lead counsel, represented lead plaintiff Delaware Management and the Aid Association for Lutherans with respect to claims brought on behalf of noteholders. On October 21, 2005, Chief Judge Clemon of the U.S. District Court for the Northern District of Alabama preliminarily approved plaintiffs' settlement with Banc of America Securities LLC, the sole remaining defendant in the case, for $17.75 million. During the course of the litigation, Labaton Sucharow obtained certification for a class of corporate bond purchasers in a ground-breaking decision, *AAL High Yield Bond Fund v. Ruttenberg*, 229 F.R.D. 676 (N.D. Ala. 2005), which is the first decision by a federal court to explicitly hold that the market for high-yield bonds such as those at issue in the action was efficient.

***In re American Tower Corporation Securities Litigation,***
    Civ. No. 06 CV 10933 (MLW) (D. Mass.)

    Labaton Sucharow represented the Steamship Trade Association-International
    Longshoreman's Association Pension Fund (STA-ILA) in claims alleging that certain of
    American Tower Corporation's current and former officers and directors improperly
    backdated the Company's stock option grants and made materially false and
    misleading statements to the public concerning the Company's financial results, option
    grant policies and accounting, causing damages to investors. On June 11, 2008, the
    court granted final approval of the $14 million settlement.

***In re CapRock Communications Corp. Securities Litigation,***
    Civ. No. 3-00-CV-1613-R (N.D. Tex.)

    Labaton Sucharow represented a prominent Louisiana-based investment adviser in
    claims alleging violations of the federal securities laws. The case settled for $11 million
    in 2003.

***In re SupportSoft Securities Litigation,***
    Civ. No. C 04-5222 SI (N.D. Cal.)

    Labaton Sucharow secured a $10.7 million settlement on October 2, 2007 against
    SupportSoft, Inc. The action alleged that the defendants had artificially inflated the
    price of the Company's securities by re-working previously entered into license
    agreements for the company's software in order to accelerate the recognition of
    revenue from those contracts.

***In re InterMune Securities Litigation,***
    No. 03-2454 SI (N.D. Cal. 2005)

    Labaton Sucharow commenced an action on behalf of its client, a substantial investor,
    against InterMune, a biopharmaceutical firm, and certain of its officers, alleging
    securities fraud in connection with InterMune's sales and marketing of a drug for off-
    label purposes. Notwithstanding higher pleading and proof standards in the
    jurisdiction in which the action had been filed, Labaton Sucharow utilized its substantial
    investigative resources and creative alternative theories of liability to successfully
    obtain an early, pre-discovery settlement of $10.4 million. The court complimented
    Labaton Sucharow on its ability to obtain a substantial benefit for the class in such an
    effective manner.

***In re HCC Insurance Holdings, Inc. Securities Litigation,***
    Civ. No. 4:07-cv-801 (S.D. Tex.)

    Labaton Sucharow served as lead counsel in this case alleging that certain of HCC's
    current and former officers and directors improperly backdated the Company's stock
    option grants and made materially false and misleading statements to the public
    concerning the Company's financial results, option grant policies and accounting,
    causing damages to investors. On June 17, 2008, the court granted final approval of
    the $10 million settlement.

***In re Adelphia Communications Corp. Securities & Derivative Litigation,***
   Civ. No. 03 MD 1529 (LMM) (S.D.N.Y.)

   Labaton Sucharow represents the New York City Employees' Retirement System (and certain other New York City pension funds) and the Division of Investment of the New Jersey Department of the Treasury in separate individual actions against Adelphia's officers, auditors, underwriters, and lawyers. To date, Labaton Sucharow has fully resolved certain of the claims brought by New Jersey and New York City for amounts that significantly exceed the percentage of damages recovered by the class. New Jersey and New York City continue to prosecute their claims against the remaining defendants.

***STI Classic Funds v. Bollinger Industries, Inc.,***
   No. 96-CV-0823-R (N.D. Tex.)

   Labaton Sucharow commenced related suits in both state and federal courts in Texas on behalf of STI Classic Funds and STI Classic Sunbelt Equity Fund, affiliates of the SunTrust Bank. As a result of Labaton Sucharow's efforts, the class of Bollinger Industries, Inc. investors, on whose behalf the bank sued, obtained the maximum recovery possible from the individual defendants and a substantial recovery from the underwriter defendants. Notwithstanding a strongly unfavorable trend in the law in the State of Texas, and strong opposition by the remaining accountant firm defendant, Labaton Sucharow has obtained class certification and continues to prosecute the case against that firm.

Among the institutional investor clients Labaton Sucharow represents and advises are:

- Arkansas Teacher Retirement System
- Baltimore County Retirement System
- Bristol County Retirement Board
- California Public Employees' Retirement System
- City of New Orleans Employees' Retirement System
- Connecticut Retirement Plans & Trust Funds
- Division of Investment of the New Jersey Department of the Treasury
- Genesee County Employees' Retirement System
- Illinois Municipal Retirement Fund
- Louisiana Municipal Police Employees' Retirement System
- Teachers' Retirement System of Louisiana
- Macomb County Employees Retirement System
- Metropolitan Atlanta Rapid Transit Authority
- Michigan Retirement Systems
- Middlesex Retirement Board
- Mississippi Public Employees' Retirement System
- New York City Pension Funds
- New York State Common Retirement Fund
- Norfolk County Retirement System

- Office of the Ohio Attorney General and several of its Retirement Systems
- Oklahoma Firefighters Pension and Retirement System
- Plymouth County Retirement System
- Office of the New Mexico Attorney General and several of its Retirement Systems
- Rhode Island State Investment Commission
- San Francisco Employees' Retirement System
- State of Oregon Public Employees' Retirement System
- State of Wisconsin Investment Board
- State-Boston Retirement System
- Steamship Trade Association/International Longshoremen's Association
- Virginia Retirement Systems

## Comments About Our Firm By The Courts

Many federal judges have commented favorably on the Firm's expertise and results achieved in securities class action litigation. Judge John E. Sprizzo complimented the Firm's work in *In re Revlon Pension Plan Litigation*, Civ. No. 91-4996 (JES) (S.D.N.Y.). In granting final approval to the settlement, Judge Sprizzo stated that:

> [t]he recovery is all they could have gotten if they had been successful. I have probably never seen a better result for the class than you have gotten here.

Labaton Sucharow was a member of the executive committee of plaintiffs' counsel in *In re PaineWebber Limited Partnerships Litigation*, Master File No. 94 Civ. 8547 (SHS). In approving a class-wide settlement valued at $200 million, Judge Sidney H. Stein of the Southern District of New York stated:

> The Court, having had the opportunity to observe first hand the quality of class counsel's representation during this litigation, finds that class counsel's representation of the class has been of high caliber in conferences, in oral arguments and in work product.

In *In re Prudential-Bache Energy Income Partnerships Securities Litigation*, MDL No. 888 (E.D. La.), an action in which Labaton Sucharow served on the executive committee of

plaintiffs' counsel, Judge Marcel Livaudais, Jr., of the United States District Court for the

Eastern District of Louisiana, observed that:

> *Counsel were all experienced, possessed high professional*
> *reputations and were known for their abilities.  Their cooperative*
> *effort in efficiently bringing this litigation to a successful*
> *conclusion is the best indicator of their experience and ability . . . .*
> *The executive committee is comprised of law firms with national*
> *reputations in the prosecution of securities class action and*
> *derivative litigation.  The biographical summaries submitted by*
> *each member of the executive committee attest to the accumulated*
> *experience and record of success these firms have compiled.*

In *Rosengarten v. International Telephone & Telegraph Corp.*, Civ. No. 76-1249

(N.D.N.Y.), Judge Morris Lasker noted that the Firm:

> *served the corporation and its stockholders with professional*
> *competence as well as admirable intelligence, imagination and*
> *tenacity.*

Judge Lechner, presiding over the $15 million settlement in *In re Computron Software*

*Inc. Securities Class Action Litigation*, Civ. No. 96-1911 (AJL) (D.N.J.), where Labaton

Sucharow served as co-lead counsel, commented that:

> *I think it's a terrific effort in all of the parties involved . . . , and*
> *the co-lead firms . . . I think just did a terrific job.  You [co-lead*
> *counsel and] Mr. Plasse, just did terrific work in the case, in*
> *putting it all together . . . .*

In *Middlesex County Retirement System v. Monster Worldwide, Inc.*, No. 07-cv-2237

(S.D.N.Y.), Judge Rakoff appointed Labaton Sucharow as lead counsel, stating that *"the*

*Labaton firm is very well known to courts for the excellence of its representation."*

In addition, Judge Rakoff commented during a final approval hearing that *"the quality*

*of the representation was superb"* and *"[this case is a] good example of how [the] securities*

*class action device serves laudatory public purposes."*

During a fairness hearing in the *In re American Tower Corporation Securities Litigation*,

No. 06-CV-10933 (MLW) (D. Mass.), Chief Judge Mark L. Wolf stated:

> *[t]he attorneys have brought to this case considerable experience and skill as well as energy.  Mr. Goldsmith has reminded me of that with his performance today and he maybe educated me to understand it better.*

In *In re Satyam Computer Services Ltd. Securities Litigation*, No. 09-md- 2027

(S.D.N.Y.), Judge Jones commended lead counsel during the final approval hearing noting

that the *". . . quality of representation which I found to be very high . . . ."*

In *In re DG Fastchannel, Inc. Securities Litigation*, No. 10 Civ 6523 (RJS), Judge Sullivan

remarked in the order granting attorneys' fees and litigation expenses that *"Lead counsel*

*conducted the litigation and achieved the settlement with skillful and diligent advocacy."*

During the final approval hearing in *Bruhl, et al. v. PricewaterhouseCoopers, et al.*, No.

03-23044 (S.D. Fla.), Judge Kenneth Marra stated:

> *I want to thank all of the lawyers for your professionalism.  It's been a pleasure dealing with you.  Same with my staff.  You've been wonderful.  The quality of the work was, you know, top notch magnificent lawyering.  And I can't say that I'm sad to see the case go, but I certainly look forward to having all of you back in court with me again in some other matters.  So thank you again for everything you've done in terms of the way you've handled the case, and I'm going to approve the settlement and the fees.*

## In and Around The Community

As a result of our deep commitment to the community, Labaton Sucharow stands out

in areas such as *pro bono* legal work and public and community service.

### Firm Commitments

**The Lawyers' Committee for Civil Rights Under Law**
Edward Labaton, Member, Board of Directors

The Firm is a long-time supporter of The Lawyers' Committee for Civil rights Under

Law, a nonpartisan, nonprofit organization formed in 1963 at the request of President John F.

Kennedy.  The Lawyer's Committee involves the private bar in providing legal services to address racial discrimination.

Labaton Sucharow attorneys have contributed on the federal level to United States Supreme Court nominee analyses (analyzing nominees for their views on such topics as ethnic equality, corporate diversity and gender discrimination) and national voters' rights initiatives.

**Volunteer Lawyers For The Arts (VLA)**

Labaton Sucharow also supports Volunteer Lawyers for the Arts, working as part of VLA's *pro bono* team representing low-income artists and nonprofit arts organizations.  VLA is the leading provider of educational and legal services, advocacy and mediation to the arts community.

**Change For Kids**

Labaton Sucharow supports Change for Kids and became its Lead School Partner as a Patron of P.S. 73 in the South Bronx.

## Individual Attorney Commitments

Labaton Sucharow attorneys serve in a variety of *pro bono* and community service capacities:

- *Pro bono* representation of mentally ill tenants facing eviction, appointed as Guardian ad litem in several housing court actions.
- Recipient of a Volunteer and Leadership Award from a tenants' advocacy organization for work defending the rights of city residents and preserving their fundamental sense of public safety and home.
- Board Member of the Ovarian Cancer Research Fund – the largest private funding agency of its kind supporting research into a method of early detection and, ultimately, a cure for ovarian cancer.

Our attorneys also participate in many charitable organizations, including:

- Big Brothers/Big Sisters of New York City
- Boys and Girls Club of America
- City Harvest

- City Meals-on-Wheels
- Cycle for Survival
- Cystic Fibrosis Foundation
- Dana Farber Cancer Institute
- Food Bank for New York City
- Fresh Air Fund
- Habitat for Humanity
- Lawyers Committee for Civil Rights
- Legal Aid Society
- The National Lung Cancer Partnership
- National MS Society
- National Parkinson Foundation
- New York Cares
- Peggy Browning Fund
- Sanctuary for Families
- Sandy Hook School Support Fund
- Save the Children
- The Sidney Hillman Foundation
- Special Olympics
- Williams Syndrome Association

## Women's Initiative and Minority Scholarship

Recognizing that opportunities for advancement and collaboration have not always been equitable to women in business, Labaton Sucharow launched its Women's Networking and Mentoring Initiative in 2007. The Firm founded a Women's Initiative to reflect our commitment to the advancement of women professionals. The goal of the Initiative is to bring professional women together to collectively advance women's influence in business. Each event showcases a successful woman role model as a guest speaker. We actively discuss our respective business initiatives and hear the guest speaker's strategies for success. Labaton Sucharow mentors and promotes the professional achievements of the young women in our ranks and others who join us for events. The Firm also is a member of the National Association of Women Lawyers (NAWL). For more information regarding Labaton Sucharow's

Women's Initiative, please visit http://www.labaton.com/en/about/women/Womens-Initiative.cfm

Further, demonstrating our commitment to diversity in law and to introduce minority students to Labaton Sucharow, in 2006, we established the Labaton Sucharow Minority Scholarship and Internship. The annual award – a grant and a summer associate position – is presented to a first-year minority student from a metropolitan New York law school who has demonstrated academic excellence, community commitment and personal integrity.

The Firm has also instituted a diversity internship in which we invite two students from Hunter College to join us each summer. These interns are rotated through our various departments, shadowing Firm partners and getting a feel for the inner workings of Labaton Sucharow.

## Attorneys

Among the attorneys at Labaton Sucharow who are involved in the prosecution of securities actions are partners Lawrence A. Sucharow, Martis Alex, Mark S. Arisohn, Dominic J. Auld, Christine S. Azar, Eric J. Belfi, Joel H. Bernstein, Javier Bleichmar, Thomas A. Dubbs, Joseph A. Fonti, Jonathan Gardner, David J. Goldsmith, Louis Gottlieb, James W. Johnson, Christopher J. Keller, Edward Labaton, Christopher J. McDonald, Jonathan M. Plasse, Ira A. Schochet, Michael W. Stocker, Jordan A. Thomas and Stephen W. Tountas; of counsel attorneys Mark S. Goldman, Thomas G. Hoffman, Jr., Richard T. Joffe, Barry M. Okun, Paul J. Scarlato and Nicole M. Zeiss; and associates Jeffrey R. Alexander, Rachel A. Avan, Matthew Belz, John B. Bockwoldt, Derek I. Cividini, Marisa N. DeMato, David C. Erroll, Serena Hallowell, Cynthia Hanawalt, Felicia Mann, Wilson Meeks III, Amy J. Metzger, Matthew C. Moehlman, Angelina Nguyen, Corban S. Rhodes, Michael H. Rogers, Katherine R. Ryan, Kendra Schramm, Danielle E. Stampley, Irina Vasilchenko, Carol C. Villegas, Ned Weinberger,

Elizabeth Rosenberg Wierzbowski, Peter C. Wood, Jr. and Michael L. Woolley.  A short description of the qualifications and accomplishments of each follows.

## Lawrence A. Sucharow, Chairman

*lsucharow@labaton.com*

With almost four decades of specialized experience, the Firm's Chairman, Lawrence Sucharow is an internationally recognized trial lawyer and a leader of the class action bar. Under his guidance, the Firm has earned its position as one of the top plaintiffs securities and antitrust class action litigation boutiques in the world.  As Chairman, Larry focuses on counseling the Firm's large institutional clients, developing creative and compelling strategies to advance and protect clients' interests, and assist in the prosecution and resolution of many of the Firm's leading cases.

Over the course of his career, Larry has prosecuted hundreds of cases and the Firm has recovered more than $4 billion in groundbreaking securities, antitrust, business transaction, product liability and other class actions.  In fact, a landmark case tried in 2002 – *In re Real Estate Associates Limited Partnership Litigation* – was the very first securities action successfully tried to a jury verdict following the enactment of the Private Securities Litigation Reform Act (PSLRA).  Experience such as this has made Larry uniquely qualified to evaluate and successfully prosecute class actions.

Other representative matters include: *In re CNL Resorts, Inc. Securities Litigation* ($225 million settlement); *In re Paine Webber Incorporated Limited Partnerships Litigation* ($200 million settlement); *In re Prudential Securities Incorporated Limited Partnerships Litigation* ($110 million partial settlement); *In re Prudential Bache Energy Income Partnerships Securities Litigation* ($91 million settlement); and *Shea v. New York Life Insurance Company* (over $92 million settlement).

In recognition of his career accomplishments and standing at the Bar, in 2010, Larry was selected by *Law360* as one the Ten Most Admired Securities Attorneys in the United States.  Further, he is one of a small handful of plaintiffs' securities lawyers in the United States independently selected by each of *Chambers and Partners USA*, *The Legal 500*, *Benchmark Plaintiff* and *Lawdragon 500* for their respective highest rankings.  *Benchmark Plaintiff* reported that he is referred to as a "legend" by his peers.  Larry was served a two-year term as President of the National Association of Shareholder and Consumer Attorneys, a membership organization of approximately 100 law firms that practice complex civil litigation including class actions.  A longtime supporter of the Federal Bar Council, Larry serves as a trustee of the Federal Bar Council Foundation.  He is a member of the Federal Bar Council's Committee on Second Circuit Courts, and the Federal Courts Committee of the New York County Lawyers' Association.  He is also a member of the Securities Law Committee of the New Jersey State Bar Association and was the Founding Chairman of the Class Action Committee of the Commercial and Federal Litigation Section of the New York State Bar Association, a position he held from 1988-1994.  In addition, Larry serves on the Advocacy Committee of the World Federation of Investors Corporation, a worldwide umbrella organization of national shareholder associations.  In May 2013, Larry was elected Vice Chair of the International Financial Litigation Network, a network of law firms from 15 countries seeking international solutions to cross-border financial problems.

Larry has received a rating of AV Preeminent from the publishers of the Martindale-Hubbell directory for the past 25 years.

Larry is admitted to practice in the States of New York, New Jersey and Arizona, as well as before the Supreme Court of the United States, the United States Court of Appeals for the Second Circuit, and the United States District Courts for the Southern and Eastern Districts of New York, the District of New Jersey, and the District of Arizona.

## Martis Alex, Partner

*malex@labaton.com*

Martis Alex focuses on prosecuting complex litigation on behalf of domestic and international institutional investors.  Martis has extensive experience litigating cases nationwide, including securities class actions as well as product liability and consumer fraud litigation.  She has successfully represented investors and consumers in cases that achieved cumulative recoveries of hundreds of millions of dollars for plaintiffs.  Martis currently represents several foreign financial institutions, seeking recoveries of more than a billion dollars in losses in their RMBS investments.  She also serves as an elected member of the Firm's Executive Committee and Chair of the Firm's Women's Initiative.

Martis played a key role in litigating *In re American International Group, Inc. Securities Litigation*, recovering more than $1 billion in settlements.  She was also an integral part of the team that successfully litigated *In re Bristol-Myers Squibb Securities Litigation*, which resulted in a $185 million settlement for investors and secured meaningful corporate governance reforms that will affect future consumers and investors alike.

Martis was lead trial counsel in the *Napp Technologies Litigation*, where she won substantial recoveries for families and firefighters injured in a chemical plant explosion.  She also acted as lead trial counsel and Chair of the Executive Committee in the *Zenith Laboratories Securities Litigation*, a federal securities fraud class action which settled during trial and achieved a significant recovery for investors.

Martis served as co-lead counsel in several securities class actions that achieved substantial awards for investors, including *Cadence Design Securities Litigation*, *Halsey Drug Securities Litigation*, *Slavin v. Morgan Stanley*, *Lubliner v. Maxtor Corp.* and *Baden v. Northwestern Steel and Wire*.  She also served on the Executive Committees in national product liability actions against the manufacturers of breast implants, orthopedic bone screws,

and atrial pacemakers, and was a member of the Plaintiffs' Legal Committee in the national litigation against the tobacco companies.

Prior to entering private practice, Martis was a trial lawyer with the Sacramento, California District Attorney's Office. She is a frequent speaker on various legal topics at national conferences and was an invited speaker at the Federal Judicial Conference. She was also an invited participant at the Aspen Institute Justice and Society Seminar and is a recipient of the American College of Trial Lawyers' Award for Excellence in Advocacy.

Martis is admitted to practice in the States of California and New York as well as before the Supreme Court of the United States, the United States Court of Appeals for the Second Circuit and the United States District Courts for the Western District of Washington, the Southern, Eastern and Western Districts of New York, and the Central District of California.

## Mark S. Arisohn, Partner

*marisohn@labaton.com*

Mark S. Arisohn concentrates his practice on prosecuting complex securities fraud cases on behalf of institutional investors. Mark is an accomplished litigator, with nearly 40 years of extensive trial experience in jury and non-jury matters in the state and federal courts nationwide. He has also argued in the New York Court of Appeals, the United States Court of Appeals for the Second Circuit and appeared before the United States Supreme Court in the landmark insider trading case of *Chiarella v. United States.*

Mark's wide-ranging practice has included prosecuting and defending individuals and corporations in cases involving securities fraud, mail and wire fraud, bank fraud and RICO violations. He has represented public officials, individuals and companies in the construction and securities industries as well as professionals accused of regulatory offenses and professional misconduct. He also has appeared as trial counsel for both plaintiffs and

defendants in civil fraud matters and corporate and commercial matters, including shareholder litigation, business torts, unfair competition and misappropriation of trade secrets.

Mark is one of the few litigators in the plaintiffs' bar to have tried two securities fraud class action cases to a jury verdict.

During his impressive career as a trial lawyer, Mark has also authored numerous articles including: "Electronic Eavesdropping," *New York Criminal Practice*, LEXIS - Matthew Bender, 2005; "Criminal Evidence," *New York Criminal Practice*, Matthew Bender, 1986; and "Evidence," *New York Criminal Practice*, Matthew Bender, 1987.

Mark also co-leads Labaton Sucharow's Securities Arbitration *pro bono* project in conjunction with Brooklyn Law School where he serves as an adjunct professor. Mark, together with Labaton Sucharow associates and Brooklyn Law School students, represents aggrieved and defrauded individual investors who cannot otherwise afford to pay for legal counsel in financial industry arbitration matters against investment advisors and stockbrokers.

Recently, Mark was named to the Recommended List in the field of Securities Litigation by *The Legal 500* and recognized by *Benchmark Plaintiff* as a Local Securities Litigation Star. He has also received a rating of AV Preeminent from the publishers of the Martindale-Hubbell directory.

Mark is admitted to practice in the State of New York and the District of Columbia as well as before the Supreme Court of the United States, the United States Court of Appeals for the Second Circuit, and the United States District Courts for the Southern, Eastern and Northern Districts of New York, the Northern District of Texas, and the Northern District of California.

## Dominic J. Auld, Partner

*dauld@labaton.com*

Dominic J. Auld has over a decade's worth of experience in prosecuting large-scale securities and investment lawsuits.  He has also worked in the areas of environmental and antitrust litigation.  Dominic is one of the leaders of the Client Monitoring and Case Evaluation Group, working with the team to identify and accurately analyze investment-related matters on behalf of investors potentially damaged by the conduct at issue.  In cases directly involving his buy-side investor clients, he takes an active role in the litigation.  Dominic also leads the International Litigation Practice, in which he develops and manages the Firm's representation of institutional investors in securities and investment-related cases filed outside the United States.  With respect to these roles, Dominic specializes in developing and managing the Firm's outreach to pension systems and sovereign wealth funds outside the United States and in that role he regularly advises clients in Europe, Australia, Asia and across his home country of Canada.

Dominic is a frequent speaker and panelist on topics such as Sovereign Wealth Funds, Corporate Governance, Shareholder Activism, Fiduciary Duty, Corporate Misconduct, SRI, and Class Actions.  As a result of his expertise in these areas, he has become a sought-after commentator for issues concerning public pension funds, public corporations and federal regulations.

Dominic is a regular speaker at law and investment conferences, including most recently the IMF (Australia) Shareholder Class Action Conference in Sydney and the 2011 Annual International Bar Association meeting in Dubai.  Additionally, Dominic is frequently quoted in newspapers such as *The Financial Times*, *The New York Times*, *USA Today*, *The Times of London*, T*he Evening Standard*, *The Daily Mail*, *The Guardian*, and trade publications like *Global Pensions*, *OP Risk and Regulation*, *The Lawyer*, *Corporate Counsel*, *Investments and Pensions Europe*, *Professional Pensions* and *Benefits Canada*.  Recently Dominic

published an article on custodian bank fees and their impacts on pension funds globally in *Nordic Regions Pensions and Investment News* magazine and was interviewed by *Corporate Counsel* for a feature article on rogue trading. Dominic is on the front line of reforming the corporate environment, driving improved accountability and responsibility for the benefit of clients, the financial markets and the public as a whole.

Prior to joining Labaton Sucharow, Dominic practiced securities litigation at Bernstein Litowitz Berger & Grossmann LLP, where he began his career as a member of the team responsible for prosecuting the landmark *WorldCom* action which resulted in a settlement of more than $6 billion. He also has a great deal of experience working directly with institutional clients affected by securities fraud; he worked extensively with the Ontario Teachers' Pension Plan in their actions *In re Nortel Networks Corporation Securities Litigation*, *In re Williams Securities Litigation* and *In re Biovail Corporation Securities Litigation* – cases that settled for a total of more than $1.7 billion.

As a law student at Lewis and Clark Law School in Portland, Oregon, Dominic served as a founding member of the law review, *Animal Law*, which explores legal and environmental issues relating to laws such as the Endangered Species Act.

He is admitted to practice in the State of New York.

## Christine S. Azar, Partner

*cazar@labaton.com*

Christine S. Azar is the Partner in Charge of Labaton Sucharow's Wilmington, Delaware Office. A longtime advocate of shareholders' rights, Christine concentrates her practice on prosecuting complex merger and derivative litigation in the Delaware Court of Chancery and throughout the United States.

Christine's caseload represents some of the most sophisticated litigation in her field. Currently, she is representing California State Teachers' Retirement System as co-lead counsel

in *In re Wal-Mart Derivative Litigation*. The suit alleges that Wal-Mart's board of directors and management breached their fiduciary duties owed to shareholders and the company as well as violated the company's own corporate governance guidelines, anti-corruption policy and statement of ethics. In *In re Freeport-McMoRan Copper & Gold Inc. Derivative Litigation*, Christine represents shareholders in a suit against the current board of directors of Freeport-McMoRan Copper & Gold Inc. in connection with two acquisitions made by Freeport totaling approximately $20 billion. The suit alleges the transactions were tainted because the directors approving them were not independent nor disinterested: half of the Freeport board of directors comprise a majority of the board of directors of the one company (McMoRan Exploration Co.) and a third of McMoRan is owned or controlled by Plains Exploration & Production Co., the other company Freeport plans to acquire.

In recent years, Christine has worked on some of the most groundbreaking cases in the field of merger and derivative litigation. Acting as co-lead counsel in *In re El Paso Corporation Shareholder Litigation*, in the Delaware Court of Chancery in which shareholders alleged that acquisition of El Paso by Kinder Morgan, Inc. was improperly influenced by conflicted financial advisors and management, Christine helped secure an unprecedented $110 million settlement for her clients. In *In re TPC Group Inc. Shareholders Litigation*, Christine served as co-lead counsel for plaintiffs in a shareholder class action that alleged breaches of fiduciary duties by the TPC Group, Inc.'s ("TPC") board of directors and management in connection with the buyout of TPC by two private equity firms. During the course of the litigation shareholders received over $79 million in increased merger consideration. Acting as co-lead counsel in *In re J.Crew Shareholder Litigation*, Christine helped secure a settlement that increased the payment to J.Crew's shareholders by $16 million following an allegedly flawed going-private transaction. Christine also assisted in obtaining $29 million in settlements on behalf of Barnes

& Noble investors in *In re Barnes & Noble Stockholders Derivative Litigation* which alleged breaches of fiduciary duties by the Barnes & Noble management and board of directors.

Acting as co-lead counsel in *In re RehabCare Group, Inc. Shareholders Litigation*, Christine was part of the team that structured a settlement that included a cash payment to shareholders as well as key deal reforms such as enhanced disclosures and an amended merger agreement. Representing shareholders in *In re Compellent Technologies, Inc. Shareholder Litigation*, regarding the proposed acquisition of Compellent Technologies Inc. by Dell, Inc., Christine was integral in negotiating a settlement that included key deal improvements including elimination of the "poison pill" and standstill agreement with potential future bidders as well as a reduction of the termination fee amount. In *In re The Student Loan Corporation*, Christine was part of the team that successfully protected the minority shareholders in connection with a complex web of proposed transactions that ran contrary to shareholders' interest by securing a recovery of almost $10 million for shareholders.

Prior to joining Labaton Sucharow, Christine practiced corporate litigation at Blank Rome LLP with a primary focus on disputes related to corporate mismanagement in courts nationwide as well as in the Delaware Court of Chancery. Christine began her career at Grant & Eisenhofer, P.A., where she specialized in the representation of institutional investors in federal and state securities, corporate governance, and breach of fiduciary duty actions. There she served as counsel in *In re Hayes Lemmerz International Bondholder Litigation* and *In re Adelphia Communications Securities Litigation*.

Christine writes regularly on issues of shareholder concern in the national press and is a featured speaker on many topics related to financial reform. Most recently, she authored "Mitigating Risk in a Growing M&A Market," *The Deal*, June 12, 2012 and "Will 'Say on Pay' Votes Prompt Firms to Listen?" *American Banker*, May 1, 2012.

In recognition of her many accomplishments, Christine was recently featured on *The National Law Journal*'s Plaintiffs' Hot List, recommended by *The Legal 500* and named a Local Securities Litigation Star in Delaware by *Benchmark Plaintiff*.

Christine received her J.D. and graduated *cum laude* from University of Notre Dame Law School and received a B.A. from James Madison University.

In addition to her active legal practice, Christine serves as a Volunteer Guardian Ad Litem in the Office of the Child Advocate. In this capacity, she has represented children in foster care in the state of Delaware to ensure the protection of their legal rights.

Christine is admitted to practice in the States of Delaware, New Jersey and Pennsylvania as well as before the United States Court of Appeals for the Third Circuit and the United States District Courts for the District of Delaware, the District of New Jersey, and the Eastern District of Pennsylvania.

## Eric J. Belfi, Partner

*ebelfi@labaton.com*

Representing many of the world's leading pension funds and other institutional investors, Eric J. Belfi concentrates his practice on securities and shareholder litigation. Eric is an accomplished litigator with a wealth of experience in a broad range of commercial matters. He also serves on the Firm's Executive Committee.

Eric is an integral member of numerous high-profile securities cases that have risen from the credit crisis, including the prosecution against Goldman Sachs. In *In re Goldman Sachs Group, Inc Securities Litigation*, he played a significant role in the investigation and drafting of the operative complaint.

Eric has had pivotal roles in securing settlements in international cases that serve as models for the application of U.S. securities law to international entities. In a case involving one of the most egregious frauds on record, *In re Satyam Computer Securities Services Ltd.*

*Securities Litigation*, Eric was a key member of the team that represented the UK-based Mineworkers' Pension Scheme. He helped to successfully secure $150.5 million in collective settlements and established that Satyam misrepresented the company's earnings and assets. Representing two of Europe's leading pension funds, Deka Investment GmbH and Deka International S.A., Luxembourg, in *In re General Motors Corp. Securities Litigation*, Eric was integral in securing a $303 million settlement in a case regarding multiple accounting manipulations and overstatements by General Motors. Eric was also actively involved in securing a $10.5 million partial settlement in *In re Colonial BancGroup, Inc. Securities Litigation*, regarding material misstatements and omissions in SEC filings by Colonial BancGroup and certain underwriters. Currently, Eric is representing pension funds in a European litigation against Vivendi.

Eric's leadership in the Financial Products & Services Litigation Practice allows Labaton Sucharow to uncover and prosecute malfeasant investment bankers in cutting-edge securities litigations. He is currently litigating two cases which arose out of deceptive practices by custodial banks relating to certain foreign currency transactions; he serves as lead counsel to Arkansas Teachers Retirement System in a class action against the State Street Corporation and certain affiliated entities and he is also representing the Commonwealth of Virginia in its False Claims Act case against Bank of New York Mellon, Inc.

Eric's M&A and derivative experience includes noteworthy cases such as *In re NYSE Euronext Shareholder Litigation* and *In re Medco Health Solutions Inc. Shareholders Litigation*. In the *NYSE Euronext* shareholder case, Eric was a key member of the team that secured a proposed settlement which would have provided a special dividend of nearly a billion dollars to NYSE shareholders if the transaction was completed. In the Medco/Express Script merger, Eric was integrally involved in the negotiation of the settlement which included a significant reduction in the Termination Fee.

Eric's prior experience included serving as an Assistant Attorney General for the State of New York and as an Assistant District Attorney for the County of Westchester.  As a prosecutor, Eric investigated and prosecuted white-collar criminal cases, including many securities law violations.  He presented hundreds of cases to the grand jury and obtained numerous felony convictions after jury trials.

Eric is a frequent speaker on the topic of shareholder litigation and U.S. class actions in European countries.  He also participated in a panel discussion on socially responsible investments for public pension funds during the New England Public Employees' Retirement Systems Forum.  He co-authored "The Proportionate Trading Model: Real Science or Junk Science?" 52 *Cleveland St. L. Rev.* 391 (2004-05) and "International Strategic Partnerships to Prosecute Securities Class Actions," *Investment & Pensions Europe*, May 2006.

Eric is admitted to practice in the State of New York as well as before the United States District Courts for the Southern and Eastern Districts of New York, the Eastern District of Michigan, the District of Colorado, the District of Nebraska, and the Eastern District of Wisconsin.

## Joel H. Bernstein, Partner

*jbernstein@labaton.com*

With more than 35 years of experience in complex litigation, Joel H. Bernstein concentrates his practice on the protection of investors who have been victimized by securities fraud and breach of fiduciary duty.  His significant expertise in the area of shareholder litigation has resulted in the recovery of more than a billion dollars in damages to wronged investors.

As a recognized leader in his field, Joel advises large public pension funds, banks, mutual funds, insurance companies, hedge funds and other institutional and individual

investors with respect to securities-related litigation in the federal and state courts as well as in arbitration proceedings before the NYSE, FINRA and other self-regulatory organizations.

Joel heads up the Firm's RMBS (Residential Mortgage-Backed Securities) team, representing large domestic and foreign institutional investors that invested more than $5 billion in failed investments, which were at the heart of the current global economic crisis.  The RMBS team is comprised of more than 20 attorneys and is currently prosecuting over 50 separate matters.  Joel has developed significant experience with RMBS-related matters and served as lead counsel for one of the most prototypical cases arising from the financial crisis, *In re Countrywide Corporation Securities Litigation*.  In this matter, he obtained a settlement of $624 million for co-lead plaintiffs, New York State Common Retirement Fund and the New York City Pension Funds.

Joel is currently lead counsel to a class of investors in Massey Energy Corporation stemming from the horrific 2010 mining disaster at the Company's Upper Big Branch coal mine.  Joel is also currently litigating two cases which arose out of deceptive practices by custodial banks relating to certain foreign currency transactions; he serves as lead counsel to Arkansas Teachers Retirement System in a class action against the State Street Corporation and certain affiliated entities and he is also representing the Commonwealth of Virginia in its False Claims Act case against Bank of New York Mellon, Inc.

In the past, Joel has played a central role in numerous high profile cases including: *In re Paine Webber Incorporated Limited Partnerships Litigation* ($200 million settlement); *In re Prudential Securities Incorporated Limited Partnerships Litigation* ($130 million settlement); *In re Prudential Bache Energy Income Partnerships Securities Litigation* ($91 million settlement); *Shea v. New York Life Insurance Company* ($92 million settlement); and *Saunders et al. v. Gardner* ($10 million—the largest punitive damage award in the history of the NASD at that time).  In addition, Joel was instrumental in securing a $117.5 million settlement in *In re*

*Mercury Interactive Securities Litigation*, the largest settlement at the time in a securities fraud litigation based upon options backdating.

Joel also co-leads Labaton Sucharow's Securities Arbitration *pro bono* project in conjunction with Brooklyn Law School where he serves as an adjunct professor. Joel, together with Labaton Sucharow associates and Brooklyn Law School students, represents aggrieved and defrauded individual investors who cannot otherwise afford to pay for legal counsel in financial industry arbitration matters against investment advisors and stockbrokers.

Given his depth of experience, Joel is frequently sought out by the press to comment on securities law and has also authored numerous articles on related issues, including "Stand Up to Your Stockbroker, Your Rights As An Investor." He is a member of the American Bar Association and the New York County Lawyers' Association.

Joel was recognized by *The Legal 500* in the Recommended List in the field of Securities Litigation and by *Benchmark Plaintiff* as a Securities Litigation Star. He was also featured in *The AmLaw Litigation Daily* as Litigator of the Week on May 13, 2010 for his work on *In re Countrywide Financial Corporation Securities Litigation*. Joel has received a rating of AV Preeminent from the publishers of the Martindale-Hubbell directory.

He is admitted to practice in the State of New York as well as before the United States Courts of Appeals for the First, Second, Third and Ninth Circuits and the United States District Courts for the Southern and Eastern Districts of New York. He is a member of the American Bar Association and the New York County Lawyers' Association.

## Javier Bleichmar, Partner

*jbleichmar@labaton.com*

Javier Bleichmar focuses on prosecuting complex securities fraud cases on behalf of institutional investors. Most recently, Javier has been leading the team in the *MF Global Holdings Limited Securities Litigation* on behalf of Alberta Investment Management Co.

against MF Global's directors, officers and underwriters in connection with the company's dramatic bankruptcy. The District Court recently sustained all claims in their entirety in a resounding victory for plaintiffs.

In recent years, Javier has also played a significant role in several high-profile cases at the center of the global financial crisis. He is responsible for prosecuting the shareholder suit against Morgan Stanley, relating to the bank's multi-billion trading loss on its sub-prime mortgage bets. He played a key role in litigating *In re Bear Stearns Companies, Inc. Securities Litigation* where the Firm secured a $275 million settlement with Bear Stearns Companies, plus a $19.9 million settlement with Deloitte & Touche LLP, Bear Stearns' outside auditor. He also has been active in Labaton Sucharow's prosecution of claims on behalf of domestic and international private-sector investors with more than $5 billion of residential mortgage-backed securities (RMBS).

Javier has been successful as an appellate advocate, prevailing before the Eighth Circuit Court of Appeals in *Public Pension Fund Group v. KV Pharmaceutical, Co.* The Eighth Circuit reversed an earlier dismissal and clarified the standard governing pharmaceutical companies' disclosures relating to FDA notifications.

Javier is very active in educating international institutional investors on developing trends in the law, particularly the ability of international investors to participate in securities class actions in the United States. Through these efforts, many of Javier's international clients were able to join the organization representing investors (i.e., the Foundation) in the first securities class action settlement under a then-recently enacted Dutch statute against Royal Dutch Shell. He also is an active member of the National Association of Public Pension Plan Attorneys (NAPPA).

Prior to joining Labaton Sucharow, Javier practiced at Bernstein Litowitz Berger & Grossmann LLP where he also prosecuted securities class actions. He was actively involved in

*In re Williams Securities Litigation*, which resulted in a $311 million settlement, as well as securities cases involving Lucent Technologies, Inc., Conseco, Inc. and Biovail Corp.

During his time at Columbia Law School, he was Managing Editor of the *Journal of Law and Social Problems.*  Additionally, he was a Harlan Fiske Stone Scholar.  As a law student, Javier served as a law clerk to the Honorable Denny Chin, United States District Court Judge for the Southern District of New York.  Javier received his B.A. in Economics from the University of Pennsylvania.

Javier is a native Spanish speaker and fluent in French.

Javier is admitted to practice in the State of New York as well as before the United States Courts of Appeals for the Second, Eighth and Ninth Circuits and the United States District Courts for the Southern and Eastern Districts of New York, the Northern District of Oklahoma, the Western District of Washington, the Southern District of Florida, the Eastern District of Missouri, and the Northern District of Illinois.


## Thomas A. Dubbs, Partner

*tdubbs@labaton.com*

A recognized leader in securities-related litigation, Thomas A. Dubbs concentrates his practice on the representation of institutional investors in securities cases.

Tom has served as lead or co-lead counsel in some of the most important federal securities class actions in recent years, including those against American International Group, Goldman Sachs, the Bear Stearns Companies, Broadcom and WellCare. Tom has also played an integral role in securing significant settlements in several high-profile cases including: *In re American International Group, Inc. Securities Litigation* (settlements totaling more than $1 billion pending final court approval); *In re Bear Stearns Companies, Inc. Securities Litigation* ($275 million settlement with Bear Stearns Companies, plus a $19.9 million settlement with Deloitte & Touche LLP, Bear Stearns' outside auditor pending court approval); *In re*

*HealthSouth Securities Litigation* ($671 million settlement); *Eastwood Enterprises LLC v. Farha et al. (WellCare Securities Litigation)* (over $200 million settlement); *In re Broadcom Corp. Securities Litigation* ($160.5 million settlement and the case against the auditor, Ernst & Young, is ongoing; *In re St. Paul Travelers Securities Litigation* ($144.5 million settlement); and *In re Vesta Insurance Group, Inc. Securities Litigation* ($79 million settlement).

Representing an affiliate of the Amalgamated Bank, the largest labor-owned bank in the United States, a team led by Tom successfully litigated a class action against Bristol-Myers Squibb, which resulted in a settlement of $185 million as well as major corporate governance reforms. He has argued before the United States Supreme Court and has argued ten appeals dealing with securities or commodities issues before the United States Courts of Appeals.

Due to his well-known expertise in securities law, Tom frequently lectures to institutional investors and other groups such as the Government Finance Officers Association, the National Conference on Public Employee Retirement Systems and the Council of Institutional Investors. He is also a prolific author of articles related to his field. His publications include: "Shortsighted?," *Investment Dealers' Digest*, May 29, 2009; "A Scotch Verdict on 'Circularity' and Other Issues," 2009 *Wis. L. Rev.* 455 (2009). He has also written several columns in U.K.-wide publications regarding securities class action and corporate governance. He is the co-author of the following articles: "In Debt Crisis, An Arbitration Alternative," *The National Law Journal*, March 16, 2009; "The Impact of the LaPerriere Decision: Parent Companies Face Liability," *Directors Monthly*, February 1, 2009; "Auditor Liability in the Wake of the Subprime Meltdown," *BNA's Accounting Policy & Practice Report*, November 14, 2009; and "U.S. Focus: Time for Action," *Legal Week*, April 17, 2008.

Prior to joining Labaton Sucharow, Tom was Senior Vice President & Senior Litigation Counsel for Kidder, Peabody & Co. Incorporated where he represented the company in many class actions, including the First Executive and Orange County litigations and was first chair in

many securities trials.  Before joining Kidder, Tom was head of the litigation department at Hall, McNicol, Hamilton & Clark, where he was the principal partner representing Thomson McKinnon Securities Inc. in many matters including the Petro Lewis and Baldwin-United class action litigations.

Tom has been recognized as a leading securities class action attorney, receiving the highest ranking from *Chambers and Partners*—an honor he shares with only three other plaintiffs' securities lawyers in the country—and being one of eight U.S. plaintiffs' securities attorneys to be named a Leading Lawyer by *The Legal 500*.  In 2012, *Law360* named him "MVP of the Year" for distinction in class action litigation.  He has also been recognized by *The National Law Journal*, *Lawdragon 500* and *Benchmark Plaintiff* as a Local Securities Litigation Star.  Tom has received a rating of AV Preeminent from the publishers of the Martindale-Hubbell directory.

He is a member of the New York State Bar Association, the Association of the Bar of the City of New York and is a Patron of the American Society of International Law.

Tom is admitted to practice in the State of New York as well as before the Supreme Court of the United States, the United States Courts of Appeals for the Second, Ninth and Eleventh Circuits, and the United States District Court for the Southern District of New York.

### Joseph A. Fonti, Partner

*jfonti@labaton.com*

Joseph A. Fonti concentrates his practice on prosecuting complex securities and investment-related matters on behalf of institutional investors.

Joseph's client commitment, advocacy skills, and results have earned him recognition as a *Law360* "Rising Star."  Joseph was one of only five securities lawyers in the country—and the only investor-side securities litigator—to receive the distinction.

In recent years, Joseph has played a significant role in several high-profile cases at the center of the global financial crisis. For instance, he is responsible for prosecuting the shareholder suit against Morgan Stanley, relating to the bank's multi-billion trading loss on its sub-prime mortgage bets. Joseph also prosecuted the shareholder action against Fannie Mae, which was at ground-zero of the nation's financial collapse. He is also active in Labaton Sucharow's prosecution of claims on behalf of domestic and international private-sector investors with more than $5 billion of residential mortgage-backed securities (RMBS).

With over a decade of experience in investor litigation, Joseph's career is marked by notable and historic success in the area of auditor liability and stock options backdating. Joseph represented shareholders in the $671 million recovery in *In re HealthSouth Securities Litigation*. Particularly, Joseph played a significant role in recovering $109 million from HealthSouth's outside auditor Ernst & Young LLP, one of the largest recoveries to date against an auditing firm. Joseph also contributed to securing a $160.5 million settlement in *In re Broadcom Corp. Securities Litigation*, which, at the time, was the second largest cash settlement involving a company accused of options backdating. The case against the auditor, Ernst & Young, is ongoing.

In addition to representing several of the most significant U.S. institutional investors, Joseph has represented a number of Canada's most significant pension systems. Currently, Joseph is responsible for prosecuting the securities litigation against Computer Sciences Corporation on behalf of one of Canada's largest pension investors. Joseph also led the prosecution of *In re NovaGold Resources Inc. Securities Litigation*, which resulted in the largest settlement under Canada's securities class action laws.

Additionally, Joseph has achieved notable success as an appellate advocate. Joseph successfully argued before the Second Circuit Court of Appeals in *In re Celestica Inc. Securities Litigation.* The Second Circuit reversed an earlier dismissal, and turned the tide of

recent decisions by realigning pleading standards in favor of investors.  Joseph was also instrumental in the advocacy before the Ninth Circuit Court of Appeals in the *In re Broadcom Corp. Securities Litigation*.  This appellate victory marked the first occasion a court sustained allegations against an outside auditor related to options backdating.

Prior to joining the Firm, Joseph practiced securities litigation at Bernstein Litowitz Berger & Grossmann LLP, where he prosecuted several high-profile matters involving WorldCom, Bristol-Myers, Omnicom and Biovail.  Joseph's advocacy contributed to historic recoveries for shareholders, including the $6.15 billion recovery in the WorldCom litigation and the $300 million recovery in the Bristol-Myers litigation.

Joseph began his legal career at Sullivan & Cromwell, where he represented Fortune 100 corporations and financial institutions in complex securities litigations and in multi-faceted SEC investigations and enforcement actions.

During his time at New York University School of Law, Joseph served as a law clerk to the Honorable David Trager, United States District Court Judge for the Eastern District of New York.  Joseph was also active in the Marden Moot Court Competition and served as a Student Senator-at-Large of the NYU Senate.

Joseph is a member of the New York State Bar Association and the Association of the Bar of the City of New York.

An active member of his legal and local community, Joseph has represented victims of domestic violence in affiliation with inMotion, an advocacy organization that provides pro *bono legal* services to indigent women.

Joseph is admitted to practice in the State of New York as well as before the Supreme Court of the United States, the United States Courts of Appeals for the Ninth and Eleventh Circuits, and the United States District Courts for the Southern and Eastern Districts of New York.

## Jonathan Gardner, Partner

*jgardner@labaton.com*

Jonathan Gardner's practice focuses on prosecuting complex securities fraud cases on behalf of institutional investors. An experienced litigator, he has played an integral role in securing some of the largest class action recoveries against corporate offenders since the onset of the global financial crisis.

Jonathan has led the Firm's representation of investors in many recent high-profile cases including *Rubin v. MF Global Ltd., et al.*, which involved allegations of material misstatements and omissions in a Registration Statement and Prospectus issued in connection with MF Global's IPO in 2007. In November 2011, the case resulted in a recovery of $90 million for investors. Jonathan also represented lead plaintiff City of Edinburgh Council as Administering Authority of the Lothian Pension Fund in *In re Lehman Brothers Equity/Debt Securities Litigation*, which resulted in settlements totaling exceeindg $600 million against Lehman Brothers' former officers and directors, Lehman's former public accounting firm as well as the banks that underwrote Lehman Brothers' offerings. In representing lead plaintiff Massachusetts Bricklayers and Masons Trust Funds in an action against Deutsche Bank, Jonathan secured a $32.5 million dollar recovery for a class of investors injured by the Bank's conduct in connection with certain residential mortgage-backed securities.

Most recently, Jonathan was the lead attorney in several matters that resulted in significant recoveries for injured class members, including: *In re Carter's Inc. Securities Litigation* resulting in a $23.3 million recovery against Carter's and certain of its officers as well as PricewaterhouseCoopers, its auditing firm; *In re Lender Processing Services Inc.*, involving claims of fraudulent mortgage processing which resulted in a $13.1 million recovery; *In re Aeropostale Inc. Securities Litigation*, resulting in a $15 million recovery; and *In re K-12, Inc. Securities Litigation*, resulting in a $6.75 million recovery.

Jonathan has also been responsible for prosecuting several of the Firm's options backdating cases, including *In re Monster Worldwide, Inc. Securities Litigation* ($47.5 million settlement); *In re SafeNet, Inc. Securities Litigation* ($25 million settlement); *In re Semtech Securities Litigation* ($20 million settlement); and *In re MRV Communications, Inc. Securities Litigation* ($10 million settlement). He also was instrumental in *In re Mercury Interactive Corp. Securities Litigation*, which settled for $117.5 million, one of the largest settlements or judgments in a securities fraud litigation based upon options backdating.

Jonathan also represented the Successor Liquidating Trustee of Lipper Convertibles, a convertible bond hedge fund, in actions against the Fund's former independent auditor and a member of the Fund's general partner as well as numerous former limited partners who received excess distributions. He successfully recovered over $5.2 million for the Successor Liquidating Trustee from the limited partners and $29.9 million from the former auditor.

Jonathan is the co-author of "Does 'Dukes' Require Full 'Daubert' Scrutiny at Class Certification," *New York Law Journal*, November 25, 2011 and "Pre-Confirmation Remedies to Assure Collection of Arbitration Rewards," *New York Law Journal*, October 12, 2010.

He is a member of the New York State Bar Association and the Association of the Bar of the City of New York.

Jonathan is admitted to practice in the State of New York as well as before the United States Court of Appeals for the Ninth and Eleventh Circuits and the United States District Courts for the Southern and Eastern Districts of New York, and the Eastern District of Wisconsin.

## David J. Goldsmith, Partner

*dgoldsmith@labaton.com*

David J. Goldsmith has 15 years of experience representing public and private institutional investors in a wide variety of securities and class action litigations. In recent years,

David's work has directly led to record recoveries against corporate offenders in some of the most complex and high profile securities class actions.

In June 2013, David was one of a select number of partners individually "recommended" by *The Legal 500* as part of the Firm's recognition as one of the three top-tier plaintiffs' firms in securities class action litigation.

David was an integral member of the team representing the New York State Common Retirement Fund and New York City pension funds as lead plaintiffs in *In re Countrywide Financial Corporation Securities Litigation*, which settled for $624 million. David successfully represented these clients in an appeal brought by Countrywide's 401(k) plan in the Ninth Circuit concerning complex settlement allocation issues.

Current assignments include representations of a large German banking institution and a major Irish special-purpose vehicle in multiple actions alleging fraud in connection with residential mortgage-backed securities issued by Barclays, Credit Suisse, Goldman Sachs, Royal Bank of Scotland and others; representation of a state pension fund in a notable action alleging deceptive acts and practices by State Street Bank in connection with foreign currency exchange trades executed for its custodial clients; and representation of a hedge fund and other investors with allegations of harm by the well-publicized collapse of four Regions Morgan Keegan closed-end investment companies.

David has regularly represented the Genesee County (Michigan) Employees' Retirement System in securities and shareholder matters, including settled actions against CBeyond, Inc., Compellent Technologies, Inc., Spectranetics Corporation, and Transaction Systems Architects, Inc.

During law school, David was Managing Editor of the *Cardozo Arts & Entertainment Law Journal* and served as a judicial intern to the Honorable Michael B. Mukasey, then a United States District Judge for the Southern District of New York.

For many years, David has been a member of the AmorArtis Chamber Choir, a renowned choral organization with a repertoire ranging from Palestrina to Bach, Mozart to Bruckner, and Stravinsky to Bernstein.

He is admitted to practice in the States of New York and New Jersey as well as before the United States Courts of Appeals for the First, Second, Fifth, Eighth and Ninth Circuits and the United States District Courts for the Southern and Eastern Districts of New York, the District of New Jersey, the District of Colorado, and the Western District of Michigan.

## Louis Gottlieb, Partner

*lgottlieb@labaton.com*

Louis Gottlieb concentrates his practice on representing institutional and individual investors in complex securities and consumer class action cases. He has played a key role in some of the most high-profile securities class actions in recent history, securing significant recoveries for plaintiffs and ensuring essential corporate governance reforms to protect future investors, consumers and the general public.

Lou was integral in prosecuting *In re American International Group, Inc. Securities Litigation* (settlements totaling more than $1 billion pending final court approval). He also helped lead major class action cases against the company and related defendants in *In re Satyam Computer Services, Ltd. Securities Litigation* ($150.5 million settlement). He has led successful litigation teams in securities fraud class action litigations against Metromedia Fiber Networks and Pricesmart, as well as consumer class actions against various life insurance companies on behalf of the insured.

In the Firm's representation of the Connecticut Retirement Plans and Trust Funds in *In re Waste Management, Inc. Securities Litigation*, Lou's efforts were essential in securing a $457 million settlement. The settlement also included important corporate governance enhancements, including an agreement by management to support a campaign to obtain

- 47 -

shareholder approval of a resolution to declassify its board of directors, and a resolution to encourage and safeguard whistleblowers among the company's employees. Acting on behalf of New York City pension funds in *In re Orbital Sciences Corporation Securities Litigation*, Lou helped negotiate the implementation of measures concerning the review of financial results, the composition, role and responsibilities of the Company's Audit and Finance committee, and the adoption of a Board resolution providing guidelines regarding senior executives' exercise and sale of vested stock options.

Lou was a leading member of the team in the *Napp Technologies Litigation* that won substantial recoveries for families and firefighters injured in a chemical plant explosion. Lou has had a major role in national product liability actions against the manufacturers of orthopedic bone screws and atrial pacemakers, and in consumer fraud actions in the national litigation against tobacco companies.

A well-respected litigator, Lou has made presentations on punitive damages at Federal Bar Association meetings and has spoken on securities class actions for institutional investors.

Lou brings a depth of experience to his practice from both within and outside of the legal sphere. He graduated first in his class from St. John's School of Law. Prior to joining Labaton Sucharow, he clerked for the Honorable Leonard B. Wexler of the Eastern District of New York, and he was a litigation associate with Skadden Arps Slate Meagher & Flom. He has also enjoyed successful careers as a public school teacher and as a restauranteur.

Lou is admitted to practice in the States of New York and Connecticut as well as before the United States Courts of Appeals for the Fifth and Seventh Circuits and the United States District Courts for the Southern and Eastern Districts of New York.

## James W. Johnson, Partner

*jjohnson@labaton.com*

James W. Johnson concentrates his practice on complex securities fraud cases. In representing investors who have been victimized by securities fraud and breach of fiduciary responsibility, Jim's advocacy has resulted in record recoveries for wronged investors.

A recognized leader in his field, Jim currently serves as lead or co-lead counsel in high-profile federal securities class actions against Goldman Sachs Group and the Bear Stearns Companies, among others.

In recent years, Jim has successfully litigated a number of complex securities and RICO class actions including: *In re Bear Stearns Companies, Inc. Securities Litigation* ($275 million settlement with Bear Stearns Companies, plus a $19.9 million settlement with Deloitte & Touche LLP, Bear Stearns' outside auditor; pending court approval); *In re HealthSouth Corp. Securities Litigation* ($671 million settlement); *Eastwood Enterprises LLC v. Farha et al. (WellCare Securities Litigation)* ($200 million settlement); *In re Vesta Insurance Group, Inc. Securities Litigation* ($79 million settlement); *In re Bristol Myers Squibb Co. Securities Litigation* ($185 million settlement), in which the court also approved significant corporate governance reforms and recognized plaintiff's counsel as "extremely skilled and efficient"; and *In re National Health Laboratories, Inc. Securities Litigation*, which resulted in a recovery of $80 million in the federal action and a related state court derivative action.

In *County of Suffolk v. Long Island Lighting Co.*, Jim represented the plaintiff in a RICO class action, securing a jury verdict after a two-month trial that resulted in a $400 million settlement. The Second Circuit, in awarding attorneys' fees to the plaintiff, quoted the trial judge, Honorable Jack B. Weinstein, as stating, "counsel [has] done a superb job [and] tried this case as well as I have ever seen any case tried." On behalf of Native Americans, he also assisted in prosecuting environmental damage claims resulting from the Exxon Valdez oil spill.

He is the co-author of "The Impact of the LaPerrierre Decision: Parent Companies Face Liability," *Directors Monthly*, February 2009.

Jim is a member of the American Bar Association and the Association of the Bar of the City of New York, where he served on the Federal Courts Committee.

Jim has received a rating of AV Preeminent from the publishers of the Martindale-Hubbell directory.  He is a Fellow in the Litigation Council of America.

He is admitted to practice in the States of New York and Illinois as well as before the Supreme Court of the United States, the United States Courts of Appeals for the Second, Third, Fourth, Fifth, Seventh and Eleventh Circuits, and the United States District Courts for the Southern, Eastern and Northern Districts of New York, and the Northern District of Illinois.

## Christopher J. Keller, Partner

*ckeller@labaton.com*

Christopher J. Keller concentrates his practice in sophisticated complex securities litigation.  His clients are institutional investors, including some of the largest public and private pension funds with tens of billions of dollars under management.

Chris has been instrumental in the Firm's appointments as lead counsel in some of the largest securities litigations to arise out of the financial crisis, such as actions against Morgan Stanley, Fannie Mae, Goldman Sachs, Countrywide ($624 million settlement) and Bear Stearns ($275 million settlement with Bear Stearns Companies, plus a $19.9 million settlement with Deloitte & Touche LLP, Bear Stearns' outside auditor; pending court approval).

Chris was also a principal litigator on the trial team of *In re Real Estate Associates Limited Partnership Litigation*.  The six-week jury trial resulted in a $184 million plaintiffs' verdict, one of the largest jury verdicts since the passage of the Private Securities Litigation Reform Act.

In addition to his active caseload, Chris holds a variety of leadership positions within the Firm, including serving on the Firm's Executive Committee. In response to the evolving needs of our clients, Chris also established, and currently leads, the Case Evaluation Group, which is comprised of attorneys, in-house investigators, financial analysts and forensic accountants. The Group is responsible for evaluating clients' financial losses and analyzing their potential legal claims both in and outside of the U.S. and track trends that are of potential concern to investors.

Educating institutional investors is a significant element of Chris' advocacy efforts for shareholder rights. He is regularly called upon for presentations on developing trends in the law and new case theories at annual meetings and seminars for institutional investors. He is also a prolific writer and his articles include: "The Benefits of Investor Protection," *Law360*, October 11, 2011; "SEC Contemplating Governance Reforms," *Executive Counsel*, January 2011; "Is the Shield Beginning to Crack?," *New York Law Journal*, November 15, 2010; "Say What? Pay What? Real World Approaches to Executive Compensation Reform," *Corporate Counsel*, August 5, 2010; "Reining in the Credit Ratings Industry," *New York Law Journal*, January 11, 2010; "Japan's Past Recession Provides a Cautionary Tale," *The National Law Journal*, April 13, 2009; and "Balancing the Scales: The Use of Confidential Witnesses in Securities Class Actions," BNA's *Securities Regulation & Law Report*, January 19, 2009.

He is a member of several professional groups, including the New York State Bar Association and the New York County Lawyers' Association.

He is admitted to practice in the State of New York as well as before the Supreme Court of the United States and the United States District Courts for the Southern and Eastern Districts of New York, the Eastern District of Wisconsin, and the District of Colorado.

## Edward Labaton, Partner

elabaton@labaton.com

An accomplished trial lawyer and partner with the Firm, Edward Labaton has devoted 50 years of practice to representing a full range of clients in class action and complex litigation matters in state and federal court. Ed has played a leading role as plaintiffs' class counsel in a number of successfully prosecuted, high-profile cases, involving companies such as PepsiCo, Dun & Bradstreet, Financial Corporation of America, ZZZZ Best, Revlon, GAF Co., American Brands, Petro Lewis and Jim Walter, as well as several Big Eight (now Four) accounting firms. He has also argued appeals in state and federal courts, achieving results with important precedential value.

Ed has been President of the Institute for Law and Economic Policy (ILEP) since its founding in 1996. Each year, the Institute co-sponsors at least one symposium with a major law school dealing with issues relating to the civil justice system. In 2010, he was appointed to the newly formed Advisory Board of George Washington University's Center for Law, Economics, & Finance (C-LEAF), a think tank within the Law School, for the study and debate of major issues in economic and financial law confronting the United States and the globe. Ed is also a member of the Advisory Committee of the Weinberg Center for Corporate Governance of the University of Delaware, an Honorary Lifetime Member of the Lawyers' Committee for Civil Rights under Law, a member of the American Law Institute, and a life member of the ABA Foundation. In addition, he has served on the Executive Committee and has been an officer of the Ovarian Cancer Research Fund since its inception in 1996.

Ed is the past Chairman of the Federal Courts Committee of the New York County Lawyers Association, and was a member of the Board of Directors of that organization. He is an active member of the Association of the Bar of the City of New York, where he was Chair of the Senior Lawyers' Committee and served on its Task Force on the Role of Lawyers in Corporate Governance. He has also served on its Federal Courts, Federal Legislation,

Securities Regulation, International Human Rights and Corporation Law Committees. He also served as Chair of the Legal Referral Service Committee, a joint committee of the New York County Lawyers' Association and the Association of the Bar of the City of New York. He has been an active member of the American Bar Association, the Federal Bar Council and the New York State Bar Association, where he has served as a member of the House of Delegates.

Ed is the co-author of "It's Time to Resuscitate the Shareholder Derivative Action," *The Panic of 2008: Causes, Consequences, and Implications for Reform*, Lawrence Mitchell and Arthur Wilmarth, Jr., eds., (Edward Elgar, 2010). For more than 30 years, he has lectured on many topics including federal civil litigation, securities litigation and corporate governance.

Ed has received a rating of AV Preeminent from the publishers of the Martindale-Hubbell directory.

He is admitted to practice in the State of New York as well as before the Supreme Court of the United States, the United States Courts of Appeals for the Second, Fifth, Sixth, Seventh, Ninth, Tenth and Eleventh Circuits, and the United States District Courts for the Southern and Eastern Districts of New York, and the Central District of Illinois.

## Christopher J. McDonald, Partner

*cmcdonald@labaton.com*

Christopher J. McDonald concentrates his practice on prosecuting complex securities fraud cases. Chris also works with the Firm's Antitrust & Competition Litigation Practice, representing businesses, associations and individuals injured by anticompetitive activities and unfair business practices.

In the securities field, Chris is currently lead counsel in *In re Amgen Inc. Securities Litigation*. Most recently, he was co-lead counsel in *In re Schering-Plough Corporation / ENHANCE Securities Litigation*, which resulted in a $473 million settlement, one of the largest securities class action settlement ever against a pharmaceutical company and among the ten

largest recoveries ever in a securities class action that did not involve a financial reinstatement. He was also an integral part of the team that successfully litigated *In re Bristol-Myers Squibb Securities Litigation*, where Labaton Sucharow secured a $185 million settlement, as well as significant corporate governance reforms, on behalf of Bristol-Myers shareholders.

In the antitrust field, Chris was most recently co-lead counsel in *In re TriCor Indirect Purchaser Antitrust Litigation*, obtaining a $65.7 million settlement on behalf of the class.

Chris began his legal career at Patterson, Belknap, Webb & Tyler LLP, where he gained extensive trial experience in areas ranging from employment contract disputes to false advertising claims. Later, as a senior attorney with a telecommunications company, Chris advocated before government regulatory agencies on a variety of complex legal, economic, and public policy issues. Since joining Labaton Sucharow, Chris' practice has developed a focus on life sciences industries; his cases often involve pharmaceutical, biotechnology or medical device companies accused of wrongdoing.

During his time at Fordham University School of Law, Chris was a member of the *Law Review*. He is currently a member of the New York State Bar Association and the Association of the Bar of the City of New York.

Chris is admitted to practice in the State of New York as well as before the United States Courts of Appeals for the Second, Third and Ninth Circuits and the United States District Courts for the Southern and Eastern Districts of New York, and the Western District of Michigan.

## Jonathan M. Plasse, Partner

*jplasse@labaton.com*

An accomplished litigator, Jonathan M. Plasse has more than 30 years of experience in the prosecution of complex cases involving securities class action, derivative, transactional and consumer litigation. He has played a key role in litigating many of the most high-profile

securities class actions ever filed including architecting significant settlements and aggressive corporate governance reforms to protect the public and investors alike.  Currently, he is prosecuting securities class actions against Fannie Mae and Morgan Stanley.

Most recently, Jon served as lead counsel in two related securities class actions brought against Oppenheimer Funds, Inc., and obtained a $100 million global settlement.  Jon was also an integral member of the team representing the New York State Common Retirement Fund and the New York City pension funds as lead plaintiffs in *In re Countrywide Financial Corporation Securities Litigation*.  The $624 million settlement was the largest securities fraud settlement at the time.  His other recent successes include serving as co-lead counsel in *In re General Motors Corp. Securities Litigation* ($303 million settlement) and *In re El Paso Corporation Securities Litigation* ($285 million settlement).  Jon also acted as lead counsel in *In re Waste Management Inc. Securities Litigation*, where he represented the Connecticut Retirement Plans and Trusts Funds, and obtained a settlement of $457 million.

Jon has previously served as the Chair of the Securities Litigation Committee of the Association of the Bar of the City of New York.  In addition, he also regularly chairs and is a frequent speaker at programs, classes and continuing legal education seminars relating to securities class action litigation.

During his time at Brooklyn Law School, Jon served as a member of the *Brooklyn Journal of International Law*.  An avid photographer, Jon has published three books, including *The Stadium*, a collection of black-and-white photographs of the original Yankee Stadium, released by SUNY Press in September 2011.

Jon has received a rating of AV Preeminent from the publishers of the Martindale-Hubbell directory.

He is admitted to practice in the State of New York as well as before the United States Court of Appeals for the Second Circuit and the United States District Courts for the Southern and Eastern Districts of New York.

## Ira A. Schochet, Partner

*ischochet@labaton.com*

A seasoned litigator with three decades of experience, Ira A. Schochet concentrates his practice on class actions involving securities fraud. Ira has played a lead role in securing multi-million dollar recoveries and major corporate governance reforms in high-profile cases such as those against Countrywide Financial, Boeing, Massey Energy, Caterpillar, Spectrum Information Technologies, InterMune and Amkor Technology.

A longtime leader in the securities class action bar, Ira represented one of the first institutional investors acting as a lead plaintiff in a post-Private Securities Litigation Reform Act case and ultimately obtained one of the first rulings interpreting the statute's intent provision in a manner favorable to investors. His efforts are regularly recognized by the courts, including in *Kamarasy v. Coopers & Lybrand*, where the court remarked on "the superior quality of the representation provided to the class." Further, in approving the settlement he achieved in *In re InterMune Securities Litigation*, the court complimented Ira's ability to secure a significant recovery for the class in a very efficient manner, shielding the class from prolonged litigation and substantial risk.

From 2009-2011, Ira served as President of the National Association of Shareholder and Consumer Attorneys (NASCAT), a membership organization of approximately 100 law firms that practice class action and complex civil litigation. During this time, he represented the plaintiffs' securities bar in meetings with members of Congress, the Administration, and the SEC.

From 1996 through 2012, Ira served as chairman of the Class Action Committee of the Commercial and Federal Litigation Section of the New York State Bar Association. During his tenure, he has served on the Executive Committee of the Section and authored important papers on issues relating to class action procedure including revisions proposed by both houses of Congress and the Advisory Committee on Civil Procedure of the United States Judicial Conference. Examples include: "Proposed Changes in Federal Class Action Procedure"; "Opting Out On Opting In" and "The Interstate Class Action Jurisdiction Act of 1999." He also has lectured extensively on securities litigation at continuing legal education seminars.

Ira was featured in *The AmLaw Litigation Daily* as Litigator of the Week on September 13, 2012 for his work in *In re El Paso Corporation Shareholder Litigation*, an action alleging breach of fiduciary duties in connection with a merger transaction, resulting in a settlement providing a $110 million recovery for a class of shareholders. He has also been awarded an AV Preeminent rating, the highest distinction, from the publishers of the Martindale-Hubbell directory.

He is admitted to practice in the State of New York as well as before the United States Court of Appeals for the Second Circuit and the United States District Courts for the Southern and Eastern Districts of New York, the Central District of Illinois, and the Northern District of Texas.

## Michael W. Stocker, Partner

*mstocker@labaton.com*

Michael W. Stocker represents institutional investors in a broad range of class action litigation, corporate governance and securities matters.

A tireless proponent of corporate reform, Mike's caseload reflects his commitment to effect meaningful change that benefits his clients and the markets in which they operate. In

*Eastwood Enterprises LLC v. Farha et al.* (*WellCare Securities Litigation*), Mike was a core part of the legal team that prosecuted a complex securities matter against a major healthcare provider that had allegedly engaged in a massive Medicaid fraud and pervasive insider trading.  The case settled for more than $200 million with additional financial protections built into the settlement to protect shareholders from losses in the future.

Mike also was an instrumental part of the team that took on American International Group, Inc. and 21 other defendants in one of the most significant securities class actions of the decade.  In that closely watched case, the Firm negotiated a recovery of more than $1 billion, the largest securities settlement of 2010.  Most recently, Mike played a key role in litigating In re Bear Stearns Companies, Inc. Securities Litigation where the Firm secured a $275 million settlement with Bear Stearns, plus a $19.9 million settlement with Deloitte & Touche LLP, Bear Stearns' outside auditor.

In a case against one of the world's largest pharmaceutical companies, *In re Abbott Laboratories Norvir Antitrust Litigation*, Mike played a leadership role in litigating a landmark action arising at the intersection of antitrust and intellectual property law.  The novel settlement in the case created a multi-million dollar fund to benefit nonprofit organizations serving individuals with HIV.  In recognition of his work on *Norvir*, he was named to the prestigious Plaintiffs' Hot List by the *National Law Journal* and also received the 2010 Courage Award from the AIDS Resource Center of Wisconsin. Mike was also recognized by *Benchmark Plaintiff* as a Local Securities Litigation Star.

A prolific writer on issues relating to shareholder advocacy and corporate reform, Mike's articles have appeared in national publications including *Bloomberg - Market Makers*, *Forbes.com*, *Institutional Investor*, *Pensions & Investments*, *Corporate Counsel* and the *New York Law Journal*.  He is also regularly called upon for commentary by print and television media, including Fox Business, BBC4 Radio and the Canadian Broadcasting Corporation's

Lang & O'Leary Exchange. Mike was appointed to the *Law360* Securities Advisory Board for 2013 and 2014.  He also serves as the Chief Contributor to *Eyes On Wall Street*, Labaton Sucharow's blog on economics, corporate governance and other issues of interest to investors.  Mike also directly participates in advocacy efforts such as his longtime work guiding non-profit consumer protection groups on many issues such as reform of the credit rating industry.

Earlier in his career, Mike served as a senior staff attorney with the United States Court of Appeals for the Ninth Circuit, and completed a legal externship with federal Judge Phyllis J. Hamilton, currently sitting in the U.S. District Court for the Northern District of California.  He earned a B.A. from the University of California, Berkeley, a Master of Criminology from the University of Sydney, and a J.D. from University of California's Hastings College of the Law. His educational background provides unique insight into white-collar crime, an issue at the core of many of the cases he litigates.

He is an active member of the National Association of Public Pension Plan Attorneys (NAPPA).  He is also a member of the New York State Bar Association and the Association of the Bar of the City of New York.

In addition to his litigation practice, Mike serves as a mentor for youth through Mentoring USA. The program seeks to empower young people with the guidance, skills and resources necessary to maximize their full potential.

He is admitted to practice in the States of California and New York as well as before the United States Courts of Appeals for the Second, Eighth and Ninth Circuits and the United States District Courts for the Northern and Central Districts of California and the Southern and Eastern Districts of New York.

## Jordan A. Thomas, Partner

*jthomas@labaton.com*

Jordan A. Thomas concentrates his practice on investigating and prosecuting securities fraud on behalf of whistleblowers and institutional clients. As Chair of the Firm's Whistleblower Representation practice, Jordan protects and advocates for whistleblowers throughout the world who have information about possible violations of the federal securities laws. He created, and serves as the editor for, www.secwhistlebloweradvocate.com, a website dedicated to helping responsible organizations establish a culture of integrity and courageous whistleblowers to report possible securities violations—without personal or professional regrets.

A longtime public servant and seasoned trial lawyer, Jordan joined Labaton Sucharow from the Securities and Exchange Commission where he served as an Assistant Director and, previously, as an Assistant Chief Litigation Counsel in the Division of Enforcement. He had a leadership role in the development of the SEC Whistleblower Program, including leading fact-finding visits to other federal agencies with whistleblower programs, drafting the proposed legislation and implementing rules and briefing House and Senate staffs on the proposed legislation. He is also the principal architect and first National Coordinator of the Commission's Cooperation Program, an initiative designed to facilitate and incentivize individuals and companies to self-report securities violations and participate in its investigations and related enforcement actions. In recognition of his important contributions to these national initiatives, while at the SEC, Jordan was a recipient of the Arthur Mathews Award, which recognizes "sustained demonstrated creativity in applying the federal securities laws for the benefit of investors," and, on two occasions, the Law and Policy Award.

Throughout his tenure at the SEC, Jordan was assigned to many of its highest-profile matters such as those involving Enron, Fannie Mae, UBS, and Citigroup. He successfully investigated, litigated and supervised a wide variety of enforcement matters involving

violations of the Foreign Corrupt Practices Act, issuer accounting fraud and other disclosure violations, audit failures, insider trading, market manipulations, offering frauds, and broker-dealer, investment adviser and investment company violations.  His cases resulted in monetary relief for harmed investors in excess of $35 billion.

Prior to joining the Commission, Jordan was a Trial Attorney at the Department of Justice, where he specialized in complex financial services litigation involving the FDIC and Office of Thrift Supervision.  He began his legal career as a Navy Judge Advocate on active duty and continues to serve as a senior officer in its Reserve Law Program. Earlier, Jordan worked as a stockbroker.

Jordan is a board member of the City Bar Fund, which oversees the City Bar Justice Center, the pro bono affiliate of the New York City Bar Association.

Throughout his career, Jordan has received numerous awards and honors.  In 2012, he was named a Legal Rebel by the *American Bar Association Journal* in recognition of his trailblazing efforts in the legal field.  Ethisphere Institute, an internationally recognized think tank, selected Jordan as a Rising Star in its listing of 2012 Attorneys Who Matter, which recognizes leading practitioners in the world of corporate ethics and compliance.  While at the SEC, Jordan received four Chairman's Awards, four Division Director's Awards and a Letter of Commendation from the United States Attorney for the District of Columbia.  He is also a decorated military officer, who has twice been awarded the Rear Admiral Hugh H. Howell Award of Excellence—the highest award the Navy can bestow upon a reserve judge advocate. Jordan has received an AV Preeminent rating, the highest attorney rating available, from the publishers of the Martindale-Hubbell legal directory.

Jordan is a nationally sought after writer, speaker and media commentator on securities enforcement, corporate ethics, and whistleblower issues.

Jordan is admitted to practice in the States of New York and New Mexico as well as the District of Columbia.

## Stephen W. Tountas, Partner

*stountas@labaton.com*

Stephen W. Tountas concentrates his practice on prosecuting complex securities fraud cases on behalf of leading institutional investors. In recent years, Steve has developed notable experience in litigating securities fraud claims against securities underwriters and outside audit firms.

In June 2013, Steve was "recommended" by the *Legal 500* as part of the Firm's recognition as one of the three top-tier plaintiffs' firms in securities class action litigation.

Among other matters, Steve is currently prosecuting *In re MF Global Holdings Ltd. Securities Litigation*, *In re Yum! Brands, Inc. Securities Litigation*, and *In re Celestica Inc. Securities Litigation*.

With over a decade of plaintiff-side securities experience, Steve has been one of the principal members of several trial teams, and helped shareholders obtain historic settlements in many large, high-profile cases, including:

- *In re Schering-Plough Corp. / ENHANCE Securities Litigation*, which settled on the eve of trial for $473 million – the largest securities class action recovery in history obtained from a pharmaceutical company. Together with a related securities class action against Merck, the ENHANCE litigation settled for $688 million.

- *In re Broadcom Corp. Securities Litigation*, which settled for $173.5 million – the largest options backdating recovery in the Ninth Circuit and third largest overall. Of that amount, Steve helped recover the largest settlement in a backdating case from an outside audit firm.

- *In re Computer Sciences Corp. Securities Litigation*, which settled weeks before trial for $97.5 million.

- *Adelphia Opt-Out Litigation*, where Steve was the principal partner responsible for prosecuting two direct actions on behalf of numerous City of New York and New Jersey pension funds. Both matters were successfully resolved against Adelphia,

members of the Rigas family, numerous securities underwriters, and Deloitte & Touche LLP.

Steve has substantial appellate experience and has successfully litigated several appeals before the U.S. Court of Appeals for the Second, Third and Ninth Circuits.  In particular, Steve played an instrumental role in reversing the dismissal of Ernst & Young LLP in the *Broadcom* litigation, resulting in a landmark decision that clarified the standard for pleading a securities fraud claim against an outside audit firm.

Prior to joining Labaton Sucharow, Steve practiced securities litigation at Bernstein Litowitz Berger & Grossmann LLP, where he helped shareholders recover significant settlements from OM Group, Inc. ($92.4 million settlement) and Biovail Corp. ($138 million settlement.)

During his time at Washington University School of Law, Steve was on the Dean's List, a Scholar of Law and Editor-in-Chief of the *Journal of Law & Policy*.

Steve is an active member and former Secretary of the Securities Litigation Committee for the New York City Bar Association.  He is also a member of the Federal Bar Council.

Steve is admitted to practice in the States of New York and New Jersey as well as before the United States Courts of Appeals for the Second, Third and Ninth Circuits and the United States District Courts for the Southern District of New York and the District of New Jersey.

## Mark S. Goldman, Of Counsel

*mgoldman@labaton.com*

Mark S. Goldman has 24 years of experience in commercial litigation, primarily litigating class actions involving securities fraud, consumer fraud and violations of federal and state antitrust laws.

Mark is currently prosecuting securities fraud claims on behalf of institutional and individual investors against hedge funds that misrepresented the net asset value of investors' shares, against a company in the video rental market that allegedly provided investors with overly optimistic guidance, and against the parent of a leading shoe retailer which was acquired by its subsidiary without fully disclosing the terms of the transaction or reasons that the transaction was in the minority investors' best interest. In addition, Mark is participating in litigation brought against international air cargo carriers charged with conspiring to fix fuel and security surcharges, and domestic manufacturers of air filters, OSB, flat glass and chocolate, also charged with price-fixing.

Mark successfully litigated a number of consumer fraud cases brought against insurance companies challenging the manner in which they calculated life insurance premiums. He also prosecuted a number of insider trading cases brought against company insiders who, in violation of Section 16(b) of the Securities Exchange Act, engaged in short swing trading. In addition, Mark participated in the prosecution of *In re AOL Time Warner Securities Litigation*, a massive securities fraud case that settled for $2.5 billion.

He is a member of the Philadelphia Bar Association.

Mark has been awarded an AV Preeminent rating, the highest distinction, from the publishers of the Martindale-Hubbell directory.

He is admitted to practice in the Commonwealth of Pennsylvania.

## Thomas G. Hoffman, Jr., Of Counsel

*thoffman@labaton.com*

Thomas G. Hoffman, Jr. concentrates his practice on prosecuting complex securities fraud cases on behalf of institutional investors.

Currently, Thomas is actively involved in prosecuting *In re Goldman Sachs, Inc. Securities Litigation.* Most recently, he was part of the Labaton Sucharow team that recovered

more than $1 billion (subject to court approval) in the six-year litigation against American International Group, Inc.

Prior to joining Labaton Sucharow, Thomas served as a litigation associate at Latham & Watkins LLP, where he practiced complex commercial litigation in federal and state courts. While at Latham & Watkins, his areas of practice included audit defense and securities litigation.

Thomas received a J.D. from UCLA School of Law, where he was Editor-in-Chief of the *UCLA Entertainment Law Review*, and served as a Moot Court Executive Board Member. In addition, he was a judicial extern to the Honorable William J. Rea, United States District Court for the Central District of California. Thomas earned a B.F.A., with honors, from New York University.

Thomas is admitted to practice in the State of New York as well as before the United States District Courts for the Southern and Eastern Districts of New York.

## Richard T. Joffe, Of Counsel

*rjoffe@labaton.com*

Richard Joffe's practice focuses on class action litigation, including securities fraud, antitrust and consumer fraud cases. Since joining the Firm, Rich has represented such varied clients as institutional purchasers of corporate bonds, Wisconsin dairy farmers, and consumers who alleged they were defrauded when they purchased annuities. He played a key role in shareholders obtaining a $303 million settlement of securities claims against General Motors and its outside auditor.

Prior to joining Labaton Sucharow, Rich was an associate at Gibson, Dunn & Crutcher LLP, where he played a key role in obtaining a dismissal of claims against Merrill Lynch & Co. and a dozen other of America's largest investment banks and brokerage firms, who, in

*Friedman v. Salomon/Smith Barney, Inc.*, were alleged to have conspired to fix the prices of initial public offerings.

Rich also worked as an associate at Fried, Frank, Harris, Shriver & Jacobson where, among other things, in a case handled *pro bono*, he obtained a successful settlement for several older women who alleged they were victims of age and sex discrimination when they were selected for termination by New York City's Health and Hospitals Corporation during a city-wide reduction in force.

He co-authored "Protection Against Contribution and Indemnification Claims" in *Settlement Agreements in Commercial Disputes* (Aspen Law & Business, 2000).

Long before becoming a lawyer, Rich was a founding member of the internationally famous rock and roll group, Sha Na Na.

He is admitted to practice in the State of New York as well as before the United States Courts of Appeals for the Second, Third, Ninth and Eleventh Circuits, and the United States District Courts for the Southern and Eastern Districts of New York.

## Barry M. Okun, Of Counsel

*bokun@labaton.com*

Barry M. Okun is a seasoned trial and appellate lawyer with more than 30 years' experience in a broad range of commercial litigation. Currently, Barry is actively involved in prosecuting *In re Goldman Sachs Group, Inc. Securities Litigation*. Most recently, he was part of the Labaton Sucharow team that recovered more than $1 billion (subject to court approval) in the six-year litigation against American International Group, Inc. Barry also played a key role representing the Successor Liquidating Trustee of Lipper Convertibles, L.P. and Lipper Fixed Income Fund, L.P., failed hedge funds, in actions against the Fund's former auditors, overdrawn limited partners and management team. He helped recover $5.2 million from overdrawn limited partners and $30 million from the Fund's former auditors.

Barry has litigated several leading commercial law cases, including the first case in which the United States Supreme Court ruled on issues relating to products liability. He has argued appeals before the United States Court of Appeals for the Second and Seventh Circuits and the Appellate Divisions of three out of the four judicial departments in New York State. Barry has appeared in numerous trial courts throughout the country.

He received a J.D., *cum laude*, from Boston University School of Law, where he was the Articles Editor of the *Law Review*. Barry earned a B.A., with a citation for academic distinction, in History from the State University of New York at Binghamton.

Barry has been awarded an AV Preeminent rating, the highest distinction, from the publishers of the Martindale-Hubbell directory.

He is admitted to practice in the State of New York as well as before the Supreme Court of the United States, the United States Courts of Appeals for the First, Second, Seventh and Eleventh Circuits, and the United States District Courts for the Southern and Eastern Districts of New York.

## Paul J. Scarlato, Of Counsel

*pscarlato@labaton.com*

Paul J. Scarlato has over 22 years of experience litigating complex commercial matters, primarily in the prosecution of securities fraud and consumer fraud class actions and shareholder derivative actions.

Most recently, Paul was a member of the co-lead counsel team that secured a settlement (still subject to court approval) for shareholders in *In re Compellent Technologies, Inc. Shareholder Litigation*.

Currently, he is prosecuting *Arkansas Teacher Retirement System v. State Street Corp.*

Paul has litigated numerous cases on behalf of institutional and individual investors involving companies in a broad range of industries, many of which involved financial statement

manipulation and accounting fraud. Paul was one of three lead attorneys for the class in *Kaufman v. Motorola, Inc.*, a securities-fraud class action case that recovered $25 million for investors just weeks before trial and, was one of the lead counsel in *Seidman v. American Mobile Systems, Inc.*, a securities-fraud class action case that resulted in a favorable settlement for the class on the eve of trial. Paul also served as co-lead counsel in *In re Corel Corporation Securities Litigation*, and as class counsel in *In re AOL Time Warner Securities Litigation*, a securities fraud class action that recovered $2.5 billion for investors.

Paul received a J.D. from the Delaware Law School of Widener University. After law school, Paul served as law clerk to Judge Nelson Diaz of the Court of Common Pleas of Philadelphia County, and Justice James McDermott of the Pennsylvania Supreme Court. Thereafter, he worked in the tax department of a "Big Six" accounting firm prior to entering private practice. Paul earned a B.A. in Accounting from Moravian College.

Paul has received a rating of AV Preeminent from the publishers of the Martindale-Hubbell directory.

He is admitted to practice in the State of New Jersey and the Commonwealth of Pennsylvania.

## Nicole M. Zeiss, Of Counsel

*nzeiss@labaton.com*

Nicole M. Zeiss has 16 years of litigation experience. Nicole focuses her practice on negotiating and documenting complex class action settlements and obtaining the required court approval of the settlements, notice procedures and payments of attorneys' fees. She has expertise in analyzing the fairness and adequacy of the procedures used in class action settlements.

Nicole was part of the Labaton Sucharow team that successfully litigated the $185 million settlement in *Bristol-Myers Squibb*. She also played a significant role in *In re Monster*

*Worldwide, Inc. Securities Litigation* ($47.5 million settlement).  Nicole has also litigated on behalf of investors who have been damaged by fraud in the telecommunications, hedge fund and banking industries.

Prior to joining Labaton Sucharow, Nicole worked for MFY Legal Services, practicing in the area of poverty law.  She also worked at Gaynor & Bass practicing general complex civil litigation, particularly representing the rights of freelance writers seeking copyright enforcement.

Nicole maintains a commitment to *pro bono* legal services by continuing to assist mentally ill clients in a variety of matters—from eviction proceedings to trust administration.

She received a J.D. from the Benjamin N. Cardozo School of Law, Yeshiva University. Nicole earned a B.A. in Philosophy from Barnard College.

Nicole is a member of the Association of the Bar of the City of New York.

She is admitted to practice in the State of New York as well as before the United States District Courts for the Southern and Eastern Districts of New York.

## Jeffrey R. Alexander, Associate

*jalexander@labaton.com*

Jeffrey R. Alexander focuses his practice on prosecuting complex securities fraud cases on behalf of institutional investors.  Currently, Jeff is actively involved in prosecuting *Medoff v. CVS Caremark Corporation et al.* and *In re Celestica Inc. Securities Litigation.*

Recently, Jeff played an active role in prosecuting the securities litigation against Computer Sciences Corporation on behalf of Ontario Teachers' Pension Plan Board, one of Canada's largest pension investors.  After litigating the matter in a "rocket docket" jurisdiction, he participated in securing a settlement of $97.5 million, which is the third largest all-cash settlement in the Fourth Circuit.

Previously, Jeff was involved in securing a $275 million settlement with Bear Stearns Companies and a $19.9 million settlement with Deloitte & Touche LLP, Bear Stearns' outside auditor, in *In re Bear Stearns Companies, Inc. Securities Litigation*.

Jeff also actively participates in Labaton Sucharow's Securities Arbitration *pro bono* project in conjunction with Brooklyn Law School where he serves as a student adviser. Jeff, together with Labaton Sucharow colleagues and Brooklyn Law School students, represents aggrieved and defrauded individual investors who cannot otherwise afford to pay for legal counsel in financial industry arbitration matters against investment advisors and stockbrokers.

Jeff began his career at Latham & Watkins LLP as an associate in the litigation practice group, focusing on antitrust, securities and employment in state and federal courts. Jeff also represented U.S. Soccer in its bid to host the 2018 and 2022 FIFA World Cups.

Jeff received a J.D. from Columbia Law School, where he was named a Harlan Fiske Stone Scholar. A graduate of Emory University, Jeff earned a B.A. in Math and Economics with Phi Beta Kappa honors and was named among the "100 Most Influential Seniors" in the Class of 2005. At Emory University, Jeff was a four-year member of the NCAA soccer team and Chief of Staff to the Student Government Association President.

Jeff is admitted to practice in the States of New York and New Jersey as well as before the United States Court of Appeals for the Tenth Circuit and the United States District Courts for the Southern and Eastern Districts of New York.

## Rachel A. Avan, Associate

*ravan@labaton.com*

Rachel A. Avan prosecutes complex securities fraud cases on behalf of institutional investors. She focuses on advising institutional investor clients regarding fraud-related losses on securities, and on the investigation and development of securities fraud class actions.

In evaluating new and potential matters, Rachel draws on her extensive experience as a securities litigator. She was an active member of the team prosecuting the securities fraud class action against Satyam Computer Services, Inc., dubbed "India's Enron." That case achieved a $150.5 million settlement for investors from the Company and its auditors. Rachel was also a member of the teams prosecuting several of the Firm's mergers and acquisition cases, including suits involving Barnes & Noble, Inc. and Coca-Cola Enterprises Inc.

Rachel brings to the Firm valuable insight into corporate matters, having served as an associate at Lippes Mathias Wexler Friedman LLP, where she counseled domestic and international public companies regarding compliance with federal and state securities laws. Her analysis of corporate securities filings is also informed by her previous work assisting with the preparation of responses to inquiries by the U.S. Securities and Exchange Commission and the Financial Industry Regulatory Authority.

Rachel is the co-author of "Government Reliance on Private Litigants Diverges With Court Trends," *New York Law Journal*, September 9, 2011 and "The JOBS Act Creates Opportunities and Risks," *Financial Executive*, June 1, 2012.

Rachel earned her B.A., *cum laude*, in Philosophy and English and American Literature from Brandeis University in 2000, and her M.A. in English and American Literature from Boston University in 2002. She received her J.D. from Benjamin N. Cardozo School of Law in 2006.

Before entering law school, Rachel was an editorial assistant at a Boston-based publishing company.

Rachel is proficient in Hebrew.

Rachel is admitted to practice in the States of New York and Connecticut as well as before the United States District Court for the Southern District of New York.

## Matthew Belz, Associate

*mbelz@labaton.com*

Matthew Belz's practice focuses on prosecuting complex securities fraud cases on behalf of institutional investors. Since joining Labaton Sucharow, Matthew has been actively involved in prosecuting *In re Amgen Inc. Securities Litigation* and *In re Goldman Sachs Group, Inc. Securities Litigation*.

Prior to joining Labaton Sucharow, Matthew was a litigation associate at White & Case LLP where he represented global corporations and financial institutions in commercial litigation involving fraud, torts, contract disputes and international matters such as Office of Foreign Assets Control (OFAC) sanctions. Matthew also counseled clients on the Dodd-Frank Act and federal securities law.

Matthew received his J.D. from the Emory University School of Law where he served as Notes & Comments Editor on the *Emory International Law Review*. He earned his B.A. in Political Science and Russian & East European Studies at Emory University.

Matthew is admitted to practice in the State of New York and the District of Columbia, as well as before the United States Court of Appeals for the Second Circuit, and the United States District Courts for the Southern and Eastern Districts of New York.

## John B. Bockwoldt, Associate

*jbockwoldt@labaton.com*

John B. Bockwoldt concentrates his practice on prosecuting complex securities fraud cases on behalf of institutional investors. Currently, John is a member of a team prosecuting *In re Schering-Plough Corporation/ENHANCE Securities Litigation*.

Prior to joining Labaton Sucharow, John worked as an attorney in private practice, where he primarily litigated copyright and trademark infringement actions.

John received a J.D. from Brooklyn Law School. During law school, he served as a judicial intern to the Honorable Kiyo A. Matsumoto, former Magistrate Judge, and currently a

United States District Judge for the Eastern District of New York.  John earned a B.A., *cum laude*, in Criminal Justice from Albany University, State University of New York.

John is a member of the Association of the Bar of the City of New York, and the New York County Lawyers' Association.

John is admitted to practice in the State of New York as well as before the United States District Courts for the Southern and Eastern Districts of New York.

## Derick I. Cividini, Associate

*dcividini@labaton.com*

Derick I. Cividini concentrates his practice on prosecuting complex securities fraud cases on behalf of institutional investors.  He was part of the case team that represented lead plaintiff City of Edinburgh Council as Administering Authority of the Lothian Pension Fund in *In re Lehman Brothers Equity/Debt Securities Litigation*, which resulted in settlements totaling $516 million against Lehman Brothers' former officers and directors as well as most of the banks that underwrote Lehman Brothers' offerings.

Prior to joining Labaton Sucharow, Derick was a litigation attorney at Kirkland & Ellis LLP, where he practiced complex civil litigation.  Earlier in his litigation career with Hughes Hubbard & Reed LLP, he worked on product liability class actions.

Derick received a J.D. and M.B.A. from Rutgers University and earned his B.A. in Finance from Boston College.

Derick is admitted to practice in the State of New York.

## Marisa N. DeMato, Associate

*mdemato@labaton.com*

Marisa N. DeMato advises leading pension funds and other institutional investors on issues related to corporate fraud in the U.S. securities markets. Her work focuses on complex

securities class actions, and she counsels clients on best practices in the corporate governance of publicly traded companies. Her practice spans both the United States and Canada.

Marisa is a frequent lecturer on topics pertaining to securities fraud litigation, fiduciary responsibility and corporate governance issues.  Over the past several years, Marisa has focused speaking on the subprime mortgage crisis and its disastrous effect on the pension fund community at regional and national conferences.  Marisa also has presented on issues pertaining to the federal regulatory response to the financial crisis of 2008, including the implications of the Dodd-Frank legislation and the national debate on executive compensation, "Say-on-Pay" initiatives and proxy access for shareholders.  Specifically, Marisa has addressed the National Conference on Public Employee Retirement Systems, the Florida Public Pension Trustees Association, The National Association of Police Officers, The Public Funds Summit, the National Coordinating Committee for Multiemployer Plans, the Southeastern Public Employees Retirement System Summit, the Texas Public Employees Retirement System, the New England Public Employees Retirement System Summit and the Massachusetts Contributory Retirement System, among others.

In the spring of 2006, Marisa was selected over 250,000 applicants to appear on the sixth season of The Apprentice, which aired on January 7, 2007 on NBC.  As a result of her role on The Apprentice, Marisa has appeared in numerous news media outlets, such as the Wall Street Journal, People magazine and various national legal journals.

While at the University of Baltimore School of Law, Marisa served as a legal intern for the Office of the Attorney General in Annapolis, Maryland, working directly with the Deputy Attorney General for the Maryland General Assembly.

Marisa is admitted to practice in the State of  Florida and the District of Columbia as well as before the United States District Courts for the Northern, Middle and Southern Districts of Florida.

## David C. Erroll, Associate

*derroll@labaton.com*

David C. Erroll's practice focuses on representing institutional investors in complex securities fraud matters, with an emphasis on the identification and analysis of emerging cases.

Prior to joining Labaton Sucharow, David was an associate at Cadwalader, Wickersham & Taft LLP, representing health care and non-profit organizations, and then worked in private practice pursuing meritorious matters on a *pro bono* basis, including corporate governance matters for charitable and educational institutions as well as immigration and naturalization appeals for members of the arts community and their family members from nations with oppressive governments.

In 2006, David and his father co-authored "American Genius: Nineteenth Century Bank Locks and Time Locks," *Quantuck Lane*.

David received his J.D. from the Law School at the University of Chicago. He also holds an M.B.A. in Finance from Michigan State University, where he was a Broad Scholar, and a B.A. in Economics, *summa cum laude*, from Golden Gate University.

David is admitted to practice in the State of New York.

## Serena Hallowell, Associate

*shallowell@labaton.com*

Serena Hallowell concentrates her practice on prosecuting complex securities fraud cases on behalf of institutional investors. Currently, she is prosecuting *In re CVS Securities Litigation* ("CVS"), *In re Chesapeake Energy Corp. Securities Litigation* (*Weinstein et al. v. McClendon et al.*), and *Abrams v. Intuitive Surgical, Inc.*

Recently, Serena played a principal role in prosecuting *In re Computer Sciences Corporation Securities Litigation* ("CSC"). After actively litigating the CSC matter in a "rocket docket" jurisdiction, she participated in securing a settlement of $97.5 million on behalf of

lead plaintiff Ontario Teachers' Pension Plan Board, which is the third largest all cash settlement in the Fourth Circuit.

Serena also has broad appellate and trial experience.  Most recently, Serena participated in the successful appeal of the CVS matter before the U.S. Court of Appeals for the First Circuit and she is currently participating in an appeal pending before the U.S. Court of Appeals for the Tenth Circuit.  In addition, she has previously played a key role in securing a favorable jury verdict in one of the few securities fraud class action suits to proceed to trial.

Serena is the co-author of "Does 'Dukes' Require Full 'Daubert' Scrutiny at Class Certification," *New York Law Journal*, November 25, 2011.

Prior to joining Labaton Sucharow, Serena was an attorney at Ohrenstein & Brown LLP, where she participated in various federal and state commercial litigation matters.  During her time there, she also defended financial companies in regulatory proceedings and assisted in high profile coverage litigation matters in connection with mutual funds trading investigations.

Serena received a J.D. from Boston University School of Law, where she served as the Note Editor for the *Journal of Science & Technology Law*.  She earned a B.A. in Political Science from Occidental College.

Serena is a member of the Association of the Bar of the City of New York, the Federal Bar Council, and the National Association of Women Lawyers.

She is conversational in Urdu/Hindi.

Serena is admitted to practice in the State of New York as well as before the United States Court of Appeals for the Eleventh Circuit and the United States District Courts for the Southern and Eastern Districts of New York.

## Cynthia Hanawalt, Associate

*chanawalt@labaton.com*

Cynthia Hanawalt litigates complex securities fraud cases on behalf of large institutional investors.  She is currently prosecuting *In re MF Global Holdings Limited Securities Litigation* and *Freedman v.  Weatherford International, Ltd.*

Cynthia was named a Rising Star by SuperLawyers 2013.   She played a key role in litigating *In re Computer Sciences Corporation Securities Litigation*, where the Firm secured a $97.5 million settlement on behalf of lead plaintiff Ontario Teachers' Pension Plan Board, and she has been active in Labaton Sucharow's prosecution of fraudulent activity in the securitization and sale of mortgage-backed securities on behalf of domestic and international investors.  She also has substantial appellate experience.  Cynthia is the co-author of "The Evolving Legacy of Fait v.  Regions Financial," *New York Law Journal*, May 3, 2013.

Prior to joining Labaton Sucharow, Cynthia was an associate at Bingham McCutchen LLP and McKee Nelson LLP, where she represented clients in state and federal securities litigation, typically involving asset-backed securities or CDOs, and in other commercial litigation matters.  She co-authored the articles "Theory of Implied Misrepresentation in Securities Fraud Cases," *New York Law Journal*, April 5, 2010 and "Dodd-Frank: Rating Agencies and the ABS Market," *Law360*, January 25, 2011.   She was also honored for her *pro bono* work at Bingham McCutchen, which included representation of a Texas inmate's federal habeas proceedings in a capital case.

Cynthia began her career as an associate with The Boston Consulting Group.   She received a J.D.  from Columbia Law School, where she was a Harlan Fiske Stone Scholar.  She earned a M.A.  in Law and Economics from Università di Bologna in Italy.  Cynthia received a B.A., *cum laude*, in Public Policy Studies from Duke University, where she was presented with the William J.  Griffith University Service Award.

Cynthia is admitted to practice in the State of New York as well as before the United States District Courts for the Southern and Eastern Districts of New York.

## Felicia Mann, Associate

*fmann@labaton.com*

Felicia Mann concentrates her practice on prosecuting complex securities fraud cases on behalf of institutional investors. Since joining Labaton Sucharow, Felicia has been actively involved in prosecuting *In re Massey Energy Co. Securities Litigation*. Most recently, she was part of the Labaton Sucharow team that recovered more than $1 billion (subject to court approval) in the eight-year litigation against American International Group, Inc.

Felicia received a J.D. from Brooklyn Law School. During her time there, she earned the CALI Award for Excellence in Legal Drafting. She also served as a summer associate at Labaton Sucharow, where she drafted memoranda related to securities and antitrust law. Additionally, she served as a judicial intern in the U.S. District Court of the Eastern District of New York for the Honorable Dora Irizarry, and was an intern for the Bureau of Securities in the New Jersey Attorney General's Office. Felicia earned a B.S. in Finance and International Business from Georgetown University.

Prior to practicing law, Felicia was a financial analyst and assistant vice president at Marsh Inc. in its market security group where she evaluated and monitored the financial condition of U.S. and European insurers.

She is a member of the American Bar Association, Association of the Bar of the City of New York, the New York County Lawyers' Association and the Federal Bar Council.

Felicia is admitted to practice in the States of New York and New Jersey as well as before the United States District Courts for the Southern and Eastern Districts of New York and the District of New Jersey.

## Wilson Meeks, III, Associate

*wmeeks@labaton.com*

Wilson Meeks III concentrates his practice in prosecuting complex securities fraud cases on behalf of institutional investors.

Prior to joining Labaton Sucharow, Bill was an associate at Akin Gump Strauss Hauer & Feld LLP where he focused on complex securities, commercial and bankruptcy litigation. Bill also completed clerkships with the Honorable James Robertson of the United States District Court for the District of Columbia, Washington, D.C. and with the Honorable Dolores K. Sloviter of the United States Court of Appeals for the Third Circuit , Philadelphia, PA.

Bill received his J.D. from Columbia Law School where he received the James Kent Scholar and Harlan Fiske Stone Scholar awards, as well as the Milton B. Conford Book Prize in Jurisprudence and the Samuel I. Rosenman Prize. He was the Head Writing and Research Editor of the *Columbia Journal of Law and Social Problems* where he published the article "Corporate and White-Collar Crime Enforcement: Should Regulation and Rehabilitation Spell an End to Corporate Criminal Liability?" 40 *Colum J.L.& Soc. Probs.* 77 (2006). Bill earned his B.A. in English with a minor in History from Colgate University.

Bill is admitted to practice in the State of New York as well as before the United States District Courts for the District of Columbia and the Southern District of New York and the U.S. Court of Appeals for the Third Circuit.

## Amy J. Metzger, Associate

*ametzger@labaton.com*

Amy J. Metzger is a member of the International Litigation Practice and the Client Monitoring and Case Evaluation Group. Amy primarily concentrates her practice on analyzing the merits, structure, parties and risks of participation in international securities litigation matters and providing timely advisory and liaison services in connection with these matters. She also litigates complex securities fraud cases on behalf of institutional investors.

Prior to joining Labaton Sucharow, Amy was an associate at Dewey & LeBoeuf LLP, where she litigated securities, employment, insurance/reinsurance, and intellectual property cases, including class actions, on behalf of Fortune 500 companies in state and federal courts. Previously, Amy completed a federal clerkship with the Honorable Katharine S. Hayden of the United States District Court for the District of New Jersey.

Amy received her J.D. from Cornell University Law School, where she was General Editor of the *Cornell Journal of Law and Public Policy*. She obtained her B.A., *summa cum laude*, from Tufts University, graduating Phi Beta Kappa. Amy is a member of the New York State Bar Association, the Association of the Bar of the City of New York, the New Jersey Bar Association, the American Bar Association, the Federal Bar Council and the National Association of Women Lawyers.

Amy is admitted to practice in the States of New York and New Jersey as well as before the United States District Courts for the Southern and Eastern Districts of New York and the District of New Jersey.

## Matthew C. Moehlman, Associate

*mmoehlman@labaton.com*

Matthew C. Moehlman represents institutional investors in complex securities related litigation, shareholder advocacy, corporate governance matters, and mergers and acquisitions litigation.

Most recently, Matt was a member of the co-lead counsel teams that secured settlements for shareholders in *In re RehabCare Group, Inc., Shareholders Litigation*, *In re Compellent Technologies, Inc. Shareholder Litigation* and *In re El Paso Corporation Shareholder Litigation*.

Currently, Matt is prosecuting *In re ARIAD Pharmaceutical, Inc. Securities Litigation* and *California Teachers' Retirement System v. Alvarez, et al. (Wal-Mart Derivative Litigation)*.

Prior to joining Labaton Sucharow, Matt practiced securities litigation at Bernstein Litowitz Berger & Grossmann LLP, where he was a member of the teams on several of the firm's high profile cases, including the securities class action against the Federal Home Loan Mortgage Corporation ("Freddie Mac"), in which a $410 million settlement was obtained for defrauded investors and *In re Delphi Corporation Securities Litigation*, which resulted in a settlement with a potential value of over $322 million in cash and stock.  He was also a member of the teams that successfully prosecuted *In re SFBC International, Inc. Securities & Derivatives Litigation*, resulting in a settlement of $28.5 million and *In re Suprema Specialties, Inc. Securities Litigation*, resulting in a settlement of $19 million in cash.  Matt began his career as an associate at Strasburger & Price, LLP and has experience in commercial litigation.

Matt received a J.D. from the University of Virginia School of Law.  He earned an A.B. in English and American Literature & Language from Harvard University, where he was the Editor of *The Harvard Lampoon* magazine and *The Harvard Crimson* newspaper.

He is a member of the American Bar Association, the New York Bar Association and the Texas Bar Association.

Matt is admitted to practice in the States of New York and Texas as well as before the United States District Court for the Southern District of New York.

## Angelina Nguyen, Associate

*anguyen@labaton.com*

Angelina Nguyen concentrates her practice on prosecuting complex securities fraud cases on behalf of institutional investors.  Currently, Angelina is a member of the team prosecuting *Richard Gammel v. Hewlett-Packard Co., et al.*  She previously litigated *In re K12 Inc. Securities Litigation*.

Prior to joining Labaton Sucharow, Angelina was an associate at Quinn, Emanuel, Urquhart, Oliver & Hedges LLP. She began her career as an associate at Skadden, Arps, Slate, Meagher & Flom LLP, where she worked on the *Worldcom Securities Litigation*.

Angelina received a J.D. from Harvard Law School. She earned a B.S. in Chemistry and Mathematics with first class honors from the University of London, Queen Mary and Westfield College.

Angelina is a member of the American Bar Association.

Angelina is admitted to practice in the State of New York as well as before the United States Court of Appeals for the Second Circuit.

## Corban S. Rhodes, Associate

*crhodes@labaton.com*

Corban S. Rhodes concentrates his practice in prosecuting complex securities fraud cases on behalf of institutional investors, focusing particularly on Residential Mortgage-Backed Securities and the subprime mortgage lending and securitization industries.

Currently, Corban is actively prosecuting several cases on behalf of institutional investors against the issuers and underwriters of Residential Mortgage-Backed Securities in connection with fraud and misrepresentations in the securitization and sale of those offerings.

Before joining Labaton Sucharow, Corban was an associate at Sidley Austin LLP where he practiced complex commercial litigation and securities regulation. He has served as the lead associate on behalf of large financial institutions in several investigations by regulatory and enforcement agencies related to the recent financial crisis. He also received a Thurgood Marshall Award in 2008 for his *pro bono* representation on a habeas petition of a capital punishment sentence.

Corban co-authored "Parmalat Judge: Fraud by Former Executives of Bankrupt Company Bars Trustee's Claims Against Auditors," published by the American Bar Association.

Corban received a J.D., *cum laude*, from Fordham University School of Law, where he received the 2007 Lawrence J. McKay Advocacy Award for excellence in oral advocacy and was a board member of the Fordham Moot Court team. He earned his B.A., *magna cum laude*, in History from Boston College.

He is admitted to practice in the State of New York as well as before the United States District Court for the Southern District of New York.

## Michael H. Rogers, Associate

*mrogers@labaton.com*

Michael H. Rogers concentrates his practice on prosecuting complex securities fraud cases on behalf of institutional investors. Currently, Mike is actively involved in prosecuting *In re Goldman Sachs, Inc. Securities Litigation* and *Arkansas Teacher Retirement System v. State Street Corp.*

Since joining Labaton Sucharow, Mike has been a member of the lead or co-lead counsel teams in federal securities class actions against Countrywide Financial Corp. ($624 million settlement), HealthSouth Corporation ($671 million settlement) and Mercury Interactive Corp. ($117.5 million settlement).

Prior to joining Labaton Sucharow, Mike was an attorney at Kasowitz, Benson, Torres & Friedman LLP, where he practiced securities and antitrust litigation, representing international banking institutions bringing federal securities and other claims against major banks, auditing firms, ratings agencies and individuals in complex multidistrict litigation. He also represented an international chemical shipping firm in arbitration of antitrust and other claims against conspirator ship owners.

Mike began his career as an attorney at Sullivan & Cromwell, where he was part of Microsoft's defense team in the remedies phase of the Department of Justice antitrust action against the company.

Mike received a J.D., *magna cum laude*, from the Benjamin N. Cardozo School of Law, Yeshiva University, where he was a member of the *Cardozo Law Review*. He earned a B.A., *magna cum laude*, in Literature-Writing from Columbia University.

Mike is proficient in Spanish.

He is admitted to practice in the State of New York as well as before the United States District Courts for the Southern and Eastern Districts of New York.

## Katherine R. Ryan, Associate

*kryan@labaton.com*

Katherine R. Ryan concentrates her practice in prosecuting complex securities fraud cases on behalf of institutional investors.

Prior to joining Labaton Sucharow, Katherine was an associate at Linklaters LLP where she worked on cases involving complex financial instruments, noteholder disputes, collapsed funds and disputes over ownership of securities as well as general commercial litigation matters.

Katherine received her J.D. from The George Washington University Law School where she was the Notes Editor for the *Public Contract Law Journal*. She received her B.A. in Communication, with a concentration in Biology and Society, from Cornell University.

Katherine is admitted to practice in the State of New York as well as before the United States District Courts for the Southern and Eastern Districts of New York.

## Kendra Schramm, Associate

*kschramm@labaton.com*

Kendra Schramm concentrates her practice on prosecuting complex securities fraud cases on behalf of institutional investors.

Kendra is actively involved in prosecuting *In re Fannie Mae 2008 Securities Litigation*, *In re Facebook, Inc. IPO Securities and Derivative Litigation*, and *In re Goldman Sachs Group,*

*Inc. Securities Litigation.*  She is also part of the Labaton Sucharow team that recovered more than $1 billion for investors in the eight-year litigation against American International Group, Inc.

Kendra received a J.D. from Brooklyn Law School, where she was an Associate Managing Editor of the *Journal of Law and Policy.*  While in law school, Kendra received the CALI Award for Alternative Dispute Resolution and served as a judicial intern for the Hon. Elizabeth Stong of the United States Bankruptcy Court for the Eastern District of New York. Kendra received a B.A. in Politics from New York University.

Kendra is a member of the New York City Bar Association and the New York County Lawyers' Association.

Kendra is admitted to practice in the States of New York and New Jersey, as well as before the United States District Courts for the Southern District of New York, and the District of New Jersey.

Kendra is admitted to practice in the States of New York and New Jersey.

## Irina Vasilchenko, Associate

*ivasilchenko@labaton.com*

Irina Vasilchenko concentrates her practice on prosecuting complex securities fraud cases on behalf of institutional investors.

Prior to joining Labaton Sucharow, Irina was an associate in the general litigation practice group at Ropes & Gray LLP, where she focused on securities litigation.

Irina maintains a commitment to *pro bono* legal service including, most recently, representing an indigent defendant in a criminal appeal case before the New York First Appellate Division, in association with the Office of the Appellate Defender.  She is currently seeking leave to appeal the First Department's decision before the New York Court of Appeals.

Irina received a J.D., *magna cum laude*, from Boston University School of Law, where she was an editor of the *Boston University Law Review* and was the G. Joseph Tauro Distinguished Scholar (2005), the Paul L. Liacos Distinguished Scholar (2006), and the Edward F. Hennessey Scholar (2007).  Irina earned a B.A. in Comparative Literature with Distinction, *summa cum laude*, from Yale University.

She is fluent in Russian and proficient in Spanish.

Irina is admitted to practice in the State of New York and the State of Massachusetts as well as before the United States District Courts for the Southern and Eastern Districts of New York.

## Carol C. Villegas, Associate

*cvillegas@labaton.com*

Carol C. Villegas concentrates her practice on prosecuting complex securities fraud cases on behalf of institutional investors.

She is a regular contributor to *Eyes on Wall Street*, Labaton Sucharow's blog on economics, corporate governance, and other issues of interest to investors.

Prior to joining Labaton Sucharow, Carol served as the Assistant District Attorney in the Supreme Court Bureau for the Richmond County District Attorney's Office.  During her tenure at the District Attorney's Office, Carol took several cases to trial.  She began her career at King & Spalding LLP where she worked as an associate in the Intellectual Property practice group.

Carol received a J.D. from New York University School of Law.  She was the recipient of The Irving H. Jurow Achievement Award for the Study of Law, and was awarded the Association of the Bar of the City of New York Minority Fellowship.  Carol served as the Staff Editor, and later the Notes Editor, of the *Environmental Law Journal*.  She earned a B.A., with honors, in English and Politics from New York University.

Carol is a member of the Association of the Bar of the City of New York and the New York State Bar Association's Committee on Women in the Law.

She is fluent in Spanish.

Carol is admitted to practice in the States of New York and New Jersey as well as before the United States District Courts for the Southern and Eastern Districts of New York, the District of New Jersey, the District of Colorado, and the Eastern District of Wisconsin.

## Ned Weinberger, Associate

*nweinberger@labaton.com*

Ned Weinberger focuses his practice on representing investors in shareholder litigation, including class actions, corporate governance matters, and derivative litigation.

Prior to joining Labaton Sucharow, Ned was a litigation associate at Grant & Eisenhofer P.A. where he gained substantial experience in all aspects of investor protection, including representing shareholders in matters relating to securities fraud, mergers and acquisitions, and alternative entities. Representative of Ned's experience in the Delaware Court of Chancery is *In re Barnes & Noble Stockholders Derivative Litigation*, in which Ned assisted in obtaining approximately $29 million in settlements on behalf of Barnes & Noble investors. Ned has also served as plaintiffs' counsel in significant shareholder litigation in other state and federal courts, including in *In re Pfizer Inc. Securities Litigation*, *In re XTO Shareholder Litigation*, and *In re Schering-Plough/Merck Merger Litigation*.

Ned received his J.D. from the Louis D. Brandeis School of Law at the University of Louisville where he served on the Journal of Law and Education. He earned his B.A. in English Literature, *cum laude*, at Miami University.

He is admitted to practice in Delaware, Pennsylvania, and New York, as well as before the United States District Court of Delaware.

## Elizabeth Rosenberg Wierzbowski, Associate

*ewierzbowski@labaton.com*

Elizabeth Rosenberg Wierzbowski concentrates her practice on prosecuting complex securities fraud cases on behalf of institutional investors, with a focus on obtaining court approval of class action settlements, notice procedures and payment of attorneys' fees.

Prior to joining Labaton Sucharow, Elizabeth was an associate at Whatley Drake & Kallas LLP, where she litigated securities and consumer fraud class actions. Elizabeth began her career as an associate at Milberg LLP where she practiced securities litigation and was also involved in the *pro bono* representation of individuals seeking to obtain relief from the World Trade Center Victims' Compensation Fund.

Elizabeth received her J.D. from Brooklyn Law School. She obtained her B.A. in Psychology from the University of Michigan.

Elizabeth is admitted to practice in the State of New York and the District Courts for the Southern and Eastern Districts of New York.

## Peter C. Wood, Jr., Associate

*pwood@labaton.com*

Peter C. Wood, Jr. represents the Firm's institutional investor clients in complex securities related litigation, shareholder advocacy, corporate governance matters, and mergers and acquisitions litigation.

Prior to joining Labaton Sucharow, Peter was an attorney in the corporate litigation department of Richards, Layton & Finger, P.A., where his practice focused primarily on litigation involving corporate governance, corporate control, contractual disputes and other commercial disputes. He also provided *pro bono* assistance to victims of domestic violence in obtaining Protection From Abuse orders and drafted estate planning documents for impoverished individuals.

Peter received a J.D. from The Pennsylvania State University Dickinson School of Law, where he was Associate Editor of the *Penn State Law Review*, and a member of the Woolsack Honor Society. Peter earned a B.S. in Finance from King's College.

Peter is admitted to practice in the State of Delaware and the Commonwealth of Pennsylvania.

## Michael L. Woolley, Associate

*mwoolley@labaton.com*

Michael L. Woolley concentrates his practice on prosecuting complex securities fraud cases on behalf of institutional investors. Currently, he is actively involved in prosecuting *In re Massey Energy Co. Securities Litigation.*

Michael was a member of the Labaton Sucharow team that successfully litigated *Eastwood Enterprises, LLC v. Farha et al.* which resulted in a $200 million settlement.

Prior to joining Labaton Sucharow, Michael was a litigation associate at Seward & Kissel LLP, where he practiced commercial litigation in federal and state courts. Michael also has extensive experience representing investment managers, hedge funds, and broker-dealers in arbitrations and regulatory investigations. He began his career as an associate at Husch Blackwell Sanders in Kansas City, Missouri.

Michael received a J.D. from Georgetown University Law Center, where he was a Foreign Lawyer Law Fellow and a staff member of the *Georgetown Journal of Legal Ethics.* He earned a B.S. in Business Administration from the University of Nebraska.

Michael is admitted to practice in the States of New York and Missouri as well as before the United States Courts of Appeals for the Third and Sixth Circuits and the United States District Courts for the Southern and Eastern Districts of New York, and the Western District of Missouri.

## EXHIBIT 2

### IN RE ABBOTT-DEPAKOTE SHAREHOLDER
### DERIVATIVE LITIGATION

#### Name of Firm

#### TIME REPORT

#### From April 13, 2012 through the Present

| NAME | HOURS BILLED | HOURLY RATE | LODESTAR |
|---|---|---|---|
| Partners | 51.2 | $750-$825 | $40,025.00 |
| | | | |
| Associates | 101.30 | $450-$490 | $47,274.50 |
| | | | |
| Paralegals | 42.40 | $200-$295 | $11,599.00 |
| | | | |
| TOTAL LODESTAR | | | $98,898.50 |

**EXHIBIT 3**

**IN RE ABBOTT-DEPAKOTE SHAREHOLDER
DERIVATIVE LITIGATION**

**Name of Firm**

**EXPENSE REPORT**

**From April 13, 2012 through the Present**

| CATEGORY | AMOUNT |
|---|---|
| Filing Fees | $400.00 |
| Telephone/Faxes | $36.90 |
| Copying/Printing | $722.40 |
| Postage/Express Mail/Messenger | 35.67 |
| Legal Research*/Investigative Research | $2,454.14 |
| Word Processing | $95.00 |
| Meals | $340.08 |
| Court Reporter/Transcript Fees | $64.00 |
| Transportation | $36.00 |
| **TOTAL EXPENSES** | $4,184.19 |

\*  The charges reflected for on-line research are for out-of-pocket payments to the vendors for research done in connection with this litigation.  On-line research is billed to each case based on actual time usage at a set charge by the vendor.  There are no administrative charges included in these figures.

# EXHIBIT 5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

------------------------------------------------------------------------x

**IN RE ABBOTT-DEPAKOTE SHAREHOLDER**   :
**DERIVATIVE LITIGATION**                         :   **CASE NO: 1:11-cv-08114**
                                             :   **Hon. Virginia M. Kendall**

------------------------------------------------------------------------x

**DECLARATION OF ALBERT M. MYERS IN SUPPORT OF**
**APPLICATION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT**
**OF LITIGATION EXPENSES FILED ON BEHALF OF KAHN SWICK & FOTI, LLC**

I, Albert M. Myers, declare as follows:

1.     I am a partner of Kahn Swick & Foti, LLC, counsel to plaintiff Louisiana Municipal Police Employees Retirement System, a plaintiff in the above-captioned action (the "Action") as well as the plaintiff in Case No. 11-cv-8631, which was consolidated into the Action. I am a member of the bars of the States of New York and Georgia and have been admitted *pro hac vice* in these actions. I submit this declaration in support of my firm's application for an award of attorneys' fees in connection with certain services rendered in the Action, as well as for reimbursement of certain expenses incurred by my firm in connection with the Action.

2.     My firm, which represents plaintiff Louisiana Municipal Police Employees Retirement System in the Action, acted as one of plaintiffs' counsel in the Action. My firm seeks attorneys' fees and reimbursement of expenses only for the work performed at the direction or with the permission of Lead Counsel designated by the Court as well as for services provided to our client. My firm's compensation for services rendered in this case was undertaken on a wholly contingent basis.

3.     My firm's resume, which includes a brief biography of the attorneys who have worked on this case, is attached hereto as Exhibit 1.

4.     The work performed by my firm for the benefit of Abbott includes the following: conferring with and advising Lead Counsel with respect to substantive factual and legal developments affecting Abbott and the progress of this Action; conferring with and advising Lead Counsel with respect to the drafting and editing of the amended consolidated complaint and the second amended consolidated complaint in this Action; conferring with and advising Lead Counsel with respect to the drafting and editing of opposition memoranda of law to the defendants' motions to dismiss the amended consolidated complaint and the second amended consolidated complaint and conducting legal research in support of same; conferring with and advising Lead Counsel with respect to the editing of the Stipulation of Settlement and the motion for final approval of the Settlement; conferring with Lead Counsel concerning, and drafting of, discovery requests on various third parties; and conferring with and advising Lead Counsel regarding overall case status and strategy, including periodic updates concerning the results of case status hearings and follow-up.  Additionally, the following services were provided by my firm to our client:   providing regular status updates; conferring with the client or its representative regarding status and strategy; and soliciting and communicating client recommendations and preferences concerning strategy to Lead Counsel.

5.     The schedule attached hereto as Exhibit 2 is a summary indicating the amount of time spent by each attorney and/or paralegal of my firm who was involved in litigating this Action from April 13, 2012 (when the Court issued its order appointing the Lead Plaintiff and Lead Counsel) through the date of this filing, and the lodestar calculation based upon my firm's current billing rates.  For personnel who are no longer employed by my firm, the lodestar

calculation is based on the billing rates for such personnel in his or her final year of employment by my firm. The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by my firm, which are available upon request by the Court. Time expended in preparing this application for fees and reimbursement of expenses has not been included in this request.

6. The hourly rates for the attorneys in my firm included in Exhibit 2 are the same as the regular current rates which have been accepted in other securities and shareholder litigation.

7. The total number of hours spent on this Action by my firm performing work at the direction or with the permission of Lead Counsel from April 13, 2012 is 292.40 hours. The total lodestar for that work is $195,404.00.

8. My firm's lodestar figures are based upon my firm's billing rates, which rates do not include charges for expense items. Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

9. As detailed in the schedule attached hereto as Exhibit 3, my firm has incurred a total of $409.31 in unreimbursed expenses since the appointment of Lead Plaintiff in connection with the litigation of the Action.

10. The expenses incurred in this Action are reflected in the books and records of my firm which are kept in the ordinary course of business. These books and records are prepared from expense vouchers, check records, credit card statements, and other source materials and are an accurate record of expenses incurred.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on April 23, 2014 at Madisonville, Louisiana.

_____

ALBERT M. MYERS

**EXHIBIT 1**



**New York, New York**

250 Park Avenue, Suite 2040
New York, NY 10177
Phone: (212) 696-3730
Fax: (504) 455-1498


**Madisonville, Louisiana**

206 Covington Street
Madisonville, LA 70447
Toll Free: (866) 467-1400
Phone: (504) 455-1400
Fax: (504) 455-1498

www.ksfcounsel.com

**Kahn Swick & Foti, LLC**

## Table of Contents

The Firm ............................................................................................................ 2

Securities Litigation ......................................................................................... 2

    Current Cases ............................................................................................... 2

    Recent Victories ............................................................................................ 3

    Recent Recoveries ........................................................................................ 3

Corporate Governance and Derivative Litigation ........................................ 4

    Current Cases ............................................................................................... 4

    Recent Recoveries ........................................................................................ 5

Consumer Protection Litigation ...................................................................... 7

    Current Cases ............................................................................................... 7

    Recent Recoveries ........................................................................................ 7

Shareholder M&A Class Action Litigation ..................................................... 8

    Current Cases ............................................................................................... 8

    Sucessfully Resolved Cases ........................................................................ 8

Attorneys ........................................................................................................... 9

    Partners ........................................................................................................ 9

        *Lewis S. Kahn* ......................................................................................... 9

        *Michael A. Swick* .................................................................................... 9

        *Charles C. Foti, Jr.* ................................................................................ 10

        *Kim E. Miller* .......................................................................................... 11

        *Albert M. Myers* ..................................................................................... 13

        *Melinda A. Nicholson* ............................................................................ 15

    Of Counsel ................................................................................................. 16

        *Neil Rothstein* ........................................................................................ 16

    Special Counsel ......................................................................................... 16

        *Andrew J. Gibson* .................................................................................. 16

    Associates .................................................................................................. 17

        *Bruce W. Dona* ...................................................................................... 17

        *Craig J. Geraci* ...................................................................................... 17

        *J. Ryan Lopatka* .................................................................................... 18

        *Michael J. Palestina* .............................................................................. 18

# The Firm

Kahn Swick & Foti, LLC ("KSF") (www.ksfcounsel.com) is a boutique law firm with offices in New York City and Louisiana. KSF focuses predominantly on class actions, in the areas of securities and consumer fraud, and on shareholder derivative and other complex litigation. Since its inception in 2000, KSF has recovered hundreds of millions of dollars for its clients.

The lawyers of KSF have extensive experience litigating complex cases in the following practice areas: (i) securities litigation; (ii) corporate governance and derivative litigation; (iii) consumer protection litigation; and (iv) shareholder merger and acquisition class action litigation. A sampling of the firm's current cases and recent recoveries is set forth below.

# Securities Litigation

## Current Cases

***Archdiocese of Milwaukee Supporting Fund, et al., v. Halliburton Company, et al.***
3:02-CV-1152-M
    *Northern District of Texas*
    *Special Counsel for Plaintiff Class*

***Better, et al. v. YRC Worldwide, Inc. et al.***, 11-CV-2072-KHV/JPO
    *District of Kansas*
    *Lead Counsel*

***Davison et al. v. Ventrus Biosciences, Inc. et al.,*** 1:13-cv-03119-RMB
    *Southern District of New York*
    *Lead Counsel*

***Fifield v. Green Mountain Coffee Roasters, Inc.,*** 2:12-cv-00091-WKS
    *District of Vermont*
    *Lead Counsel*

***Gooden v. Smart Online et al.***, 1:07-cv-785-WLO
    *Middle District of North Carolina*
    *Co-Lead Counsel*

***In re Nvidia Corporation Securities Litigation***, 08-CV-4260-JW
    *Northern District of California*
    *Co-Lead Counsel*

***Pearlstein v. Blackberry Ltd., et al.,*** 1:13-CV-07060-TPG
    *Southern District of New York*
    *Lead Counsel*

**Kahn Swick & Foti, LLC**

## Recent Victories

***Erica P. John Fund, Inc. v. Halliburton Co., et al.,*** No. 12-10544 (5th Cir. 2013), Special Counsel, federal securities class action against oilfield services company and a high-level officer, in which KSF was part of the team that obtained a unanimous decision by the Fifth Circuit affirming the district court's decision to grant class certification, which was appealed by defendants after the U.S. Supreme Court's unanimous decision discussed below.

***Erica P. John Fund, Inc. v. Halliburton Co., et al.,*** 131 S.Ct. 2179 (2011), Special Counsel, federal securities class action against oilfield services company and a high-level officer, in which KSF was part of the team that obtained a unanimous decision by the U.S. Supreme Court vacating and remanding a decision of the Fifth Circuit regarding class certification.

***Roberto Cohen v. NVIDIA Corp.***, 11-cv-17708 (9th Cir. 2009), federal securities class action brought against technology company and certain officers and directors, in which KSF and co-counsel obtained a unanimous decision by the Ninth Circuit on a petition for writ of mandamus seeking to vacate a lead plaintiff decision. KSF is currently Co-Lead Counsel in this case.

## Recent Recoveries

***In re Virgin Mobile USA IPO Litigation,*** 2:07-cv-05619-SDW-MCA (D.N.J.), *Co-Lead Counsel*, federal securities IPO-related class action against a company providing wireless communication services, certain officers and directors, certain controlling shareholder entities, and Virgin's underwriters, resulting in a cash settlement of **$19.5 million** for investors.

***In re BigBand Networks, Inc Securities Litigation,*** 3:07-CV-05101-SBA (C.D. Cal.), *Co-Lead Counsel,* federal securities class action brought against a computer hardware corporation, certain officers and directors of the Company, and the Company's Underwriters, resulting in a cash settlement of **$11 million** for investors.

***In re U.S. Auto Parts Networks, Inc. Securities Litigation,*** 2:07-cv-02030-GW-JC (C.D. Cal.), *Lead Counsel*, federal securities IPO-related class action against an online automotive supply company, certain members of its board of directors, and its underwriters, resulting in a cash settlement of **$10 million** for investors.

***In re ShoreTel, Inc. Securities Litigation***, 3:08-cv-00271-CRB (N.D. Cal.), *Lead Counsel,* federal securities IPO-related class action brought against an Internet protocol

telecommunications company, certain of its officers and directors, and its underwriters, resulting in a cash settlement of **$3 million** for investors.

*In re Xethanol Corporation Securities Litigation,* 1:06-cv-10234-HB (S.D.N.Y.), *Lead Counsel,* federal securities fraud class action against an ethanol production company and certain of its officers and directors, resulting in a cash settlement of **$2.8 million** for investors.

*Mongeli v. Terayon Comm. Systems Inc. et al.,* 4:06-cv-03936-CW (N.D. Cal.), *Co-Lead Counsel,* federal securities fraud class action brought against a communications systems corporation, the Company's outside auditor, and certain officers and directors, resulting in a cash settlement of **$2.73 million** for investors.

*In re Opteum, Inc., Securities Litigation,* 2:07-cv-14278-DLG (S.D. Fla.), *Co-Lead Counsel,* federal securities fraud class action brought against a Real Estate Investment Trust and certain of its officers and directors, resulting in a cash settlement of **$2.35 million** for investors.

*In re: Meta Financial Group Inc., Securities Litigation,* 10-4108-MWB, (N.D. Iowa), *Lead Counsel,* federal securities fraud class action against a bank and certain officers and directors, resulting in a cash settlement of **$2.1 million** for investors (constituting 37.5% of maximum potential damages).

# Corporate Governance and Derivative Litigation

## Current Cases

*In re Chesapeake Energy Corp. 2012 Shareholder Derivative Litigation* CIV-12-436M
    *Western District of Oklahoma*
    *Lead Counsel*

*Horbal v. Damico (IntraLinks Holdings, Inc. Derivative Litigation),* No. 651228/2012
    *Supreme Court of the State of New York, New York County*
    *Counsel for Plaintiff*

*Korda v. Oesterle (Angie's List, Inc. Derivative Litigation),* No. 1:14-cv-00004
    *Southern District of Indiana*
    *Counsel for Plaintiff*

*Levine v. Williams (Star Scientific, Inc. Derivative Litigation), No*. CL13-2997-6
    *Circuit Court of the City of Richmond, Virginia*
    *Counsel for Plaintiff*

4

***Lowry v. Basile (Violin Memory, Inc. Derivative Litigation),*** No. 4:13-cv-05768
  *Nothern District of California*
  *Counsel for Plaintiff*

***Marvin H. Maurras Revocable Trust v. Bronfman (Accretive Health, Inc. Derivative Litigation),*** No. 12-cv-03395
  *Northern District of Illinois*
  *Counsel for Lead Plaintiffs*

***Orrego v. Lefkofsky (Groupon, Inc. Derivative Litigation),*** No. 12 CH 12420
  *Circuit Court of Cook County, Illinois, Chancery Division*
  *Co-Lead Counsel*

***In re Polycom, Inc. Derivative Shareholder Litigation,*** No. 1-13-CV-256608
  *Superior Court of the State of California, Santa Clara County*
  *Co-Lead Counsel*

## Recent Recoveries

***In re Bank of America Corp. Securities, Derivative, and Employment Retirement Income Security Act (ERISA) Litigation,*** 09 Civ.580 (DC) (S.D.N.Y.). As Co-Lead Counsel in this shareholder derivative action filed in the Southern District of New York on behalf of Bank of America Corp. against current and former executive officers and directors of the company related to Bank of America's January 1, 2009, acquisition of Merrill Lynch & Co., Inc. in a stock-for-stock transaction, alleging, among other things, that certain material information was omitted from the joint definitive proxy statement filed with the Securities and Exchange Commission and mailed to stockholders on November 3, 2008 seeking shareholder consent for the issuance of shares necessary to consummate the Merger and certain other related matters and that the individual defendants breached their fiduciary duties in connection with the merger. KSF helped obtain a novel settlement with the defendants in which Bank of America agreed to adopt extensive corporate governance reforms that directly address the alleged deficiencies that gave rise to this action and are directly tailored towards avoiding a recurrence of the failures alleged in the action, including the formation of a board-level committee to oversee certain future acquisitions, and which resulted in a **$62.5 million** cash payment to Bank of America.

***In re Barnes & Noble Stockholder Derivative Litigation***, C.A. No. 4813-VCS (Del. Ch. Ct.). As Co-Lead Counsel in this shareholder derivative action filed in the Court of Chancery of the State of Delaware on behalf of Barnes & Noble, Inc. against certain of its officers and directors, including Chairman Leonard Riggio, related to the company's 2009 acquisition of Mr. Riggio's private company Barnes & Noble College Booksellers, Inc., alleging that the purchase price, and the process by which it was agreed to, was not entirely fair to Barnes & Noble, Inc. and harmed shareholders, KSF helped obtain a settlement resulting in the

recovery of **$29 million** for Barnes & Noble, Inc. in the form of reductions to the principal and interest payable to Mr. Riggio

*In re Moody's Corporation Shareholder Derivative Litigation*, No. 1:08-CV-9323 (S.D.N.Y.). As Lead Counsel for the demand-excused shareholder derivative actions filed on behalf of Moody's Corporation against current and former executive officers and directors of the company, asserting various claims, including for breach of fiduciary duty, in connection with, inter alai, Moody's credit ratings on various mortgage-backed securities, KSF helped obtain a settlement in which the settling defendants agreed that Moody's had implemented or will adopt, enhance and/or maintain certain governance, internal control, risk management and compliance provisions, designed to identify, monitor and address legal, regulatory and internal compliance issues throughout the business and operations of Moody's Investors Service, Inc., the credit rating agency operating subsidiary of the company

*In re Morgan Stanley & Co., Inc. Auction Rate Securities Derivative Litigation*, No. 1:08-CV-07587-AKH (S.D.N.Y.). As Lead Counsel for shareholders in this federal derivative action against a prominent broker-dealer to redress harms to the company from its sales and marketing of auction rate securities, KSF obtained substantial corporate governance reforms that promised to avoid a recurrence of similar harms in the future.

*Weil v. Baker*, No. 08-CA-00787-SS (*In re ArthroCare Corp. Securities Litigation*, No. 08-cv-574-SS) (W.D. Tex.). As Co-Lead Counsel in the consolidated federal derivative action on behalf of ArthroCare Corporation against certain of its officers and directors arising from alleged improprieties in the company's marketing of spine wands, KSF helped obtain a cash settlement of **$8 million**, along with important corporate governance changes.

*In re ProQuest Co. Shareholder Deriv. Litig.*, No. 2:06-cv-11845-AC-MKM (E.D. Mich.). As Co-Lead Counsel in a federal derivative action filed on behalf of ProQuest (now Voyager Learning Company) against certain of its officers and directors, KSF helped obtain a settlement including important corporate governance changes.

# Consumer Protection Litigation

## Current Cases

**Sean Turnbow, et al. v. Life Partners Inc.**, et al., No. 3:11-CV-1030-M (N.D. Tex.), *Interim Co-Lead Class Counsel.* Putative nationwide class action on behalf of consumers (and a Subclass of California residents) who purchased or otherwise acquired fractional interests in life settlements from Life Partners Inc. Life settlement transactions involve the sale of an existing life insurance policy to another party whereby the selling policyholder receives an immediate cash payment. The complaint alleges that Life Partners Inc. and other Defendants negligently disregarded that the life expectancy assessments provided to Class members were materially inaccurate, resulting in overpayments by Class members for their investments.

## Recent Recoveries

**In re: General Motors Corp. Speedometer Products Liability Litigation,** MDL No. 1896, *Co-Lead Counsel.* Appointed co-lead counsel for national class of 4.2 million purchasers of certain GM trucks with defective speedometers. The case was resolved successfully by GM agreeing to fix defective speedometers for free and to reimburse class members for all past repair costs.

**Rose Goudeau, et. al. v. The Administrators of the Tulane Educational Fund, et. al.**, No. 2004-04758, Sec. 13, Div. J (Civil District Court for the Parish of Orleans), *Class Co-Counsel.* Nationwide class action certified on behalf of near relatives of individuals who donated their bodies to the Tulane Willed Body Program. The complaint alleged that the Tulane Willed Body Program sold the donated bodies and/or body parts to third parties. A settlement of **$8,300,000** was obtained for the class members.

**Sterling Savings Bank v. Poleline Self-Storage LLC**, No. CV-09-10872 (Idaho Dist. Ct.), *Class Counsel.* In this putative class action, a borrower alleged that the Bank improperly used the 365/360 method of interest calculation on several commercial loans. A settlement of **$3.5 million** was recovered for bank customers.

# Shareholder M&A Class Action Litigation

## Current Cases

**Hill v. Cohen, et al.,** 2013 CA 017640
  *Circuit Court for the 15th Judicial Circuit, Palm Beach County, Florida*
  *Co-Lead Counsel*

**In re LCA-Vision Inc. Stockholders Litigation,** C.A. 9369-VCL
  *Delaware Court of Chancery*
  *Co-Lead Counsel*

**In re Zale Corporation Stockholders Litigation,** C.A. 9388-VCP
  *Delaware Court of Chancery*
  *Member of Plaintiffs' Executive Committee*

## Sucessfully Resolved Cases

**In re Adams Golf Shareholder Litigation**, C.A. No. 7354-VCL (Del. Ch. 2012). *Chair of Plaintiffs' Executive Committee.* Class action for breach of fiduciary duties to shareholders relating to a proposed merger of sporting goods companies. Settlement consisted of additional material disclosures to proxy statements.

**In re EnergySolutions, Inc. Shareholder Litigation,** C.A. 8203-VCG (Del. Ch. 2014). *Plaintiff's Co-Lead Counsel.* Class action for breach of fiduciary duties to shareholders relating to a proposed merger of nuclear energy related companies worth $1.1 billion ($375 million in proposed shareholder consideration). Settlement consisted of $0.40 price bump which increased the consideration to shareholders by more than 10% or approximately $38 million. Settlement also included over 20 pages of additional disclosures to proxy statement relating to process and pricing claims.

**In re Medtox Scientific, Inc. Shareholders Litigation**, Court File No. 62-CV-12-5118 (Minn. Dist. Ct. 2013). *Plaintiffs' Lead Counsel.* Class action for breach of fiduciary duties to shareholders relating to a proposed merger of medical technology companies. Settlement consisted of additional material disclosures to proxy statement.

**Sachs Investment Group v Sun Healthcare Group, Inc., et al.** 30-2012-580354-CU-SL-CXC (Sup. Ct. of Cal., 2013). *Plaintiffs' Counsel.* Class action for breach of fiduciary duties to shareholders relating to a proposed merger of healthcare companies. Settlement consisted of additional material disclosures to proxy statement.

# Attorneys

## Partners

### Lewis S. Kahn

Lewis Kahn is the founding partner of KSF and serves as the firm's managing partner. A substantial portion of Mr. Kahn's practice is devoted to representing shareholders in connection with losses suffered as a result of securities fraud, and in shareholder derivative litigation.

Mr. Kahn manages the firm's portfolio monitoring program for public and private institutional investors. Additionally, Mr. Kahn oversees the firm's lead plaintiff motion practice in PSLRA class action litigation, and serves on the firm's settlement team, which has been responsible for settlements including *In re Virgin Mobile USA IPO Litigation*, 2:07-cv-05619-SDW-MCA **($19.5 million settlement)**, *In re BigBand Networks, Inc Securities Litigation*, 3:07-CV-05101-SBA **($11 million settlement)**, and *In re U.S. Auto Parts Networks, Inc. Securities Litigation*, 2:07-cv-02030-GW-JC **($10 million settlement)**.

In addition to securities lawsuits, Mr. Kahn has significant experience with consumer fraud and mass tort class actions. Mr. Kahn has been appointed to various leadership positions in federal class action litigation.

Mr. Kahn holds a Bachelor's degree from New York University and received a Juris Doctor from Tulane Law School in 1994. He has been a member of the Louisiana State Bar Association since 1995, and is admitted to practice law before the United States Supreme Court, United States Court of Appeals for the 2nd Circuit, and the United States District Courts for the Eastern, Middle and Western Districts of Louisiana.

### Michael A. Swick

Michael A. Swick is the co-founding partner of KSF and heads the firm's Securities Litigation Group. Mr. Swick has worked at some of the nation's leading securities class action law firms.

Over the past 15 years, Mr. Swick has played a significant role in investigating large corporate frauds and in initiating litigations against the nation's largest corporations. On behalf of shareholders, Mr. Swick has initiated actions in a number of federal courts, primarily seeking to recover for violation the Securities Act of 1933 and the Securities Exchange Act of 1934.

Recent actions have resulted in tens of millions of dollars of recoveries for investors. Over his career, Mr. Swick has also participated in the litigation of cases that have resulted in hundreds of millions of dollars in recoveries for aggrieved shareholders and institutional investors.

Mr. Swick also works closely with the firm's institutional investor clients and participates in the management and development of KSF's portfolio monitoring systems.

Mr. Swick received a Juris Doctor from Tulane Law School in 1994. Mr. Swick received a Masters of Political Philosophy from Columbia University in 1989 and a B.A. in Philosophy and Political Science from State University of New York at Albany in 1988. Mr. Swick was admitted to the State Bar of New York in 1997 and is admitted to practice before the United States District Court for the Southern District of New York.

### Charles C. Foti, Jr.

Charles C. Foti, Jr. served as the Attorney General for the state of Louisiana from 2004-2008, after serving for 30 years as one of the most innovative law enforcement officials in the United States as Orleans Parish Criminal Sheriff. Throughout his career, General Foti has remained committed to public service.

As Attorney General for the state of Louisiana, General Foti's achievements include:

- Recovering over $24 million for Louisiana consumers in consumer fraud matters, $8 million in anti-trust litigation, $9.1 million for state employees through Office of Group Benefits, over $2 million for auto complaints, over $33 million in Medicaid Fraud.

- Investigating and apprehending numerous contractor fraud criminals in the wake of one of the worst natural disasters in United States history, Hurricane Katrina.

- Doubling the number of arrests for crime against children through the Louisiana Internet Crimes Against Children Task Force.

Prior to serving as Louisiana Attorney General, over the course of a distinguished career spanning decades, General Foti took countless cases to trial. General Foti served as the head of the criminal division of the city of New Orleans Attorney's Office. He served as the police attorney for the city of New Orleans and prosecuted federal cases including prisoner overcrowding cases. He also served as an assistant District Attorney for Orleans Parish.

Even early in his career, he tried cases as in house counsel for the nationally-known insurance carrier, Allstate.

In his tenure as Orleans Parish Criminal Sheriff, General Foti oversaw the enormous expansion of the parish jail, growing from 800 prisoners in 1973 to more than 7,000 currently. As the prison expanded, so did the need for education and rehabilitation skills for prisoners. As Sheriff, General Foti started the first reading and GED programs, work release programs, drug treatment programs and the nation's first boot camp at the local level, all to prepare prisoners for a future without crime. Administratively, General Foti managed a multi-million dollar budget and a complex organization of more than 1,400 employees.

General Foti has for many years been an advocate for the elderly. As Sheriff, he and a small army of volunteers provided Thanksgiving meals for senior citizens in the New Orleans area. He started a back-to-work program for senior citizens that helps people over the age of 55 get back into the workforce.

General Foti received his Juris Doctor degree from Loyola University Law School in 1965, after serving his country in the United States Army from 1955 through 1958.

### Kim E. Miller

Kim E. Miller is a KSF partner who specializes in securities litigation and other complex class action litigation. Ms. Miller also supervises the New York City office of KSF. Prior to joining the firm in 2006, Ms. Miller was a partner at one of the nation's leading plaintiff class action firms. Ms. Miller also spent two years as a securities litigator on the defense side.

Over the course of her career, Ms. Miller has represented many thousands of harmed investors in class actions filed throughout the country. In a recent Order and final judgment in which KSF served as Lead Counsel, *Elgaouni v. Meta Financial Group, Inc.*, 10-4108-MWB (N.D. Iowa) (June 29, 2012) (Bennett, J.) the Federal District Court noted:

> "Indeed, I find that this action has been a model of how complex class actions should be conducted. Counsel for the Lead Plaintiff, Kim Miller, and her firm, Kahn Swick & Foti, L.L.C., and [Defense Counsel] showed the utmost professionalism and civility, required very limited court intervention while diligently pursuing their objectives, and sought and obtained a fair and reasonable settlement before incurring substantial costs for discovery and trial preparation, all to the benefit of the Lead Plaintiff, Class Members, and the Defendants....I applaud their skill, expertise, zealousness, judgment,

civility, and professionalism in putting the best interests of their respective clients first and not only foremost, but exclusively ahead of their law firms' financial interests. Ms. Miller and [Defense Counsel] and their respective law firms earned my unyielding admiration and respect in this case for the efficient and exceptionally reasonable way in which they found a prompt, fair, and equitable solution to the complex problems their clients faced in this litigation, and they accomplished all of this with virtually no judicial intervention. In sum, my only deeply held regret in this case is that bioscience has not sufficiently advanced to allow the cloning of Ms. Miller and [Defense Counsel] for lead counsel roles in all complex civil class action litigation in the Northern District of Iowa."

At another recent settlement hearing in which KSF served as Lead Counsel, *In re ShoreTel, Inc. Sec. Litig.*, 3:08-cv-00271-CRB (N.D. Cal.), the Federal District Court (Breyer, J.) noted, with respect to Ms. Miller, "You're one of the best lawyers to appear in front of me in a long time..."

In addition to litigating many securities fraud and IPO-related securities cases, Ms. Miller has worked extensively on cases involving allegations of improper directed brokerage arrangements and excessive charges in mutual fund cases brought pursuant to the 1934 Securities Exchange Act and/or the Investment Company Act of 1940. She was also involved in the mutual funds late trading/market timing litigation. Ms. Miller's class action trial experience includes participating as a trial team member in a four-month jury trial involving fraud-based claims the resulted in a jury verdict in favor of Plaintiffs and the Class.

In the course of her career, Ms. Miller has been involved in a variety of cases in which large settlements were reached, including:

- **Settlement value of $127.5 million** *Spahn v. Edward D. Jones & Co., L.P.,* 04-cv-00086-HEA (E.D. Mo.)

- **$110 Million Recovery.** *In re StarLink Corn Products Liability Litigation*, MDL No. 1403 (N.D. Ill.)

- **$100 Million Recovery.** *In re American Express Financial Advisors*, Inc. Sec. Litig., 1:04-cv-01773-DAB (S.D.N.Y.)

12

Ms. Miller is KSF's lead litigator in its securities class action practice. While at KSF, Ms. Miller has supervised all aspects of the following successful litigations, among many others: *In re Virgin Mobile USA IPO Litig.,* 2:07-cv-05619-SDW-MCA **($19.5 million settlement)**, *In re BigBand Networks, Inc. Sec. Litig.,* 3:07-CV-05101-SBA **($11 million settlement)**, and *In re U.S. Auto Parts Networks, Inc. Sec. Litig.,* 2:07-cv-02030-GW-JC **($10 million settlement)**.

Ms. Miller is also currently the lead litigator in the following cases in which KSF is Lead or Co-Lead Counsel: *Shah Rahman v. Kid Brands, Inc.* 11-cv-01624 (D. N.J.), *Stan Better and YRC Investors Group v. YRC Worldwide, Inc. et al.*; 2:11-cv-02072-KHV-JPO District of Kansas Co-Lead Counsel, *In re Nvidia Corp. Sec. Litig.,* 08-CIV-4260-JW (N.D. Cal.), *Gooden v. Smart Online, et al.,* 1:07-cv-785-WLO (M.D.N.C.).

Ms. Miller is also currently the lead litigator for the firm in its role as Special Counsel for Plaintiffs in *Archdiocese of Milwaukee Supporting Fund, et al., v. Halliburton Company, et al.,* 3:02-CV-1152-M (N.D. of Texas).

After graduating with honors from Stanford University in 1992 with a double major in English and Psychology, Ms. Miller earned her Juris Doctor degree from Cornell Law School, *cum laude*, in 1995. While at Cornell, Ms. Miller was the Co-Chair of the Women's Law Symposium, Bench Brief Editor of the Moot Court Board, and a member of the Board of Editors of the Cornell Journal of Law & Public Policy. She was also a judicial intern for The Honorable David V. Kenyon in the Central District of California. Her *pro bono* work includes representing families of 9/11 victims at *In re September 11 Victim Compensation Fund* hearings. Ms. Miller has also served as a fundraiser for the New York Legal Aid Society. She is admitted to practice in the States of California and New York and before the United States District Courts for the Southern and Eastern Districts of New York and the Northern, Southern, and Central Districts of California. She is also admitted to the United States Courts of Appeal for the Second, Fifth, Ninth and Eleventh Circuits.

### Albert M. Myers

Mr. Myers represents institutional and individual shareholders in securities and corporate governance disputes nationwide, including shareholder derivative actions and securities class actions. Additional practice areas include banking and consumer class action litigation. He heads the firm's shareholder derivative litigation practice, which has recovered over $100 million for public companies and their shareholders. Results include:

- Co-lead counsel in *In re Bank of America Corporation Securities, Derivative, and Employee Retirement Income Security Act (ERISA) Litigation*, No. 09-MD-2058

(S.D.N.Y.) (Court-approved settlement including **$62.5 million cash recovery** and substantial corporate governance changes, including the creation of a new board committee to vet major acquisitions and oversee related disclosures to shareholders)

- Co-lead counsel in *In re Moody's Corporation Derivative Litigation*, No. 08-CV-9323 (S.D.N.Y.) (Court-approved settlement agreeing to adopt or maintain wide-ranging corporate governance, internal control, risk management, internal compliance, and Board reporting provisions across the operations of one of the prime credit rating agencies allegedly responsible for the 2008 financial crisis).

- Co-lead counsel in *In re Barnes & Noble Stockholder Derivative Litigation*, C.A. No. 4813 (Del. Ch. Ct.) (Court-approved **$29 million settlement**)

- Co-lead counsel in *Weil v. Baker (ArthroCare Corporation Derivative Litigation)*, No. 08-CA-00787-SS (W.D. Tex.) (Court-approved **$8 million settlement**, including substantial corporate governance changes)

- Lead counsel in *In re Morgan Stanley & Co. Auction Rate Securities Derivative Litigation*, No. 08 Civ. 7587 (S.D.N.Y.) (Court-approved settlement including substantial corporate governance changes)

- Counsel for counter-plaintiff in *Sterling Savings Bank v. Poleline Self-Storage LLC*, No. CV-09-10872 (Idaho Dist. Ct.) (pending **$3.5 million settlement**).

- Of counsel in *In re Coca-Cola Co. Shareholder Litigation*, No. 2010-CV-182035 (Ga. Super. Ct. Fulton County) (Court-approved settlement of class action litigation related to merger with Coca-Cola Enterprises, including modification of deal terms and enhanced disclosures to shareholders).

- *In re Chesapeake Energy Corp., 2012 Shareholder Derivative Litigation*, No. CIV-12-436-M (W.D. Okla.) (court appointed firm as sole lead counsel after protracted leadership contest fought in multiple dockets)

Mr. Myers received his B.A. from Yale University and his J.D., *magna cum laude*, from New York Law School, where he was the John Ben Snow Scholar (1991-1994), a Teaching Fellow, Chief Articles Editor of the *New York Law School Law Review*, and coached the school's moot court team in the Kaufman Securities Law Competition.

He served as a judicial intern to the Honorable Prudence Carter Beatty of the United States Bankruptcy Court for the Southern District of New York, and is the author of Anatomy of a Cross-Border Securities Investigation: A Case Study (Int'l Bar Ass'n Oct. 2004), Whom May the Corporation Serve?—The Constitutionality of Nonstockholder Constituency Statutes, 39 N.Y.L. Sch. L. Rev. 449 (1994), and other publications.

Mr. Myers is a member of the Georgia and New York bars.

### Melinda A. Nicholson

Melinda A. Nicholson, a partner in KSF's Louisiana office, focuses on shareholder derivative and class action litigation, representing institutional and individual shareholders in corporate governance litigation and securities fraud actions. Prior to joining the firm in 2010, Ms. Nicholson worked for defense firms in New York, handling complex commercial litigations and regulatory investigations involving a variety of legal issues, including fiduciary obligations, securities violations, contractual breaches, antitrust and insurance coverage.

Ms. Nicholson is actively involved in cases pending before various federal and state courts across the United States, including:

- *In re Chesapeake Energy Corp. 2012 Shareholder Derivative Litigation*, CIV-12-436M (W.D. Okla.) (Lead Counsel);

- *Orrego v. Lefkofsky (Groupon, Inc. Derivative Litigation),* 12 CH 12420 (Ill. Cir. Ct., Cook Cnty., Ch. Div.) (Co-Lead Counsel).

- *in re Polycom, Inc. Derivative Shareholder Litigation, 1-13-CV-256608 California Superior Court, Santa Clara County (Co-Lead Counsel)*

Since joining KSF, Ms. Nicholson has also been involved in a number of cases which ultimately resulted in successful settlements, including:

- *In re Bank of America Corporation Securities, Derivative, and Employee Retirement Income Security Act (ERISA) Litigation*, No. 09-MD-2058 (S.D.N.Y.) (Court-approved settlement including **$62.5 million cash recovery** and substantial corporate governance changes);

- *In re Barnes & Noble Stockholder Derivative Litigation*, C.A. No. 4813-VCS (Del. Ch. Ct.) (settlement resulted in **$29 million recovery** for the company); and

- *In re Moody's Corporation Shareholder Derivative Litigation*, 1:08-CV-9323 (S.D.N.Y.) (settlement involving comprehensive corporate governance reforms).

Ms. Nicholson completed a joint B.A./J.D. program at Tulane University, receiving a B.A. in Political Science, with a concentration in American Politics and Policies and a minor in Economics, from Tulane in 2003 and a J.D. from Tulane in 2005. While at Tulane Law School, Ms. Nicholson served as a Notes and Comments Managing Editor for the *Tulane Law Review*, which published her comment*, The Constitutional Right to Self-Representation: Proceeding Pro Se and the Requisite Scope of Inquiry When Waiving Right to Counsel,* 79 TUL. L. REV. 755 (2005). She has received numerous awards, including the Dean's Medal for attaining the highest grade point average during the third year, the George Dewey Nelson Memorial Award for attaining the highest grade point average in common law subjects throughout the three years of law study, and Order of the Coif. She graduated from the law school summa cum laude and ranked second in her class.

Ms. Nicholson is admitted to practice in Louisiana and New York, and before the United States District Courts for the Eastern District of Louisiana, Western District of Louisiana, and Southern District of New York.

## Of Counsel

### Neil Rothstein

Neil Rothstein has spent more than twenty years prosecuting class action litigation on behalf of shareholders and consumers. He is a graduate of Case Western Reserve University (B.A. 1986) and the Temple University School of Law (J.D. 1989).

Mr. Rothstein has extensive experience in all plaintiff-side phases of securities, antitrust, consumer, and shareholder derivative litigation. He has always believed that the clients' needs come first. In that light, he focuses on helping to lead Kahn Swick & Foti, LLC in client development and communications, client education and client participation in litigation in which they have been financially and otherwise injured.

## Special Counsel

### Andrew J. Gibson

Mr. Gibson is special counsel to KSF.  As a trial attorney, he has represented clients in commercial and casualty litigation in courts across the State of Louisiana and has a consistently successful record for his clients.  Mr. Gibson received his J.D. from Loyola

University New Orleans College of Law in 2004. While in school, he served as a Teaching Assistant and Staff member for the Moot Court program, was twice elected to the Executive Board of the Student Bar Association, and clerked at a nationally recognized law firm. During the summer of 2003, he studied Latin American civil law systems and international arbitration at the University of Costa Rica School of Law in San Jose, Costa Rica. He earned a Bachelor of Science degree in Business with a concentration in Pre-Law from the E.J. Ourso College of Business at Louisiana State University in 1997 and went on to work as a manager in the marketing department of a regional telecommunications company. Mr. Gibson is a veteran of the United States Marine Corps where he served as a Non-Commissioned Officer in the infantry.

Mr. Gibson is admitted to practice in the State of Louisiana and before the United States District Courts for the Eastern, Middle and Western Districts of Louisiana.

## Associates

### Bruce W. Dona

Bruce Dona, an associate in KSF's New York office, focuses on federal securities class action, shareholder M&A litigation, antitrust, and shareholder derivative litigation. He is actively involved in cases pending before various federal and state courts across the United States.

Mr. Dona received his J.D. from George Washington University Law School in 2009. During the summer of 2007, he studied international trade law and comparative mergers and acquisitions in Rio de Janeiro, Brazil. He received his B.A. in 2004 with a double major in International Affairs and Foreign Languages (Spanish and French) from Lewis and Clark College. He is fluent in Spanish, French and Portuguese.

Mr. Dona is admitted to practice in New York and is a member of the New York State Bar Association.

### Craig J. Geraci

Craig Geraci, an associate in KSF's Louisiana office, focuses on federal securities litigation. He is actively involved in cases pending before various federal courts across the United States.

Mr. Geraci received his J.D. from Tulane University Law School in 2009 and received a B.S. with a major in finance from the University of New Orleans in 2005. Prior to joining KSF, Mr.

Geraci litigated numerous matters in Mississippi state and federal courts. Mr. Geraci has also presented oral argument before the United States Court of Appeals for the Federal Circuit.

Mr. Geraci is admitted to practice in Louisiana, Mississippi and Alabama and is a member of the Louisiana, Mississippi and Alabama State Bar Associations. Mr. Geraci is admitted to practice before the United States Court of Appeals for the Fifth Circuit and the Federal Circuit and the United States District Courts for the Northern and Southern Districts of Mississippi.

### J. Ryan Lopatka

J. Ryan Lopatka, an associate in KSF's Louisiana office, focuses on federal securities class action litigation. He is involved in cases pending before federal courts across the United States.

Mr. Lopatka received his J.D. from Tulane University Law School in 2010. During the summer of 2009, he studied international capital markets and securities law at Cambridge University and Queen Mary School of Law in London, England. He received his B.A. with honors in history from Loyola University New Orleans in 2004.

Mr. Lopatka is admitted to practice in Louisiana and Illinois and is a member of the Louisiana and Illinois State Bar Associations and Chicago Bar Association.

Publications:

- Author, "The Problem of Circumventing the Labor Management Reporting and Disclosure Act by Using the Ancillary Business Model," Hot Topics in the Legal Profession - 2010, Quid Pro Law Books (2010).

- Contributing Researcher, NLRA Rights in the Nonunion Workplace, BNA Books (2010).

### Michael J. Palestina

Mr. Palestina graduated from Tulane University in 2005 with a Bachelor of Arts in Political Science. He earned his J.D. in 2008 from Loyola University of New Orleans College of Law, where he graduated magna cum laude, was a William L. Crowe, Sr. Scholar, and was inducted into the Order of Barristers. While in law school, Mr. Palestina was a member of the Loyola Law Review and Loyola Moot Court, was the first place oralist in the Loyola Intramural Moot Court Competition, and represented Loyola at the Stetson International Environmental Moot Court Competition (where he was the fourth place oralist overall) and on the National Team at the New York Bar Association's National Moot Court Competition (where his team

advanced to the finals). Mr. Palestina also served as a research assistant to the Leon Sarpy Professor of Law Professor Kathryn Venturatos Lorio, whom he assisted in a revision of her Westlaw treatise on Louisiana Succession and Donations, and as a Judicial Intern to Magistrate Joseph C. Wilkinson, Jr. of the United States Federal District Court for the Eastern District of Louisiana. Mr. Palestina's Law Review article, Of Registry: Louisiana's Revised Public Records Doctrine, was published in the Loyola Law Review.

Prior to joining the firm, Mr. Palestina clerked for the honorable Chief Justice Catherine D. Kimball of the Louisiana Supreme Court and practiced law at a well-respected New Orleans litigation firm. While there, Mr. Palestina gained valuable trial experience, focused on complex commercial litigation, and represented a number of judges and his fellow lawyers regarding ethical issues before the State's judicial and attorney disciplinary systems.

Mr. Palestina is licensed to practice in Louisiana state and federal courts.

**EXHIBIT 2**

**IN RE ABBOTT-DEPAKOTE SHAREHOLDER**
**DERIVATIVE LITIGATION**

**KAHN SWICK & FOTI, LLC**

**TIME REPORT**

**From April 13, 2012 through the Present**

| NAME | HOURS BILLED | HOURLY RATE | LODESTAR |
|---|---|---|---|
| **Partners** | | | |
| Lewis S. Kahn | 49.1 | $720 | $35,352.00 |
| Michael A. Swick | 21.6 | $720 | $15,552.00 |
| Albert M. Myers | 93.1 | $700 | $65,170.00 |
| Melinda A. Nicholson[*] | 108.0 | $625 | $68,062.50 |
| **Associates** | | | |
| Geoffrey Rodriguez | 1.6 | $625 | $1,000.00 |
| Celia Rutherford | 17.4 | $575 | $10,005.00 |
| Christopher Kaul | 0.7 | $375 | $262.50 |
| **TOTALS** | 292.40 | | $195,404.00 |

---

[*]    Ms. Nicholson, formerly an associate, became a partner on January 1, 2013.

**EXHIBIT 3**

**IN RE ABBOTT-DEPAKOTE SHAREHOLDER
DERIVATIVE LITIGATION**

**KAHN SWICK & FOTI, LLC**

**EXPENSE REPORT**

**From April 13, 2012 through the Present**

| CATEGORY | AMOUNT |
|---|---|
| Internal Copying (1,531 pages @ $.15) | 229.65 |
| On-Line Legal Research[†] | |
| Lexis-Nexis | 30.42 |
| Westlaw | 39.54 |
| PACER | 109.70 |
| **TOTAL EXPENSES** | $409.31 |

---

[†] The charges reflected for on-line research are for out-of-pocket payments to the vendors for research done in connection with this litigation. On-line research is billed to each case based on actual time usage at a set charge by the vendor. There are no administrative charges included in these figures.

# EXHIBIT 6

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

```
------------------------------------------------------x
```
IN RE ABBOTT-DEPAKOTE SHAREHOLDER  :
DERIVATIVE LITIGATION      :  **CASE NO: 1:11-cv-08114**
                :  **Hon. Virginia M. Kendall**
```
------------------------------------------------------x
```

### DECLARATION OF DEBORAH R. GROSS IN SUPPORT OF LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES FILED ON BEHALF OF LAW OFFICES BERNARD M. GROSS, P.C.

I, Deborah R. Gross, declare as follows:

1.   I am a member of the law firm Law Offices Bernard M. Gross, P.C. I submit this declaration in support of my firm's application for an award of attorneys' fees in connection with certain services rendered in the above-captioned action (the "Action"), as well as for reimbursement of certain expenses incurred by my firm in connection with the Action.

2.   My firm, which represents Warren Pinchuck, acted as one of plaintiffs' counsel in the Action. My firm seeks attorneys' fees and reimbursement of expenses only for the work performed at the direction or with the permission of Lead Counsel designated by the Court as well as for services provided to our client. My firm's compensation for services rendered in this case was undertaken on a wholly contingent basis.

3.   My firm's resume, which includes a brief biography of the attorneys who have worked on this case, is attached hereto as Exhibit 1.

4.   The work performed by my firm for the benefit of Abbott includes the following: Communications with Mr. Pinchuck and co-lead counsel and research concerning the status of

the litigation, including the various complaints, the motion to dismiss briefing, the information disclosed with Abbott including the government settlement and the settlement hearing.

5.     The schedule attached hereto as Exhibit 2 is a summary indicating the amount of time spent by each attorney and/or paralegal of my firm who was involved in litigating this Action, and the lodestar calculation based upon my firm's current billing rates. For personnel who are no longer employed by my firm, the lodestar calculation is based on the billing rates for such personnel in his or her final year of employment by my firm. The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by my firm, which are available upon request by the Court. Time expended in preparing this application for fees and reimbursement of expenses has not been included in this request.

6.     The hourly rates for the attorneys and paralegals in my firm included in Exhibit 2 as the same as the regular current rates which have been accepted in other securities and shareholder litigation.

7.     The total number of hours spent on this Action by my firm performing work at the direction or with the permission of Lead Counsel is 64.00. The total lodestar for that work is $48,078.75.

8.     My firm's lodestar figures are based upon my firm's billing rates, which rates do not include charges for expense items. Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

9.     As detailed in the schedule attached hereto as Exhibit 3, my firm has incurred a total of $402.65 in unreimbursed expenses in connection with the work performed at the direction of Lead Counsel.

10.     The expenses incurred in this Action are reflected in the books and records of my firm which are kept in the ordinary course of business.  These books and records are prepared from expense vouchers, check records, and other source materials and are an accurate record of expenses incurred.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.  Executed on April 23, 2014 at Philadelphia, Pennsylvania.

DEBORAH R. GROSS

EXHIBIT 1

**Law Offices Bernard M. Gross, P.C.** (the "Firm"), is committed to providing professional, efficient, and attentive legal services. We are nationally recognized lawyers concentrating on helping individuals, classes of individuals, hedge funds or businesses who have been injured as a result of violations of the antitrust laws, securities laws, ERISA laws, or consumer protection laws or another's negligence and fraud in federal and state courts throughout the country. The Firm has also represented shareholders in their fight for changes in corporate governance.

We take our cases on a contingent fee basis. Our attorneys are strong believers in the contingent fee as a socially useful, productive, and satisfying basis for compensation of legal services, particularly in litigation. It is not the number of hours that determines our fee, rather it is the result achieved for our clients.

We value practicing in a small environment where professional and personal interaction, among all, is essential for a team approach to cases. The Firm's structure allows for a far greater degree of independence, flexibility, and satisfaction than a large firm environment without sacrificing the quality and sophistication of representation necessary to litigate complex civil actions successfully throughout the United States.

Judges throughout the country have recognized contributions of the Firm in class action cases. In approving an $82.5 million settlement of a securities fraud lawsuit against Aetna, Inc. in the United States District Court for the Eastern District of Pennsylvania, in which the Firm was co-lead counsel, Judge Padova stated:

> "Furthermore, class counsel is of high caliber with extensive experience in similar class action litigation . . . consistently submitted documents of superb quality, and were very diligent in preparing filings in a timely manner under tight deadlines . . . . This Court has made special note of the efficiency and professionalism of counsel in completing discovery and resolving discovery disputes with little court intervention."

I*n re Aetna Inc. Securities Litigation*, MDL No. 1219 (E.D.Pa. January 5, 2001).

Similarly, in approving a settlement of $106 million in the United States District Court for the Eastern District of Pennsylvania, in *In re Automotive Refinishing Paint Antitrust Litigation*, MDL 1426, Judge Surrick commented on Law Offices Bernard M. Gross, P.C., noting:

> I want to commend counsel on both sides of this litigation. I think that the representation on both sides of this litigation is as good as I've ever seen in my entire professional career. Counsel worked together in this case. They frankly made the job of this Court very easy and I commend all of you for what you've done in this litigation.

pp. 18-19 of transcript of August 9, 2007 hearing.

In *Cortese v. Radian*, Civil Action No. 07-3375 (E.D.Pa. January 30, 2008), Judge McLaughlin stated:

"Bernard Gross has been active in securities litigation for 30 years. The Court is familiar with the firm and is confident that it is qualified to serve as liaison counsel."

The Firm is a strong supporter of the Philadelphia Bar Foundation, Philadelphia Museum of Art, having been a corporate sponsor for many years, the Free Library of Philadelphia, Pennsylvania Academy of Fine Arts, the University of Pennsylvania and Central High School, having assisted in raising moneys to build a new library. The Firm has recently donated three Harley Davidson police motorcycles to the City for the Philadelphia Police Highway Patrol.

**Bernard M. Gross** is a graduate of Central High School of Philadelphia (B.A. 1952), the University of Pennsylvania Wharton School (B.S. 1956), and the University of Pennsylvania School of Law (L.L.B. 1959). He founded the Law Offices Bernard M. Gross, P.C., over fifty years ago. He is a former Assistant City Solicitor in charge of bonds and contracts for the City of Philadelphia (1961-64). He was a member of the Pennsylvania General Assembly from 1967-70. He is admitted to practice before the United States Supreme Court, United States Court of Appeals for the Third Circuit, the United States District Court for the Eastern District of Pennsylvania and the Supreme Court of Pennsylvania. He recently received an award from the Philadelphia Bar Association for "50 years of distinguished service to the community and to the profession in the finest tradition of the Philadelphia Lawyer."

Bernard M. Gross has been an active member of The American Association for Justice since 1960. In 1990, he received the "Stalwart" award from The Association of Trial Lawyers of America. Mr. Gross was a member of the House of Delegates of the Pennsylvania Bar Association (1988-93). He is a former member of the Board of Governors of the Pennsylvania Association for Justice and currently a member of the Legislative Policy Committee of the Pennsylvania Association for Justice. Mr. Gross was a member of the Board of Governors of the Philadelphia Bar Association, a past President of the Philadelphia Trial Lawyers Association, past Chairman of the Philadelphia Bar Association Committee on Judicial Compensation and former Chairman of its Civil Legislative Committee. He is formerly Chancellor of the Tau Epsilon Rho Law Fraternity Philadelphia Graduate Chapter.

Mr. Gross has lectured on behalf of the Philadelphia Trial Lawyers Association and the Pennsylvania Trial Lawyers Association. He has participated in many complex federal and class actions, including antitrust, consumer fraud and corporate securities litigation.

**Warren Rubin** graduated from Pennsylvania State University (B.S. 1965) and Temple University School of Law (J.D. 1971). From 1966-68, Mr. Rubin was an Officer in the U.S. Army. He served as a law clerk to the Honorable John Morgan Davis U.S. District Court for the Eastern District of Pennsylvania (1971-73). Mr. Rubin is admitted to practice before the Supreme Court of Pennsylvania, the United States Supreme Court, the United States Court of Appeals for the Second, Third, and Fifth Circuits and the United States District Court for the Eastern District of Pennsylvania. Mr. Rubin has specialized in antitrust, securities and complex litigation and has lectured and spoken on the subject before various professional, business and legislative bodies. Mr. Rubin was also an Associate Editor, Yearbook of Franchise Law Review Articles, published by Federal Publications, Washington, D.C. Mr. Rubin tried *Maioco v. Olin Ski Company*, C.A. No. 79-4045 (E.D.Pa.), the first successful vertical price fixing class action case tried before a jury.

Many of the current procedures used by Courts and attorneys throughout the country have been established by Mr. Rubin in cases in which he has been involved throughout his legal career.

Besides litigating cases for almost 40 years, Mr. Rubin has been a world traveler having visited more than 100 countries and all 7 continents. Mr. Rubin also collects antique automobiles, 18th Century American furniture and oriental carpets.

**Deborah R. Gross** is a graduate of the University of Pennsylvania Wharton School (B.S. 1982) and Boston University School of Law (J.D. 1985). She is a graduate of Cheltenham High School. She is admitted to practice before the Supreme Court of Pennsylvania, the Supreme Court of Massachusetts, the United States District Courts for the Eastern District of Pennsylvania, for the District of Massachusetts, for the District of Colorado, and for the Central District of Illinois, the United States Court of Appeals for the Second, Third and Tenth Circuits, and the United States Supreme Court.

## FLONASE MEDIATOR?

Since 1998, Ms. Gross has been a lecturer in the Federal Securities Law at the PBI Annual Federal Securities Law Forum. She has also taught various Continuing Legal Education seminars including Oral Advocacy in the Federal Courts, Changes to Rule 23 of the Federal Rules of Civil Procedure, Attorney's Fees in Class Actions and current topics in the securities laws. In 2002, Ms. Gross was a guest panelist at the University Of Chicago Graduate School Of Business, 50th Annual Management Conference. She spoke on the topic of "Accounting in Crisis - Who Watches the Watchdogs?" In 2003, Ms. Gross also spoke at The Directors' Conference, a three-day intensive program for directors and senior executives to explore the fundamentals of corporate governance and board service offered by the University Of Chicago Graduate School Of Business, Stanford Law School and the Wharton School of the University of Pennsylvania. She discussed the legal issues surrounding audit committee qualifications, responsibility and content. She spoke at the 2006 ABA Section of Business Law Annual Meeting on Controlling Restatement Chaos. Ms. Gross was on the Attorney Advisory Committee to the Pennsylvania Securities Commission in 2006 and 2007. Ms. Gross was a presenter on Rule 23 Class Actions at the 2010 City of Philadelphia Law Department CLE course. In 2011, Ms. Gross spoke at the Sandpipers Partners LLC Securities and Corporate Law Update held at the University of Pennsylvania Law School and is speaking at the Best Practices in Federal Litigation sponsored by the Pennsylvania Bar Institute. In November 2013, she spoke at the RR Donnelly PBI sponsored 18th Annual Business Lawyers Institute on Merger & Acquisition Litigation Involving Pennsylvania Corporations. She also was panel member for Sandpipers Partners LLC E-Discovery Advocacy Institute Conference in New York at the Yale Club.

Ms. Gross was chair of the Federal Courts Committee of the Philadelphia Bar Association and was responsible for organizing the June 1998 Bench Bar Conference of the Philadelphia Bar Association. She was a member of the Third Circuit Judicial Council Bench Bar Relations Committee. She is a member of the Philadelphia Federal Court Historical Society and chaired the annual dinner where Justice Scirica spoke. She was on the Friends Committee for the 29th Annual Conference of the National Association of Women Judges. On July 18, 2013, Ms. Gross was a speaker on behalf of the Philadelphia Bar Association at the United States District Court of the Eastern District of Pennsylvania Law Day Naturalization Ceremony.

Ms. Gross is the current President of the Philadelphia Bar Foundation. She has been a trustee of the Foundation since 2004. Debbie co-chaired the Foundation's Andrew Hamilton Benefit in 2006 and 2007. The Foundation's mission is to promote access to justice for all people in the community, particularly those struggling with poverty, abuse and discrimination. The Foundation provides funding to over 30 grantee organizations including. She is responsible

for the establishment of the Cy Pres Committee of the Foundation which requests courts to award the residual moneys from class action lawsuits.

Ms. Gross is involved in many other nonprofit and educational organizations including Temple Adath Israel where she has been a member of the Executive Committee and is currently co-chairing its Hineni Capital Campaign. Previously, she was Vice President of Education, responsible for education at the preschool and religious school. She has also been head of the education committees of the religious school and preschool as well as a member of the Board of Directors. Her children attend the William Penn Charter School where she is a class parent. She has also organized a program to bring the third and eighth grade students from William Penn Charter to the federal courthouse to observe a naturalization ceremony. She co-chaired and raised moneys for the University of Pennsylvania Class of 1982 25th year reunion which had a record number of attendees and raised a record number of donations. She has supported numerous charitable organizations including Hazon, Jaffa Institute. She participated in the first Three Day Walk in Philadelphia to raise moneys for breast cancer.

**Robert P. Frutkin** is a 1971 graduate of the University of Rochester and a 1975 *cum laude* graduate of the Temple University School of Law, where he was a member of the Staff of the Temple Law Quarterly. Mr. Frutkin is admitted to practice before the Supreme Court of Pennsylvania, the United States Court of Appeals for the Third, Fourth, Seventh, Eighth, Ninth and Eleventh Circuits, and the United States District Court for the Eastern District of Pennsylvania. Prior to this becoming Of Counsel to the Firm, Mr. Frutkin formed his own firm of Savett Frutkin Podell & Ryan. Prior to the formation of his firm on October 1, 1991, Mr. Frutkin had been a shareholder of Berger & Montague, P.C., in Philadelphia. Mr. Frutkin worked in the Peace Corps.

In *In re U.S. Bioscience Securities Litigation*, 92-CV-678 (E.D. Pa.) (April 14, 1994 Hearing Transcript at pp. 38-39), the Court commented favorably on Mr. Frutkin's performance as co-lead counsel:

> Since I've been down here, the quality of lawyering on both sides, but I'm going to stress now on the plaintiffs' side, simply has not been exceeded in any case and we've had some marvelous counsel appear before us and make superb arguments, but they really don't come any better than...Mr. Frutkin, and the argument we had on the Motion to Dismiss, for example, Motions to Dismiss, both sides were fabulous, but plaintiffs' counsel were as good as they come.

Mr. Frutkin successfully argued before the 7th Circuit Court of Appeals the landmark decision in *In re Abbott Laboratories Deriv. Litig.*, 325 F.3d 795 (7th Cir. 2003), as well as before Delaware Chancery Court, the landmark decision in *In re Netsmart Technologies Inc. Shs. Litig.*, where the Court faulted Netsmart for excluding strategic buyers from its sales process and ordered the company to delay a vote on a proposed acquisition.

**Susan R. Gross** is a graduate of Hofstra University in Hempstead, New York (B.A. 1985) and Suffolk University School of Law (J.D. 1989). She graduated from Cheltenham High School. She is admitted to practice before the Supreme Court of Pennsylvania, the Supreme Court of Florida, the United States District Court for the Eastern District of Pennsylvania and the United States Court of Appeals for the Third Circuit. She is a member of the Philadelphia Bar Association and Pennsylvania Association for Justice. Ms. Gross also sits as an arbitrator for the Court of Common Pleas, Philadelphia County, First Judicial District.

Besides her involvement in the law and legal community, Ms. Gross is active at the William Penn Charter School in East Falls, Pennsylvania as a class parent. She was formerly Co-Chair of the Temple Adath Israel Parent Teacher Association for three years. Ms. Gross is also an active supporter of the Cystic Fibrosis Foundation, Angelman Syndrome Foundation, Susan B. Komen Breast Cancer Foundation and the Career Wardrobe, a non-profit organization that provides free professional clothing and educational opportunities to women in the Philadelphia region.

She concentrates her practice in securities fraud litigation. Ms. Gross serves in the Firm's lead plaintiff department which involves working with clients, litigation strategy and lead plaintiff issues, as well as in the shareholder relations department.

**Tina Moukoulis** is a graduate of Ursinus College (B.A. 1993) and Pennsylvania State University at the Dickinson School of Law (J.D. 1998). During law school, Ms. Moukoulis was a member of the *Dickinson Law Review* and served as a Student Attorney representing indigent clients in domestic matters through the Dickinson Family Law Clinic. Ms. Moukoulis also served as a judicial intern in the Superior Court of Pennsylvania (1996). Since joining the Firm in 1998, she concentrates her practice in the area of antitrust and securities fraud litigation.

Ms. Moukoulis is admitted to practice in the Supreme Court of Pennsylvania, the Supreme Court of New Jersey, the United States District Courts for the Eastern District of Pennsylvania and the District of New Jersey, and the United States Court of Appeals for the Third Circuit Court, and is a member of the Pennsylvania Bar Association.

In addition to being an active steward of her parish, Ms. Moukoulis also supports events and organizations focused on promoting medical research for breast cancer as well as the education and social awareness of breast cancer issues. She also supports The Career Wardrobe, a nonprofit organization that provides free professional clothing and educational opportunities to women in the Philadelphia region.

**PRACTICE AREAS**

**SECURITIES FRAUD CLASS ACTION LAWSUITS**

The Securities Fraud Class Actions which the Firm prosecutes are designed to recover monies for investors in domestic and foreign publicly traded corporations based primarily on allegations that the corporation, through its officers or directors, disseminated materially false and misleading statements to the investment community concerning the corporation's financial condition or products, services, and business. The materially false and misleading statements resulted in the artificial inflation of the price of the company's stock or bonds. As a result, investors unwittingly paid too much for their stock or bonds. Under federal law, the investors are entitled to compensation. Often these false and misleading statements are disseminated through press releases issued by the company, filings with the SEC, and company annual and quarterly reports.

**CURRENT CASES**

**ADVANTA** (2:09cv04730-CMR)(E.D. Pa.) The Firm is local counsel, representing investors who purchased or otherwise acquired the Class A and/or Class B common stock of Advanta Corp. between November 27, 2007 and May 11, 2009, inclusive. The complaint alleges that Advanta and certain of its officers and/or directors issued materially false and misleading statements regarding the Company's business and financial results during the class period in violations of the Securities Exchange Act of 1934 (the "1934 Act").

**IN RE DEUTSCHE BANK AG SECURITIES LITIGATION** (09cv01714-DAB)(S.D.N.Y.). The Firm is co-lead, representing all persons who purchased or acquired securities issued by Deutsche Bank AG ("DB" or the "Company"), pursuant or traceable to the registration statement, prospectus, and prospectus supplements referred to as the October 2006, May 2007 and June 2007 Offering Materials. The Complaint alleges that the Offering Materials used were false and/or misleading in violation of §§11, 12(a)(2), and 15 of the Securities Act of 1933 (the "Securities Act"), 15 U.S.C. §§77k, 77l, and 77o. This action is brought against DB, its senior insiders and the investment banks that underwrote the Offerings (collectively, "defendants").

**MARSHALL FREIDUS AND EDWARD P. ZEMPRELLI v. ING GROUP, et al**. (09cv1049-LAP)(S.D.N.Y.). The Firm is co-lead counsel, representing investors who acquired the 6.375% ING Perpetual Hybrid Capital Securities ("6.375% Securities"), 7.375% ING Perpetual Hybrid Capital Securities ("7.375% Securities") and the 8.50% ING Perpetual Hybrid Capital Securities ("8.50% Securities") (collectively, the "Securities") of ING Groep N.V. ("ING" or the "Company") pursuant or traceable to a false registration statement and three separate prospectuses (collectively, the "Registration Statements") issued in connection with the Company's June 2007, September 2007 and June 2008 Offerings of the Securities, respectively (the "Offerings"). This action asserts strict liability and negligence claims under the Securities Act of 1933 ("1933 Act") against ING, its senior insiders, the investment banks that underwrote the Offerings, and ING's auditor (collectively, "defendants").

**CHEN v. NORTEL, et al.**, (09cv04691-SAS)(S.D.N.Y.)The Firm is co-lead counsel, representing investors who purchase Nortel securities between May 2, 2008 and September 17, 2008. The claims asserted in the action arise under Section 10(b) and 20(a) of the Exchange Act [15 U.S.C. §§78j(b) and 78t(a)] and Rule 10b-5 promulgated thereunder by the Securities and Exchange Commission ("SEC") [17 C.F.R. § 240.10b-5].

## SETTLEMENTS

**AETNA** (E.D. Pa.) – The Firm was co-lead counsel, representing investors in Aetna Inc. stock that purchased the company's common stock between May 6, 1997 through September 29, 1997. The complaint alleged that defendants, through a series of accounting and actuarial manipulation, called Aetna to falsify its publicly filed financial statement by reporting materially understated medical expenses and artificially inflated operating earnings. A settlement was achieved on behalf of the class for $82.5 million.

**ALLEGHENY ENERGY** (D. Md.) – The Firm was co-lead counsel on behalf of a class of purchasers of Allegheny Energy Securities between April 23, 2001 and October 8, 2002. The action alleged that defendants concealed a chronic and systematic breakdown of the company's internal accounting controls at Global Energy Markets, the company's newly acquired energy trading subsidiary. A settlement was achieved for $15.05 million.

**AMF BOWLING** (S.D.N.Y.) - The Firm was co-lead counsel on behalf of purchasers of AMF common stock in the Initial Public Offering on November 19, 1997 through and including February 26, 1999. Plaintiffs alleged that the Registration Statement and Prospectus failed to disclose the serious risks posed by the continuing decline in lead participation at AMF Bowling Centers and the risk that AMF reported financial results were not false and misleading. During the course of the litigation, the company filed for bankruptcy protection. The matter settled for $20 million comprised of two settlements, $12 million from the Investment Bank Defendants and $8 million from the Individual Defendants.

**PARKSIDE CAPITAL LLC v. CONSTAR INTERNATIONAL, INC. et al.**, (2:03cv05020-EL)(E.D. Pa.). The Firm was local counsel, representing investors who purchased Constar common stock shares pursuant or traceable to Constar's November 14, 2002 initial public offering. The Complaint alleges that Constar, certain of its officers and directors, the co-lead underwriters of the IPO, and Constar's former parent company, Crown Holdings, Inc., formerly known as Crown Cork & Seal Company, Inc. violated of Sections 11 and 15 of the Securities Act of 1933 (the "Securities Act"), 15 U.S.C. § 77k and 77o. The case settled for $23.5 million.

**COREL CORPORATION** (E.D. Pa.) – The Firm was co-lead counsel on behalf of purchasers of Corel common stock between December 7, 1999 and March 20, 2000. Plaintiffs alleged that defendants did not disclose the truth about the company's business prospects and earnings. A settlement was achieved for $7 million.

**HUNTSMAN** (E.D. Pa.) – The Firm was lead counsel on behalf of all persons or entities who purchased the common stock or call options or sold  put options, of Huntsman between May 14, 2008 and June 18, 200.  The case concerned defendants' false and misleading statements and omissions of material facts concerning the proposed merger between Hexion and Huntsman ("the Proposed Merger") pursuant a merger agreement, signed on July 12, 2007, between Hexion, as the buyer, and Huntsman, as the seller, in which Hexion would purchase all of the common stock of Huntsman for $28 per share, in cash ("the Merger Agreement").  A settlement was achieved for $18 million.

**LEHMAN BROTHERS** (S.D.N.Y.) - The Firm served on the executive committee on behalf of a group of institutional investors.  The action arose from misstatements and omissions regarding, among other things, Lehman's financial condition and its use of undisclosed "Repo 105" transactions to artificially reduce its reported net leverage ratio in the period leading up to Lehman's unprecedented bankruptcy filing on September 15, 2008, the largest bankruptcy filing in the U.S. history. On May 4, 2012, Judge Lewis Kaplan granted final approval of a $426.2 million settlement with the over 40 offering underwriters, representing 13% of the $3.3 billion in Lehman securities that these defendants underwrote.  On May 24, 2012, Judge Kaplan approved an additional $90 million settlement with certain of Lehman's former officers and directors, amounting to the vast majority of the remaining D&O insurance proceeds.  In 2013, Judge Kaplan approved a settlement against the accountants, Ernst & Young.  This concluded the over 5 year litigation against Lehman Brothers.

**MOTOROLA** (N.D. Ill.) – The Firm was co-lead counsel on behalf of purchasers of the common stock of Motorola from November 4, 1994 to February 17, 1995 and achieved a $25 million settlement of these claims.  The case concerned allegations that defendants knew but did not disclose the material information concerning excess inventory of Motorola cell phones held by Motorola's domestic customers.

**NEXTWAVE WIRELESS** (S.D. Cal.) - The Firm was co-lead counsel on behalf of all persons who purchased the common stock between November 14, 2006 and August 7, 2008. The case concerned allegations that defendants did not disclose material information concerning the Company's liquidity and future viability as well as its ability to launch its new WiMAX semi-conductor products. A settlement was achieved for $1.4 million.

**RAVISENT TECHNOLOGIES INC.** (E.D. Pa.) – The Firm was co-lead counsel on behalf of purchasers of Ravisent stock between July 15, 1999 and April 27, 2000 and achieved a settlement of $7 million in cash.  Plaintiffs alleged that Ravisent failed to disclose that the company was recognizing revenue from software licensing agreements in violation of its own internal accounting procedures.  As a result of the improper revenue recognition, plaintiffs alleged that the company's financial statements contained material overstatements of revenue.

**ULTA SALON, COSMETICS & FRAGRANCE, INC**. (N. D. Ill.) The Firm was co-lead on behalf of purchasers the common stock between October 25, 2007 and December 10, 2007. Plaintiffs alleged that defendants made misstatements and omissions in the registration statement and prospectus for ULTA's initial public offering of its common stock on October 25, 2007 (the "IPO") concerning: (i) ULTA's selling, general and administrative expenses in the

Third Quarter of 2007, and (ii) the levels of ULTA's merchandise inventories in the Third Quarter of 2007.   A settlement was achieved for $3,750,000.

**UNIVERSAL ACCESS INC.** (E.D. Tx.) – The Firm was co-lead counsel on behalf of purchasers of Universal Access common stock from May 10, 2001 through March 22, 2002. Plaintiffs alleged that defendants made misrepresentations about Universal Access' financial statements.  A settlement was achieved for $11 million.

**VERISIGN INC.** (N.D. Cal.) – The Firm represented investors in Verisign Inc. who purchased their stock between January 25, 2001 and April 25, 2002.  The court approved a settlement for a total consideration of $78 million.  Plaintiffs alleged that defendants made false and misleading statements about the company's business and financial results.

## DERIVATIVE LAWSUITS

The Firm also has aggressively pursued cases brought by shareholders on behalf of publicly traded corporations injured by the breach of fiduciary duty or waste of corporate assets by its officers and directors. As a result, the Firm has recovered on behalf of corporations, settlements which include financial recovery from the individual officers and directors which increases shareholder value. In addition, the Firm has successfully implemented remedial recoveries which also improve shareholder value and prevent corporate future mismanagement, including the adoption of corporate therapeutic measures, corporate governance policies and procedures, and the hiring of audit committee consultants to redress alleged inadequacies.

**ABBOTT LABORATORIES** (N.D. Ill.) - The Firm, as co-lead counsel, filed a derivative action against Abbott which alleged that the Company violated FDA quality rules dating back to 1993, as well as a consent decree that Abbott entered into with the federal government on November 2, 1999, requiring the Company to pay a $100 million fine and make corrective changes at its manufacturing facilities. A settlement was reached in 2004 which required the Company to implement measures to strengthen the Board of Directors' oversight of regulatory compliance, and to pay $27 million for the new compliance and regulatory measures.

**BOEING COMPANY** (Dela. and Ill. State Court) – The Firm, as co-lead counsel, filed a derivative action against current and former directors for breach of their fiduciary duties of care, good faith and loyalty by failing to take proper steps to prevent or remedy ethical and legal violations by the company and its employees, thereby exposing the company to substantial fines, liabilities, loss of contracts and other business. A settlement was reached which provided for the adoption and implementation of significant corporate governance and compliance measures and the commitment of substantial treasury funds, in the amount of $29 million above 2004 expenditures, to implement and support those governance and compliance measures and to fund further enhancements to Boeing's ethics and compliance program.

**PALL CORPORATION** (N.Y. State Court Index No. 11-001339) – The Firm filed a complaint which alleged that the company's directors breached their fiduciary duties in connection with Pall's internal controls and accounting, financial and reporting practices with regard to its income taxation concerning two of Pall's subsidiaries, Medsep Corporation and Pall Netherlands BV and their outstanding intercompany balances which ultimately resulted in the understatement of U.S. income taxes. As a result of the outstanding intercompany balances, plaintiffs contended that Pall violated generally accepted accounting principles ("GAAP") by failing to disclose the potential contingent liabilities, risks and uncertainties associated with the income tax understatement. A settlement was reached in which the company agreed to various Reforms which were specifically designed to provide greater accountability among members of the Board. For instance, per the Reforms, the Company has agreed to, *inter alia*: (1) retain Deloitte & Touche ("Deloitte") as an outside consultant in tax and internal control over financial reporting; (2) conduct a review with Deloitte of Pall's current operations, procedures, budget, personnel and reporting in the tax and treasury functions, including Pall's activity with respect to settlement of intercompany balances and internal control functions; (3) train Audit Committee members over a three year period, to maintain or advance their level of financial literacy,

corporate governance and understanding of tax-related matters; and (4) require the Audit Committee to have at least one member that is generally familiar with international tax matters.

**SCHERING-PLOUGH CORP.** (D.N.J.) **-** The Firm, as co-lead counsel, brought litigation against current and former directors alleging that they breached their fiduciary duties with respect to their oversight of Schering's manufacturing and quality control practices, as well as medical marketing and sales practices, certain of which had become issues in two then on-going (and since resolved) investigations by the United States Attorneys' Offices in Boston and Philadelphia. Plaintiffs contended that the alleged wrongdoing in these areas occurred over a period of years, and resulted in financial, operational and reputational damage to the company. A settlement was reached in which the company agreed to change its global compliance and audit functions, fund these changes for five years, enhance communication between the board and management, and change the way board members are elected and paid.

## <u>ERISA LAWSUITS</u>

Law Offices Bernard M. Gross, P.C., litigates claims on behalf of employees and/or retirees alleging interference with their interests under the Federal Employee Retirement Income Security Act (ERISA). Among its provisions, ERISA recognizes the pension and 401(K) plan trustees owe fiduciary duties to the participants and beneficiaries in these plans. This duty is sometimes breached, particularly where a company deems investment in its own equities appropriate, despite having access to information that clearly indicates otherwise. This conflict of interest and the resultant losses can be devastating to employees who often depend on their 401(K) accounts as a principal source of retirement income.

**CVS CORPORATION** (D. Mass.) - The Firm, as co-lead counsel, represented all persons who were participants or beneficiaries in the CVS 401(K) Profit Sharing Plan (the "401(K) Plan), the CVS Corp. and Subsidiaries Employee Stock Ownership Plan (the "CVS ESOP"), and who held, acquired, purchased or had contributed common stock and/or CVS preference stock (collectively "CVS stock") to his or her account in either plan at any time from December 1, 2000 to October 31, 2001 (the "Class Period"). On July 7, 2005, the district court granted preliminary approval of a settlement of the action for total consideration of $3 million.

**NUI CORPORATION** (D.N.J.) – The Firm, as co-lead counsel, represented individuals who were participants or beneficiaries of the (i) NUI Corp. Savings and Investment Plan and/or (ii) NUI Corp. Savings and Investment Plan for Collective Bargaining Employees during any portion of November 8, 2001 through and including September 26, 2003. On January 22, 2007, the district court preliminarily approved a settlement of the action for total consideration of $850,000.00.

## ANTITRUST CLASS ACTION LAWSUITS

The Antitrust Practice of the Firm focuses primarily on the representation of plaintiffs who have been the victims of price fixing, unfair trade practices, or other anti-competitive conduct. The firm has taken a leading role in many of the largest price fixing and price discrimination cases throughout the United States, which have, after either trials or settlements, led to recovery for the injured parties, of hundreds of millions of dollars.

**AUTO PAINT REFINISHING** (E.D.Pa.) – The Firm served as co-lead counsel for the class in an antitrust action on behalf of direct purchasers of automotive refinishing paint from defendants during the period January 1, 1993 to December 31, 2000. Settlement has been reached with all defendants totaling $106 million. Defendants included PPG Industries, E.I. DuPont de Numours, Sherwin-Williams, BASF and Akzo Nobel Coatings. This was the largest settlement ever achieved in which the federal government empanelled a grand jury and, eventually, closed the investigation without any charges brought against any of the paint manufacturers.

**CARBON BRUSHES** (N.D.J.) – The Firm served as co-lead counsel for the class in an antitrust action that accused a group of manufacturers of electrical carbon products of engaging in a decade long conspiracy to fix prices. Defendants included Morgan Crucible, Carbone of America Industries, Schunk GmBH and SGL Carbon. A settlement was reached for $21.9 million.

**FASTENERS –** (E.D.Pa.) This was an antitrust action brought on behalf of direct purchasers of fasteners, alleging that defendants engaged in a conspiracy to fix prices and allocate customers and markets for fasteners. Fasteners include zippers, snaps, hooks and eyes, rivets and other fastening devices used in apparel, garments and footwear. Defendants included leading fasteners manufacturers William Prym GmbH & Co. KG, YKK Corporation, Coats plc, and Scovill Fasteners, Inc. A settlement was reached with Prym, YKK and Coats for $17.55 million. Scovill filed for bankruptcy and was dismissed from the case.

**FLAT GLASS** - (M.D.L. 1200) (W.D. Pa.) - Horizontal price fixing. This was an antitrust action brought on behalf of purchasers of flat glass products alleging that the principal manufacturers of such products colluded to fix prices at artificially inflated levels. Settlements were reached with four of the five defendants totaling over $60 million.

**MEDICAL X-RAY FILM** (E.D.N.Y.) – The Firm was co-lead for the class of purchasers from the manufacturers of x-ray film and recovered $24 million on behalf of the class by settlement.

**OLIN SKI LITIGATION** (E.D. Pa.) – The Firm was co-lead counsel alleging price fixing by Olin Ski Company and its distributors in the United States. The case was tried and the jury returned a verdict in favor of the class. This was the first time that a class action vertical price fixing case was successfully tried before a jury. The case was eventually settled for more than $7 million.

## EMPLOYEE WAGE CLAIM CLASS ACTION LAWSUITS

Overtime lawsuits can be pursued by workers who have been denied overtime wages in direct violation of the U.S. Fair Labor Standards Act of 1938. The act is a federal law which governs not only pay practices, but also the minimum wage and child labor practices. The Department of Labor's Employment Standards Administration is responsible for enforcing these labor and compensation laws.

## UNFAIR MERGERS

Takeover proposals are often approved by board of directors without these proposals being properly shopped for the best price or providing shareholders with adequate information to make an informed decision.

## CONSUMER FRAUD LAWSUITS

Consumer fraud describes a wide range of improper practices that may involve advertising, marketing and/or the sale of goods or services. Consumer fraud class actions are initiated, for example when a company overcharges or improperly charges consumers for goods and services, or runs deceptive or misleading ads for its products. Companies also commit consumer fraud when they interpret a contract or agreement in a manner that unfairly disadvantages consumers. The Firm specializes in litigation on behalf of consumers. These types of class actions have resulted in significant monetary recoveries for consumers and changes in corporate policies on a class-wide basis.

## EXHIBIT 2

## IN RE ABBOTT-DEPAKOTE SHAREHOLDER DERIVATIVE LITIGATION

### Law Offices Bernard M. Gross, P.C.

### TIME REPORT

| NAME | HOURS BILLED | HOURLY RATE | LODESTAR |
|---|---|---|---|
| **Partners** | | | |
| Bernard M. Gross | 1.75 | $795.00 | $1,391.25 |
| Deborah R. Gross | 17 | $750.00 | $12,750.00 |
| Robert P. Frutkin | 45.25 | $750.00 | $33,937.50 |
| | | | |
| **TOTAL LODESTAR** | 64.00 | | $48,078.75 |

5

**EXHIBIT 3**

**IN RE ABBOTT-DEPAKOTE SHAREHOLDER
DERIVATIVE LITIGATION**

**Law Offices Bernard M. Gross, P.C.**

**EXPENSE REPORT**

| CATEGORY | AMOUNT |
|---|---|
| Filing Fees | $400.00 |
| Telephone/Faxes | $0.75 |
| Internal Copying | |
| Postage & Express Mail | |
| On-Line Legal Research* | $1.90 |
| | |
| **TOTAL EXPENSES** | $402.65 |

\* The charges reflected for on-line research are for out-of-pocket payments to the vendors for research done in connection with this litigation. On-line research is billed to each case based on actual time usage at a set charge by the vendor. There are no administrative charges included in these figures.

6