United States District Court
Northern District of Illinois
Eastern Division

| | |
|---|---|
| **In Re Abbott-Depakote Shareholder Litigation** | Case No. 1:11-cv-08114 <br><br> Hon. Virginia M. Kendall |

### Susman Heffner Hurst LLP's Notice of Appeal

Susman Heffner Hurst LLP hereby gives notice of its appeal to the United States Court of Appeals for the Seventh Circuit from this Court's December 12, 2014 Order (Dkt. No. 350), and to the extent it was incorporated into that order, the Court's Order awarding attorney's fees (Dkt. No. 332).

Respectfully Submitted,

**Heffner Hurst**

By: */s/ Matthew T. Heffner*
Matthew T. Heffner
Matthew T. Hurst
30 North LaSalle Street, Suite 1210
Chicago, Illinois 60602
Telephone: (312) 346-3466
Fax: (312) 346-2829
Dated: January 9, 2015                    mheffner@heffnerhurst.com